IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **CHERYL HALL FRAZIER** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| **V.** ) | **CIVIL CASE NO.:** |
| ) | **1:08-CV-00011-MHT-SRW** |
| **ACCREDITED HOME LENDERS,** ) | |
| **INC., d/b/a HOME FUNDS DIRECT** ) | |
| ) | |
| **DEFENDANT.** ) | |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW the undersigned, pursuant to the Federal Rules of Civil Procedure, and respectfully moves this Court for admission pro hac vice of James D. Minor, Jr., of Bradley Arant Rose & White LLP., in connection with the representation of Defendant Accredited Home Lenders, Inc. in the above-styled cause. As grounds for this motion, the undersigned shows as follows:

1. Mr. Minor practices with the law firm of Bradley Arant Rose & White LLP in the firm's Jackson, Mississippi office.

2. Mr. Minor is qualified, admitted, and licensed to practice before the United States District Court for the Southern District of Mississippi. Mr. Minor has never been disciplined or otherwise disqualified from the practice of law. Attached as Exhibit 1 to this motion is the Certificate of Good Standing from the United States District Court for the Southern District of Mississippi.

3. Robert E. Poundstone, IV of Bradley Arant Rose & White LLP in Montgomery, Alabama will assist in the representation of Accredited Home Lenders, Inc.

4. A $50.00 fee for Mr. Minor's admission is being delivered separately to the Clerk's office.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that Mr. Minor be admitted to practice *pro hac vice* before this Court.

Dated: January 10, 2008

                                                Respectfully submitted,

                                                s/ Robert E. Poundstone, IV
                                                Robert E. Poundstone, IV
                                                One of the Attorneys for Defendant
                                                Accredited Home Lenders Inc.

<u>OF COUNSEL</u>

Robert E. Poundstone, IV
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

J. Douglas Minor, Jr.
Bradley Arant Rose & White LLP
Suite 450, One Jackson Place
188 East Capitol Street
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

CERTIFICATE OF SERVICE

       I hereby certify that on January 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       Earl P. Underwood, Jr.
       Law Offices of Earl P. Underwood, Jr.
       P.O. Box 969
       21 South Section Street
       Fairhope, AL 36533-0969

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

       None.

       Respectfully submitted,

       s/ Robert E. Poundstone, IV
       Robert E. Poundstone, IV
       Bradley Arant Rose & White LLP
       The Alabama Center for Commerce
       401 Adams Avenue, Suite 780
       Montgomery, AL 36104
       Telephone: (334) 956-7700
       Facsimile: (334) 956-7701
       E-mail: bpoundstone@bradleyarant.com

# UNITED STATES DISTRICT COURT

__SOUTHERN__  **DISTRICT OF**  MISSISSIPPI

**CERTIFICATE OF GOOD STANDING**

I, _____J. T. NOBLIN_____ , *Clerk of this Court,*

*certify that* James Douglas Minor, Jr. , *Bar #* 10045 ,

*was duly admitted to practice in this Court on*

_____September 28, 1995_____ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at  Jackson, Mississippi  on  January 8, 2008 .
LOCATION                                           DATE


J. T. NOBLIN
CLERK

*Katherine H. Alexander*
DEPUTY CLERK