```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003236
Cashier ID: christin
Transaction Date: 01/10/2008
Payer Name: BRADLEY ARANT ROSE WHITE
----------------------------------------
PRO HAC VICE
 For: JAMES DOUGLAS MINOR JR
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
----------------------------------------
CHECK
 Remitter: BRADLEY ARANT
 Check/Money Order Num: 004722
 Amt Tendered:   $50.00
----------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00
```

BRADLEY RANT ROSE WHITE

401 ADAMS AVE STE 780

MONTGOMERY, AL  36102