IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHERYL H. FRAZIER, )<br>)<br>    Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:08cv11-MHT |
| ) | |
| ACCREDITED HOME LENDERS, )<br>INC., )<br>) | |
|    Defendant. ) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 4) is granted.

DONE, this the 11th day of January, 2008.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE