IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHER_____ DIVISION

CHERYL H. FRAZIER,            )
_____, )
                              )
        Plaintiff,            )
                              )
v.                            )   CASE NO. 1:08CV11-MHT
                              )
ACCREDITED HOME LENDERS, INV.,)
_____, )
                              )
        Defendants,           )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Cheryl H. Frazier, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| N/A | |
| | |
| | |

1/14/2008
Date

(Signature)
Earl P. Underwood, Jr.
(Counsel's Name)

Cheryl Hall Frazier
Counsel for (print names of all parties)
PO Box 969
Fairhope, AL 36533-0969
Address, City, State Zip Code
251-990-5558
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__SOUTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Earl P. Underwood, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _14th___ day of _January_____ 20_08_ to:

James Douglas Minor , Jr    dminor@bradleyarant.com

Robert Emmett Poundstone , IV    bpoundstone@bradleyarant.com,

_1/14/08_
Date

_[Signature]_
Signature