IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHERYL FRAZIER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08-cv-11-MHT |
| | ) | |
| **ACCREDITED HOME LENDERS,** | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1.  Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the following attorneys have conferred regarding proposed deadlines in this case and submit the following joint report:

    Earl Underwood, representing the Plaintiff.

    Doug Minor and Bobby Poundstone, representing the Defendant.

2.  **Pre-Discovery Disclosures**. The parties shall exchange the information required by Rule 26(a)(1) by February 15, 2008.

3.  **Discovery Plan**. The parties jointly propose the following discovery plan:

    (1) All discovery commenced in time to be completed by September 19, 2008.

    (2) Maximum of 10 depositions for the Plaintiff and 10 depositions for the Defendant, with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties. These limitations do not include depositions of witnesses designated below in Paragraph 4, Subsection 2, as experts. Each party is entitled to a deposition of each designated expert, not to exceed 7 hours per deposition.

    (3) Maximum of 40 Interrogatories by each party, with responses due within thirty days after service.

    (4) Maximum of 30 Requests for Admissions by each party, with responses due within thirty days after service.

  (5)  Maximum of 45 Requests for Production by each party, with responses due within thirty days after service.

  (6)  Supplements under Federal Rule of Civil Procedure 26(e) are due 30 days before the close of discovery.

4.  **Other Items**.

  (1)  The parties do not request a conference with the Court before entry of the scheduling order.

  (2)  Reports from retained experts under Federal Rule of Civil Procedure 26(a)(2) are due from the Plaintiff by June 16, 2008, and any such experts shall be made available for deposition by no later than July 15, 2008. Reports from retained experts from the Defendant are due by August 1, 2008, and any such experts shall be made available for deposition by not later than September 1, 2008.

  (3)  The parties request a pretrial conference in early October, 2008.

  (4)  All potentially dispositive motions should be filed 90 days before the pretrial conference.

  (5)  Any motions to amend the pleadings or to join additional parties should be filed within 90 days of the entry of the Court's scheduling order.

  (6)  Settlement and mediation cannot realistically be evaluated until the parties conduct further discovery.

  (7)  Final list of trial witnesses and exhibits under Federal Rule of Civil Procedure 26(a)(3) must be served and filed:

    a.  By the Plaintiff: 30 days before trial; and

    b.  By the Defendant: 30 days before trial.

  (8)  Objections are to be filed within 15 days after receipt of final list.

  (9)  This case should be ready for trial term beginning November 3, 2008.

  (10)  Trial is expected to last 3 days.

The attorneys for the parties jointly prepared this Report of the Parties' Planning Meeting. Counsel for Plaintiff and counsel for Defendant have reviewed this report and given permission to the undersigned to file this report electronically with the Court on behalf of the parties.

Respectfully submitted this the 22nd day of January, 2008.

/s/Bobby Poundstone
Robert E. Poundstone IV (POU006)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: bpoundstone@bradleyarant.com

J. Douglas Minor, Jr.
BRADLEY ARANT ROSE & WHITE LLP
One Jackson Place,
Suite 450
188 E. Capitol Street
Jackson, MS 39201
Phone: (601) 948-8000
Fax: (601) 948-3000
E-mail: dminor@bradleyarant.com

**Attorneys for Defendant Accredited Home Lenders, Inc.**

Earl P. Underwood, Jr.
Attorney at Law
21 South Section Street
PO Box 969
Fairhope, Alabama 36533
251-990-5558
epunderwood@alalaw.com

**Attorney for Plaintiff Cheryl H. Frazier**