**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHERYL HALL FRAZIER,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | **CIVIL ACTION NO.:** **1:08-cv-11-MHT** |
| **ACCREDITED HOME LENDERS, INC., d/b/a HOME FUNDS DIRECT** | ) ) ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

    James D. Patterson requests this Honorable Court enter his name as additional counsel for Plaintiff in the above related causes.

                                            s/ James D. Patterson, Esq.
                                              James D. Patterson

Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969
251.990.5558 (voice)
251.990.0626 (fax)
jpatterson@alalaw.com