IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHERYL HALL FRAZIER, individually and on and on behalf of others similarly situated,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ACCREDITED HOME LENDERS, INC., d/b/a HOME FUNDS DIRECT,** )<br>)<br>**Defendants.** ) | CASE NUMBER: 1:08-cv-11-MHT |

## NOTICE OF APPEARANCE

Comes now George R. Irvine, III of the firm Stone, Granade & Crosby, P.C., and files this his notice of appearance as additional counsel for Plaintiff, CHERYL HALL FRAZIER, in the above-referenced matter.

Respectfully submitted,

s/George R. Irvine, III
GEORGE R. IRVINE, III (IRV4725)
Attorney for Plaintiff
gri@sgclaw.com

OF COUNSEL:

STONE, GRANADE & CROSBY, P.C.
Attorneys at Law
7133 Stone Drive
Daphne, Alabama 36526
(251) 626-6696

## CERTIFICATE OF SERVICE

I George R. Irvine, III, Attorney for Plaintiff, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing, this the 23rd day of April, 2008, as follows:

Kenneth J. Riemer, Esq.
Post Office Box 1206
Mobile, Alabama 36633

Earl P. Underwood, Jr., Esq.
Post Office Box 969
Fairhope, Alabama 36533

Robert E. Poundstone, IV, Esq.
Bradley, Arant, Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

James D. Minor, Jr., Esq.
Bradley, Arant, Rose & White, LLP
P. O. Box 1789
Jackson, Mississippi 39215-1789

/s/ George R. Irvine, III
GEORGE R. IRVINE. III

00060339.WPD