# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHERYL HALL FRAZIER,** | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL NUMBER: 1:08-cv-11-MHT |
| **ACCREDITED HOME LENDERS, INC., d/b/a HOME FUNDS DIRECT,** | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE

Comes now Steven L. Nicholas and files his appearance as additional counsel on behalf of the Plaintiff in the above-styled case.

Respectfully Submitted,

_____
STEVEN L. NICHOLAS  (NICHS2021)
Attorney for the Plaintiff

Of Counsel:

CUNNINGHAM BOUNDS, LLC
Post Office Box 66705
Mobile, Alabama  36660
(251) 471-6191 (Phone)
(251) 479-1031 (Facsimile)
sln@cunninghambounds.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that on the __25th__ day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record.

Robert E. Poundstone, IV
Bradley Arant Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

James D. Minor, Jr.
Bradley Arant Rose & White, LLP
Suite 450 One Jackson Pl
188 East Capitol St.
P.O. Box 1789
Jackson, MS 39215-1789

                STEVEN L. NICHOLAS