IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHERYL H. FRAZIER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 1:08-cv-11-MHT |
| | ) |
| **ACCREDITED HOME LENDERS, INC.,** | ) |
| | ) |
| Defendant. | ) |

**ACCREDITED HOME LENDERS, INC.'S RESPONSE
TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW Defendant Accredited Home Lenders, Inc. d/b/a Home Funds Direct and in response to Plaintiff's Motion to Amend Complaint, respectfully asks the Court to deny the motion or, alternatively, to enter a new scheduling order in this matter. As grounds for this motion, Defendant states:

1. Plaintiff's proposed amended complaint would amend this action so that it proceeds as a class action.

2. The deadline for filing a motion to certify a class in this matter is April 30, 2008.

3. No discovery concerning matters relevant to class certification has been initiated thus far and, accordingly, it is impossible to conduct sufficient discovery relevant to class certification prior to the April 30th deadline.

4. Because sufficient class certification-related discovery cannot be conducted by April 30th and because the nature and amount of discovery will necessarily be more intensive and time consuming if this matter is permitted to proceed as a class action, Defendant respectfully requests that this Court deny the

Plaintiff's request for leave to amend her complaint or enter a new scheduling order setting a new trial date and new corresponding deadlines on a time schedule appropriate for a class action.

WHEREFORE, for all the reasons set forth herein, Defendant Accredited Home Lenders, Inc. d/b/a Home Funds Direct, respectfully requests that this Court deny the Plaintiff's motion to amend complaint, or alternatively, that the Court enter a new scheduling order in this matter.

Respectfully submitted,

/s/ Robert E. Poundstone IV
Robert E. Poundstone IV (POU006)
Angela R. Rogers (RAI017)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama  36104
Phone:  (334) 956-7700
Fax:  (334) 956-7701

James D. Minor, Jr.
Bradley Arant Rose & White LLP
Suite 450, One Jackson Place
188 East Capitol Street
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

CERTIFICATE OF SERVICE

       I hereby certify that on April 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       Earl Underwood, Esq.
       Law Offices of Earl P. Underwood, Jr.
       Post Office Box 969
       21 South Section Street
       Fairhope, Alabama 36533-0969

       Kenneth J. Rimer, Esq.
       Post Office Box 1206
       Mobile, Alabama  36633-1206

       George R. Irvine III, Esq.
       Stone, Granade & Crosby, P.C.
       7133 Stone Drive
       Daphne, Alabama  36523

       Steven L. Nicholas, Esq.
       Cunningham, Bounds, LLC
       1601 Dauphin Street
       Mobile, Alabama  36604

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None

       s/ Robert E. Poundstone IV
       Of Counsel