IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CHERYL H. FRAZIER,            )
                              )
      Plaintiff,              )
                              )       CIVIL ACTION NO.
      v.                      )         1:08cv11-MHT
                              )
ACCREDITED HOME LENDERS,      )
INC.,                         )
                              )
      Defendant.              )
```

ORDER

It is ORDERED that the motion for leave to amend complaint (Doc. No. 10) is granted.  The court will not address whether this case should proceed as a class action until a motion for class certification is filed, if one is filed.  If one is filed, the court will then set a discovery and briefing schedule.

DONE, this the 25th day of April 25, 2008.


            /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE