**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 28, 2008

# NOTICE OF STRICKEN DOCUMENT

**To:**             All counsel of record

**From:**        Clerk's Office

**Case Style:**        **Cheryl H. Frazier v. Accredited Home Lenders, Inc.**

**Case Number:**        **#1:08-cv-00011-MHT**

**Referenced Pleading:**   **Document #14**
                                        **Notice of Appearance**

**The referenced pleading was electronically filed in this case on 4/25/2008 without a proper electronic signature as required by the Civil Administrative Procedures. A corrected duplicate of this pleading has been filed, see Document #15, Notice of Appearance..**

**Therefore, Document #14 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**