IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL HALL FRAZIER, individually and on behalf of a class of similarly situated persons, </br></br> Plaintiff, </br></br> V. </br></br> ACCREDITED HOME LENDERS, INC., d/b/a HOME FUNDS DIRECT </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> )   CIVIL ACTION NO.: </br> )   1:08-cv-11-MHT </br> ) </br> ) JURY TRIAL DEMANDED </br> ) </br> ) CLASS ACTION </br> ) |

**UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE MOTION FOR CLASS CERTIFICATION**

Comes now the Plaintiff in the above-styled cause. and by and through her undersigned attorney, files this unopposed motion for an additional week to file her motion for class certification and as grounds shows as follows:

1.  Plaintiff's attorney will be in a fairness hearing regarding *Larry E. Farley; Glenda B. Farley; Mark C. Seitz; and Kristy Seitz, Individually and on behalf of all similarly situated individuals, v. Homeowners Loan Corporation;* Case No. 7:06-cv-1864 in the United States District for the Northern District of Alabama, Western Division, on the same day the motion for class certification is currently due;

2.  Plaintiff's attorney has conferred with Defendant's counsel and they are unopposed to the one week extension, making the motion for class certification due on May 7, 2008.

WHEREFORE Plaintiff respectfully submits this motion requesting an additional seven days to file her motion for class certification.

/s/ Earl P. Underwood, Jr._____
Earl P. Underwood, Jr.
Attorney for Plaintiff
Post Office Box 969
Fairhope, AL  36533-0969
(251) 990-5558 voice
(251) 990-0626 fax
epunderwood@alalaw.com

CERTIFICATE OF SERVICE

I hereby certify that on April 29th 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Poundstone, IV
Bradley, Arant Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

James D. Minor, Jr.
Bradley, Arant Rose & White LLP
Suite 450 One Jackson Pl
188 East Capitol St
PO Box 1789
Jackson MS 39215-1789

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.