IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CHERYL Hall FRAZIER, individually and on behalf of a class of similarly situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:08cv11-MHT |
| ACCREDITED HOME LENDERS, INC., d/b/a Home Funds Direct, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

It is ORDERED that the motion for additional time (doc. no. 19) is granted.

DONE, this the 30th day of April, 2008.

　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　**UNITED STATES DISTRICT JUDGE**