IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CHERYL HALL FRAZIER )<br>  )<br>   PLAINTIFF, )<br>  )<br>V. )<br>  )<br>ACCREDITED HOME LENDERS, )<br>INC., d/b/a HOME FUNDS DIRECT )<br>  )<br>   DEFENDANT. ) | CIVIL CASE NO.:<br>1:08-cv-11-MHT |

## **MOTION FOR CLASS CERTIFICATION**

The named Plaintiff moves for certification of a Class as defined below, pursuant to Rule 23 of the Federal Rules of Civil Procedure, and on the claims for relief set forth in the Complaint. This Motion is based on the Complaint and such other evidence and argument as may be presented to the Court upon the filing of the Plaintiff's brief in support of this motion and otherwise before or at the time of the hearing on this motion.

Representative Plaintiff seeks certification of the Class, initially defined as:

1. All persons in the United States or its protectorates who;

2. Entered into a consumer finance transaction with the defendant, Accredited, during a period beginning on April 29th

1

    2005 through the date of the certification this matter as a class action; and

3.  Used their primary residence as collateral; and

4.  Whose finance charge, as disclosed, was understated by at least ½ of 1% of their loan amount; and/or

5.  Whose mortgage meets the definition of a "High Cost" mortgage as defined by 15 U.S.C. §1602(aa) and 12 C.F.R. § 226.32; and

6.  Were not given the disclosures required by 12 C.F.R. §§ 226.32 or 226.31.

Excluded from the class definition are all persons who have already settled or otherwise compromised their claims against the Defendant. Also excluded are all agents, employees, officers, directors of the Defendant, and their assigns and successors; all judicial officers in the United States and any members of their immediate families; and to the extent the class certification order permits exclusion, all people who submit timely and otherwise proper requests for exclusion from the Class.

  The Plaintiff seeks certification of the Class under Rule 23(b)(3), Fed.R.Civ.P. The Class meets all requirements for class certification under

Rules 23(a)(1)-(4), including the numerosity of Class members, the presence of issues of law or fact common to all Class members, the typicality of the named Plaintiff's claims, and the adequacy of representation of the Class.

The claims of the class can be maintained under Rule 23(b)(3). This case meets the requirement that common issues predominate over individual issues. The common questions of law and fact are detailed in the Amended Complaint.

Proceeding as a class action is superior to other available methods for the fair and efficient adjudication of this controversy. A class action preserves judicial resources by avoiding duplicative lawsuits, repetitious discovery and inconsistent rulings on Class claims for equitable relief, and provides fair and efficient access to adjudication for damages claims that are meritorious, yet too small to warrant the expense of individual litigation.

WHEREFORE, Plaintiff respectfully moves the Court to certify this matter as a class action.

Dated:     May 7th 2008

                          /s Earl P. Underwood, Jr.
                          EARL P. UNDERWOOD, JR.
                          (UNDEE6591)
                          Attorney for Plaintiff
                          Post Office Box 969
                          Fairhope, Alabama 36533
                          Telephone: (251) 990-5558
                          Facsimile: (251) 990-0626
                          E-Mail: epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on May 7th 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Poundstone, IV
Bradley Arant Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

James D. Minor, Jr.
Bradley Arant Rose & White LLP
Suite 450 One Jackson Pl
188 East Capitol St
PO Box 1789
Jackson MS 39215-1789

                                                  /s/ Earl P. Underwood, Jr.
                                                  Earl P. Underwood, Jr.