IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CHERYL Hall FRAZIER, and on behalf of a class of similarly situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:08cv11-MHT |
| ACCREDITED HOME LENDERS, INC., d/b/a Home Funds Direct, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion for class certification (Doc. No. 22) is set for final submission, without oral argument, on July 18, 2008.

(2) The parties are allowed until June 13, 2008, to complete discovery and the depositions of all persons whose testimony will be made part of the evidentiary record.

(3) By June 20, 2008, the parties are jointly to develop and submit to the court a record of the evidence (depositions, stipulations, affidavits, etc.) that they intend the court to rely upon.

(4) The plaintiff is to file a brief by June 27, 2008.

(5) The defendant is to file a brief by July 11, 2008.

(6) The plaintiff may file a reply brief by July 18, 2008.

(7) When the parties refer to evidence in their briefs, they must cite the specific document and page number where the evidence can be found in the evidentiary record. A brief which fails to comply with this requirement will be struck. The record should be sequentially numbered, that is, Bates-stamped, such that the parties and the court can quickly refer to the entire record by page number.

DONE, this the 14th day of May, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE