**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **CHERYL HALL FRAZIER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CASE NO. 1:08-cv-11-MHT** |
| **ACCREDITED HOME LENDERS, INC.,** ) | |
| **d/b/a HOME FUNDS DIRECT** ) | |
| ) | |
| **Defendant.** ) | |

**JOINT MOTION FOR FIFTEEN DAY EXTENSION OF ALL DEADLINES
SET FORTH IN THE COURT'S ORDER CONCERNING CLASS
CERTIFICATION-RELATED DISCOVERY AND FILINGS**

COME NOW Defendant Accredited Home Lender's Inc. ("AH:") and Plaintiff Cheryl Hall Frazier and jointly move the Court for a fifteen (15) day extension of all deadlines set forth in the Court's May 14, 2008, order concerning class certification-related discovery and filings. As grounds for this motion, the parties jointly state:

1.  Several days ago the parties entered into discussions in which they tentatively agreed to schedule AHL's Rule 30(b)(6) deposition during the week of June 9th in San Diego. On last Thursday, June 5th, however, counsel for AHL learned that Alma Diaz, the employee who the company planned to offer for deposition, unexpectedly left the employ of Defendant on June 4th.

2.  Accordingly, AHL and Plaintiff request additional time for AHL to identify and prepare a new Rule 30(b)(6) deponent, and for the parties to reschedule the deposition.

WHEREFORE, the parties jointly and respectfully request a fifteen (15) day extension of all deadlines set forth in the Court's May 14, 2008, order concerning class certification-related discovery and filings.

        s:/ Robert E. Poundstone IV
        Robert E. Poundstone IV (POU006)

        **One of the attorneys for Defendant Accredited Home Lenders, Inc.**

OF COUNSEL

Robert E. Poundstone IV
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

James D. Minor, Jr.
BRADLEY ARANT ROSE & WHITE LLP
One Jackson Place, Suite 450
188 East Capitol Street
Post Office Box 1789
Jackson, Mississippi 39215-1789

        s:/ Earl Underwood, Jr.
        Earl Underwood, Jr.

        **One of the attorneys for Plaintiff Cheryl Hall Frazier**

OF COUNSEL:

Earl Underwood, Jr.
Law Offices of Earl P. Underwood, Jr.
Post Office Box 969
21 South Section Street
Fairhope, Alabama 36533-0969

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Earl P. Underwood, Jr.
>James Donnie Patterson
>Law Offices of Earl P. Underwood, Jr.
>P.O. Box 969
>21 South Section Street
>Fairhope, AL 36533-0969
>
>George Richardson Irvine, III
>Stone Granade & Crosby PC
>PO Drawer 1509
>Bay Minette, AL 36507-1509
>
>Kenneth Joseph Riemer
>166 Government Street, Suite 100
>PO Box 1206
>Mobile, AL 36633-1206
>
>Steven Leon Nicholas
>Cunningham, Bounds, Crowder, Brown & Breedlove, LLC
>PO Box 66705
>Mobile, AL 36660-6705

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:
None.

>Respectfully submitted,
>s/ Robert E. Poundstone, IV
>Robert E. Poundstone, IV
>Bradley Arant Rose & White LLP
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104
>Telephone: (334) 956-7700
>Facsimile: (334) 956-7701
>E-mail: bpoundstone@bradleyarant.com