**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **CHERYL HALL FRAZIER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CASE NO. 1:08-cv-11-MHT** |
| **ACCREDITED HOME LENDERS, INC.,** ) | |
| **d/b/a HOME FUNDS DIRECT** ) | |
| ) | |
| **Defendant.** ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Accredited Home Lenders, Inc., a Defendant in the above-captioned matter, through counsel, in accordance with the Order of this Court, and makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Accredited Home Lenders Holding Co. | Parent Company |
| Accredited Investments, LLC | Parent Company of Accredited Home Lenders Holding Co. |
| Accredited Holdings, LLC | Parent Company of Accredited Investments, LLC |
| Lone Star Fund V (U.S.), L.P.; HudCo (Global) V, L.P.; HudCo Partners V (Americas), L.P.; LSF V International Finance, L.P. | Managing Members of Accredited Holdings, LLC |

Respectfully submitted, this the 10th day of June, 2008.

    s:/ Robert E. Poundstone IV
Robert E. Poundstone IV (POU006)

**One of the attorneys for Defendant Accredited Home Lenders, Inc.**

OF COUNSEL

Robert E. Poundstone IV
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

James D. Minor, Jr.
BRADLEY ARANT ROSE & WHITE LLP
One Jackson Place, Suite 450
188 East Capitol Street
Post Office Box 1789
Jackson, Mississippi 39215-1789

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Earl P. Underwood, Jr.
> James Donnie Patterson
> Law Offices of Earl P. Underwood, Jr.
> P.O. Box 969
> 21 South Section Street
> Fairhope, AL 36533-0969
>
> George Richardson Irvine, III
> Stone Granade & Crosby PC
> PO Drawer 1509
> Bay Minette, AL 36507-1509
>
> Kenneth Joseph Riemer
> 166 Government Street, Suite 100
> PO Box 1206
> Mobile, AL 36633-1206
>
> Steven Leon Nicholas
> Cunningham, Bounds, Crowder, Brown & Breedlove, LLC
> PO Box 66705
> Mobile, AL 36660-6705

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:
None.

> Respectfully submitted,
> s/ Robert E. Poundstone, IV
> Robert E. Poundstone, IV
> Bradley Arant Rose & White LLP
> The Alabama Center for Commerce
> 401 Adams Avenue, Suite 780
> Montgomery, AL 36104
> Telephone: (334) 956-7700
> Facsimile: (334) 956-7701
> E-mail: bpoundstone@bradleyarant.com