IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHERYL Hall FRAZIER, ) <br> individually and on behalf ) <br> of a class of similarly ) <br> situated persons, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> ACCREDITED HOME LENDERS, ) <br> INC., d/b/a Home Funds ) <br> Direct, ) <br> ) <br>    Defendant. ) | CIVIL ACTION NO. <br> 1:08cv11-MHT |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 29) is granted.

DONE, this the 24th day of June, 2008.

      /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**