```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005591
Cashier ID: christin
Transaction Date: 06/24/2008
Payer Name: BRADLEY ARANT ROSE WHITE
----------------------------------------
PRO HAC VICE
 For: J WILLIAM MANUEL
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
----------------------------------------
CHECK
 Remitter: BRADLEY ARANT ROSE
 Check/Money Order Num: 004909
 Amt Tendered:  $50.00
----------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

DALM108CV11-MHT

MOT/PHV J WILLIAM MANUEL
```