IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL HALL FRAZIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.1:08cv11-MHT |
| ) | |
| ACCREDITED HOME LENDERS, ) | |
| INC., d/b/a HOME FUNDS DIRECT, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of plaintiff's motion to compel (Doc. # 32), filed June 27, 2008, and for good cause, it is

ORDERED that the motion to compel be and hereby is DENIED without prejudice. Counsel for all parties are DIRECTED to meet and confer **in person or by telephone** on or before July 14, 2008, not merely by letter or email, concerning the subject of the motion in a good faith effort to resolve any disputes. The motion to compel may be renewed if counsel cannot resolve this matter satisfactorily, but only after such good faith efforts.

DONE, this 2nd day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE