IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHERYL HALL FRAZIER,** | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL NUMBER: 1:08-cv-11-MHT |
| **ACCREDITED HOME LENDERS, INC., d/b/a HOME FUNDS DIRECT,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

**UNOPPOSED MOTION TO EXTEND DEADLINE
FOR FILING RECORD SUBMISSION**

Comes now Plaintiff, by and through her undersigned attorney, and moves this Court to extend the deadline for the parties to jointly submit to the Court a record of evidence to be relied upon when filing subsequent briefs, which is currently set for July 3, 2008, and as grounds therefor shows as follows:

1. That Plaintiff has filed a Motion to Compel the Defendant to more fully respond to certain outstanding written discovery, which would include the production of certain documents.

2. This Court, on July 2, 2008, entered an Order denying the Motion to Compel without prejudice and directing counsel for the parties to meet and confer, which the Court ordered to take place on or before July 14, 2008.

3. The parties have tentatively scheduled a telephonic conference to meet and confer on July 3, 2008.

4.     Plaintiff is hopeful that either through the meet and confer process, or through the motion to compel practice, additional information and documents will be produced by the Defendant which would be included in the record of evidence.

5.     Plaintiff believes that a delay in the filing of the record of evidence for a period of time including two (2) weeks following the resolution of the Motion to Compel would enable the parties to file a more complete record of evidence.

6.     The Defendant does not have an objection to the Plaintiff's request.

WHEREFORE, Plaintiff requests an Order of this Court extending the deadline to file a record of evidence from July 3, 2008 until fourteen (14) days following the resolution of the Plaintiff's Motion to Compel.

STEVEN L. NICHOLAS (NICHS2021)
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (Fax)

## CERTIFICATE OF SERVICE

I do hereby certify that on the 2 day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record.

Robert E. Poundstone, IV
Bradley Arant Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

James D. Minor, Jr.
Bradley Arant Rose & White, LLP
One Jackson Place, Suite 450
188 East Capitol Street
Post Office Box 1789
Jackson, Mississippi  39215-1789

                                                                          /s/ Steven L. Nicholas
                                                                          STEVEN L. NICHOLAS