IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHERYL Hall FRAZIER, )<br>individually and on behalf )<br>of a class of similarly )<br>situated persons, )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )<br>  )<br>ACCREDITED HOME LENDERS, )<br>INC., d/b/a Home Funds )<br>Direct, )<br>  )<br>   Defendant. ) | CIVIL ACTION NO.<br>1:08cv11-MHT |

ORDER

It is ORDERED as follows:

(1) Plaintiff's motion to extend deadline (Doc. No. 34) is granted.

(2) The parties are allowed until July 18, 2008, to submit the joint record.

(3) All other deadlines and requirements in the

court's scheduling order of June 23, 2008 (Doc. No. 28), remain the same.

DONE, this the 7th day of July, 2008.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**