IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHERYL HALL FRAZIER,** | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL NUMBER: 1:08-cv-11-MHT |
| **ACCREDITED HOME LENDERS, INC., d/b/a HOME FUNDS DIRECT,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

## UNOPPOSED MOTION TO EXTEND DEADLINE
## FOR FILING CLASS CERTIFICATION BRIEF

Comes now Plaintiff, by and through her undersigned attorney, and moves this Court for an extension of filing Plaintiff's brief in support of class certification, and the Defendant's reply thereto, up to and including July 18, 2008, and as grounds therefor shows as follows:

1. That this Court granted an extension for the filing of the record of evidence in support of the motion for class certification until July 18, 2008.

2. Until the record of evidence is completed, it is impossible to file a meaningful brief in support of class certification.

3. The Defendant does not oppose the extension requested herein.

WHEREFORE, Plaintiff requests an Order of this Court setting the deadline for filing her brief in support of class certification for July 18, 2008 and setting the Defendant's reply to August 1, 2008, and Plaintiff's reply to August 8, 2008. All the other dates set forth in the Court's Scheduling Order should be unaffected by this extension.

*(signature)*

STEVEN L. NICHOLAS (NICHS2021)
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (Fax)

## CERTIFICATE OF SERVICE

I do hereby certify that on the __9__ day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record.

Robert E. Poundstone, IV
Bradley Arant Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

James D. Minor, Jr.
Bradley Arant Rose & White, LLP
One Jackson Place, Suite 450
188 East Capitol Street
Post Office Box 1789
Jackson, Mississippi 39215-1789

*(signature)*

STEVEN L. NICHOLAS