IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **CHERYL HALL FRAZIER** )<br>)<br>     PLAINTIFF, )<br>)<br>V. )<br>)<br>**ACCREDITED HOME LENDERS,** )<br>**INC., d/b/a HOME FUNDS DIRECT** )<br>)<br>     DEFENDANT. ) | **CIVIL CASE NO.:**<br>**1:08-CV-00011-MHT-SRW** |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW the undersigned, pursuant to the Federal Rules of Civil Procedure, and respectfully moves this Court for admission *pro hac vice* of Kathleen R. Shields, of Bradley Arant Rose & White LLP, in connection with the representation of Defendant Accredited Home Lenders, Inc. in the above-styled cause. As grounds for this motion, the undersigned shows as follows:

1.  Ms. Shields practices with the law firm of Bradley Arant Rose & White LLP in the firm's Jackson, Mississippi office.

2.  Ms. Shields is qualified, admitted, and licensed to practice before the United States District Court for the Southern District of Mississippi. Ms. Shields has never been disciplined or otherwise disqualified from the practice of law. Attached as Exhibit 1 to this motion is the Certificate of Good Standing from the United States District Court for the Southern District of Mississippi.

3.  Robert E. Poundstone, IV of Bradley Arant Rose & White LLP in Montgomery, Alabama will assist in the representation of Accredited Home Lenders, Inc.

4/126618.1


4. A $50.00 fee for Ms. Shields' admission is being delivered separately to the Clerk's office.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that Ms. Shields be admitted to practice *pro hac vice* before this Court.

Dated: July 11, 2008

Respectfully submitted,

s/ Robert E. Poundstone, IV
Robert E. Poundstone, IV
*One of the Attorneys for Defendant
Accredited Home Lenders Inc.*

OF COUNSEL

Robert E. Poundstone, IV
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

J. Douglas Minor, Jr.
J. William Manuel
Kathleen R. Shields
Bradley Arant Rose & White LLP
Suite 450, One Jackson Place
188 East Capitol Street
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

## CERTIFICATE OF SERVICE

      I hereby certify that on July11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Earl P. Underwood, Jr.
      Law Offices of Earl P. Underwood, Jr.
      P.O. Box 969
      21 South Section Street
      Fairhope, AL 36533-0969

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      None.

                                  Respectfully submitted,

                                  s/ Robert E. Poundstone, IV
                                  Robert E. Poundstone, IV
                                  Bradley Arant Rose & White LLP
                                  The Alabama Center for Commerce
                                  401 Adams Avenue, Suite 780
                                  Montgomery, AL 36104
                                  Telephone: (334) 956-7700
                                  Facsimile: (334) 956-7701
                                  E-mail: bpoundstone@bradleyarant.com

4/126618.1

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    MISSISSIPPI

**CERTIFICATE OF GOOD STANDING**

I, _____ J. T. NOBLIN _____, Clerk of this Court,

certify that _____ Kathleen R. Shields _____, Bar # _____ 102574 _____,

was duly admitted to practice in this Court on

_____ June 17, 2008 _____, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _____ Jackson, Mississippi _____ on _____ July 11, 2008 _____.
LOCATION                                                      DATE

J. T. NOBLIN
CLERK

*Katherine H. Alexander*
DEPUTY CLERK

EXHIBIT
1