IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHERYL Hall FRAZIER, individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiff,<br><br>    v.<br><br>ACCREDITED HOME LENDERS, INC., d/b/a Home Funds Direct,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)     1:08cv11-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

It is ORDERED that the motion to extend deadline (Doc. No. 36) is granted.

DONE, this the 11th day of July, 2008.

　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**