IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CHERYL HALL FRAZIER,         )
individually and on behalf   )
of a class of similarly      )
situated persons,            )
                             )
    Plaintiff,                )
                             )    CIVIL ACTION NO.
    v.                        )      1:08cv11-MHT
                             )
ACCREDITED HOME LENDERS,     )
INC., d/b/a Home Funds       )
Direct,                      )
                             )
    Defendant.                )
```

### ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 37) is set for submission, without oral argument, on August 8, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 14th day of July, 2008.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE