IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CHERYL HALL FRAZIER, individually and on behalf of a class of similarly situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:08cv11-MHT |
| ACCREDITED HOME LENDERS, INC., d/b/a Home Funds Direct, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 39) is granted.

DONE, this the 14th day of July, 2008.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE