```
CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005799
Cashier ID: brobinso
Transaction Date: 07/14/2008
Payer Name: BRADLEY ARANT ROSE WHITE
------------------------------------
PRO HAC VICE
 For: KATHLEEN SHIELDS
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
------------------------------------
CHECK
 Check/Money Order Num: 3172
 Amt Tendered:  $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

1:08-CV-11
```