

## DISCLOSURE NOTICES

### GOVERNMENT LOANS ONLY

**L O A N S**

RIGHT TO FINANCIAL PRIVACY ACT OF 1978 - This is notice to you as required by the Right to Financial Privacy Act of 1978 that the Department of Housing and Urban Development or Department of Veterans Affairs has a right of access to financial records held by a financial institution in connection with the consideration of administration of assistance to you. Financial records involving your transaction will be available to the Department of Housing and Urban Development or Department of Veterans Affairs without further notice or authorization, but will not be disclosed or released to another Government agency or Department without your consent except as required or permitted by law.

### EMPLOYMENT CERTIFICATION

**E M P L O Y**

An approval for a loan is based upon employment, income and obligations as shown on the loan application. At closing, the applicant and co-applicant/spouse, if applicable, are required to execute a sworn statement affirming that they are currently working as previously reported, have not received notice of layoff nor have knowledge of pending layoff, and that outstanding obligations are substantially the same as reported on the application. Should a change occur in your employment or financial status prior to loan closing, immediately notify your loan officer, as it will be necessary to obtain approval of any changes.

### ANTI-COERCION STATEMENT

☐ The lender may not require the applicant to take insurance through any particular insurance agent or company to protect the mortgaged property. The applicant, has the right to have the insurance placed with an insurance agent or company of his choice, provided the company meets the requirements of the lender. The lender has the right to designate reasonable financial requirements as to the company and the adequacy of the coverage.

I have read the foregoing statement, and understand my rights and privileges and those of the lender relative to the placing of such insurance.

**I N S U R A N C E**

I have selected the following agencies to write the insurance covering the property described above:

**EUGENE MCGRIFF-STATE FARM FIRE AND**

Insurance Company Name                       Agent

**S T A T E**

PO BOX 1185, DOTHAN AL, 36302

Agent's Address                         Agent's Telephone Number

### FLOOD INSURANCE NOTIFICATION

**M E N T.**

☐ Federal regulations require us to inform you that the property used as security for this loan is located in an area identified by the Federal Emergency Management Agency (FEMA) as having special flood hazards and that in the event of damage to the property caused by flooding in a Federally-declared disaster, Federal disaster relief assistance, if authorized, will be available for the property. At the closing you will be asked to acknowledge your receipt of this information. If you have any questions concerning this notice, kindly contact your loan officer.

IMPORTANT: Please notify your insurance agent that the "loss payable" clause for the mortgagee on both the hazard and flood insurance must read as follows, unless otherwise advised:

AHL/Frazier
0046

**Hall-Frazier**
**Record - 001701**

## DISCLOSURE NOTICES

I/We hereby certify that I/we have read the Notices set forth above and fully understand all of the above. In addition to these Notices, I/we the applicant(s) certify that I/we have received the "Settlement Cost Booklet" and the "Consumer Handbook on Adjustable Rate Mortgages" (CHARM booklet), if applicable.

N O T I F I C A T I O N

| Borrower | Date | Borrower | Date |
|---|---|---|---|
| CHERYL HALL | 3-26-05 | | |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

MIN # 100178185831728174
AHL DISCNTC3.UFF

HALL
Page 3 of 3

Loan # 0503172917
Rev. 05/04

AHL/Frazier
0047

# ALABAMA
## Choice of Insurance Notice

| Loan Number 0503172917 | Date March 25, 2005 |
|---|---|

| Borrower CHERYL HALL | |

| Property Address 105 TV ROAD DOTHAN, AL 36301 | Lender Home Funds Direct 15090 Avenue of Science San Diego, CA 92128 |

The AL Code Section 5-19-20(e) requires that you receive written notification of your right to select insurance of your choice, when hazard insurance is required by the lender as a condition of the loan.

**Home Funds Direct** shall not require that you, upon financing the purchase of real property or lending money on the security of real property, as a condition precedent, concurrent or subsequent to financing the purchase of such property or renewal or extension to lending money upon the security of a mortgage thereon, negotiate any policy of insurance or renewal thereof through a particular insurer, agent, solicitor or broker.

The lender reserves the right to approve or disapprove an insurer selected based on reasonable standards, such as financial soundness, services of insurer and required coverage.

Your acknowledgment below signifies that written notice was provided to you pursuant to the state statute.

_____
CHERYL HALL

_____

_____

_____

_____                    _____

-1035(AL) (0103)          VMP MORTGAGE FORMS - (800)521-7291          5/01

0503172917

AHL/Frazier
0048

## APPRAISAL DISCLOSURE

| Borrower Name(s): | Lender: |
|---|---|
| CHERYL HALL | Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128<br><br>0503172917 |

| Property Address: | Date: |
|---|---|
| 105 TV ROAD<br>DOTHAN, AL 36301 | March 25, 2005 |

You have the right to a copy of the appraisal report used in connection with your application for credit. If you wish a copy, please write to us at the mailing address we have provided. We must hear from you no later than 90 days after we notify you about the action taken on your credit application or you withdraw your application.

Contact:    Customer Service
Lender/Broker:   Home Funds Direct
Address:      Attention: Post Closing
          16550 West Bernardo Dr. Bldg 1
          San Diego, CA 92127-1870
Telephone:    (877) 683-4466

In your letter, give us the following information:
      Your Name
      Your Address
      Your Telephone Number

Borrower CHERYL HALL    Date 3-25-05      Borrower    Date

Borrower    Date      Borrower    Date

Borrower    Date      Borrower    Date

Borrower    Date      Borrower    Date

100176105031729174        0503172917

-122 (0004).01      VMP MORTGAGE FORMS - (800)521-7291      12/93

Hall-Frazier
Record - 001704

## CREDIT SCORE NOTICE

| Borrower Name(s): | Lender: |
|---|---|
| CHERYL HALL | Home Funds Direct |
| | 15090 Avenue of Science |
| | San Diego, CA 92128 |
| | |
| | (866) 487-4350 |
| | Date: |
| | March 25, 2005 |

### NOTICE TO THE HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

One or more of the following consumer reporting agencies will provide the credit score:

| Experian | Equifax Credit Information Services | Trans Union |
|---|---|---|
| P.O. Box 2002 | P.O. Box 740241 | P.O. Box 4000 |
| Allen, TX 75013 | Atlanta, GA 30374 | Chester, PA 19016 |
| 1-888-397-3742 | 1-800-685-1111 | 1-866-887-2673 |

Your acknowledgment below signifies that this written notice was provided to you.

| _____ 3-25-05 | _____ |
|---|---|
| Borrower CHERYL HALL    Date | Borrower    Date |
| | |
| _____ | _____ |
| Borrower    Date | Borrower    Date |
| | |
| _____ | _____ |
| Borrower    Date | Borrower    Date |
| | |
| _____ | _____ |
| Borrower    Date | Borrower    Date |

100176105031729174    0503172917

-140 (0405)    VMP Mortgage Solutions, Inc. (800)521-7291    10/04

AHL/Frazier
0050





**★ L E N D E R    N O T I C E S ★**





**★ N E W D O C ★**





**★ N E W D O C ★**



**★ N E W D O C ★**

## EXHIBIT A

Situated in Dothan, Houston County, State of AL and being described as follows:

Lot 2, Block "C", of the Third Addition to Television Heights Subdivision in the City of Dothan, Alabama, as found recorded in Plat book 7, Page 23, in the Office of the Judge of Probate, Houston County, Alabama.

The above legal description being the same as the last deed of record, no boundary survey having been made at the time of this conveyance.

Parcel #10-09-31-4-003-001.007

BEING the same property conveyed to Louis E. Sowers and Fay Sowers, as joint tenants with express right of survivorship and to the survivor's heirs and assigns, by deed from Samuel B. Pierce, Jr., Secretary of Housing and Urban Development of Washington, D.C., acting by and through the Office of Assistant Secretary for Housing - Federal Housing Commissioner, dated 07-19-85, recorded 07-26-85, in Book 311, page 324, in the Office of the Judge of Probate of Houston County, AL.

BEING the same property conveyed to Kevin Lorenzo Dixon, II, by deed from Louis E. Sowers and wife, Fay Sowers, dated 04-02-03, recorded 04-03-03, in Book 598, page 34, in the Office of the Judge of Probate of Houston County, AL.

BEING the same property conveyed to Cheryl Hall, by deed from Kevin Lorenzo Dixon, II, a unmarried man, dated 03-02-05, recorded 03-11-05, in Book 622, page 443, in the Office of the Judge of Probate of Houston County, AL.

This Derivation Clause represents a 24 month Chain of Title.

The above information is to be used for reference purposes only and not to be relied on as evidence of title and/or encumbrances. Accordingly, said information is furnished at a reduced rate, and the Company's liability shall in no event exceed the amount paid for said information.

105 TV Road, Dothan, AL 36301

**Hall-Frazier**
**Record - 001707**



*TITLE*





*NEWDOC*





*NEWDOC*



*NEWDOC*

AHL/Frazier
0053

Title

**Hall-Frazier**
**Record - 001708**

### Swafford & Hays Settlement Services, Inc.
### Privacy Policy

**Borrower Name(s):**   Cheryl Hall

**Date** 3-25-05

The trust of our customers is very important to Swafford & Hays Settlement Services, Inc. Keeping non-public personal information about our customers in a secure environment and using that information only in accordance with the Privacy Policy is our top priority.

This Privacy Policy includes examples of the types on non-public personal information Swafford & Hays Settlement Services, Inc. collects. The provisions of this Policy apply to all our customers and consumers.

We do no disclose any nonpublic personal information about you to anyone, except as permitted by law.

Swafford & Hays Settlement Services, Inc. restricts access to your personal and account information to those employees who need to know that information to provide service to you. Swafford & Hays Settlements Services, Inc. maintains electronic and procedural safeguards that comply with federal regulations to guard your nonpublic information.

We may disclose all of the information we collect to companies that perform marketing services on our behalf or to other financial institutions with whom we have joint marketing agreements.

3-25-05

| Borrower Signature | Date | Borrower Signature | Date |

AHL/Frazier
0054

File No: 05-2813

### AFFIDAVIT

The undersigned affiant(s) do hereby state the following:

1. That there are no matters pending against the affiant(s) that could give rise to a lien that would attach to the property between 03/25/2005 and the recording of the interest to be insured.

2. That the affiant(s) have not and will not executed any instruments that would adversely affect the interest to be insured.

3. That there are no unrecorded special assessment liens or unrecorded liens arising by virtue of ordinances, unrecorded agreements as to impact or other development fees, or unpaid waste fees payable to that county or municipality.

The real estate and improvements referred to herein are situated in the County of Houston, State of AL, and described as follows, to-wit:

105 TV Road, Dothan, AL 36301

3-25-05
_____
Date

_____
Cheryl Hall

_____

_____

_____

STATE OF AL

COUNTY OF Houston

Sworn to and subscribed before me this .

My Commission expires: My Commission
Expires 3-06-06

Diane L. Hilson
Alabama State
at Large

File No: 05-2813

# AFFIDAVIT AS TO LIENS AND ENCUMBRANCES

On this, before me personally appeared Cheryl Hall, Owner of property and/or General Contractor, to me personally known, who, being duly sworn on (his/their) oath(s), did say that all of the persons, firms and corporations, including the general contractor and all subcontractors who have furnished services, labor or materials according to the plans and specifications, or extra items, used in the constructions or repair of buildings and improvements on the real estate hereinafter described, have been paid in full and that such work has been fully completed and accepted by the owner.

Affiant further says that no proceedings in bankruptcy or receivership have been instituted by or against him/them.

Affiant further says that no claims have been made to affiant by, nor is any suit now pending on behalf of any contractor, subcontractor, laborer or materialmen, and further that not chattel mortgages, conditional bills of sale, retention of title agreements, security agreements, financing statements, or personal property leases have been given or are outstanding as to any fixtures, appliances, or equipment which are now installed in or upon said real property, or in the improvements thereon.

Affiant further says that there are no outstanding deeds of trusts, mortgages, judgement liens, mechanic's or materialmen's liens filed of record or unfiled claims or any other liens or encumbrances or any form of taxes, (including, property, real property, county, city, village, township or water/sewer) of any kind expect as follows:

Affiant on behalf of said Owner of Property and/or General Contractor does for a valuable consideration hereby agree and guarantee to hold None (by reason of the fact that it has issued its title insurance policies), harmless against any liens, claims or suit of or by any general contractor, subcontractor, mechanic or materialmen, and against chattel mortgages, conditional bills of sales, retention of title agreements, security agreements, financing statements, or personal property leases in connection with the construction, repair or sale of such building or improvements on said real estate.

The real estate and improvements referred to herein are situated in the County of Houston, State of AL, and are described as follows, to-wit:

105 TV Road, Dothan, AL 36301

3-25-05
_____
Date

_____
Cheryl Hall

STATE OF AL
COUNTY OF Houston

Sworn to and subscribed before me this .

My Commission
Expires 3-06-06

_____
Notary Public

Diane L. Hilson
Alabama State
at Large
Loan No: 0503172917



# LOAN POLICY OF TITLE INSURANCE

Issued by **Transnation Title Insurance Company**



**LandAmerica**
**Transnation**

*Transnation Title Insurance Company is a member of the*
*LandAmerica family of title insurance underwriters.*

**POLICY NUMBER**

F52-1069870

SUBJECT TO THE EXCLUSIONS FROM COVERAGE, THE EXCEPTIONS FROM COVERAGE CONTAINED IN SCHEDULE B AND THE CONDITIONS AND STIPULATIONS, TRANSNATION TITLE INSURANCE COMPANY, an Arizona corporation, herein called the Company, insures, as of Date of Policy shown in Schedule A, against loss or damage, not exceeding the Amount of Insurance stated in Schedule A, sustained or incurred by the insured by reason of:

1. Title to the estate or interest described in Schedule A being vested other than as stated therein;
2. Any defect in or lien or encumbrance on the title;
3. Unmarketability of the title;
4. Lack of a right of access to and from the land;
5. The invalidity or unenforceability of the lien of the insured mortgage upon the title;
6. The priority of any lien or encumbrance over the lien of the insured mortgage;
7. Lack of priority of the lien of the insured mortgage over any statutory lien for services, labor or material:
   (a) arising from an improvement or work related to the land which is contracted for or commenced prior to Date of Policy; or (b) arising from an improvement or work related to the land which is contracted for or commenced subsequent to Date of Policy and which is financed in whole or in part by proceeds of the indebtedness secured by the insured mortgage which at Date of Policy the insured has advanced or is obligated to advance;
8. The invalidity or unenforceability of any assignment of the insured mortgage, provided the assignment is shown in Schedule A, or the failure of the assignment shown in Schedule A to vest title to the insured mortgage in the named insured assignee free and clear of all liens.

The Company will also pay the costs, attorneys' fees and expenses incurred in defense of the title or the lien of the insured mortgage, as insured, but only to the extent provided in the Conditions and Stipulations.

IN WITNESS WHEREOF, TRANSNATION TITLE INSURANCE COMPANY has caused its corporate name and seal to be hereunto affixed by its duly authorized officers, the Policy to become valid when countersigned by an authorized officer or agent of the Company.

**TRANSNATION TITLE INSURANCE COMPANY**

Attest:

*Whittee Powell*

Secretary



By:

*Theodore L Chandler, Jr*

President

## EXCLUSIONS FROM COVERAGE

The following matters are expressly excluded from the coverage of this policy and the Company will not pay loss or damage, costs, attorneys' fees or expenses which arise by reason of:

1. (a) Any law, ordinance or governmental regulations (including but not limited to building and zoning laws, ordinances, or regulations) restricting, regulating, prohibiting or relating to (i) the occupancy, use, or enjoyment of the land; (ii) the character, dimensions or location of any improvement now or hereafter erected on the land; (iii) a separation in ownership or a change in the dimensions or area of the land or any parcel of which the land is or was a part; or (iv) environmental protection, or the effect of any violation of these laws, ordinances or governmental regulations, except to the extent that a notice of the enforcement thereof or a notice of a defect, lien or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy. (b) Any governmental police power not excluded by (a) above, except to the extent that a notice of the exercise thereof or a notice of a defect, lien or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.
2. Rights of eminent domain unless notice of the exercise thereof has been recorded in the public records at Date of Policy, but not excluding from coverage any taking which has occurred prior to Date of Policy which would be binding on the rights of a purchaser for value without knowledge.
3. Defects, liens, encumbrances, adverse claims or other matters: (a) created, suffered, assumed or agreed to by the insured claimant; (b) not known to the Company, not recorded in the public records at Date of Policy, but known to the insured claimant and not disclosed in writing to the Company by the insured claimant prior to the date the insured claimant became an insured under this policy; (c) resulting in no loss or damage to the insured claimant; (d) attaching or created subsequent to Date of Policy (except to the extent that this policy insures the priority of the lien of the insured mortgage over any statutory lien for services, labor or material); or (e) resulting in loss or damage which would not have been sustained if the insured claimant had paid value for the insured mortgage.
4. Unenforceability of the lien of the insured mortgage because of the inability or failure of the insured at Date of Policy, or the inability or failure of any subsequent owner of the indebtedness, to comply with applicable doing business laws of the state in which the land is situated.
5. Invalidity or unenforceability of the lien of the insured mortgage, or claim thereof, which arises out of the transaction evidenced by the insured mortgage and is based upon usury or any consumer credit protection or truth in lending law.
6. Any statutory lien for services, labor or materials (or the claim of priority of any statutory lien for services, labor or materials over the lien of the insured mortgage) arising from an improvement or work related to the land which is contracted for and commenced subsequent to Date of Policy and is not financed in whole or in part by proceeds of the indebtedness secured by the insured mortgage which at Date of Policy the insured has advanced or is obligated to advance.
7. Any claim, which arises out of the transaction creating the interest of the mortgagee insured by this policy, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights laws, that is based on:
   (a) the transaction creating the interest of the insured mortgagee being deemed a fraudulent conveyance or fraudulent transfer; or
   (b) the subordination of the interest of the insured mortgagee as a result of the application of the doctrine of equitable subordination; or
   (c) the transaction creating the interest of the insured mortgagee being deemed a preferential transfer except where the preferential transfer results from the failure:
       (i) to timely record the instrument of transfer; or
       (ii) of such recordation to impart notice to a purchaser for value or a judgment or lien creditor.

NM 2     PA 20
ALTA Loan Policy (10/17/92)
**Form 1191-54B**          ORIGINAL          Valid only if Schedule A and B are attached

AHL/Frazier
0057





**POLICY NUMBER**
F52-1069870

**Transnation Title Insurance Company**

### LOAN POLICY OF TITLE INSURANCE
(10/17/92)

Gross Premium: $ _____

Rate Code: _____

| REISSUE OR SUBSTITUTION INFORMATION. |
| --- |
| Liability Cr. $ _____ |
| Premium Cr. $ _____ |
| Policy No. _____ |

| STATISTICAL STATES ONLY | | | | |
| --- | --- | --- | --- | --- |
| POLICY TYPE | TITLE SOURCE | PROPERTY TYPE | STATE REPORT CODE | RATE RULE |
| | | | | |

COMMENTS TO UNDERWRITER:

AHL/Frazier
0058

| NOTICE |
| --- |
| THIS PAGE MUST BE REMITTED TO UNDERWRITER WITH POLICY SCHEDULES. |

Form 1191-54B                    **AGENCY SERVICE CENTER**



## CONDITIONS AND STIPULATIONS
(continued)

Upon the exercise by the Company of either of the options provided for in paragraphs (a)(i) or (a)(ii), all liability and obligations to the insured under this policy, other than to make the payment required in those paragraphs, shall terminate, including any liability or obligation to defend, prosecute, or continue any litigation, and the policy shall be surrendered to the Company for cancellation.

(b) To Pay or Otherwise Settle With Parties Other than the Insured or With the Insured Claimant.

(i) to pay or otherwise settle with other parties for or in the name of an insured claimant any claim insured against under this policy, together with any costs, attorneys' fees and expenses incurred by the insured claimant which were authorized by the Company up to the time of payment and which the Company is obligated to pay; or

(ii) to pay or otherwise settle with the insured claimant the loss or damage provided for under this policy, together with any costs, attorneys' fees and expenses incurred by the insured claimant which were authorized by the Company up to the time of payment and which the Company is obligated to pay.

Upon the exercise by the Company of either of the options provided for in paragraphs (b)(i) or (ii), the Company's obligations to the insured under this policy for the claimed loss or damage, other than the payments required to be made, shall terminate, including any liability or obligation to defend, prosecute or continue any litigation.

### 7. DETERMINATION AND EXTENT OF LIABILITY.

This policy is a contract of indemnity against actual monetary loss or damage sustained or incurred by the insured claimant who has suffered loss or damage by reason of matters insured against by this policy and only to the extent here described.

(a) The liability of the Company under this policy shall not exceed the least of:

(i) the Amount of Insurance stated in Schedule A, or, if applicable, the amount of insurance as defined in Section 2(c) of these Conditions and Stipulations;

(ii) the amount of the unpaid principal indebtedness secured by the insured mortgage as limited or provided under Section 8 of these Conditions and Stipulations or as reduced under Section 9 of these Conditions and Stipulations, at the time of loss or damage insured against by this policy occurs, together with interest thereon; or

(iii) the difference between the value of the insured estate or interest as insured and the value of the insured estate or interest subject to the defect, lien or encumbrance insured against by this policy.

(b) In the event the insured has acquired the estate or interest in the manner described in Section 2(a) of these Conditions and Stipulations or has conveyed the title, then the liability of the Company shall continue as set forth in Section 7(a) of these Conditions and Stipulations.

(c) The Company will pay only those costs, attorneys' fees and expenses incurred in accordance with Section 4 of these Conditions and Stipulations.

### LIMITATION OF LIABILITY.

(a) If the Company establishes the title, or removes the alleged defect, lien or encumbrance, or cures the lack of a right of access to or from the land, or cures the claim of unmarketability of title, or otherwise establishes the lien of the insured mortgage, all as insured, in a reasonably diligent manner by any method, including litigation and the completion of any appeals therefrom, it shall have fully performed its obligations with respect to that matter and shall not be liable for any loss or damage caused thereby.

(b) In the event of any litigation, including litigation by the Company or with the Company's consent, the Company shall have no liability for loss or damage until there has been a final determination by a court of competent jurisdiction, and disposition of all appeals therefrom, adverse to the title or to the lien of the insured mortgage, as insured.

(c) The Company shall not be liable for loss or damage to any insured for liability voluntarily assumed by the insured in settling any claim or suit without the prior written consent of the Company.

(d) The Company shall not be liable for (i) any indebtedness created subsequent to Date of Policy except for advances made to protect the lien of the insured mortgage and secured thereby and reasonable amounts expended to prevent deterioration of improvements; or (ii) construction loan advances made subsequent to Date of Policy for the purpose of financing in whole or in part the construction of an improvement to the land which at Date to Policy were secured by the insured mortgage and which the insured was and continued to be obligated to advance at and after Date of Policy.

### 8. REDUCTION OF INSURANCE; REDUCTION OR TERMINATION OF LIABILITY.

(a) All payments under this policy, except payments made for costs, attorneys' fees and expenses, shall reduce the amount of the insurance pro tanto. However, any payments made prior to the acquisition of title to the estate or interest as provided in Section 2(a) of these Conditions and Stipulations shall not reduce pro tanto the amount of the insurance afforded under this policy except to the extent that the payments reduce the amount of the indebtedness secured by the insured mortgage.

(b) Payment in part by any person of the principal of the indebtedness, or any other obligation secured by the insured mortgage, or any voluntary partial satisfaction or release of the insured mortgage, to the extent of the payment, satisfaction or release, shall reduce the amount of insurance pro tanto. The amount of insurance may thereafter be increased by accruing interest and advances made to protect the lien of the insured mortgage and secured thereby, with interest thereon, provided in no event shall the amount of insurance be greater than the Amount of Insurance stated in Schedule A.

(c) Payment in full by any person or the voluntary satisfaction or release of the insured mortgage shall terminate all liability of the Company except as provided in Section 2(a) of these Conditions and Stipulations.

### 10. LIABILITY NONCUMULATIVE.

If the insured acquires title to the estate or interest in satisfaction of the indebtedness secured by the insured mortgage, or any part thereof, it is expressly understood that the amount of insurance under this policy shall be reduced by any amount the Company may pay under any policy insuring a mortgage to which exception is taken in Schedule B or to which the insured has agreed, assumed, or taken subject, or which is hereafter executed by an insured and which is a charge or lien on the estate

or interest described or referred to in Schedule A, and the amount so paid shall be deemed a payment under this policy.

### 11. PAYMENT OF LOSS.

(a) No payment shall be made without producing this policy for endorsement of the payment unless the policy has been lost or destroyed, in which case proof of loss or destruction shall be furnished to the satisfaction of the Company.

(b) When liability and the extent of loss or damage has been definitely fixed in accordance with these Conditions and Stipulations, the loss or damage shall be payable within 30 days thereafter.

### 12. SUBROGATION UPON PAYMENT OR SETTLEMENT.

(a) The Company's Right of Subrogation.

Whenever the Company shall have settled and paid a claim under this policy, all right of subrogation shall vest in the Company unaffected by any act of the insured claimant.

The Company shall be subrogated to and be entitled to all rights and remedies which the insured claimant would have had against any person or property in respect to the claim had this policy not been issued. If requested by the Company, the insured claimant shall transfer to the Company all rights and remedies against any person or property necessary in order to perfect this right of subrogation. The insured claimant shall permit the Company to sue, compromise or settle in the name of the insured claimant and to use the name of the insured claimant in any transaction or litigation involving these rights or remedies.

If a payment on account of a claim does not fully cover the loss of the insured claimant, the Company shall be subrogated to all rights and remedies of the insured claimant after the insured claimant shall have recovered its principal, interest, and costs of collection.

(b) The Insured's Rights and Limitations.

Notwithstanding the foregoing, the owner of the indebtedness secured by the insured mortgage, provided the priority of the lien of the insured mortgage or its enforceability is not affected, may release or substitute the personal liability of any debtor or guarantor, or extend or otherwise modify the terms of payment, or release a portion of the estate or interest from the lien of the insured mortgage, or release any collateral security for the indebtedness.

When the permitted acts of the insured claimant occur and the insured has knowledge of any claim of title or interest adverse to the title to the estate or interest or the priority or enforceability of the lien of the insured mortgage, as insured, the Company shall be required to pay only that part of any losses insured against by this policy which shall exceed the amount, if any, lost to the Company by reason of the impairment by the insured claimant of the Company's right of subrogation.

(c) The Company's Rights Against Non-insured Obligors.

The Company's right of subrogation against non-insured obligors shall exist and shall include, without limitation, the rights of the insured to indemnities, guaranties, other policies of insurance or bonds, notwithstanding any terms or conditions contained in those instruments which provide for subrogation rights by reason of this policy.

The Company's right of subrogation shall not be avoided by acquisition of the insured mortgage by an obligor (except an obligor described in Section 1 (a)(i) of these Conditions and Stipulations) who acquires the insured mortgage as a result of an indemnity, guarantee, other policy of insurance, or bond and the obligor will not be an insured under this policy, notwithstanding Section 1 (a)(i) of these Conditions and Stipulations.

### 13. ARBITRATION.

Unless prohibited by applicable law, either the Company or the insured may demand arbitration pursuant to the Title Insurance Arbitration Rules of the American Arbitration Association. Arbitrable matters may include, but are not limited to, any controversy or claim between the Company and the insured arising out of or relating to this policy, any service of the Company in connection with its issuance or the breach of a policy provision or other obligation. All arbitrable matters when the Amount of Insurance is $1,000,000 or less shall be arbitrated at the option of either the Company or the insured. All arbitrable matters when the Amount of Insurance is in excess of $1,000,000 shall be arbitrated only when agreed to by both the Company and the insured. Arbitration pursuant to this policy and under the Rules in effect on the date the demand for arbitration is made or, at the option of the insured, the Rules in effect at Date of Policy shall be binding upon the parties. The award may include attorneys' fees only if the laws of the state in which the land is located permit a court to award attorneys' fees to a prevailing party. Judgment upon the award rendered by the Arbitrator(s) may be entered in any court having jurisdiction thereof.

The law of the situs of the land shall apply to an arbitration under the Title Insurance Arbitration Rules.

A copy of the Rules may be obtained from the Company upon request.

### 14. LIABILITY LIMITED TO THIS POLICY; POLICY ENTIRE CONTRACT.

(a) This policy together with all endorsements, if any, attached hereto by the Company is the entire policy and contract between the insured and the Company. In interpreting any provision of this policy, this policy shall be construed as a whole.

(b) Any claim of loss or damage, whether or not based on negligence, and which arises out of the status of the title or the estate or interest covered hereby or by any action asserting such claim, shall be restricted to this policy.

(c) No amendment of or endorsement to this policy can be made except by a writing endorsed hereon or attached hereto signed by either the President, a Vice President, the Secretary, an Assistant Secretary, or validating officer or authorized signatory of the Company.

### 15. SEVERABILITY.

In the event any provision of this policy is held invalid or unenforceable under applicable law, the policy shall be deemed not to include that provision and all other provisions shall remain in full force and effect.

### 16. NOTICES, WHERE SENT.

All notices required to be given the Company and any statement in writing required to be furnished the Company shall include the number of this policy and shall be addressed to: Consumer Affairs Department, P.O. Box 27567, Richmond, Virginia 23261-7567.

EXHIBIT A

Situated in Dothan, Houston County, State of AL and being described as follows:

Lot 2, Block "C", of the Third Addition to Television Heights Subdivision in the City of Dothan, Alabama, as found recorded in Plat book 7, Page 23, in the Office of the Judge of Probate, Houston County, Alabama.

The above legal description being the same as the last deed of record, no boundary survey having been made at the time of this conveyance.

Parcel #10-09-31-4-003-001.007

BEING the same property conveyed to Louis E. Sowers and Fay Sowers, as joint tenants with express right of survivorship and to the survivor's heirs and assigns, by deed from Samuel B. Pierce, Jr., Secretary of Housing and Urban Development of Washington, D.C., acting by and through the Office of Assistant Secretary for Housing - Federal Housing Commissioner, dated 07-19-85, recorded 07-26-85, in Book 311, page 324, in the Office of the Judge of Probate of Houston County, AL.

BEING the same property conveyed to Kevin Lorenzo Dixon, II, by deed from Louis E. Sowers and wife, Fay Sowers, dated 04-02-03, recorded 04-03-03, in Book 598, page 34, in the Office of the Judge of Probate of Houston County, AL.

BEING the same property conveyed to Cheryl Hall, by deed from Kevin Lorenzo Dixon, II, a unmarried man, dated 03-02-05, recorded 03-11-05, in Book 622, page 443, in the Office of the Judge of Probate of Houston County, AL.

This Derivation Clause represents a 24 month Chain of Title.

The above information is to be used for reference purposes only and not to be relied on as evidence of title and/or encumbrances. Accordingly, said information is furnished at a reduced rate, and the Company's liability shall in no event exceed the amount paid for said information.

105 TV Road, Dothan, AL 36301

AHL/Frazier
0060

Hall-Frazier
Record - 001715

## COMMITMENT

State: AL County: Houston

Order #: 05-2813

| Plant #: | Commitment #:<br>F52-1969870 | Effective Date & Time:<br>March 18, 2005 @<br>8:00am | Reinsurance #: | Agent #:<br>05-2813 |
|---|---|---|---|---|

## Schedule A

1.  Policy or Policies to be issued:
    ALTA LOAN (10-17-92)
    Proposed Insured Loan:                                                    Amount

    Home Funds Direct, ISAOA, ATIMA                                       $56,000.00

    2nd Proposed Insured Loan:                                             Amount


    ALTA OWNER'S (10-17-92)
    Proposed Insured Owners:                                              Amount

    Cheryl Hall

2.  The estate or interest in the land described or referred to in the Commitment and covered herein
    is:

    Fee Simple

    and is at the effective date hereof vested in:

    Cheryl Hall

3.  The land is described as follows:

    105 TV Road, Dothan, AL  36301

Issued By: *05-2813
Swafford and Hays Settlement Services, Inc.
9041 Executive Park Drive, Suite 400
Knoxville, TN 37923

Countersigned Authorized Signatory

NOTE: This Commitment consists of insert pages labeled in Schedule A, Schedule B-Section 1, and Schedule B-Section 2. This commitment
is of no force and effect unless all schedules are included, along with any Rider pages incorporated by reference in the insert pages.

Underwriter: Transnation Title Insurance Company

AHU/Frazier
0061

## COMMITMENT

### Schedule B - Section 1

The following are the requirements to be complied with:

1. Instrument(s) creating the estate or interest to be insured must be approved, executed and filed for record to wit:

a. Deed of Mortgage to be executed by Cheryl Hall, and spouse if any, securing Home Funds Direct, must be properly executed and recorded.

2. Payment of the full consideration to, or for the account of, the grantors or mortgagors.

3. Payment of all taxes, charges, assessments, levied and assessed against subject premises, which are due and payable.

4. Satisfactory evidence should be had that improvements and/or repairs or alterations thereto are completed; that contractor, subcontractors, labor and materialmen are all paid.

5. Exceptions 3 and 4 of Schedule B - Section 2 of this commitment may be amended in or deleted from the policy to be issued if a survey, satisfactory to the Company, is furnished to Company.

6. Affidavit to be executed by Cheryl Hall, stating: 1) There are no matters pending against the affiant(s) that could give rise to a lien that would attach to the property between 03-18-05 and the recording of the interest to be insured. 2) That the affiant(s) have not and will not executed any instruments that would adversely affect the interest to be insured. 3) That there are no unrecorded special assessments liens or unrecorded liens arising by virtue of ordinances, unrecorded agreements as to impact or other development fees, or unpaid waste fees payable to the county or municipality.

7. A search failed to discover any open mortgages of record as of 03-18-05 for the last 12 months.

8. Satisfy and release Judgement in favor of Army Aviation Center F C U, dated 06-15-98, recorded 07-02-98, in book 89, page 185, in the Office of the Judge of Probate of Houston County, AL , against Cheryl R. Hall, in the principal amount of $3,558.26, plus costs and fees. _NOTE:  The payoff amount is $4,594.49 good thru 4-24-05._

9. TAX ID # 10-09-31-4-003-001.007
   2004 Taxes in the amount of $534.23 are paid in full.
   2005 Taxes in the estimated amount of $537.00 will be out 10-1-05 and due by 12-31-05.

NOTE: This Commitment consists of insert pages labeled in Schedule A, Schedule B-Section 1, and Schedule B-Section 2. This commitment is of no force and effect unless all schedules are included, along with any Rider pages incorporated by reference in the insert pages.

Commitment #: F52-1069670                                                            File #: 05-2613

## COMMITMENT

## Schedule B - Section 2

**Exceptions**
Schedule B of the policy or policies to be issued will contain exceptions to the following matters unless the same are disposed of to the satisfaction of the Company.

1. Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the proposed insured acquires for value of record the estate or interest or mortgage thereon covered by this Commitment.

2. Rights or claims of parties in possession not shown by the Public Records.

3. Encroachments, overlaps, boundary lines disputes, and other matters which would be disclosed by an accurate survey and inspection of the premises.

4. Easements or claims of easements not shown by the Public Records.

5. Taxes or special assessments which are not shown as existing liens by the public records.

6. Taxes and assessments for the year 2005 and subsequent years, which are not yet due and payable.

7. Subject to any restrictions, easements, setback lines, etc., as shown of record in Plat book 7, page 23, in the Office of the Judge of Probate of Houston County, AL.

NOTE: This Commitment consists of insert pages labeled in Schedule A, Schedule B-Section 1, and Schedule B-Section 2. This commitment is of no force and effect unless all schedules are included, along with any Rider pages incorporated by reference in the insert pages.

Commitment #: F52-1069670                                                File #: 05-2813

AHL/Frazier
0063

MAR-24-05 THU 3:16 PM  GENE MCGRIFF STATE FARM     FAX NO. 334 712 1158        P. 2



**DECLARATIONS**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

01-GP-2037-2    **Policy Number**

**Named Insured and Mailing Address**
HALL, CHERYL
105 TV RD
DOTHAN, AL 36301

| Coverage afforded by this policy is provided by: |
| --- |
| STATE FARM FIRE AND CASUALTY COMPANY PO BOX 2661 BIRMINGHAM AL  35297 |
| A Stock Company with Home Offices in Bloomington, Illinois. |

---

The Policy Period begins and ends at 12:01 a.m. Standard Time at the residence premises.

03-24-2005  **Effective Date**
12 months-**Policy Period**
03-24-2006  **Expiration of Policy Period**

**Limit of Liability - Section 1**

$  106,200  Coverage A. Dwelling

**Policy Type**
Homeowners Policy
Dwell Repl Cost - Similar Construction
Option ID - Increase Dwlg Up to $21,240

**Location of Premises**

Same as mailing address

**Automatic Renewal** - If the Policy Period is shown as 12 months, this policy will be renewed automatically subject to the premiums, rules and forms in effect each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

**Deductibles - Section 1**   $500
ALL LOSSES   In case of loss under this policy, the deductible will be applied per occurrence and will be deducted from the amount of the loss.   Other deductibles may apply - refer to your policy.

**Policy Premium**   $1,068.00

**Forms & Endorsements**

---

**Mortgagee**
HOME FUNDS DIRECT
PO BOX 10436
VAN NUYS, CA 94741-0436

Loan Number: 0503172917

Countersigned: March 24, 2005

559-916.2 Rev. 4-96

**Agent Name & Address**
MCGRIFF, EUGENE G
P O BOX 1185
DOTHAN, AL
36302-1185   (334)793-7618

By *Gene McGriff*            1599
         Agent              Agent's Code
                     **MORTGAGEE COPY**

AHL/Frazier
0064

MAR-24-05 THU 3:17 PM GENE MCGRIFF STATE FARM    FAX NO. 334 712 1158    P. 3



PREMIUM NOTICE
STATE FARM INSURANCE COMPANIES
AGENT ISSUED DECLARATIONS

559-916.4

| POLICY NUMBER | BILLING PERIOD | | AGENT CODE |
| 01-GP-2037-2 | FROM 03-24-2005 | TO 03-24-2006 | 1599 |

LOCATION (If other than Named Insured's mailing address)

INSURED
HALL, CHERYL
105 TV RD
DOTHAN, AL 36301

PREMIUM $ 1,068.00

AMOUNT PAID $    .00

AMOUNT DUE $ 1,068.00

DATE DUE 03-24-2005

MORTGAGEE
HOME FUNDS DIRECT
PO BOX 10436
VAN NUYS, CA 94741-0436

AGENT NAME & ADDRESS
MCGRIFF, EUGENE G
P O BOX 1185
DOTHAN, AL
36302-1185   (334)793-7618

Loan Number: 0503172917

This is the only notice you will receive. Please make check payable
to STATE FARM and return it with this notice to the address shown below.
Your canceled check is your receipt. Thanks for letting us serve you.

STATE FARM INSURANCE COMPANIES

AL-MISS REGIONAL OFFICE
PO BOX 2661
BIRMINGHAM AL   35297

559-916.4

AHL/Frazier
0065

MAR-24-05 THU 3:16 PM    GENE MCGRIFF STATE FARM    FAX NO. 33_712 1158    P. 1

GENE MCGRIFF,
AGENT
STATE FARM
INSURANCE
DOTHAN, ALABAMA
36301

# Facsimile transmittal

To: *Kim Stevenson*    Fax: *1-866-502-3001*

From: GENE MCGRIFF 01-1599    Date:

Re: *Cheryl Hall*    Pages: *3*

CC:

☑ Urgent    X For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

*Have a good ☺ day!*
*Debbie*

Notes

GENE MCGRIFF, AGENT

AHL/Frazier
0066

## Insurance Processor Certification

Borrower(s): _Cheryl Hall_                    · Purchase    Refi

Loan Number: _0503172917_                    □        ☑

Property Address: _105 TV Rd_
_Dothan AL 36301_

**Coverage Type:**

Homeowners Insurance         ☑

Flood Insurance              □

Insurance Company: _State Farm_    Phone: _334-793-7618_

Agent/Representative: _Eugene McGruff_ Fax: _____

Agency Address: _PO Box 1185  Dothan AL 36302_

Policy #: _01-BP-20372_ Policy Period: from _3/24/05_ to _3/24/06_

Policy Paid Through Date: _3/24/06_ Premium Amount: $ _1068_ /YR
*(Note: 6 months required)*

**Coverage:** Combined Loan Amount $ _56,000_
Total Estimated Cost New $ _106,200_
*(Note: Coverage must be equal to or greater than the lesser to the two.)*

$ _106,200_    Dwelling
20% $ _21,240_    Extended/Guaranteed Replacement (if applicable)
$ _127,440_    Total Coverage

Endorsement # _____ (if applicable)

Comments:

_____

Loan Specialist _[signature]_        Date _3/29/05_

AHL/Frazier
0067

## REQUEST FOR LOSS PAYABLE ENDORSEMENT

| To: Agent or Broker | Insured's Name & Address |
|---|---|
| Name EUGENE MCGRIFF—STATE FARM FIRE | Name CHERYL HALL |
| Add. PO BOX 1185 | Add. 105 TV ROAD |
|  | DOTHAN, AL 36301 |
| DOTHAN, AL 36302 |  |

This letter is to advise you that I/we have, on March 25, 2005                    granted a security interest on the property listed below, to the company listed as LENDER. Please issue your standard mortgage loss payable endorsement as instructed below. Mail the original endorsement and a copy of the policy to the lender named, at the address below.

The agent listed above is my/our voluntary selection of agents, as my/our choice and whose selection was not a condition precedent to this loan. Said designation may be revoked hereafter by written notice to the party named.

---

Property Add. 105 TV ROAD
DOTHAN, AL 36301
Lender: Home Funds Direct                    Indebtedness $56,000.00
1130 Northchase Parkway
Marietta, GA 30067-6420                    Term: 360                    Months

EUGENE MCGRIFF—STATE FARM FIRE AND CASUA PO BOX 1185
Insurance Company: DOTHAN, AL 36302

Phone No. _____ Policy No. 01-GP-2037-2

Endorsement should show lender as:     See mortgage loss payable endorsement below

[x] First     [ ] Second     [ ] Third     [ ] Other _____ Mortgagee

---

Lender as a condition of the loan in addition to the fire and casualty protection [ ] Requires  [x] Does not require a Flood Insurance policy in the amount of the indebtedness covering the real property listed above.

If I/we fail to furnish a valid insurance policy or written evidence from an insurance company for all the required coverages within 15 days, I/we hereby agree to pay LENDER or its assignees any earned premium and costs for any policy they may have to place to comply with this requirement.

Thank you in advance for your prompt attention.

**Mortgagee loss payable endorsement**
Home Funds Direct
A Division of Accredited Home Lenders, Inc.
A California Corporation,
it's successors and/or assigns
P.O. Box 10436
Van Nuys, CA 91410-0436

Signatures:

CHERYL HALL

---

-696 (0002)                    HALL          VMP MORTGAGE FORMS - (800)521-7291          3/00
0503172917

AHL/Frazier
0068

FloodCert/Certificate                                                                    Page 1 of 2

| FEDERAL EMERGENCY MANAGEMENT AGENCY **STANDARD FLOOD HAZARD DETERMINATION** | See The Attached Instructions | O.M.B. No. 3067-0264 Expires October 31, 2005 |
|---|---|---|

**SECTION I - LOAN INFORMATION**

| 1. LENDER NAME AND ADDRESS | 2. COLLATERAL (Building/Mobile Home/Personal Property) PROPERTY ADDRESS (Legal Description may be attached) |
|---|---|
| Accredited Home Lenders<br>15090 Avenue of Science #200<br>San Diego, CA  92128<br><br>AHL: Home Funds Direct<br>BRANCH:  351<br>REQUESTED BY:  kimst | 105 TV RD<br>DOTHAN, AL  36301<br><br>Borrower:  HALL, CHERYL |

| 3. LENDER ID. NO. AHL-203634 | 4. LOAN IDENTIFIER 0503172917 | 5. AMOUNT OF FLOOD INSURANCE REQUIRED $ |
|---|---|---|

**SECTION II**

**A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION**

| 1. NFIP Community Name | 2. County(ies) | 3. State | 4. NFIP Community Number |
|---|---|---|---|
| DOTHAN, CITY OF | HOUSTON | AL | 010104 |

**B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME**

| 1. NFIP Map Number or Community-Panel Number (Community Name, if not the same as "A") | 2. NFIP Map Panel Effective/ Revised Date | 3. LOMA/LOMR | 4. Flood Zone | 5. No NFIP Map |
|---|---|---|---|---|
| 01069C 0228E | 11/21/02 | ☐ Yes __ Date __ | X | |

**C. FEDERAL FLOOD INSURANCE AVAILABILITY (Check all that apply)**

1. ☒ Federal Flood Insurance is available (community participates in NFIP).   ☒ Regular Program   ☐ Emergency Program of NFIP

2. ☐ Federal Flood Insurance is not available because community is not participating in the NFIP

3. ☐ Building/Mobile Home is in a Coastal Barrier Resources Area (CBRA) or Otherwise Protected Area (OPA). Federal Flood Insurance may not be available.          CBRA/OPA designation date: _____

**D. DETERMINATION**

**IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA (ZONES CONTAINING THE LETTERS "A" OR "V")?** ☐ YES ☒ NO

If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, flood insurance is not required by the Flood Disaster Protection Act of 1973.

**E. COMMENTS (Optional):**

THIS FLOOD DETERMINATION IS PROVIDED TO THE LENDER PURSUANT TO THE FLOOD DISASTER PROTECTION ACT.   IT SHOULD NOT BE USED FOR ANY OTHER PURPOSE.

This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other information needed to locate the building/mobile home on the NFIP map.

**F. PREPARER'S INFORMATION**

| NAME, ADDRESS, TELEPHONE NUMBER (If other then Lender) | DATE OF DETERMINATION |
|---|---|
| First American Flood Data Services<br>11902 Burnet Road<br>Austin, TX 78758<br>1-800-447-1772 | 03/18/05 at 12:39 PM CST<br><br>FloodCert #: 0503844472<br><br>*** LIFE-OF-LOAN *** |

FEMA Form 81-93, OCT 02                    AHL-203634

AHL/Frazier 0069

**Hall-Frazier**
**Record - 001724**

FloodCert/Certificate

## NOTICE TO BORROWER
### *NOT IN*
## SPECIAL FLOOD HAZARD AREA

Borrower: **HALL, CHERYL**                          Loan #: **0503172917**

Property Location: **105 TV RD**
**DOTHAN, AL 36301**

National Flood Insurance Program Community: **DOTHAN, CITY OF**

dThis Notice Date Is as of: **03/18/05**

Attached is the completed Standard Flood Hazard Determination Form that indicates that the improved real estate or mobile home securing your loan is *not* located in an area designated by the Director of the Federal Emergency Management Agency ("FEMA") as a Special Flood Hazard Area ("SFHA"). As a result of this determination, you will not be required to obtain mandatory flood insurance in connection with the making of your loan.

However, your home may be near a SFHA. As such you, or your lender, may want to consider the advisability of obtaining flood insurance at reduced rates. You should check with your insurance agent or company as to the coverage types and amounts available to you and make your own determination as to whether you desire any such coverage.

If, however, at any time during the term of your loan the improved real estate or mobile home securing your loan is, due to re-mapping by FEMA or otherwise, located in an area that has been identified by the Director of FEMA as an area having special flood hazards and in which flood insurance is available under the National Flood Insurance Program, you will be so notified and advised that you must obtain an appropriate amount of flood insurance coverage. If, within 45 days after we send you such notification, you fail to purchase such flood insurance in an amount not less than the amount we advise you is necessary, we shall purchase such flood insurance on your behalf at your expense, as we are authorized to do in accordance with the provisions of the Flood Disaster Protection Act of 1973, as amended.

I/We, the undersigned borrower(s)/applicant(s), hereby understand and agree to all the above.

| | | | |
|---|---|---|---|
| Borrower/Applicant | Date | Borrower/Applicant | Date |
| Borrower/Applicant | Date | Borrower/Applicant | Date |
| Borrower/Applicant | Date | Borrower/Applicant | Date |

https://www.floodcert.com/main/findorder.do?printable=1&floodCertNum=0503844472          3/18/2005

AHL/Frazier
0070

## HAZARD INSURANCE AUTHORIZATION & REQUIREMENTS

Lender: Home Funds Direct

Date: March 25, 2005
Loan Number: 0503172917

Escrow Company: SWAFFORD & HAYES SETTLEMENT SERVICES INC
9041 EXECUTIVE PARK DRIVE, KNOXVILLE, TN, 37923

Escrow Number: 05-2813

Borrower Name(s): CHERYL HALL

Property Address: 105 TV ROAD
DOTHAN, AL 36301
AN ACCEPTABLE HAZARD INSURANCE POLICY, WITH ENDORSEMENTS AND/OR ASSIGNMENTS, MUST BE IN
LENDER'S OFFICE BEFORE THIS LOAN CAN BE FUNDED; OTHERWISE, LENDER MAY BE FORCED TO PLACE
INTERIM COVERAGE ON THE PROPERTY AT AN ADDITIONAL COST TO THE BORROWER(S).

Your Lender may require that you or your Insurance Agency provide the "ORIGINAL POLICY", but
generally, a "Binder" or a "Certificate of Evidence of Insurance" is acceptable. Ask your
Lender which they will accept.  Please forward all policies, assignments and/or endorsements
to Lender at the above address, "ATTENTION: LOAN PROCESSING."

Listed below are your Lender's policies and procedures, and minimum requirements, for Hazard
Insurance coverage.

1.   The amount of coverage provided by the policy must be no less than the lesser of: 1) the
replacement value of the improvements on the above referenced property as established by the
insurance company providing coverage, or 2) an amount equal to the sum of this loan amount
plus the balances of all other existing liens.
2.   The insurance company providing coverage must have a "B+" rating or better in the latest
edition of "Best's Insurance Guide", must be licensed to do business in the state in which
property is located, and must be licensed to transact the lines of insurance required.
3.   The Policy must provide at least "Broad Form" coverage on properties of one to four units,
and at least "Vandalism & Malicious Mischief" on properties with over four units, WITH NO
DEVIATION.  Home owners policies must provide coverage equal to "HO3" form.
4.   Deductibles may not be greater than the lesser of 1) $1,000.00 or 2) one percent (1.04) of
the coverage amounts determined using the guidelines in Requirement #1 above (This limit
applies for loans secured by residential properties of 1 to 4 units which may be sold to or
originated for either.  Federal National Mortgage Association, Federal Home Loan Mortgage
Corporation, FHA or VA).  Your Lender's deductible requirements may be more stringent; if so,
you will be notified of your Lender's requirements prior to funding.
5.   The Policy must provide coverage for a term of at least one year.  Premiums may be paid on
an annual installment basis only if the policy provides that the Lender will be notified in
writing of cancellation 30 days prior to expiration of coverage, for any cause.
6.   If a policy of coverage is already "in force" (typical in refinance transactions) which
expires within six months from the date of the recording of this loan, Lender may require
renewal of said policy for a term as required in #5 above.
7.   All forms and endorsements pertaining to the Lender's requirements must appear on the
"Declaration Page" of policy.
8.   For loans which have Hazard Insurance premiums impounded by the Lender, when notifying
Lender of any new policy or changes of Insurance Carrier, said notification must be
accompanied by a signed "Broker of Record Authorization".
9.   Verification of renewal of insurance policies must be in lender's office at least thirty
days prior to the expiration date of the
policy.  If this requirement is not met, LENDER OR ITS SUCCESSORS AND/OR ASSIGNS MAY AT THEIR
OPTION, BUT WITHOUT THE OBLIGATION TO DO SO, PROVIDE WHATEVER HAZARD INSURANCE AND/OR EXPIRING POLICIES
WHICH HAVE NOT BEEN PROPERTY RENEWED.  Premiums for such coverage shall be remitted promptly
by the undersigned, or Lender may charge borrower's account for the cost thereof.
10.  Lender's Loss Payable Endorsement 438 BFU for the 1st    Trust Deed to be affixed to
policy in favor of:

Home Funds Direct
A Division of Accredited Home Landers, Inc.
A California Corporation,
it's successors and/or assigns
P.O. Box 18436
Van Nuys, CA 91410-0436

RE: LOAN NO: 0503172917
11.  The property address and the insured's names must be designated on the policy exactly as
on the ALTA Title Policy.
12.  The Lender's loan number must appear on the policy and on any subsequent endorsements.
13.  The effective date of new policies, endorsements, and/or assignments shall be as of, or
prior to, the date of recording of this loan.
14.  Please notify your agent to forward future premium notices directly to you.
15.  If the security property is a condominium, the Master Policy must contain a minimum of
$1,000,000.00 coverage for "Directors & Officers" liability.  A copy of the Master Policy, or
a certificate showing proof of coverage for both the Homeowners Association and the
Condominium unit owner, must be submitted to the Lender prior to funding.

BY SIGNING BELOW, each of the undersigned acknowledges that he or she has read, understands
and accepts the foregoing provisions and insurance requirements.  This authorization shall
remain irrevocable for the undersigned as owner(s) of the property, and for any assignee(s),
for as long as this loan remains on the subject property.

_____              _____
Borrower CHERYL HALL                          Borrower

_____              _____
Borrower                                      Borrower

_____              _____
Borrower                                      Borrower

_____              _____
Borrower                                      Borrower

610030.UFF

AHL/Frazier
0071

AHL/Frazier
0072





* I N S U R A N C E *





* N E W D O C *





* N E W D O C *



* N E W D O C *

AHL/Frazier
0073





## Closed Loan Status

**Home Funds** DIRECT
1130 Northcase Parkway Suite 200
Marietta, GA. 30067-6420
Telephone:(866) 539-7025
Fax:      (866) 539-7026

Borrower: HALL, CHERYL
Co-Borrower:
Loan Number: 0503172917
Team: 351 - ATL001
Underwriter: Clarence Wells
Date: 03/30/2005 6:52 am

| Subject Property: | | Type: | SFR - Detached | Doc Type: | Full |
|---|---|---|---|---|---|
| 105 TV ROAD | | Occupancy: | Owner Occupied | Purpose: | Refi Cash Out |
| DOTHAN, AL. 36301 | | Appraised Value: $90,000.00 | | Lien Pos: | 1st |
| | | Final Value: $90,000.00 | | | |
| Broker: | | Program: B Fixed Full Doc | | Term: | 360/360 |
| Contact: | | | | Pre-Pay Term: | None |
| Phone: | | LTV/CLTV: 62.22% / 62.22% | | Orig. Fee | 3.5 |
| Fax: | | Loan Amount: $56,000.00 | | Discount Pts. | 0 |
| | | Fixed Rate: 7.299% | | Special Product Code: N/A | |

Appraisal: Original

| Decision: | Approved | Date: 03/24/2005 | For Assistance Call: | |
|---|---|---|---|---|
| | Approval expires 15 days from Decision Date, and is subject to requirements listed below. Any Change in Rate and/or Margin requires re-underwriting. | | Loan Specialist: Kira Stevenson | Account Executive: Kristopher Dillen |

Note: If any of these requirements are not met to our satisfaction, HomeFunds Direct reserves the right to cancel funding/purchase of this loan. All documentation is subject to re-verification prior to funding. Loan approval is made subject to the following conditions:

**Standard Closing Requirements**
HFD to phone verify employment.
Property taxes to be paid current.
Flood Insurance if applicable.
Copy of photo I.D. all borrowers.
Total broker/lender fees not to exceed 7% of amount financed unless subject to state High Cost loan test.
Approval is issued as shown provided the loan does not exceed the property state's High Cost Loan test for APR and Points & Fees.

HFD to update credit report if more than 60 days old on date of loan docs.
Section 32 loans not allowed.

Copies of invoices for third-party appraisal and credit report fees charged to borrower.

**Loan Conditions**
Appraisal Review Ordered:  3/21/2005                 Due:  3/21/2005              Received:  3/24/2005

| Amended | Added | Satisfied | By | F/P | D.P.T. | Condition |
|---|---|---|---|---|---|---|
| | 03/24/2005 | 03/24/2005 | audreyw | | Approval | 1. Complete original appraisal |
| | 03/24/2005 | 03/30/2005 | clarencew | | Approval | 2. Hazard Insurance Policy - If not impounded, requires 6 mo. coverage from loan date for refinances and 12 mo. for purchases. Mortgagee Clause: Accredited Home Lenders, Inc., A California Corporation, ISAOA P.O. Box 10436 Van Nuys, CA 91410-0436 |
| | 03/24/2005 | 03/24/2005 | clarencew | | Approval | 3. ALTA Preliminary Title Report |
| | 03/24/2005 | 03/24/2005 | clarencew | | Approval | 4. Payoff Statements (must show date next payment due, existing liens must be current for A, A- Grades) for: |

|  |  |
|---|---|
| ARMY AVIATION CENTER FCU | $4,594.49 |
| ALABAMA APPRAISAL SERVICES | $300.00 |
| State Farm Insurance | $1,068.00 |
| Total: | $5,962.49 |

| | 03/24/2005 | 03/24/2005 | audreyw | | Approval | 5. Flood Certification (AHL to provide) |
| | 03/24/2005 | 03/24/2005 | audreyw | | Approval | 6. Satisfactory appraisal review (AHL to provide) |
| | 03/24/2005 | 03/24/2005 | audreyw | | Approval | 7. Copies of invoices for any third-party fees charged to borrower (i.e. appraisal, credit, courier, escrow, etc.) |
| | 03/24/2005 | 03/24/2005 | clarencew | | Approval | 8. Copy of SSI/Pension awards letter with copy of most recent check or bank statement, if direct deposit. |
| | 03/24/2005 | 03/30/2005 | clarencew | | Funding | 9. Pay the following in full at closing (payoff must show on est/final HUD1): |

|  |  |
|---|---|
| ARMY AVIATION CENTER FCU | $4,594.49 |
| ALABAMA APPRAISAL SERVICES | $300.00 |
| State Farm Insurance | $1,068.00 |
| Total: | $5,962.49 |

|  |  |
|---|---|
| THE CR STR/PROVIDIAN | $785.00 |
| PALISADES | $694.00 |
| HOLLOWAY CREDIT | $452.00 |
| SMALL LNS | $399.00 |
| CRDT MGT | $182.00 |
| FRIEDMANS JEWELERS | $400.00 |
| Total: | $2,912.00 |

AHL/Frazier
0074



**Home Funds**
D I R E C T
1130 Northchase Parkway Suite 200
Marietta, GA. 30067-6420
Telephone:(866) 539-7025
Fax:      (866) 539-7026

## Closed Loan Status

Borrower: **HALL, CHERYL**
Co-Borrower:
Loan Number: **0503172917**
Team: **351 - ATL601**
Underwriter: **Clarence Wells**
Date: **03/30/2005 6:52 am**

**Loan Conditions**

Appraisal Review Ordered:   3/21/2005            Due:  3/21/2005                    Received:  3/24/2005

| Amended | Added | Satisfied | By | E/P | D.P.T. | Condition |
|---|---|---|---|---|---|---|
| | 03/24/2005 | | | | Funding | 10. AHL to be insured in 1st lienhold position with clear title |
| | 03/24/2005 | 03/30/2005 | clarencew | | Funding | 11. Corrected original 1003, pages 1-4, to be fully completed and signed by borrowers and broker. |
| | 03/24/2005 | 03/30/2005 | clarencew | | Funding | 12. Certified copy of Final HUD1 |
| | 03/24/2005 | 03/30/2005 | clarencew | | Funding | 13. Funds to be wired to the title company only. |
| | 03/24/2005 | 03/30/2005 | clarencew | | Funding | 14. Provide detailed cash-out letter from borrower. |

**Broker Notes**

AHL/Frazier
0075



**Home Funds** direct
1130 Northchase Parkway Suite 200
Marietta, GA. 30067-6420
Telephone:(866) 539-7025
Fax:      (866) 539-7026

### File Summary

Borrower: HALL, CHERYL
Co-Borrower:
Loan Number: 0503172917
Team: 351 - ATL001
Underwriter: Clarence Wells
Date: 03/30/2005 6:52 am

**File Notes**

| Category | File Notes |
|---|---|
| Income | 03/24/2005 01:28:28 PM Kim Stevenson<br>5790X12.5%=723.75+579=$1302.75 |
| Decision | |
| Summary | 03/30/2005 06:51:32 AM Clarence Wells<br>575 fico, < 65% LTV, cleaning up credit, providing borrower with cash-out to<br>make home more handicap friendly because of disabled resident. |

AHL/Frazier
0076

Page:    1 of 1



**Home Funds**
D I R E C T
1130 Northchase Parkway Suite 200
Marietta, GA. 30067-6420
Telephone:(866) 539-7025
Fax:      (866) 539-7026

## Loan Status

Borrower: **HALL, CHERYL**
Co-Borrower:
Loan Number: 0503172917
Team: 351 - ATL001

Date: 03/30/2005 6:54 am

| | | | |
|---|---|---|---|
| Subject Property: 105 TV ROAD DOTHAN, AL 36301 | Type: **SFR - Detached** Occupancy: **Owner Occupied** Appraised Value: **$90,000.00** Final Value: **$90,000.00** | Doc Type: **Full** Purpose: **Refi Cash Out** Lien Pos: **1st** | |
| Broker: Contact: Phone: Fax: | Program: **B Fixed Full Doc** LTV/CLTV:  **62.22% / 62.22%** Loan Amount: **$55,000.00** Fixed Rate: **7.399%** | Term: **360/360** Pre-Pay Term: **None** Orig. Fee **3.5** Discount Pts. **0** Special Product Code: **N/A** | |
| Appraisal: **Original** | | Credit Score: **Std: 575 Avg: 564** | |
| Decision: **Approved** Date: **03/24/2005** *Approval expires 15 days from Decision Date, and is subject to requirements listed below. Any Change in Rate and/or Margin requires re-underwriting.* | | For Assistance Call: Loan Specialist: **Kim Stevenson** Account Executive: **Kristopher Dillon** | |

*Note: If any of these requirements are not met to our satisfaction, HomeFunds Direct reserves the right to cancel funding/purchase of this loan. All documentation is subject to re-verification prior to funding. Loan approval is made subject to the following conditions:*

**Standard Closing Requirements**
HFD to phone verify employment.        HFD to update credit report if more than 60 days old on date of loan docs.
Property taxes to be paid current.        Section 32 loans not allowed.
Flood Insurance if applicable.
Copy of photo I.D. all borrowers.        Copies of invoices for third-party appraisal and credit report fees charged to borrower.
Total broker/lender fees not to exceed 7% of amount financed unless subject to state High Cost loan test.
Approval is issued as shown provided the loan does not exceed the property state's High Cost Loan test for APR and Points & Fees.

**Loan Conditions**
Appraisal Review Ordered:    **3/21/2005**        Due:   **3/21/2005**        Received:   **3/24/2005**

| Amended | Added | Due Prior To | Condition |
|---|---|---|---|
| | 03/24/2005 | Funding | 10. AHL to be insured in 1st lienhold position with clear title |

Conditions 1,2,3,4,5,6,7,8,9,11,12,13,14  have been satisfied

**Broker Notes**

AHL/Frazier
0077



Date:          March 25, 2005          02:56PM

Stage:         60 - 60 - docs drawn stage

Borrower:      CHERYL HALL

Loan Number:   0503172917

FINAL

## SECTION 32 CALCULATION
## SUMMARY

| | |
|---|---|
| Section32: | No |
| Purpose: | RHFI, CASH-OUT |
| Occupancy: | Owner Occupied |
| Loan Term / Balloon Term: | 360 / 360 |
| PrePayment Penalty: | No |
| Total DTI: | 39.734% |
| Doc Type: | Full |
| APR: | 7.975 |
| T-Bill Rate: | 4.550% |
| Max Rate w/o Sec32: | 12.550% |
| Amount Financed: | $52,417.10 |
| Sec32 Pts/Fees: | $3,560.50 |
| Max Fees w/o Sec32: | $4,193.37 |

## GOOD FAITH ESTIMATE
## SUMMARY

| HUD-1 or HUD-1A DESCRIPTION OF CHARGES | Lender | OTHER |
|---|---|---|
| 801 ORIGINATION FEE | $ 1,960.00 | $ 0.00 |
| 802 DISCOUNT FEE | $ 0.00 | $ 0.00 |
| 807 APPLICATION FEE | $ 0.00 | $ 0.00 |
| 810 PROCESSING FEE | $ 500.00 | $ 0.00 |
| 811 UNDERWRITING FEE | $ 500.00 | $ 0.00 |
| 812 DOCUMENT PREPARATION FEE | $ | $ |
| 813 APPRAISAL REVIEW FEE | $ 250.00 | $ 0.00 |
| 814 REDRAW FEE | $ | $ |
| 815 ESCROW HOLDBACK FEE | $ 0.00 | $ 0.00 |
| 816 FUNDING FEE | $ 0.00 | $ 0.00 |
| 819 COURIER FEE | $ 0.00 | $ 0.00 |
| 825 WAREHOUSE FEE | $ 0.00 | $ 0.00 |
| 827 RE-VERIFICATION FEE | $ 0.00 | $ 0.00 |
| 828 ZONE DETERMINATION FEE | $ 9.50 | $ 0.00 |
| 829 TAX SERVICE FEE | $ 66.00 | $ 0.00 |
| 830 LENDER SERVICE FEE | $ | $ |
| 804 CREDIT REPORT FEE | $ 0.00 | $ 0.00 |

| | | OTHER |
|---|---|---|
| 1101 CLOSING AGENT FEE | $ | $ 275.00 |
| 1105 CLOSING AGENT DOCUMENT FEE | $ | $ 0.00 |
| 1107 DEMAND FEE | $ | $ 0.00 |
| 1112 COURIER FEE - CLO | $ | $ |

| | | |
|---|---|---|
| INDIVIDUAL SUB-TOTALS | $ 3,285.50 | $ 275.00 |
| COMBINED SUB-TOTAL | | $ 3,560.50 |
| 901 ODD DAYS INTEREST | | $ 22.40 |
| TOTAL | | $ 3,582.90 |

| | |
|---|---|
| Loan Amount: | 56,000.00 |
| Rate: | 7.299% |
| Margin: | 0.000% |

g00068.uff

AHL/Frazier
0079

Date:        March 25 , 2006        02:56PM
Stage:       60 - 60 - docs drawn stage
Borrower:    CHERYL HALL

Loan Number:   0503172917                                          FINAL

## HIGH COST LOAN SUMMARY

| | |
|---|---|
| State Test Failed: | No |
| State: | AL |
| | |
| Lien Position: | 1st |
| Purpose: | REFI, CASH-OUT |
| Occupancy: | Owner Occupied |
| Property Type: | SFR - Detached |
| # of Units: | 1 |
| Doc Type: | Full |
| Interest Rate: | 7.299 |
| Loan Term / Balloon Term: | 360/360 |
| Loan Amount: | 56,000.00 |
| Prepayment Penalty: | No |
| | |
| APR: | 7.975% |
| T-Bill Rate: | 4.550% |
| Max Rate: | 0.000% |
| Reduce APR: By: | 0.000% |
| | |
| Amount Financed: | $52,417.10 |
| State Pts/Fees: | $0.00 |
| Max Fees: | $0.00 |
| Reduce Fees By: | $0.00 |

MIN # 100176108031728174             HALL                    Loan #    0503172917
HICTLNSM.UFF                          Page 1 of 1

AHL/Frazier
0080



## Home Funds
**D I R E C T**
1130 Northchase Parkway Suite 200
Marietta, GA. 30067-6420
Telephone:(866) 539-7025
Fax:       (866) 539-7026

## Risk Analysis

Borrower: HALL, CHERYL
Co-Borrower:
Loan Number: 0503172917
Team: 351 - ATL001
Underwriter: Clarence Wells
Date: 03/30/2005 6:52 am

| Subject Property: | Type: | SFR - Detached | Doc Type: | Full |
|---|---|---|---|---|
| 105 TV ROAD | Occupancy: | Owner Occupied | Purpose: | Refi Cash Out |
| DOTHAN, AL. 36301 | Appraised Value: | $90,000.00 | Lien Pos: | 1st |
| | Final Value: | $90,000.00 | Original Purchase: Date: | |
| Decision: Approved | Decision Date: | 03/24/2005 | Price: | $80,000.00 |

| Requested Loan | Subject Loan | Orig. Fee 3.5 | | Grade |
|---|---|---|---|---|
| Program: Fixed | Program: Fixed | Disc. Pts. 0 | Mortgage | B |
| | | Term: 360 / 360 | Consumer | C- |
| LTV: 82.54% | B Fixed Full Doc | Pre-Pay: None | Overall Grade: | B |
| Amount: $85,000.00 | LTV/CLTV: 62.22% / 62.22% | Taxes: $44.75 | | |
| Rate: 8.000% | Loan $56,000.00 | Insurance $89.00 | Spec Prod Code: | N/A |
| | Fixed Rate: 7.299% | | Total DTI: 39.73% | |
| | | | Vacancy 75% | |

### Subject Property Liens (Current Scenario)
Occupancy: Owner Occupied

| Lien Position and Creditor | Status | Current Balance | Current Payment | Payoff/ Paydown | 30 | 60 | 90 | 120 | 150 | 180+ | Frclsr | NOD | NOS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0. ARMY AVIATION CENTER FCU | | $4,594.49 | | Payoff | 0 | 0 | 0 | 0 | 0 | 0 | No | No | No |
| 0. ALABAMA APPRAISAL SERVICES | | $300.00 | | Payoff | 0 | 0 | 0 | 0 | 0 | 0 | No | No | No |
| 0. State Farm Insurance | | $1,068.00 | | Payoff | 0 | 0 | 0 | 0 | 0 | 0 | No | No | No |
| Taxes and Insurance | | | $133.75 | | | | | | | | | | |
| Totals | | $5,962.49 | $133.75 | | 0 | 0 | 0 | 0 | 0 | 0 | No | No | No |

### Subject Property Liens (Proposed Scenario)
Occupancy: Owner Occupied

| Lien Position and Creditor | Proposed Balance | Proposed Payment |
|---|---|---|
| 1. Subject Loan | $56,000.00 | $383.89 |
| Taxes and Insurance | | $133.75 |
| Totals | $56,000.00 | $517.64 |

**No Current Non-Subject Property**

**No Current Non-Subject Property Liens**

### Consumer Debts

| Creditor | Note | Current Status | 12 Mo Status | 24 Mo Status | Current Balance | Current Payment | Payoff/ Paydown | Utilized Balance | Utilized Payment |
|---|---|---|---|---|---|---|---|---|---|
| THE CR STR/PROVIDIAN | | Collection | Collection | Current | $785.00 | | Payoff | $0.00 | $0.00 |
| PALISADES | | Collection | Collection | Current | $694.00 | | Payoff | $0.00 | $0.00 |
| HOLLOWAY CREDIT | | Collection | Collection | Current | $452.00 | | Payoff | $0.00 | $0.00 |
| SMALL LNS | | Charge Off | Charge Off | Current | $399.00 | | Payoff | $0.00 | $0.00 |
| CRDT MGT | | Collection | Collection | Current | $182.00 | | Payoff | $0.00 | $0.00 |
| FRIEDMANS JEWELERS | | Collection | Collection | Current | $400.00 | | Payoff | $0.00 | $0.00 |
| Totals | | | | | $2,912.00 | $0.00 | | $0.00 | $0.00 |

### Consumer Credit Analysis
Bankruptcy Filed:                     Discharged/Dismissed:

| | Current | 30 | 60 | 90+ | Collection | Charge-Off | In BK Now | NOD Now | BK/NOD 12 Months |
|---|---|---|---|---|---|---|---|---|---|
| 12 Months | 0 | 0 | 0 | 0 | 0 | 0 | No | No | No |
| 24 Months | 0 | 0 | 0 | 0 | 0 | 0 | | | |

### Income

| Borrower | Age | Employer/Source | Position | Job Type | Mo. Income | Yr | Mo |
|---|---|---|---|---|---|---|---|
| HALL, CHERYL R | 0 | SOCIAL SECURITY | | Fixed | $1,302.75 | | |



**Home Funds**
*since*
1130 Northchase Parkway Suite 200
Marietta, GA. 30067-6420
Telephone: (866) 539-7025
Fax:       (866) 539-7026

## Risk Analysis

Borrower:    HALL, CHERRYL
Co-Borrower:
Loan Number: 8503172917
Team:        351 - ATL001
Underwriter: Clarence Wells
Date:        03/30/2005 6:52 am

| | | | | Totals | | | | $1,302.75 | |
|---|---|---|---|---|---|---|---|---|---|

### Underwriter Grade Notes

03/17/2005 02:02:38 PM Clarence Wells
no mtg (property deeded to borrower 3/2/05)
Mortgage (CO)

03/17/2005 02:02:38 PM Clarence Wells
doesn't meet minimum trade requirement
Consumer (C-)

03/17/2005 02:02:38 PM Clarence Wells
575 fico, no bk or fc
Overall (A)

| Debt Ratios | Current | Proposed |
|---|---|---|
| Income | $1,302.75 | $1,302.75 |
| Positive Cash Flow | $0.00 | $0.00 |
| Total Income | $1,302.75 | $1,302.75 |
| Housing Cost | $133.75 | $517.64 |
| Housing DTI | 10.27% | 39.73% |
| Consumer Payments | $0.00 | $0.00 |
| Negative Cash Flow | $0.00 | $0.00 |
| Total Payments | $133.75 | $517.64 |
| Total DTI | 10.27% | 39.73% |

| | |
|---|---|
| Credit Score - Std. | 575 |
| Credit Score - Avg. | 564 |
| Time In Residence | 2 yrs 0 mos |
| # Dependents | 0 |
| Saves Monthly | ($383.89) |
| Gross Disposable | $785.11 |
| | |
| Real Estate Payoffs | $5,962.49 |
| Consumer Payoffs | $2,912.00 |
| Total Payoffs | $8,874.49 |

### Justification Comments and Summary Describing Compensating Factors which Mitigate Risk AHL is taking:

| Category | Justification | Approved By | Entered By |
|---|---|---|---|
| Collateral | Comp. Factors | Mike Thirnsen | clarencew |
| Credit | Comp. Factors | Mike Thirnsen | clarencew |

| Exception Notes |
|---|
| 03/24/2005 03:20:52 PM Audrey Williams<br>EXCEPTIONS<br>1) DISPOSABLE INCOME OF $785.11<br>2) Minimum tradelines<br>3) 12 month seasoning<br><br>COMP FACTORS:<br>1) Borrower has a roommate that pays cash ($300 per month, unprovable)<br>2) Providing cash to borrower to renovate and accommodate disabled dependent<br>3) very attractive subject property |

### Net Benefits

☐ Purchase Money transaction with new housing cost reasonable compared to current housing.
☐ Purchase Money transaction; new housing cost substantially increased compared to current housing cost, but DTI is 45% or less; or there is substantial discretionary income to support the transaction.
☐ Refinance transaction with borrower's total monthly payments reduced by 5% or more.
☐ Refinance transaction with a new lower interest rate, but total monthly payments reduced less than 5%.
☑ Refinance transaction to payoff delinquent debt and leave any remaining debt current.
☐ Refinance transaction to payoff a loan with a balloon payment.
☑ Refinance transaction with cash to borrower exceeding 10% of the loan amount or $10,000.
☐ Refinance transaction to pay off existing adjustable rate loan into new fixed rate loan.
☐ Refinance transaction to change title vesting or ownership in subject property



* T R A N S M I T T A L *





* N E W D O C *





* N E W D O C *



* N E W D O C *

## CLOSING DEPARTMENT DOCUMENT AUDIT SHEET

**LENDER INFO**
Home Funds Direct
15090 Avenue of Science
San Diego, CA 92128

(866) 539-7025

ATL-HFD
App #: 0503172917
Closer: Ken Harper
Team: 351 - ATL001
AE: Kristopher Dillon

**LOAN TERM INFO**

| | | | |
|---|---|---|---|
| Program: | B Fixed Full | Doc Date: | 03/25/2005 |
| Purpose: | REFI, CASH-OUT | Doc Exp Date: | 04/05/2005 |
| Reason for 2nd: | N/A | Disbursement Date: | 03/30/05 |
| 2nd Mortgage Flag: | No | End Rescision Date: | 03/29/2005 |
| Rescision Required: | Yes | Loan Amount:$ | 56,000.00 |
| Title Calc: | Loan Amount | Subordinate Amt: | $0.00 |
| Property Type: | SFR - Detached | P & I Payment:$ | 383.89 |
| Occupancy: | Owner Occupied | 1st Pymt Date: | 05/01/2005 |
| Amort Term(mos): | 360 mos | Prepaid Int w/1st Pymt: | No |
| Balloon Term(mos): | | Prepay Penalty: | No |
| | | Prepay Term(mos): | None |

Loan Number: 0503172917
Final Appraised Value: $90,000.00
Sales Price: $ 0.00
Interest Rate: 7.299%
Late Charge Factor: 5.000
Late Charge Grace Days: 15
Maturity Date: April 1, 2035

**ARM INFO**

| | | | | |
|---|---|---|---|---|
| Margin: | 0.000 | 1st Payment Change: | N/A | Initial Cap: 0.000 |
| Index: | 0.000% | Subsequent Payment Change: | 0 | Subsequent Cap: 0.000 |
| Floor: | 0.000 | 1st Rate Change Date: | N/A | Ceiling: 0.000 |

**IMPOUND INFO**
Impounds: [X]

| Description | Amount | # Pmts | Due Date | Cushion |
|---|---|---|---|---|
| County Prop. Tax Impounds | $ 537.00 | 1 | 12/01/05 | 2 |
| Hazard Ins. Impounds | $ 1,068.00 | 1 | 03/24/06 | 2 |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |

**BORROWER INFO**

Vesting CHERYL HALL

1.CHERYL HALL                                    ☐ Proforma

2.                          6.                   ☐ Proforma
              ☐ Proforma

3.                          7.                   ☐ Proforma
              ☐ Proforma

4.                          8.                   ☐ Proforma
              ☐ Proforma

Mailing Address
105 TV ROAD
DOTHAN, AL 36301

**PROPERTY INFO**
Address
105 TV ROAD
DOTHAN, AL 36301

County: HOUSTON
Name of Condo/PUD: TELEVISION HEIGHTS
Flood Zone: No
Parcel Number: 10-09-31-4-003-001.007
Escrow Holdback: No
Legal Desc: See Legal Description Addendum attached

6100581o.eff                    HALL                    0503172917

AHL/Frazier
0084

## CLOSING DEPARTMENT DOCUMENT AUDIT SHEET

| SETTLEMENT INFO | TITLE INFO |
|---|---|
| SWAFFORD & HAYES SETTLEMENT | SWAFFORD & HAYES SETTLEMENT |
| 9041 EXECUTIVE PARK DRIVE SUITE 400 | 9041 EXECUTIVE PARK DRIVE SUITE 400 |
| KNOXVILLE, TN 37923 | KNOXVILLE, TN 37923 |
| (865) 934-0466 | (865) 934-0466 |

| | | | |
|---|---|---|---|
| Agent:          JAMES W SWAFFORD | | Agent:              JAMES W SWAFFORD | |
| File/Esc #:   05-2813 | | Title/Order #:    05-2813 | |
| Report Date: 03/18/2005 | | Approved Items:   B1)1-9 B2)1-7 | |
| Trustee Name: SWAFFORD & HAYES SETTLEMENT | | Special Endorsement: EPA | |

| FEE ITEMS:<br>HUD-1 # | LENDER FEES | N/A | LENDER POC | TOTAL FEES |
|---|---|---|---|---|
| 801 Origination Fee | 1,960.00 | | | 1,960.00 |
| 802 Discount Points | | | | |
| 803 Appraisal Fee | | | | 300.00 |
| 804 Credit Report Fee | | | | |
| 805 Final Inspection/442 Fee | | | | |
| 807 Application Fee | | | | |
| 810 Processing Fee | 500.00 | | | 500.00 |
| 811 Underwriting Fee | 500.00 | | | 500.00 |
| 813 Appraisal Review Fee | 250.00 | | | 250.00 |
| 815 Escrow Holdback Fee | | | | |
| 816 Funding Fee | | | | |
| 818 Courier Fee | | | | |
| 825 Warehouse Fee | | | | |
| 827 Reverif Fee | | | | |
| 828 Flood Cert/Life of Loan Fee | 9.50 | | | 9.50 |
| 829 Tax Service Fee | 66.00 | | | 66.00 |
| 901 Interest for 2 days     @ $ 11.2 per day | 22.40 | | | |
| 1001 Hazard Insurance 4 month(s) @   $89.00 | 356.00 | | | 356.00 |
| 1003 City Property Tax 0 month(s) @     $0.00 | | | | |
| 1004 County Property Tax 7 month(s) @   $44.75 | 313.25 | | | 313.25 |
| 1005 School Tax 0 month(s) @     $0.00 | | | | |
| 1006 Flood Insurance 0 month(s) @     $0.00 | | | | |
| 1008 Agg. Acctg. Adjustment | -134.25 | | | -134.25 |
| 1301 Survey Fee | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS | 3,842.90 | 0.00 | 0.00 | 4,120.50 |

**PAID BY LENDER**

| | | |
|---|---|---|
| 204   LENDER CREDIT TO BORROWER | $0.00 | |
| 809   YIELD SPREAD TO BROKER (POC) | $0.00 | |
| 1203 STATE TAX/STAMPS | $ | |

** Verified total Broker/Lender points and fees does not exceed 10% of the loan amount    _____
                                                                                          initial



# REFINANCE AUDIT CHECKLIST

**LEFT SIDE OF FILE:**

✓ WARE INSTRUCTIONS.

## NOTES/DEEDS

**NOTE**
✓ DATED AT TOP (MUST MATCH DEED)
✓ PROPERTY ADDRESS
✓ LOAN AMOUNT
✓ INTEREST RATE
✓ 1ST PAYMENT DATE
✓ MATURITY DATE
✓ SIGNED & DATED
IF ADJ RATE, AUDIT THE FOLLOWING:
FIRST CHANGE DATE
MARGIN
START/FLOOR RATE CORRECT
✓ LIFE CAP
✓ SIGNED & DATED
**PREPAY RIDER**
✓ ATTACHED & TERM CORRECT
✓ SIGNED & DATED
**BALLOON RIDER**
✓ SIGNED & DATED.
**DEED OF TRUST/MORTGAGE**
✓ CERTIFIED COPY (NO ORIGINALS)
✓ TRUSTEE NAME CORRECT
✓ LEGAL CORRECT OR AFF ATTACHED
✓ SIGNED & DATED BY BORROWER
✓ NOTARY COMPLETED & SIGNED
✓ CORRECT RIDER BOXES X'D
✓ ALL PAGES RECEIVED & INITIALED
✓ CORRECTIONS INITIALED BY BWRS
**ADJ RATE RIDER (ARM)**
ADJUSTMENTS MATCH NOTE
✓ SIGNED & DATED
**CONDO / PUD RIDER**
✓ PROJECT NAME CORRECT
✓ SIGNED & DATED
**1-4 FAMILY RIDER (REQUIRED ON ALL NON-OWNER & MULTI UNITS)**
✓ SIGNED & DATED
**SECOND HOME RIDER**
✓ SIGNED & DATED
**AKA (SIGNATURE/NAME AFFIDAVIT)**
✓ POWER OF ATTORNEY
✓ ARM DISCLOSURE
✓ SIGNED & DATED
✓ HARDSHIP LETTER/NOTICE
(ONLY IF FUNDING INTO THE MONTH)

## LENDER NOTICES

**HUD-1**
✓ ALL FEES SHOW & MATCH DOCS
(PAID TO CORRECT PARTY)
✓ TOTAL BRKR & LNDR FEES LESS THAN 8%
✓ DAILY INTEREST CORRECT
✓ SHOWS CORRECT BROKER COMPANY
✓ REBATE APPEARS (POC)
✓ ALL PAYOFFS APPEAR ON HUD-1
✓ CORRECT ITEMS ON TITLE
✓ HAZARD INSURANCE PREMIUM PAID
IS CASH OUT PERMITTED? (IF NOT, NO MORE THAN $1K ALLOWED)
✓ TITLE ALTA AMOUNT CORRECT
✓ ARE TAXES DUE TO BE PAID?
✓ DISBURSEMENT DATE SHOWS
✓ SIGNED & DATED
**TRUTH-IN-LENDING (TIL)**
✓ SIGNED & DATED
✓ ALL BOXES COMPLETE
**COMPLIANCE AGREEMENT**
✓ SIGNED & NOTARIZED
**INITIAL ESCROW ACCT DISCLOSURE**
✓ (REQUIRED ON ALL IMPOUND ACCTS)
**GOOD FAITH ESTIMATE / ITEMIZATION**
✓ SIGNED & DATED

Rev 11/11/04

## LENDERS / CLOSING INSTRUCTIONS

✓ SIGNED & DATED BY BORROWERS
✓ SIGNED & DATED BY ESCROW AGENT
✓ FEES MATCH LOAN DOC REQUEST
**DAILY INTEREST CORRECT (LINE 901)**
**ADDENDUM TO LENDER/CLOSING INSTRNS**
✓ SIGNED & DATED BY BORROWERS
✓ SIGNED & DATED BY AGENT
**ADDITIONAL REQUIREMENT FORM**
✓ SIGNED & DATED
**NOTICE OF RIGHT TO CANCEL**
✓ DATED CORRECTLY (SEE SCHEDULE)
SIGNED & DATED ON BOTTOM LINE (DATE ON SIGNATURE LINE MUST MATCH "DATE OF TRANSACTION" AT TOP OF FORM AND NOTARY DATE)
**RESPA & SERVICING**
✓ SIGNED & DATED
**NON-IMPOUND NOTICE OR CA IMPOUND DISCLOSURE/WAIVER**
✓ SIGNED & DATED
**PRIVACY POLICY**
✓ SIGNED & DATED
**DISCLOSURE NOTICES**
✓ SIGNED & DATED (TOP & BOTTOM)
**APPRAISAL DISCLOSURE**
✓ SIGNED & DATED
**GENERAL AUTH & BWR'S CERT**
✓ SIGNED & DATED
**FAIR LENDING NOTICE**
✓ SIGNED & DATED

## TITLE

✓ PRELIM TITLE REPORT & SUPPLEMENTS
✓ VESTING MATCHES DOCS/GRANT DEED
✓ ADDRESS MATCHES DOCS, APPRAISAL
✓ ALL ITEMS CLEARED ON HUD-1
✓ TAXES PAID CURRENT
**GRANT/QUIT CLAIM/WARRANTY DEED**
ONLY REQUIRED IF THE VESTING ON THE DEED OF TRUST IS DIFFERENT FROM THE CURRENT VESTING ON TITLE (MUST MATCH THE DEED OF TRUST EXACTLY)
✓ SIGNED & DATED BY ALL PARTIES
✓ CURRENTLY ON TITLE
✓ NOTARY COMPLETE & SIGNED
INTER-SPOUSAL GRANT DEED REQUIRED?
**CLOSING PROTECTION LETTER**
✓ ISSUED BY AN APPROVED AGENCY
✓ CANNOT BE MORE THAN 30 DAYS OLD
✓ MUST REFERENCE OUR TITLE CO

## INSURANCE

**HAZARD INSURANCE DEC PAGE**
✓ BWR'S NAMES SHOW SAME AS ON DOCS
✓ PROPERTY ADDRESS CORRECT
✓ DWELLING HAS ENOUGH COVERAGE
(EQUALS TOTAL LOAN AMOUNT (IS THERE A 2ND?) OR TOTAL ESTIMATED COST NEW ON APPRAISAL OR VERIFIED
✓ GUARANTEED REPLACEMENT)
✓ EFFECTIVE DATE IS NO LATER THAN FUNDING DATE
✓ EXPIRATION DATE (6 MONTHS MIN)
✓ PAID RECEIPT
✓ SHOWS CORRECT LOSS PAYEE CLAUSE (IF PIGGYBACK, MUST SHOW 1ST & 2ND POSITION)

REVIEWER'S INITIALS _BD_

AHL/Frazier
0086

# REFINANCE AUDIT CHECKLIST (continued)

*no flood required*

**FLOOD INSURANCE DEC PAGE**
___ BWR'S NAMES SHOW SAME AS ON DOCS
___ PROPERTY ADDRESS CORRECT
___ DWELLING HAS ENOUGH COVERAGE
(EQUALS TOTAL LOAN AMOUNT (IS THERE
A 2ND?) OR TOTAL ESTIMATED COST NEW
ON APPRAISAL OR VERIFIED
GUARANTEED REPLACEMENT)
___ EFFECTIVE DATE IS NO LATER THAN
FUNDING DATE
___ EXPIRATION DATE (6 MONTHS MIN)
___ PAID RECEPT
___ SHOWS CORRECT LOSS PAYEE CLAUSE
(IF PIGGYBACK, MUST SHOW 1ST &/OR
2ND POSITION)
✓ **PROCESSOR CERTIFICATION**
___ CONFIRM COVERAGE IS ENOUGH
✓ **FLOOD CERTIFICATE**
___ ADDRESS CORRECT
✓ **FLOOD INSURANCE REQUIRED ?**
✓ **HAZARD INS AUTH & REQUIREMENTS**
___ SIGNED & DATED
✓ **FLOOD ZONE NOTICE**
___ SIGNED & DATED

## RIGHT SIDE OF FILE:
✓ **1008**
✓ **SECTION 32 CALC WORKSHEET**
✓ **FINAL SECTION 32 WORKSHEET**
✓ **SECTION 32 DISCLOSURE**
✓ **SECTION 32 WORKSHEET / ANALYSIS**
✓ AFFIDAVIT (COMPLETED BY BROKER)
___ NOTICE (COMPLETED BY BORROWER —
WATCH 3-DAY PERIOD)

## APPLICATION
✓ **1003 (TYPED / HANDWRITTEN)**
___ LOAN AMOUNT, RATE, TERM, PROGRAM
✓ PAGES 1-4 INITIALED & SIGNED
___ INCOME MATCHES APPROVAL SHEET ON
ALL STATED INCOME
___ GOVERNMENT MONITORING INFO
COMPLETE
✓ BROKER SIGNED
✓ **W-9**
___ ONE FOR EACH BORROWER
✓ SIGNED & DATED
✓ **IRS FORM 4506** (REQUIRED ON FULL/LITE
DOC LOANS)
___ SIGNED (NOT DATED)
✓ **PHOTO ID**
✓ CREDIT
___ CERTIFIED COPY OF SUBORDINATE /
SENIOR LIENS (NOTE & DEED/MTG)

## PROPERTY
✓ **APPRAISAL**
✓ ORIGINAL SIGNATURES & PHOTOS
___ NO MORE THAN 120 DAYS OLD
✓ **ESCROW HOLDBACK AGREEMENT**
✓ ALL WORK REQUIRED LISTED ON FORM
___ SIGNED & DATED BY BORROWERS /
ESCROW
✓ DATE WORK MUST BE COMPLETED
✓ $250 FEE ON INSTRUCTIONS / HUD-1
___ BORROWERS SIGNED & DATED
___ CLOSER SIGNED & DATED
✓ **ESCROW INSTRUCTIONS**
___ CERTIFIED / SIGNED BY BORROWERS
✓ LENDER, LOAN AMOUNT, RATE &
TERM CORRECT

### NOTICES
✓ COPY OF INITIAL DISCLOSURES
(MAY NOT BE SIGNED)
✓ BROKER'S GOOD FAITH ESTIMATE

### OTHER
✓ **ALL SIGNATURES ARE CONSISTENT
THROUGHOUT FILE**

### STATE-SPECIFIC
✓ ALL REQUIRED STATE-SPECIFIC
DOCUMENTS ARE PRESENT AND HAVE
BEEN REVIEWED. NOTE: FOR TEXAS
LOANS, USE **ADDITIONAL** TEXAS
SUPPLEMENT BELOW.

### TEXAS SUPPLEMENT
___ STATEMENT FOR SERVICES
___ NOTICE OF INVOICE ADDRESS
___ TX HOME EQ CLOSING INSTR ADDND
___ CHECKLIST AS TRANSMITTAL LETTER
___ ASSIGNMENT OF DEED OF TRUST
___ ADDEND TO HUD SETTLEMENT STMT
___ LOAN AGREEMENT NOTICE
___ ALLONGE TO NOTE (CASH OUT)
___ TX HOME EQ SEC INST (CASH OUT)
___ TX HOME EQ AFF & AGMT (CASH OUT)
___ ACK AS TO FAIR MKT VALUE (CASH OUT)
___ MTG EXTENSIONS OF CREDIT (CASH OUT)
___ OWNERS AFF OF COMPLIANCE (CASH
OUT)
___ TX HOME EQ REQ OF COPIES (CASH OUT)
___ TX HOME EQ CERTIFICATE (CASH OUT)
___ TX HOME EQ ELECT/RESCIND (CASH OUT)
___ CERT NON-CANCEL OF LOAN (CASH OUT)
___ PAYMENT LETTER
___ ATTY REPRESENTATION & FEE LETTER
___ BORROWER'S CERT/A AUTHORIZATION
___ INSURANCE CERTIFICATION
___ COLLATERAL PROTECTION INS NOTICE
___ FLOOD INSURANCE AUTHORIZATION
___ SURVEY ACKNLGMENT HOLD HARMLESS
___ SURVEY ACCEPTANCE LETTER
___ TAX INFO SHEET
___ NOTICE OF ASSIGN/SALE/TRANSFER
___ DELETION OF ARBITRATION PROVISION
___ ESCROW WAIVER AGREEMENT
___ COMPLIANCE AGREEMENT (NON-AHL)
___ HOUSING FINANCIAL DISCRIM ACT
NOTICE
___ ECOA NOTICE
___ LAST PAGE NOTICE
___ TRANSMITTAL SUMMARY
___ HIGH COST LOAN SUMMARY
___ DOC ORDER FORM
___ APPRAISER NAME WARNING
___ AFFIDAVIT OF FAIR MARKET VALUE
___ CUSTOMER SURVEY

REVIEWER'S
NAME (print)   *Brita Dickerson*

REVIEWER'S
SIGNATURE   *Brita Dickerson*



* A P P L I C A T I O N *





* N E W D O C *





* N E W D O C *



* N E W D O C *

Application

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☒ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☐ FHA | ☒ Conventional ☐ USDA/Rural Housing Service | ☐ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | | |
|---|---|---|---|---|---|
| $56,000.00 | 7.299 % | 360 | ☒ Fixed Rate ☐ GPM | ☐ Other (explain): ☐ ARM (type): | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) | No. of Units |
|---|---|
| 105 TV ROAD, DOTHAN, AL 36301 | 1 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| SEE TITLE | 0 |

| Purpose of Loan | ☐ Purchase ☐ Construction ☒ Refinance ☐ Construction-Permanent | ☐ Other (explain): | Property will be: ☒ Primary Residence ☐ Secondary Residence ☐ Investment |
|---|---|---|---|

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 2002 | $80,000.00 | $ 0.00 | Cash-Out/Home Improve | Cost: $ 0.00 |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| CHERYL  HALL | Individual | ☒ Fee Simple ☐ Leasehold (show expiration date) |

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) |
|---|
| EQUITY |

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | CHERYL  HALL | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number | Home Phone (incl. area code) | DOB(MM/DD/YYYY) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB(MM/DD/YYYY) | Yrs. School |
|---|---|---|---|---|---|---|---|
| | (334) 792-3682 | 07/01/1959 | 12 | | | | |

| ☐ Married ☒ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no. 0 | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no. |
|---|---|---|---|

| Present Address (street, city, state, ZIP) ☐ Own ☒ Rent No. Yrs. 2 | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. |
|---|---|
| 105 TV ROAD  DOTHAN, AL 36301 | |

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| Name & Address of Employer | ☐ Self Employed | Yrs. on this job 3 | Name & Address of Employer | ☐ Self Employed | Yrs. on this job |
| DISABILITY  , AL | | Yrs. employed in this line of work/profession 3 | | | Yrs. employed in this line of work/profession |
| Position/Title/Type of Business | Business Phone (incl. area code) (334) 792-3682 | | Position/Title/Type of Business | | Business Phone (incl. area code) |

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

| Name & Address of Employer | ☐ Self Employed | Dates (from - to) | Name & Address of Employer | ☐ Self Employed | Dates (from - to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from - to) | Name & Address of Employer | ☐ Self Employed | Dates (from - to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | | Business Phone (incl. area code) |

0503172917

Freddie Mac Form 65 01/04
Fannie Mae Form 1003 01/04
Page 1 of 4

Initials: ____

VMP®-21N (0309)     VMP Mortgage Solutions (800)521-7291

AHL/Frazier
0089

**Hall-Frazier**
**Record - 001744**

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | 1,302.75 | | 1,302.75 | Rent | 0.00 | |
| Overtime | 0.00 | | 0.00 | First Mortgage (P&I) | 0.00 | 383.86 |
| Bonuses | 0.00 | | 0.00 | Other Financing (P&I) | 0.00 | 0.00 |
| Commissions | 0.00 | | 0.00 | Hazard Insurance | 89.00 | 0.00 |
| Dividends/Interest | 0.00 | | 0.00 | Real Estate Taxes | 44.75 | 0.00 |
| Net Rental Income | 0.00 | | 0.00 | Mortgage Insurance | 0.00 | 0.00 |
| Other | 0.00 | 0.00 | | Homeowner Assn. Dues | 0.00 | 0.00 |
| | | | | Other: | 0.00 | 0.00 |
| Total | 1,302.75 | | 1,302.75 | Total | 133.75 | 383.86 |

## VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value |
|---|---|
| Cash deposit toward purchase held by: | 0.00 |
| FIRST UNION | 250.00 |
| Stocks & Bonds | 0.00 |
| Life insurance net cash value | 0.00 |
| Subtotal Liquid Assets | 250.00 |
| Real estate owned | 0.00 |
| Vested interest in retirement fund | 0.00 |
| Net worth of business(es) owned | 0.00 |
| HONDA ACCORD | 15,000.00 |
| OTHER | 3,000.00 |
| Total Assets a. | 18,250.00 |
| Net Worth | 18,250.00 |
| Total Liabilities b. | 0.00 |

Page 2 of 4

AHL/Frazier 0090

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ | 0 | $ 0 | $ 0 | $ 0 | $ 0 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. Purchase price | $ | 0.00 |
| b. Alterations, improvements, repairs | | 0.00 |
| c. Land (if acquired separately) | | |
| d. Refinance (incl. debts to be paid off) | | 0.00 |
| e. Estimated prepaid items | | 1,960.00 |
| f. Estimated closing costs | | 3,361.90 |
| g. PMI, MIP, Funding Fee | | 0.00 |
| h. Discount (if Borrower will pay) | | 0.00 |
| i. Total costs (add items a through h) | | 5,321.90 |
| j. Subordinate financing | | 0.00 |
| k. Borrower's closing costs paid by Seller | | 0.00 |
| l. Other Credits (explain) | | |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | | 56,000.00 |
| n. PMI, MIP, Funding Fee financed | | 0.00 |
| o. Loan amount (add m & n) | | 56,000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | | -50,678.10 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes / No | Co-Borrower Yes / No |
|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ ☒ | ☐ ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ ☒ | ☐ ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☒ | ☐ ☐ |
| d. Are you a party to a lawsuit? | ☐ ☒ | ☐ ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ ☒ | ☐ ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ ☒ | ☐ ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ ☒ | ☐ ☐ |
| h. Is any part of the down payment borrowed? | ☐ ☒ | ☐ ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ ☒ | ☐ ☐ |
| j. Are you a U.S. citizen? | ☒ ☐ | ☐ ☐ |
| k. Are you a permanent resident alien? | ☐ ☒ | ☐ ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☒ ☐ | ☐ ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☒ ☐ | ☐ ☐ |
| (1) What type of property did you own – principal residence (PR), second home (SH), or investment property (IP)? | PR | |
| (2) How did you hold title to the home – solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | 3-25-05 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER** ☒ I do not wish to furnish this information.

Ethnicity: ☐ Hispanic or Latino ☒ Not Hispanic or Latino

Race: ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☒ White

Sex: ☒ Female ☐ Male

**CO-BORROWER** ☐ I do not wish to furnish this information.

Ethnicity: ☐ Hispanic or Latino ☐ Not Hispanic or Latino

Race: ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☐ White

Sex: ☐ Female ☐ Male

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | ERIS DYLLON | Bono Funds Direct |
| ☐ Face-to-face interview | Interviewer's Signature                 03/17/2005 | 1130 Northchase Parkway |
| ☐ Mail | | Suite 200 |
| ☒ Telephone | Interviewer's Phone Number (incl. area code) | Marietta, GA 30067-6420 |
| ☐ Internet | | |

03023172917
CLR-218 (2005)
Page 3 of 4
Freddie Mac Form 65 01/04
Fannie Mae Form 1003 01/04

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: HALL, CHERYL | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| X | B-25-06 | X | |

0503172917
VMP-21N (0005)

Page 4 of 4

Freddie Mac Form 65 01/04
Fannie Mae Form 1003 01/04

AHL/Frazier
0092

| Form **W-9**<br>(Rev. January 2003)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | Give form to the requester.<br>Do not send to the IRS. |
|---|---|---|

Name
**CHERYL HALL**

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor   ☐ Corporation   ☐ Partnership   ☐ Other ▶ _____   ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)
**105 TV ROAD, ,**

City, state, and ZIP code
**DOTHAN, AL 36301**

Requester's name and address (optional)
Home Funds Direct
15090 Avenue of Science
San Diego, CA 92128

List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Social security number: **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**

Note: If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Employer identification number:

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here   Signature of U.S. person ▶ _[signature]_    Date ▶ 03/25/05

### Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

U.S. person. Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

Note: If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Foreign person. If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

Nonresident alien who becomes a resident alien. Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

10017610503172917 4   0503172917

Ⓥ -8030 (0308).01   Form **W-9** (Rev. 1-2003)
VMP Mortgage Solutions (800)521-7291
Page 1 of 4

AHL/Frazier
0093

Hall-Frazier
Record - 001748

Form W-9 (Rev. 1-2003)

Example. Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

What is backup withholding? Persons making certain payments to you must under certain conditions withhold and pay to the IRS 30% of such payments (29% after December 31, 2003; 28% after December 31, 2005). This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or

2. You do not certify your TIN when required (see the Part II instructions on page 4 for details), or

3. The IRS tells the requester that you furnished an incorrect TIN, or

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate Instructions for the Requester of Form W-9.

Penalties

Failure to furnish TIN. If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

Civil penalty for false information with respect to withholding. If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

Criminal penalty for falsifying information. Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

Misuse of TINs. If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

Specific Instructions

Name

If you are an individual, you must generally enter the name shown on your social security card. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first and then circle, the name of the person or entity whose number you entered in Part I of the form.

Sole proprietor. Enter your individual name as shown on your social security card on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line.

Limited liability company (LLC). If you are a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Treasury regulations section 301.7701-3, enter the owner's name on the "Name" line. Enter the LLC's name on the "Business name" line.

Other entities. Enter your business name as shown on required Federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

Note: You are requested to check the appropriate box for your status (individual/sole proprietor, corporation, etc.).

Exempt From Backup Withholding

If you are exempt, enter your name as described above and check the appropriate box for your status, then check the "Exempt from backup withholding" box in the line following the business name, sign and date the form.

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

Note: If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

Exempt payees. Backup withholding is not required on any payments made to the following payees:

1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2);

2. The United States or any of its agencies or instrumentalities;

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities;

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities; or

5. An international organization or any of its agencies or instrumentalities.

Other payees that may be exempt from backup withholding include:

6. A corporation;

7. A foreign central bank of issue;

8. A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States;

W-9-9030 10301.01                    Page 3 of 4

AHL/Frazier
0094

Form W-9 (Rev. 1-2003)

9. A futures commission merchant registered with the Commodity Futures Trading Commission;

10. A real estate investment trust;

11. An entity registered at all times during the tax year under the Investment Company Act of 1940;

12. A common trust fund operated by a bank under section 584(a);

13. A financial institution;

14. A middleman known in the investment community as a nominee or custodian; or

15. A trust exempt from tax under section 664 or described in section 4947.

The chart below shows types of payments that may be exempt from backup withholding. The chart applies to the exempt recipients listed above, 1 through 15.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt recipients except for 9 |
| Broker transactions | Exempt recipients 1 through 13. Also, a person registered under the Investment Advisers Act of 1940 who regularly acts as a broker |
| Barter exchange transactions and patronage dividends | Exempt recipients 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt recipients 1 through 7 [2] |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation (including gross proceeds paid to an attorney under section 6045(f), even if the attorney is a corporation) and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees; and payments for services paid by a Federal executive agency.

## Part I. Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see How to get a TIN below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-owner LLC that is disregarded as an entity separate from its owner (see Limited liability company (LLC) on page 2), enter your SSN (or EIN, if you have one). If the LLC is a corporation, partnership, etc., enter the entity's EIN.

**Note:** See the chart on page 4 for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form on-line at www.ssa.gov/online/ss5.html. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can get Forms W-7 and SS-4 from the IRS by calling 1-800-TAX-FORM (1-800-829-3676) or from the IRS Web Site at www.irs.gov.

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note:** Writing "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.

W-9030 (S306).01

AHL/Frazier
0095

Form W-9 (Rev. 1-2003)

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 3, and 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). Exempt recipients, see Exempt from backup withholding on page 2.

**Signature requirements.** Complete the certification as indicated in 1 through 5 below.

1. **Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

2. **Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

3. **Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

4. **Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

5. **Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA or Archer MSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
|    b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship or single-owner LLC | The owner [3] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 6. Sole proprietorship or single-owner LLC | The owner [3] |
| 7. A valid trust, estate, or pension trust | Legal entity [4] |
| 8. Corporate or LLC electing corporate status on Form 8832 | The corporation |
| 9. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership or multi-member LLC | The partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name, but you may also enter your business or "DBA" name. You may use either your SSN or EIN if you have one.

[4] List first and circle the name of the legal trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.)

**Note:** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA or Archer MSA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, and the District of Columbia to carry out their tax laws. We may also disclose this information to other countries under a tax treaty, or to Federal and state agencies to enforce Federal nontax criminal laws and to combat terrorism.

You must provide your TIN whether or not you are required to file a tax return. Payers must generally withhold 30% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.

100176105031729174          0503172917

-8030 (7/05.01)          Page 4 of 4

Form **4506-T**
(January 2004)

Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

▶ Do not sign this form unless all applicable parts have been completed.
Read the instructions on page 2.
▶ Request may be rejected if the form is incomplete, illegible, or any required part was blank at the time of signature.

OMB No. 1545-1872

Tip: Use new Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can also call 1-800-829-1040 to order a transcript. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return or employer identification number (see instructions) |
|---|---|
| CHERYL HALL | 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 |
| 2a If a joint return, enter spouse's name shown on tax return | 2b Second social security number if joint tax return |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code

CHERYL HALL
105 SW ROAD , DOTHAN, AL 36301

4 Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5 If the transcript of tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

Home Funds Direct
15090 Avenue of Science San Diego, CA 92128

CAUTION: Lines 6 and 7 must be completed if the third party requires you to complete Form 4506-T. Do not sign Form 4506-T if the third party requests that you sign Form 4506-T and lines 6 and 7 are blank.

6 Product requested. Most requests will be processed within 10 business days. If the product requested relates to information from a return filed more than 4 years ago, it may take up to 30 days. Enter the return number here and check the box below. ▶

a Return Transcript, which includes most of the line items of a tax return as filed with the IRS. Transcripts are generally available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years ............................ ☐

b Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns ........................ ☐

c Record of Account, which is a combination of line item information and later adjustments to the account. Available for current year and 3 prior tax years ............................................................... ☐

d Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year .................... ☐

e Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2003, filed in 2004, will not be available from the IRS until 2005. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213 ☐

CAUTION: If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

7 Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a
(334) 792-3682

**Sign Here**

Signature (see instructions)    Date 3-25-05

Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature    Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 37667N    Form **4506-T** (1-2004)

100176105031729174    0503172917

W4P-9045T 10402J.01    Page 1 of 2    V4P Mortgage Solutions (800)321-7291

AHL/Frazier
0097

Hall-Frazier
Record - 001752

Form 4506-T (1-2004)                                                                                          Page 2

## A Change To Note

● New Form 4506-T. Request for Transcript of Tax Return, is used to request tax return transcripts, tax account transcripts, W-2 information, 1099 information, verification of non-filing, and a record of account. Form 4506, Request for Copy of Tax Return, is now used only to request copies of tax returns.

## Instructions

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate a third party to receive the information. See line 5.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series) and one for all other transcripts.

**Note:** If you are requesting more than one transcript or other product and the chart below shows two different service centers, mail your request to the service center based on the address of your most recent return.

### Chart for individual transcripts (Form 1040 series)

| If you lived in and filed an individual return: | Mail or fax to the Internal Revenue Service at: |
|---|---|
| Maine, Massachusetts, New Hampshire, New York, Vermont | RAIVS Team 310 Lowell St. Stop 679 Andover, MA 01810  978-691-9859 |
| Alabama, Florida, Georgia, Mississippi, North Carolina, South Carolina, West Virginia, Rhode Island | RAIVS Team 4800 Buford Hwy. Stop 91 Chamblee, GA 30341  678-530-5326 |
| Arkansas, Colorado, Kentucky, Louisiana, New Mexico, Oklahoma, Tennessee, Texas | RAIVS Team 3651 South Interregional Hwy. Stop 6716 Austin, TX 78741  512-460-2272 |
| Alaska, Arizona, California, Hawaii, Idaho, Montana, Nevada, Oregon, Utah, Washington, Wyoming | RAIVS Team Stop 38101 Fresno, CA 93888  559-253-4992 |
| Delaware, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, South Dakota, Wisconsin | RAIVS Team Stop 841-6700 Kansas City, MO 64999  816-823-7667 |
| Ohio, Virginia | RAIVS Team 5333 Getwell Rd. Stop 2829 Memphis, TN 38118  901-546-4176 |

| Connecticut, District of Columbia, Maryland, New Jersey, Pennsylvania, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team DP SE 135 Philadelphia, PA 19255-0695  215-516-2931 |
|---|---|

### Chart for all other transcripts

| If you lived in: | Mail to the Internal Revenue Service at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming | RAIVS Team Mail Stop 6734 Ogden, UT 84201   801-620-6922 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800F Cincinnati, OH 45250   859-669-3592 |

**Line 1b.** Enter your employer identification number if your request relates to a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 60 days of the date signed by the taxpayer or it will be rejected.

**Individuals.** Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506-T can be signed by (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

**Partnerships.** Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to Federal and state agencies to enforce Federal nontax criminal laws and to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 11 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to the Tax Products Coordinating Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. Do not send the form to this address. Instead, see Where to file on this page.

100176105031729174                                   0503172917

3045T 1040).01                      Page 2 of 2                    Initials ___ S.H.

AHL/Frazier
0098

Hall-Frazier
Record - 001753

# IRS FORM 4506-T CONSENT

### *** Attention Borrower(s) and Closing Agent ***

The attached form, Request for Transcript of Tax Return (IRS FORM 4506-T),

## should not be dated.

Form 4506-T allows the lender and its assigns to request IRS records for the purpose of comparing the IRS' information to the information submitted to the lender in connection with underwriting and approving the loan. By signing Form 4506-T, each borrower agrees to the foregoing and authorizes the lender and its assigns to date the form at the time it is desired to be submitted to the IRS.

Each borrower hereby acknowledges and agrees to the foregoing.

_____  3-25-05  _____

Borrower CHERYL HALL                        Date

MIN #  100178105031729174          HALL                  0503172917

610091.uff                          Page 1 of 1            Rev 10/04

AHL/Frazier
0099

Addendum for Loan # : 0503172917 - HALL, CHERYL

--- LIABILITIES ---

| | | | | |
|---|---|---|---|---|
| Creditor | :Subject Loan | | Acct. # | : |
| Address | : | | Balance | : $0.00 |
| | | | Payment | : [$0.00] |
| C/S/Z | : | | Rem. Term | : 0 |
| Acct. Type | :Mortgage | | | |
| In Name Of | : | | | |

| | | | | |
|---|---|---|---|---|
| Creditor | :THE CR STR/PROVIDIAN | | Acct. # | : |
| Address | : | | Balance | : *$785.00 |
| | | | Payment | : [$0.00] |
| C/S/Z | : | | Rem. Term | : 0 |
| Acct. Type | :Installment | | | |
| In Name Of | : | | | |

| | | | | |
|---|---|---|---|---|
| Creditor | :PALISADES | | Acct. # | : |
| Address | : | | Balance | : *$694.00 |
| | | | Payment | : [$0.00] |
| C/S/Z | : | | Rem. Term | : 0 |
| Acct. Type | :Installment | | | |
| In Name Of | : | | | |

| | | | | |
|---|---|---|---|---|
| Creditor | :HOLLOWAY CREDIT | | Acct. # | : |
| Address | : | | Balance | : *$452.00 |
| | | | Payment | : [$0.00] |
| C/S/Z | : | | Rem. Term | : 0 |
| Acct. Type | :Installment | | | |
| In Name Of | : | | | |

| | | | | |
|---|---|---|---|---|
| Creditor | :SMALL LNS | | Acct. # | : |
| Address | : | | Balance | : *$399.00 |
| | | | Payment | : [$0.00] |
| C/S/Z | : | | Rem. Term | : 0 |
| Acct. Type | :Installment | | | |
| In Name Of | : | | | |

| | | | | |
|---|---|---|---|---|
| Creditor | :CRDT MGT | | Acct. # | : |
| Address | : | | Balance | : *$182.00 |
| | | | Payment | : [$0.00] |
| C/S/Z | : | | Rem. Term | : 0 |
| Acct. Type | :Installment | | | |
| In Name Of | : | | | |

| | | | | |
|---|---|---|---|---|
| Creditor | :FRIEDMANS JEWELERS | | Acct. # | : |
| Address | : | | Balance | : *$400.00 |
| | | | Payment | : *$0.00 |
| C/S/Z | : | | Rem. Term | : 0 |
| Acct. Type | :Installment | | | |
| In Name Of | : | | | |

| | | | | |
|---|---|---|---|---|
| Creditor | :ARMY AVIATION CENTER FCU | | Acct. # | : |
| Address | : | | Balance | : *$4,594.49 |
| | | | Payment | : *$0.00 |
| C/S/Z | : | | Rem. Term | : 0 |
| Acct. Type | :Mortgage | | | |
| In Name Of | : | | | |

| | | | | |
|---|---|---|---|---|
| Creditor | :ALABAMA APPRAISAL SERVICES | | Acct. # | : |
| Address | : | | Balance | : *$300.00 |
| | | | Payment | : *$0.00 |
| C/S/Z | : | | Rem. Term | : 0 |
| Acct. Type | :Mortgage | | | |
| In Name Of | : | | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date: | Co-Borrower's Signature | Date: |
|---|---|---|---|
| X | 3-25-05 | X | |

Addendum for Loan # : 0503173917 - HALL, CHERYL

--- LIABILITIES ---

| | | | | |
|---|---|---|---|---|
| Creditor | :State Farm Insurance | Acct. # | : | |
| Address | : | Balance | : *$1,068.00 | |
| | | Payment | : *$0.00 | |
| C/S/Z | : | Rem. Term | : | 0 |
| Acct. Type | :Mortgage | | | |
| In Name Of | : | | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date: | Co-Borrower's Signature: | Date: |
|---|---|---|---|
| X | | X | |



\* C R E D I T \*





\* N E W D O C \*





\* N E W D O C \*



\* N E W D O C \*

Credit

```
T11-01966-27474-0000 03/17/2005          TID:1-01966-27474 03/17/2005 08:35:02
DCO Instant Merge Credit Report          Acct: 129719
Prepared for: ACCREDITED HOME LENDERS-SD IA   Notes: 351
Requested: EFX, XPN, TUC - I              Delivered: EFX, XPN, TUC

App: HALL, CHERYL R                                    Ssn: 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
Curr Addr: 105 TV RD, DOTHAN, AL 36301
```

## INSTANT MERGE SUMMARY

### ACCOUNT DISTRIBUTION

|  |  |  |  | CURRENT STATUS (tradelines) | | | | |
| Account Type | Count | Balance | Payments | Curr | Clsd | 30 | 60 | 90+ |
|---|---|---|---|---|---|---|---|---|
| Real Estate | 0 | $0 | $0 | – | – | – | – | – |
| Installment | 20 | $458 | $181 | – | 18 | – | – | 2 |
| Revolving | 1 | $0 | $0 | – | 1 | – | – | – |
| Other | 11 | $3,273 | $1,479 | – | – | – | – | 11 |
| Total | 32 | $3,731 | $1,660 | – | 19 | – | – | 13 |

### INQUIRIES

| INQUIRIES | | PUBLIC RECORDS | | HISTORICAL DELINQUENCIES (count) | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 Month Total | 16 | EFX | N/A | Account Type | LastDlq | 30 | 60 | 90+ |
| Elim. same day | 9 | XPN | N/A | Real Estate | | | | |
| Adjusted Total | 7 | TUC | N/A | Installment | 12/03 | 12 | 8 | 38 |
| New Trades (6 mon) | 0 | Last 2yrs N | | Revolving | 11/98 | 1 | 1 | 4 |
| | | | | Other | | – | – | 11 |
| Oldest Trd: 03/98 | | On File: 06/95 | | Total | | 13 | 9 | 53 |

Only Applicant/Co-applicant information included in the Summary.

## BUREAU SCORE INFORMATION

```
EFX BEACON 5.0              (APP)=   525 Factor: 00038, 00014, 00018, 00020
  00038 SERIOUS DELINQUENCY, AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED
  00014 LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
  00018 NUMBER OF ACCOUNTS WITH DELINQUENCY
  00020 LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO
        SHORT
  ! Number of Inquiries Adversely Affected the Score

XN FICO-II                 (APP)=   592 Factor:   38,   18,   33,   16
  38 SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED
  18 NUMBER OF ACCOUNTS DELINQUENT
  33 PROPORTION OF CURRENT LOAN BALANCE TO ORIGINAL LOAN AMOUNT
  16 INSUFFICIENT OR LACK OF REVOLVING ACCOUNT INFORMATION

TUC FICO Classic 98        (APP)=   575 Factor:   038,  018,  016,  002
  038 SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED
  018 NUMBER OF ACCOUNTS WITH DELINQUENCY
  016 LACK OF RECENT REVOLVING ACCOUNT INFORMATION
  002 LEVEL OF DELINQUENCY ON ACCOUNTS
  ! Number of Inquiries Adversely Affected the Score
```

AHL/Frazier
0103

```
                        End of Decision Maker Report
-------------------------------------------------------------------
RPT:1-01966-27474-0000 03/17/2005      TID:1-01966-27474 03/17/2005 08:35:02
  DCO Instant Merge Credit Report              Acct: 129719
  Prepared for: ACCREDITED HOME LENDERS-SD IA  Notes: 351
  Requested: EFX, XPN, TUC - I                 Delivered: EFX, XPN, TUC
-------------------------------------------------------------------
App: HALL, CHERYL R                            Ssn:
Curr Addr: 105 TV RD, DOTHAN, AL 36301
-------------------------------------------------------------------

Account Name/Number (Sources)                        Past due    Last
   Open      High    Payment  Balance MOP Status  Rptd 30 60 90+ MR Dlq
-------------------------------------------------------------------

Joint Accounts:
---------------
  1. PEOPLES BK/395330300XXXX (EFX-420BB000341,TUC1)
     J 06-99    7303       0      CLOSED I-5 DEL 12O  03-02 08 05 07  33 03-02
       Hist: 03-02 514544433243222111322322              JNT
       Ctgy: AUTO
       AUTO LOAN
       CLOSED

 Accounts under Applicant:
 ------------------------

  2. THE CR STR/PROVIDIAN-940XXXX (EFX-616FY000111)
     I N/A      672      785      785 O-9 COLL/P&L 10-02 00 00 00   5
       Hist: 10-02 9----                              APP
       Ctgy: COLLECTION                       Term: REV
       ACCT SUBMITTED TO COLLECTION
       PAST DUE PAST $785

  3. PALISADES/HEILI-3HEILIG297XXXX (EFX-444FY000901)
     I N/A      694      694      694 O-9 COLL/P&L 02-05 00 00 00  20
       Hist: 02-05 9----------------                  APP
       Ctgy: COLLECTION                       Term: REV
       ACCT SUBMITTED TO COLLECTION
       PAST DUE PAST $694

  4. PALISADES COLLECTION L/PALJHEILIG297XXXX (XPN-YC19839221,TUC1)
     I 01-03    694   N/A        694 Y-9 COLL/P&L 02-05  -  -  -  23
       Hist: 02-05 99999-999999999-9--99-9            APP
       Ctgy: COLLECTION                       Term: REV
       CN: HEILIG MEYERS
       ACCT SUBMITTED TO COLLECTION COLL 04-03
       PAST DUE PAST $694

  5. HOLLOWAY CREDIT SOLUTI/724XXXX (EFX-420YA000161,XPN1,TUC1)
     I 03-03    452   N/A        452 Y-9 COLL/P&L 12-04  -  -  -   1
       Hist: 12-04 9                                  APP
       Ctgy: COLLECTION                       Term: REV
       CN: WIREGRASS ELECT
       UNPAID
       ACCT SUBMITTED TO COLLECTION COLL 12-04
       PAST DUE PAST $452
```

AHL/Frazier
0104

Page of 8

REF:1-01966-27474-0000 03/17/2005          TID:1-01966-27474 03/17/2005 08:35:02

count Name/Number (Sources)                                    Past due    Last
    Open      High    Payment    Balance MOP  Status  Rptd  30 60 90+ MR Dlq

Accounts under Applicant (continued):
--------------------------------------------------

6. SMALL LNS/7804 XXXX (EFX-420FP002611)
   I 01-02     399     91     399 I-9 COLL/P&L 02-05 01 01 14   38 12-03
   Hist: 02-05 9111111111111115555555155              APP
   ACCT SUBMITTED TO COLLECTION COLL 02-05
   CHARGE OFF CHRG $399 CHRG 02-05
   PAST DUE PAST $399
   PAID - CREDIT LINE CLOSED

7. HOLLOWAY CREDIT SOLUTI/474XXXX (EFX-420YA000001,XPN!,TUC!)
   I 04-01     187   N/A     187 Y-9 COLL/P&L 12-04  -  -  -   1
   Hist: 12-04 9                                      APP
   Ctgy:  COLLECTION                        Term: REV
   CN: MEDICAL PAYMENT DATA
   UNPAID
   MEDICAL
   ACCT SUBMITTED TO COLLECTION COLL 12-04
   PAST DUE PAST $187

8. CRDT MGT/2674XXXX (EFX-682YC055531,TUC!)
   I 03-04     182   N/A     182 Y-9 COLL/P&L 04-04  -  -  -   1
   Hist: 04-04 9                                      APP
   Ctgy:  COLLECTION                        Term: REV
   CN: COMCAST DOYBAN
   UNPAID
   ACCT SUBMITTED TO COLLECTION COLL 04-04

9. HOLLOWAY CREDIT SOLUTI/526XXXX (EFX-420YA000001,XPN!,TUC!)
   I 10-01     93   N/A     93 Y-9 COLL/P&L 12-04  -  -  -   1
   Hist: 12-04 9                                      APP
   Ctgy:  COLLECTION                        Term: REV
   CN: MEDICAL PAYMENT DATA
   UNPAID
   MEDICAL
   ACCT SUBMITTED TO COLLECTION COLL 12-04
   PAST DUE PAST $93

10. HOLLOWAY CREDIT SOLUTI/519XXXX (EFX-420YA000001,XPN!,TUC!)
    I 09-01     93   N/A     93 Y-9 COLL/P&L 12-04  -  -  -   1
    Hist: 12-04 9                                     APP
    Ctgy:  COLLECTION                       Term: REV
    CN: MEDICAL PAYMENT DATA
    UNPAID
    MEDICAL
    ACCT SUBMITTED TO COLLECTION COLL 12-04
    PAST DUE PAST $93

AHL/Frazier
0105

Page 7 of 8

```
DATE:1-01966-27474-0000 03/17/2005        TID:1-01966-27474 03/17/2005 08:35:02
-----------------------------------------------------------------------------
Account Name/Number (Sources)                              Past due    Last
  Open     High   Payment   Balance MOP  Status  Rptd  30 60 90+ MR Dlq
-----------------------------------------------------------------------------

Accounts under Applicant (continued):

13. HOLLOWAY CREDIT SOLUTI/832XXXX (EFX-420YA000001,XPN!,TUC!)
  I 11-03    93    N/A          93 I-9 COLL/P&L 12-04  - -  -   1
    Hist: 12-04 9                              APP
    Ctgy: COLLECTION                      Term: REV
    CN: MEDICAL PAYMENT DATA
    UNPAID
    MEDICAL
    ACCT SUBMITTED TO COLLECTION COLL 12-04
    PAST DUE PAST $93

12. SMALL LNS/7804 XXXX (EFX-420FP002611)
  I 03-02    90       90         59 I-9 COLL/P&L 02-05 01 01 15  36 12-03
    Hist: 02-05 911111111111155555555135         APP
    ACCT SUBMITTED TO COLLECTION COLL 02-05
    CHARGE OFF CHRG $59 CHRG 02-05
    PAST DUE PAST $59
    PAID - CREDIT LINE CLOSED

13. HOLLOWAY CREDIT SOLUTI/357XXXX (EFX!,XPN-YC19848931,TUC!)
  I 10-99   255   N/A         -0-  Y-9 COLL/P&L 12-04  - -  -   3
    Hist: 12-04 9-9                             APP
    Ctgy: COLLECTION                      Term: REV
    CN: GRACEBA TOTAL COMMUNICATIONS
    PAID
    ACCT SUBMITTED TO COLLECTION COLL 12-04
    CHARGE OFF; PAID CHRG 12-04 PAID 12-04
    ACCT SUBMITTED TO COLLECTION; PAID COLL 12-04

14. HOLLOWAY CREDIT SOLUTI/265XXXX (EFX!,XPN-YC19848931)
  I 06-99    38   N/A        N/A  Y-9 COLL/P&L 12-04  - -  -   3
    Hist: 12-04 9-9                             APP
    Ctgy: COLLECTION                      Term: REV
    CN: MEDICAL PAYMENT DATA
    PAID
    MEDICAL
    ACCT SUBMITTED TO COLLECTION COLL 12-04

15. FARMERS FURN/9950127812230XXXX (TUC-H052SR0021)
  I 12-99   892       0       CLOSED I-9 COLL/P&L 10-03 00 00 00  46
    Hist: 10-03 9---------------------          APP
    Ctgy: INSTALLMENT SALES CONTRACT
    PAST DUE PAST $154
    CHARGE OFF CHRG $154 CHRG 10-01
    CLOSED
```

AHL/Frazier
0106

```
‎:1-01966-27474-0000 03/17/2005        TID:1-01966-27474 03/17/2005 08:35:02
------------------------------------------------------------------------
Account Name/Number (Sources)                      Past due    Last
      Open      High  Payment  Balance MOP  Status  Rptd  30 60 90+ MR Dlq
------------------------------------------------------------------------

Accounts under Applicant (continued):
------------------------------
  16. FARMERS FURN/117812230XXXX (TUC-H0528R002)
     I 09-99    640     0        CLOSED I-0 UNRATED 02-01 00 00 00  17
        Hist: 02-01 11111111111111111              APP
        Ctgy: INSTALLMENT SALES CONTRACT
        CLOSED

  17. FRIEDMANS JEWELERS/561021004XXXX (EFX!,XPN!,TUC-J01V880011)
     I 12-01    400     0        CLOSED I-9 COLL/P&L 03-05 01 01 01  39 07-02
        Hist: 03-05 9-9999999999-999999-9999         APP
        Ctgy: INSTALLMENT SALES CONTRACT
        ACCT SUBMITTED TO COLLECTION COLL 01-05
        CHARGE OFF CHRG $400 CHRG 08-02
        PAST DUE PAST $400

  18. PROVIDIAN FINANCIAL/050077XXXX (EFX-163B8253121,XPN!,TUC!)
     I 03-98    805     0        CLOSED R-9 COLL/P&L 07-02 01 01 04  53 11-98
        Hist: 07-02 9---99999999999999999999         APP
                                        Term: REV
        ACCT SUBMITTED TO COLLECTION COLL 07-02
        CHARGE OFF CHRG #671 CHRG 05-98
        CLOSED BY CREDITOR
        PAST DUE PAST $659
        ACCT TRANSFERRED
        ACCT PURCHASED BY ANOTHER LENDER

  19. SMALL LNS/7804 XXXX (EFX-420FP00261)
     I 02-02     90     0        CLOSED I-1 CURRENT  05-02 00 00 00   4
        Hist: 05-02 1111                              APP
        PAID - CREDIT LINE CLOSED

  20. SMALL LNS/7804 XXXX (EFX-420FP00261)
     I 12-01     88     0        CLOSED I-1 CURRENT  03-02 00 00 00   4
        Hist: 03-02 1111                              APP
        PAID - CREDIT LINE CLOSED

  21. SMALL LNS/7804 XXXX (EFX-420FP00261)
     I 11-01     88     0        CLOSED I-1 CURRENT  02-02 00 00 00   3
        Hist: 02-02 111                               APP
        PAID - CREDIT LINE CLOSED

  22. SMALL LNS/7804 XXXX (EFX-420FP00261)
     I 10-01     88     0        CLOSED I-1 CURRENT  01-02 00 00 00   4
        Hist: 01-02 1111                              APP
        PAID - CREDIT LINE CLOSED
```

Page 7 of 8

F:1-01966-27474-0000 03/17/2005          TID:1-01966-27474 03/17/2005 08:35:02

```
Account Name/Number (Sources)                                  Past due    Last
      Open        High   Payment  Balance MOP Status Rptd 30 60 90+ MR Dlq
```

Accounts under Applicant (continued):

```
23. SMALL LNS/7804 XXXX (EFX-420FP00261)
    I 09-01      88      0        CLOSED I-1 CURRENT 12-01 00 00 00    4
       Hist: 12-01 1111                                       APP
       PAID - CREDIT LINE CLOSED

24. SMALL LNS/7804 XXXX (EFX-420FP00261)
    I 08-01      88      0        CLOSED I-1 CURRENT 10-01 00 00 00    3
       Hist: 10-01 111                                        APP
       PAID - CREDIT LINE CLOSED

25. SMALL LNS/7804 XXXX (EFX-420FP00261)
    I 07-01      88      0        CLOSED I-1 CURRENT 10-01 00 00 00    4
       Hist: 10-01 1111                                       APP
       PAID - CREDIT LINE CLOSED

26. SMALL LNS/7804 XXXX (EFX-420FP00261)
    I 06-01      88      0        CLOSED I-1 CURRENT 09-01 00 00 00    4
       Hist: 09-01 1111                                       APP
       PAID - CREDIT LINE CLOSED

27. SMALL LNS/7804 XXXX (EFX-420FP00261)
    I 04-01      88      0        CLOSED I-1 CURRENT 07-01 00 00 00    4
       Hist: 07-01 1111                                       APP
       PAID - CREDIT LINE CLOSED

28. SMALL LNS/7804 XXXX (EFX-420FP00261)
    I 11-00      247     0        CLOSED I-1 CURRENT 05-01 00 00 00    7
       Hist: 05-01 1111111                                    APP
       PAID - CREDIT LINE CLOSED

29. SMALL LNS/7804 XXXX (EFX-420FP00261)
    I 10-00      86      0        CLOSED I-1 CURRENT 01-01 00 00 00    4
       Hist: 01-01 1111                                       APP
       PAID - CREDIT LINE CLOSED

30. SMALL LNS/7804 XXXX (EFX-420FP00261)
    I 08-00      173     0        CLOSED I-1 CURRENT 01-01 00 00 00    5
       Hist: 01-01 11111                                      APP
       PAID - CREDIT LINE CLOSED

31. SMALL LNS/7804XXXX (EFX-420FP00261)
    I 12-99      173     0        CLOSED I-1 CURRENT 05-00 00 00 00    6
       Hist: 05-00 111111                                     APP
       PAID - CREDIT LINE CLOSED

32. SMALL LNS/7804 XXXX (EFX-420FP002611)
    I 03-00      173     0        CLOSED I-2 DEL 30  09-00 01 00 00    7 09-00
       Hist: 09-00 2------                                    APP
```

AHL/Frazier
0108

Page    of 8

REF:1-01966-27474-0000 03/17/2005          TID:1-01966-27474 03/17/2005 08:35:02

**Identification Information:**
---

1. HILL, CHERLY  Ssn:          Age:45 (EFX)
2. HALL, CHERYL  Ssn:          (XPN)
3. HALL, CHERYL R  Ssn:          Dob: 07-01-59 (TUC)

**Inquiries made in the last 180 days:**
---

1. 03-17-05 FAC  (TUC-E05635118) (APP)
2. 03-16-05 TRANSUNION  (EFX-6682B05471) (APP)
3. 03-16-05 TRANSUNION RESID CR 90  (XPN-ZC19T2538) (APP)
4. 03-16-05 TU MRTG DPT  (TUC-E00005270) (APP)
5. 03-10-05 LANDSAFE  (EFX-1802B07577) (APP)
6. 03-10-05 LANDSAFE CRT  (TUC-E07183223) (APP)
7. 03-10-05 LANDSAFECREDIT  (XPN-FR3970658) (APP)
8. 03-08-05 DITECH  (EFX-180FM10442) (APP)
9. 03-08-05 GMAC MORTGAGE  (XPN-FM8909276) (APP)
10. 03-08-05 GMAC MTG  (TUC-N01201031) (APP)
11. 03-08-05 LEWIS BRAC  (EFX-420YC00105) (APP)
12. 03-04-05 FA CREDCO  (EFX-1612B03724) (APP)
13. 03-04-05 FA CREDCO  (TUC-F012070150) (APP)
14. 03-04-05 FIRST AMER CR SVCS INC  (XPN-FR3988260) (APP)
15. 12-14-04 DTHN LOAN  (EFX-420FP01087) (APP)
16. 09-26-04 1ST PREMIER  (TUC-B00020123) (APP)

**Address Information:**
---

1. 295 MALIBU ST
   KINSEY, AL 36303 7761 Rptd 04-95   (XPN) (APP)
2. 295 MALIBU ST
   DOTHAN, AL 36303 Rptd 02-98  (TUC) (APP)
3. 302 TRIM ST
   DOTHAN, AL 36301 Rptd 02-05  (EFX) (APP)
4. 105 TV RD
   DOTHAN, AL 36301 5333 Rptd 08-04  (XPN) (APP)
5. 105 TV RD
   DOTHAN, AL 36301 Rptd 04-04  (TUC) (APP)
6. 541 WALNUT ST #A5
   ELIZABETH, NJ 07201 1126 Rptd 09-94 (XPN) (APP)

**AKA Information:**
---

1. CHERYL, R HALL  (XPN) (APP)
2. DIXON, CHERYL R  (XPN) (APP)
3. DIXON, CHERYL, R  (TUC) (APP)
4. FRAZIER, CHERYL  (TUC) (APP)
5. HILL, CHERLY, R  (TUC) (APP)

**Employment Information:**
---

1. DISABLED
   OCCUPATION UNKNOWN  (EFX) (APP)

Page 6 of 8

REF:1-01966-27474-0000 03/17/2005         TID:1-01966-27474 03/17/2005 08:35:02

Employment Information (continued):
----------------------------------
    2. EBONY EXPRESSIONS E ORANGE, NJ
       OCCUPATION UNKNOWN Rptd 09-94  (XPN) (APP)
    3. GENERAL CIGAR
       OCCUPATION UNKNOWN  (EFX) (APP)
    4. GENERAL CIGAR DOTHAN, AL
       MACH OPERATOR Rptd 08-95  (TUC) (APP)
    5. UNEMPLOYED
       OCCUPATION UNKNOWN  (EFX) (APP)

Miscellaneous Information:
--------------------------
    1. Variation between Inquiry and Onfile address  (EFX) (APP)
    2. Variation between Inquiry and Onfile address  (XPN) (APP)

Decode Directory Information:
-----------------------------
    1. FIRST AMER CR SVCS INC (XPN-3988260)
       (516)832-3400, 333 EARLE OVINGTON BLVD, UNIONDALE, NY 11553
    2. FRIEDMANS JEWELERS (XPN-1318660)
       (800)545-9033, 171 CROSSROADS PKWY, SAVANNAH, GA 31408
    3. GMAC MORTGAGE (XPN-8909276)
       (714)800-5871, 3200 PARK CENTER DR STE, COSTA MESA, CA 92626
    4. HOLLOWAY CREDIT SOLUTI (XPN-1984893)
       BY MAIL ONLY, PO BOX 6441, DOTHAN, AL 36302
    5. LANDSAFECREDIT (XPN-3970658)
       (818)583-1962, 155 N LAKE AVE, PASADENA, CA 91101
    6. PALISADES COLLECTION L (XPN-1983922)
       (800)991-9367, 210 SYLVAN AVE, ENGLEWOOD, NJ 07632
    7. PROVIDIAN FINANCIAL (XPN-3206450)
       BY MAIL ONLY, PO BOX 9180, PLEASANTON, CA 94566
    8. TRANSUNION RESID CR SO (XPN-1972538)
       (866)871-0390, PO BOX 31423, INDEPENDENCE, OH 44131

Public Record Information:
--------------------------
    No Public Record Information found

Consumer Referral Information:
------------------------------
EFX - EQUIFAX INFORMATION SVCS, PHONE: (800) 685-1111
      P.O. BOX 740241, ATLANTA, GA 30374
XPN - EXPERIAN, PHONE: (888) 397-3742
      P.O. BOX 2002, ALLEN, TX 75013
TUC - TRANS UNION, PHONE: (800) 916-8800
      P.O. BOX 34012, FULLERTON, CA 92834

Prepared By: First American CREDCO
             12395 First American Way
             Poway, CA 92064-6495
             Contact: 800 368 8891   Fax: 866 510 5762

Hall-Frazier
Record - 001765

Page 8 of 8

REF:1-01966-27474-0000 03/17/2005          TID:1-01966-27474 03/17/2005 08:35:02

This report contains information supplied by the repositories named above. Its
contents have not been verified by First American CREDCO and may contain
duplicate information. While this report is being used for some real estate
lending purposes, it is not a Residential Mortgage Credit Report as defined by
FNMA, FHLMC, and FHA/VA guidelines.

!!!!!! END OF INSTANT MERGE REPORT !!!!!!

End of Credit Report

AHL/Frazier
0111

I Cheryl Hall am borrowing against my home for home improvement reasons, as I am the caretaker of a disabled individual residing permanently at my residence. Improvements will be made to add easy access and comfort throughout the home.

*** REC 2005069   09405 61922B0 C1AV   CIPQYA7   7   (F-C1A )   *** 

SOCIAL SECURITY ADMINISTRATION

Date: March 10, 2005
Claim Number: ▮▮▮▮▮▮

CHERYL H FRAZIER
105 TV RD
DOTHAN AL 36301-5333

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Supplemental Security Income Payments

Beginning April 2005, the current
Supplemental Security Income payment is...............$ 579.00

This payment amount may change from month to month if income or
living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For
example, Supplemental Security Income Payments for March are paid in March.)

```
                        0· C
                        0· C
                579·00 ×
                125· 1
                723·75 *
```

AHL/Frazier
0113

**Hall-Frazier**
**Record - 001768**

SOCIAL SECURITY
1776 WHATLEY DRIVE
DOTHAN AL 36303

**Social Security Administration**
**Supplemental Security Income**
Notice of Change in Payment

Date: November 28, 2004
Claim Number: 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 DI

CHERLY H FRAZIER
FOR MALIKA E ISMAIL
105 TV RD
DOTHAN AL 36301-6333

We are writing to tell you about changes in MALIKA E. ISMAIL's Supplemental Security Income payment. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the last page of this letter. The explanation shows how her income, other than any SSI payments, affects her SSI payment. It also shows how we decided how much of her income affects her payment amount. We include explanations only for months where payment amounts change.

**Information About MALIKA E. ISMAIL's Payments**

- The amount due her beginning January 2005 will be $579.00.

- The amount due her is being raised because the law provides for an increase in Supplemental Security Income payments in January 2005 if there was an increase in the cost-of-living during the past year.

**You Can Review The Information in MALIKA E. ISMAIL's Case**

The decisions in this letter are based on the law. You have a right to review and get copies of the information in our records that we used to make the decisions explained in this letter. You also have a right to review and copy the laws, regulations and policy statements used in deciding her case. To do so, please contact us. Our telephone number and address are shown under the heading "If You Have Any Questions."

SSA-L8161                        See Next Page

AHL/Frazier
0114

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                                                Page 3 of 4

11/28/2004

- **Informal Conference.** You'll meet with the person who decides your case. You can tell that person why you think you're right. You can give us more facts to help prove you're right. You can bring other people to help explain your case.

### If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it.

### If You Have Any Questions

For general information about SSI, visit our website at www.socialsecurity.gov on the Internet. There, you will also find the law and regulations about SSI eligibility and SSI payment amounts.

For general questions about SSI or specific questions about MALIKA E. ISMAIL's case, you may call us toll-free at 1-800-772-1213, or call your local Social Security office toll free at 800-962-8726. Our lines are busiest early in the week and early in the month, so if your business can wait, it's best to call at other times. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
1778 WHATLEY DRIVE
DOTHAN AL 36303

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Jo Anne B. Barnhart*

Jo Anne B. Barnhart
Commissioner
of Social Security

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                         Page 4 of 4

11/28/2004

## HOW WE FIGURED MALIKA E. ISMAIL'S PAYMENT FOR January 2005 ON

### Her Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $579.00 |
| We didn't subtract (-) any income from SSI money | = 0.00 |
| **Total Monthly SSI Payment** for January 2005 on | $579.00 |

SSA-L8151

PAGE 03          ROBERT LUUKS JR          1-607-527-8383          10:02   06/28/2001

AHL/Frazier
0116



**SOCIAL SECURITY ADMINISTRATION**

Date: March 21, 2005
Claim Number: 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DI

CHERLY H FRAZIER
FOR MALIKA B ISMAIL
105 TV RD
DOTHAN AL 36301-5333

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Other Important Information

SOCIAL SECURITY FOUND MS ESMAIL TO BE DISABLED AS OF 03/76. WE STILL CONSIDER HER TO BE DISABLED AS OF THIS DAY.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 800-962-8726. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
1778 WHATLEY DRIVE
DOTHAN, AL 36303

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

for *[signature]*
OFFICE MANAGER

TOTAL P.01

AHL/Frazier
0117



\* I N C O M E \*

  

\* N E W D O C \*



AHL/Frazier
0118


**\* A S S E T S \***









AHL/Frazier
0119

Assets

**Hall-Frazier**
**Record - 001774**



* D I V O R C E *





* N E W D O C *





* N E W D O C *



* N E W D O C *

AHL/Frazier
0120

Divorce

**APPRAISAL OF REAL PROPERTY**

**LOCATED AT:**
CHERYL R. HALL
105 TV ROAD
DOTHAN, ALABAMA 36301-5333

**FOR:**
HOME FUNDS DIRECT
1130 NORTHCHASE PARKWAY
MARIETTA, GEORGIA 30067

**AS OF:**
MARCH 21, 2005

**BY:**
SPENCER L. MOORE
ALABAMA APPRAISAL SERVICES
POST OFFICE BOX 517
DOTHAN, ALABAMA 36302
(334) 793-8449
JMoore09@comcast.net

Moore Appraisals

Form GA2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

AHL/Frazier
0121

Moore Appraisals

**Summary Appraisal Report**    Property Description    **UNIFORM RESIDENTIAL APPRAISAL REPORT**   File No.   [Page #2]

| | | | |
|---|---|---|---|
| Property Address 105 TV ROAD | City DOTHAN | State AL | Zip Code 36301-5333 |
| Legal Description LOT 2, BLOCK "C" OF THE THIRD ADDITION TO TELEVISION HEIGHTS SUBDIVISION | | County HOUSTON | |
| Assessor's Parcel No. 10-09-31-4-003-001.007 | Tax Year 2004 | R.E. Taxes $ 498.82 | Special Assessments $ 0.00 |
| Borrower CHERYL R. HALL | Current Owner CHERYL R. HALL | Occupant ☒ Owner ☐ Tenant ☐ Vacant | |
| Property rights appraised ☒ Fee Simple ☐ Leasehold ☐ Project Type ☐ PUD ☐ Condominium (HUD/VA only) HOA $ NONE /Mo. | | | |

**INTEREST RATES MOVING UP AND DOWN WITH AVERAGE 30 YEAR TERM RATES AROUND 5.90%.**

AHL/Frazier
0122

Freddie Mac Form 70 6/93     PAGE 1 OF 2     Fannie Mae Form 1004 6/93

Form UA2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

[Page #3]

## UNIFORM RESIDENTIAL APPRAISAL REPORT    File No.

**Valuation Section**

| COST APPROACH | | |
|---|---|---|
| ESTIMATED SITE VALUE | = $ | 7,500 |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | | |
| Dwelling  1,824 Sq. Ft. @$  45.00  = | | 82,244 |
| 233 Sq. Ft. @$  12.50  = | | 2,913 POR/SLAB |
| HP; FP; APPL; SPEC FEA; DET GAR/SHOP | = | 19,786 |
| Garage/Carport 102  Sq. Ft. @$  12.50  = | | 1,275 CAR COVER |
| Total Estimated Cost New | =$ | 106,200 |
| Less    Physical    Functional    External | | |
| Depreciation  17,704    6,140 | =$ | 23,844 |
| Depreciated Value of Improvements | =$ | 82,356 |
| "As-is" Value of Site Improvements | =$ | 2,600 |
| INDICATED VALUE BY COST APPROACH      (Rd) $92,000 | =$ | 82,356 |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property:  MARSHALL-SWIFT COST MANUAL
LIVING AREA CALCULATIONS - SEE ATTACHED SKETCH
ACTUAL AGE: 25 YEARS    EFFECTIVE AGE: 10-15 YEARS
DEFERRED MAINTENANCE/REPAIRS: NONE NOTED
FUNCTIONAL OBSOLESCENCE: NONE APPLIED
EXTERNAL OBSOLESCENCE: NONE APPLIED
LAND VALUE: $7,500
LAND IMPROVEMENTS: INCLUDES DRIVEWAY, LAND-
SCAPING, UTILITY HOOK-UPS, FENCE, ETC.

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 106 TV ROAD DOTHAN, ALABAMA | 503 DEXTER STREET DOTHAN, ALABAMA | | 302 PINE HILLS DOTHAN, ALABAMA | | 701 CIRCLEVIEW DOTHAN, ALABAMA | |
| Proximity to Subject | | 0.96 miles | | 0.76 miles | | 1.06 miles | |
| Sales Price | $  N/A | $    97,500 | | $    79,000 | | $    76,700 | |
| Price/Gross Living Area | $    /Ø | $  49.12  /Ø | | $  45.43  /Ø | | $  47.56  /Ø | |
| Data and/or Verification Source | FIELD INSPECTION | PUBLIC RECORDS/ MLS/42 DAYS ON MARKET | | PUBLIC RECORDS/ MLS/269 DAYS ON MARKET | | PUBLIC RECORDS/ MLS/145 DAYS ON MARKET | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. |
| Sales or Financing Concessions | | CONVENTIONAL CONCESS/$2,619 | 0 | CONVENTIONAL CONCESSIONS | 0 | CONVENTIONAL CONCESSIONS | 0 |
| Date of Sale/Time | | 07/22/2004 | 0 | 09/14/2004 | 0 | 03/11/2004 | 0 |
| Location | DOTHAN SE | DOTHAN SE | 0 | DOTHAN SE | 0 | DOTHAN SE | 0 |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | 0 | FEE SIMPLE | 0 | FEE SIMPLE | 0 |
| Site | 0.38 AC/AVG | 0.30 AC/AVG | 0 | 0.50 AC/AVG | 0 | 0.32 AC/AVG | 0 |
| View | AVG / HOUSES | AVG/EQUAL | 0 | AVG/EQUAL | 0 | AVG/EQUAL | 0 |
| Design and Appeal | 1-ST-RAN/AVG | 1-ST-RAN/AVG | 0 | 1-ST-RAN/AVG | 0 | 1-ST-RAN/AVG | 0 |
| Quality of Construction | BRK-VYL/AVG | BRK-ALUM/AVG | 0 | BRK-VYL/AVG | 0 | BRK/AVG | 0 |
| Age | 25 YRS / 10 EFF | 20 YRS/10 EFF | 0 | 22 YRS / 10 EFF | 0 | 28 YRS/15 EFF | +2,500 |
| Condition | GOOD | GOOD | 0 | GOOD | 0 | GOOD | 0 |
| Above Grade | Total :B.drms: Baths | Total :B.drms: Baths | | Total :B.drms: Baths | | Total :B.drms: Baths | |
| Room Count | 8 : 3 : 2 | 8 : 3 : 2 | 0 | 8 : 4 : 2 | 0 | 8 : 3 : 2 | 0 |
| Gross Living Area | 1,824 Sq. Ft. | 1,985 Sq. Ft. | -3,220 | 1,739 Sq. Ft. | +1,700 | 1,612 Sq. Ft. | +4,240 |
| Basement & Finished | NONE | NONE | 0 | NONE | 0 | NONE | 0 |
| Rooms Below Grade | NONE | NONE | 0 | NONE | 0 | NONE | 0 |
| Functional Utility | AVERAGE | AVG/EQUAL | 0 | AVG/EQUAL | 0 | AVG/EQUAL | 0 |
| Heating/Cooling | HEAT PUMP | HEAT PUMP | 0 | CENT/CENT | 0 | HEAT PUMP | 0 |
| Energy Efficient Items | STANDARD | TYPICAL/EQUAL | 0 | TYPICAL/EQUAL | 0 | TYPICAL/EQUAL | 0 |
| Garage/Carport | 2-DET GAR/1-CP | 2-DET GAR/SHOP | +1,000 | 1-ATT CP | +2,500 | 2-DET GAR | 0 |
| Porch, Patio, Deck, | PORCH | EQUAL | 0 | NONE | +1,600 | PORCH | 0 |
| Fireplace(s), etc. | FIREPLACE | FIREPLACE, $FRK | -1,000 | NONE | +1,600 | FIREPLACE | 0 |
| Fence, Pool, etc. | CLF | CLF | 0 | CLF | 0 | FENCE | 0 |
| MISCELLANEOUS | APPL; SPEC FEA | APPL; EQ FEA | 0 | APPL; EQ APPL | 0 | APPL; EQ FEA | 0 |
| Net Adj. (total) | | + [X] - $  3,220 | | [X] + - $  6,700 | | [X] + - $  6,740 | |
| Adjusted Sales Price | | Net  3.3  % | | Net  7.2  % | | Net  8.8  % | |
| of Comparable | | Gross  5.4  % $  94,280 | | Gross  7.2  % $  84,700 | | Gross  8.8  % $  83,440 | |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.):  SALE #2 AND SALE #4 - ABOVE GROUND POOLS - NO VALUE CONTRIBUTION. SUBJECT AND ALL 4 SALES LOCATED IN THE SOUTHEASTERN PART OF CITY AND ALL ARE SIMILAR AND COMPARABLE TO SUBJECT IN CONSTRUCTION QUALITY, DESIGN, AND APPEAL AS WELL AS OTHER PHYSICAL CHARACTERISTICS. SALE #4 ADDED FOR SUPPORT - SLIGHTLY OLDER THAN 12 MONTHS OLD BUT GOOD VALUE INDICATOR. NOT POSSIBLE IN A CITY OF THIS SIZE TO HAVE SALES OF 6 MONTHS OLD OR LESS. THE SALES USED ARE THE BEST KNOWN SALES AVAILABLE AND THE MARKET APPROACH IS WELL SUPPORTED AND A GOOD VALUE INDICATOR FOR SUBJECT. (SEE "ADDITIONAL SALES" PAGE FOR FURTHER COMMENTS)

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | SOLD 04/02/2003 FOR $80,000 / LISTED $99,900 | NO SALE AND/OR LISTING IN PAST 12 MONTHS EXCEPT AS NOTED IN ABOVE GRID | NO SALE AND/OR LISTING IN PAST 12 MONTHS EXCEPT AS NOTED IN ABOVE GRID | NO SALE AND/OR LISTING IN PAST 12 MONTHS EXCEPT AS NOTED IN ABOVE GRID |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: ACCORDING TO DOCK 598, PAGE 34, CURRENT OWNER ACQUIRED SUBJECT PROPERTY 04/02/2003 FOR $80,000. BASED ON TAX RECORDS AND MLS DATA, THERE HAVE BEEN NO OTHER OWNERSHIP CHANGES AND/OR LISTING ON MARKET IN PAST 36 MONTHS.

| INDICATED VALUE BY SALES COMPARISON APPROACH | | | $ | 90,000 |
|---|---|---|---|---|
| INDICATED VALUE BY INCOME APPROACH (If Applicable)  Estimated Market Rent $  N/A  /Mo. x Gross Rent Multiplier  N/A  = $ | | | | N/A |

This appraisal is made [X] "as is"  [ ] subject to the repairs, alterations, inspections or conditions listed below  [ ] subject to completion per plans & specifications.
Conditions of Appraisal:  THIS IS A COMPLETE APPRAISAL AND COMMUNICATED BY A SUMMARY REPORT. THERE WAS INADEQUATE MARKET/RENTAL DATA AVAILABLE TO FORMULATE A GRM FOR USE OF THE INCOME APPROACH TO VALUE.

Final Reconciliation:  COST APPROACH: $92,000    MARKET APPROACH: $90,000    INCOME APPROACH: N/A    THE MARKET APPROACH BEST REFLECTS THE ACTIONS OF BUYERS AND SELLERS IN THE MARKET PLACE AND IS THE BEST VALUE INDICATION IN THIS CASE. THE MARKET APPROACH IS WELL SUPPORTED BY THE COST APPROACH. THIS IS AN E-MAILED REPORT WITH ELECTRONIC SIGNATURES.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA Form 1004B (Revised  06/93  ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF    MARCH 21, 2005
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE   $    90,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | |
|---|---|---|
| Signature  *James Moore* | Signature  *James M. Moore* | [X] Did  [ ] Did Not |
| Name  SPENCER L. MOORE | Name  JAMES H. MOORE, SRA | Inspect Property |
| Date Report Signed  March 24, 2005 | Date Report Signed  March 24, 2005 | |
| State Certification #  L | State Certification #  G 00202 | State  AL |
| Or State License #  T 01419 | State  AL | Or State License #  State |

AHU/Frazier
0123

**Hall-Frazier**
**Record - 001778**

Page #4

# UNIFORM RESIDENTIAL APPRAISAL REPORT
## MARKET DATA ANALYSIS

These recent sales of properties are most similar and proximate to subject and have been considered in the market analysis. The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (–) adjustment is made, thus reducing the indicated value of the subject. If a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| | 105 TV ROAD | 1431 COE DAIRY ROAD | | | | | |
| Address | DOTHAN, ALABAMA | DOTHAN, ALABAMA | | | | | |
| Proximity to Subject | | 0.49 miles | | | | | |
| Sales Price | $ N/A | $ 89,900 | | $ | | $ | |
| Price/Gross Living Area | $ | $ 50.03 | | $ | | $ | |
| Data and/or | FIELD | PUBLIC RECORDS/ | | | | | |
| Verification Sources | INSPECTION | MLS/165 DAYS ON MARKET | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. |
| Sales or Financing | | FHA | 0 | | | | |
| Concessions | | CONCESS/$1,542 | 0 | | | | |
| Date of Sale/Time | | 03/05/2004 | 0 | | | | |
| Location | DOTHAN SE | DOTHAN SE | 0 | | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | 0 | | | | |
| Site | 0.38 AC/AVG | 0.27 AC/AVG | 0 | | | | |
| View | AVG / HOUSES | AVG / HOUSES | 0 | | | | |
| Design and Appeal | 1-ST-RAN/AVG | 1.5 ST-TRAD/AVG | 0 | | | | |
| Quality of Construction | BRK-VYL/AVG | VYL SID/AVG | 0 | | | | |
| Age | 26 YRS/ 10 EFF | 28 YRS/15 EFF | +2,500 | | | | |
| Condition | GOOD | GOOD | 0 | | | | |
| Room Count | Total | Bdrms | Baths | Total | Bdrms | Baths | +540 |
| Room Count | 6 : 3 : 2 | 6 : 4 : 2 | 0 | Total : Bdrms : Baths | | Total : Bdrms : Baths | |
| Gross Living Area | 1,824 Sq. Ft. | 1,797 Sq. Ft. | +540 | Sq. Ft. | | Sq. Ft. | |
| Basement & Finished | NONE | NONE | 0 | | | | |
| Rooms Below Grade | NONE | NONE | 0 | | | | |
| Functional Utility | AVERAGE | AVERAGE/EQUAL | 0 | | | | |
| Heating/Cooling | HEAT PUMP | CENT/CENT | 0 | | | | |
| Energy Efficient Items | STANDARD | TYPICAL/EQUAL | 0 | | | | |
| Garage/Carport | 2-DET GAR/1-CP | 1-ATT GAR; UTIL | +1,000 | | | | |
| Porch, Patio, Deck | PORCH | EQUAL | 0 | | | | |
| Fireplace(s), etc. | FIREPLACE | FIREPLACE | 0 | | | | |
| Fence, Pool etc. | CLF | CLF | 0 | | | | |
| MISCELLANEOUS | APPL; SPEC FEA | APPL.-EQ FEA | 0 | | | | |
| Net Adj. (total) | | ☒ + ☐ – $ | 4,040 | ☐ + ☐ – $ | | ☐ + ☐ – $ | |
| Adjusted Sales Price | | Net 4.5 % | | Net % | | Net % | |
| of Comparable | | Gross 4.5 % $ | 93,940 | Gross % $ | | Gross % $ | |
| Date, Price and Data | SOLD 04/02/2003 | NO SALE AND/OR LISTING IN | | | | | |
| Source for prior sales | FOR $80,000 / | PAST 12 MONTHS EXCEPT AS | | | | | |
| within year of appraisal | LISTED: $86,900 | NOTED IN ABOVE GRID | | | | | |

Comments: (SALES DISCUSSION - CONTINUED)

IT IS NOT POSSIBLE IN A CITY THIS SIZE TO USE COMPARABLES ALL LOCATED WITHIN A CERTAIN AREA SUCH AS ON THE SAME SIDE OF HIGHWAY AND ON SAME SIDE OF RAILROAD TRACKS. SALES #1 AND #4 LOCATED ACROSS ROSS CLARK CIRCLE FROM SUBJECT. HOWEVER, NEIGHBORHOOD IS VERY COMPARABLE TO SUBJECT AND EQUAL IN LOCATION. SALES #1 AND #5 LOCATED ON OPPOSITE SIDES OF RAILROAD TRACK THAN SUBJECT. THERE ARE LIMITED SALES AVAILABLE. THE APPRAISER DID A 2 YEARS SALES SEARCH. THE SALES USED WERE THE BEST SALES AVAILABLE AND GOOD VALUE INDICATORS. THE RAILROAD TRACK AND HIGHWAY DO NOT KEEP THESE SALES FROM BEING GOOD COMPARABLE SALES.

Market Data Analysis 6-93

Form UA2 (AC) — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

AHL/Frazier
0124

**Hall-Frazier**
**Record - 001779**

**Location Map**

| Borrower/Client | CHERYL R. HALL | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 105 TV ROAD | | | | | |
| City | DOTHAN | County | HOUSTON | State | AL | Zip Code 36301-5333 |
| Lender | HOME FUNDS DIRECT | | | | | |



**Hall-Frazier**
**Record - 001780**



Building Sketch (Page - 1)

| Page #8 |

Borrower/Client CHERYL R. HALL
Property Address 105 TV ROAD
City DOTHAN    County HOUSTON    State AL    Zip Code 36301-5333
Lender HOME FUNDS DIRECT

**AREA CALCULATIONS SUMMARY**

| Code | Description | Net Size | Net Totals |
|------|-------------|----------|-----------|
| GLA1 | First Floor | 1824.0 | 1824.0 |
| P/P | Porch | 222.8 | |
| | Slab | 9.0 | 232.8 |
| GAR | Car Shed | 101.7 | 101.7 |
| OTH | Detached Garage | 576.0 | 576.0 |
| | Net LIVABLE Area | (Rounded) | 1824 |

**LIVING AREA BREAKDOWN**

| Breakdown | | Subtotals |
|-----------|---|-----------|
| First Floor | | |
| 24.8 x 28.8 | | 714.2 |
| 20.8 x 31.9 | | 663.5 |
| 14.0 x 33.5 | | 357.0 |
| 4.0 x 22.3 | | 89.2 |
| 4 Items | (Rounded) | 1824 |

Form SKT.BMSkt — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

AHL/Frazier
0126

Page #7

**Subject Photo Page**

| Borrower/Client | CHERYL R. HALL | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 106 TV ROAD | | | | | |
| City | DOTHAN | County | HOUSTON | State | AL | Zip Code 36301-5333 |
| Lender | HOME FUNDS DIRECT | | | | | |



**Subject Front**

| | |
|---|---|
| 106 TV ROAD | |
| Sales Price | N/A |
| Gross Living Area | 1,824 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | DOTHAN SE |
| View | AVG / HOUSES |
| Site | 0.38 AC/AVG |
| Quality | BRK-VY/AVG |
| Age | 25 YRS / 10 EFF |



**Subject Rear**



**Subject Street**

AHL/Frazier
0127

Form PIC3x5.SR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE



PHOTOGRAPH ADDENDUM                                    Page #8

| Borrower/Client | CHERYL R. HALL | | | | | |
| Property Address | 105 TV ROAD | | | | | |
| City | DOTHAN | County | HOUSTON | State | AL | Zip Code | 36301-5323 |
| Lender | HOME FUNDS DIRECT | | | | | |



LIVING ROOM



DEN



GUN ROOM



**PHOTOGRAPH ADDENDUM**

| | | | |
|---|---|---|---|
| Borrower/Client | CHERYL R. HALL | | |
| Property Address | 165 TV ROAD | | |
| City DOTHAN | County HOUSTON | State AL | Zip Code 36301-5333 |
| Lender HOME FUNDS DIRECT | | | |



KITCHEN



DINING



DETACHED GARAGE/WORK SHOP
24' X 24'

Form GPIC3X5 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

AHL/Frazier
0129



Page #10

## Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | CHERYL R. HALL | | | | |
| Property Address | 105 TV ROAD | | | | |
| City | DOTHAN | County | HOUSTON | State AL. | Zip Code 36301-5333 |
| Lender | HOME FUNDS DIRECT | | | | |



### Comparable 1
600 DEXTER STREET
Prox. to Subject 0.96 miles
Sale Price 97,500
Gross Living Area 1,965
Total Rooms 8
Total Bedrooms 3
Total Bathrooms 2
Location DOTHAN SE
View AVG/EQUAL
Site 0.30 AC/AVG
Quality BRK-ALUM/AVG
Age 20 YRS / 10 EFF



### Comparable 2
302 PINE HILLS
Prox. to Subject 0.76 miles
Sale Price 79,000
Gross Living Area 1,739
Total Rooms 8
Total Bedrooms 4
Total Bathrooms 2
Location DOTHAN SE
View AVG/EQUAL
Site 0.50 AC/AVG
Quality BRK-VYL/AVG
Age 22 YRS / 10 EFF



### Comparable 3
701 CIRCLEVIEW
Prox. to Subject 1.09 miles
Sale Price 76,700
Gross Living Area 1,612
Total Rooms 6
Total Bedrooms 3
Total Bathrooms 2
Location DOTHAN SE
View AVG/EQUAL
Site 0.32 AC/AVG
Quality BRICK/AVG
Age 20 YRS/15 EFF

Form PIC3x5.CR — "TOTAL for Windows" appraisal software by a la mode, Inc. — 1-800-ALAMODE

AHL/Frazier
0130



## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | CHERYL R. HALL |
| Property Address | 106 TV ROAD |
| City | DOTHAN | County | HOUSTON | State | AL | Zip Code | 36301-5333 |
| Lender | HOME FUNDS DIRECT |



### Comparable 4

| | |
|---|---|
| 1431 COE DAIRY ROAD | |
| Prox. to Subject | 6.49 miles |
| Sale Price | 89,900 |
| Gross Living Area | 1,797 |
| Total Rooms | 6 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | DOTHAN SE |
| View | AVG / HOUSES |
| Site | 0.27 AC/AVG |
| Quality | VYL SID/AVG |
| Age | 29 YRS/15 EFF |

### Comparable 5

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Hall-Frazier
Record - 001786

Page #12

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

* Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

Moore Appraisals
Form ACR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

AHL/Frazier
0132

Hall-Frazier
Record - 001787

Page #13

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor any compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** 105 TV ROAD, DOTHAN, ALABAMA 36301-5333

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: _Spencer Moore_ | Signature: _James H. Moore_ |
| Name: SPENCER L. MOORE | Name: JAMES H. MOORE, SRA |
| Date Signed: March 24, 2005 | Date Signed: March 24, 2005 |
| State Certification #: | State Certification #: G 00202 |
| or State License #: T 01418 | or State License #: |
| State: ALABAMA | State: ALABAMA |
| Expiration Date of Certification or License: 09/30/2005 | Expiration Date of Certification or License: 09/30/2005 |

☒ Did    ☐ Did Not Inspect Property

AHL/Frazier
0133

**Hall-Frazier**
**Record - 001788**

FROM:
ALABAMA APPRAISAL SERVICES
POST OFFICE BOX 517
DOTHAN, ALABAMA 36302

| INVOICE | DATE | REFERENCE |
|---------|------|-----------|
|         | 03/24/2005 |     |

Page #14

TO:
HOME FUNDS DIRECT
1130 NORTHCHASE PARKWAY
MARIETTA, GEORGIA

| DESCRIPTION | AMOUNT |
|-------------|--------|
| APPRAISAL OF HOUSE AND LOT LOCATED AT 105 TV ROAD IN DOTHAN, ALABAMA | 300.00 |
| OWNER/BORROWER: CHERYL HALL | |
| ATTN: KIM STEVENSON | |
| Subtotal | $ 300.00 |
| Late Fee | $ |
| TOTAL | $ 300.00 |

Moore Appraisals
Form NIN — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

AHL/Frazier
0134

ACCREDITED
HOME LENDERS

## APPRAISAL DATA

| | | |
|---|---|---|
| Borrower: CHERYL HALL | Loan #: 0503172917 | Team: 351 - ATL351 |
| Property Address: 105 TV ROAD | | |
| City: DOTHAN | State: AL    Zip Code: 36301 | County: HOUSTON |
| LTV: 86% | CLTV: 86% | Loan Classification: A/FIXED/FUL DOC |

Is the appraiser on the Watch List?    Yes ☐    No ☒

**NEIGHBORHOOD**
Location: Suburban
Property Values: Stable
Predominant Value: 75

**SITE**
Zoning Classification: Residential
Zoning Compliance:
Site Area: 16,461
FEMA Special Flood Hazard Area: No

**IMPROVEMENTS**
Effective Age: 15
Physical Depreciation %: 0.01%
Foundation: Slab
Interior Floors: Average
Interior Walls: Average
Interior Trim/Finish: Average
Doors: Average
Bath Floor: Average
Bath Wainscot: Average
Heating: FWA
Condition of Property: Average
Infestation: None
No. of Bedrooms: 3
No. of Bathrooms: 2
List Price $: N/A
Days On Market: N/A
Last Sale Price of Subject: N/A
Last Sale Date of Subject: N/A

| SALES COMPARISON | Comp. 1 | Comp. 2 | Comp. 3 | Comp. 4 | Comp. 5 | Comp. 6 |
|---|---|---|---|---|---|---|
| Proximity: | 0.96 MILES | 0.76 MILES | 1.08 MILES | | | |
| Date of Sale: | 7/28/2004 | 5/14/2004 | 5/11/2004 | | | |
| Site Size: | 0.30 ACRES | 0.50 ACRES | 0.32 ACRES | | | |
| No. of Bedrooms: | 3 | 4 | 3 | | | |
| Gross Adjustment %: | 5.4% | 7.2% | 8.8% | | | |

☒ Use Appraisal Data to Complete Review Analysis

This form was produced at the ACI Development Rapid/Power system (800)234-8727

AHLORIG

AHL/Frazier
0135

**Hall-Frazier**
**Record - 001790**

**ACCREDITED**
HOME LENDERS

### INTERNAL DESK REVIEW FORM

| | | |
|---|---|---|
| Borrower: CHERYL HALL | Loan #: 0503172917 | Team: 351 - ATL351 |

Property Address: 105 TV ROAD

| | | | | |
|---|---|---|---|---|
| City: DOTHAN | State: AL | Zip Code: 36301 | County: HOUSTON | |
| LTV: 86% | CLTV: 86% | | | Loan Classification: A/FIXED/FUL DOC |

Purchase ☐   Refi ☒   2nd ☐

Is the appraiser on the Watch List?   Yes ☐   No ☒

### Review Analysis

|  | Yes | No | N/A |
|---|---|---|---|
| **Neighborhood** | | | |
| 1. Is the area described as urban or suburban? | ☒ | ☐ | ☐ |
| 2. Is the local market increasing or stable? | ☒ | ☐ | ☐ |
| 3. Is the appraised value less than the predominant value? | ☐ | ☒ | ☐ |
| **Site** | | | |
| 4. Is the property zoning residential? | ☒ | ☐ | ☐ |
| 5. Is the subject site 5 acres or less? | ☒ | ☐ | ☐ |
| 6. Is the zoning compliance stated as legal? | ☒ | ☐ | ☐ |
| 7. Is property not in a flood zone? | ☒ | ☐ | ☐ |
| **Improvements** | | | |
| 8. Is the property owner occupied? | ☒ | ☐ | ☐ |
| 9. Is the effective age under 30 years? | ☒ | ☐ | ☐ |
| 10. Is the physical depreciation calculated under 40%? | ☒ | ☐ | ☐ |
| 11. Is the foundation slab, crawl space, basement or post & pier? | ☒ | ☐ | ☐ |
| 12. Does the interior materials/condition indicate good or average? | ☒ | ☐ | ☐ |
| 13. Does the heating section indicate a permanent heat source? | ☒ | ☐ | ☐ |
| 14. Does sketch provide all exterior dimensions and rooms? | ☒ | ☐ | ☐ |
| 15. Is the condition of the property described as average or better? | ☒ | ☐ | ☐ |
| 16. Does the infestation section indicate none observed or noticed? | ☒ | ☐ | ☐ |
| **Sales Comparison** | | | |
| 17. Are the comps 1 mile or less from the subject? | ☐ | ☒ | ☐ |
| 18. Are the comps sales data within 6 mo. of the date of the appraisal? | ☐ | ☒ | ☐ |
| 19. Are the gross adjustments less than 25% of the comps sales price? | ☒ | ☐ | ☐ |
| 20. Was the last sale of the subject over 1 year ago or N/A? | ☐ | ☐ | ☒ |
| 21. Do the comps have the same bedroom count as the subject? | ☐ | ☒ | ☐ |
| 22. If the subject is a sale, is the list price and days on market stated? | ☐ | ☐ | ☒ |
| 23. If the subject is a refinance, is the previous sales history addressed? | ☐ | ☐ | ☒ |
| 24. If the subject has a view, is there a photo & description of the view? | ☐ | ☐ | ☒ |
| 25. If Functional or External obsolescence are present, is it described? | ☒ | ☐ | ☐ |
| 26. Does the report state the site size for both subject and comps? | ☒ | ☐ | ☐ |
| **Reconciliation** | | | |
| 27. Is the report less than 120 days old? | ☒ | ☐ | ☐ |
| (If over 120 days require appraisal update with a minimum of 2 comps) | | | |
| 28. Is the appraisal less than 180 days old? | ☒ | ☐ | ☐ |
| (If over 180 days old the report is unacceptable. Need new appraisal) | | | |

All the above numbered items should reflect a Yes or N/A. If the items reflect a No the appraisal report is nonconforming and requires additional comments or a detailed review from the AHL staff review appraiser.

Comments: THE VALUE IS SUPPORTED BY APPRAISAL INFORMATION.

Sales Price: $ _____   Appraiser's Value: $ 90,000   Recommended: $ 90,000

The only authorized reviewer of this form is an AHL Review Appraiser, Div. Credit Mgr., Underwriting Mgr. or Div. Manager. Sales Personnel are not approved to sign off on this form. This review cannot be delegated to a subordinate. The individual signing below has carefully read each question and has addressed each issue as it applies to the property.

Reviewer's Signature: *Audrey C Williams*   Date: 03/24/2005

Clearly Print your name: Audrey Williams

AHL/Frazier
0136

Hall-Frazier
Record - 001791

0503172917

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well-informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

**SCOPE OF REVIEW:** The scope of this review is limited to the information being provided by the original appraiser; form an opinion as to the apparent adequacy and relevance of the data and the propriety of any adjustments to the data; form an opinion as to the appropriateness of the appraisal methods and techniques used and develop the reasons for any disagreement; form an opinion as to whether the analyses, opinions, and conclusions in the report under review are appropriate and reasonable, and develop the reasons for any disagreement.

## CERTIFICATION AND STATEMENT OF LIMITING CONDITIONS

**CERTIFICATION:** The Reviewer certifies and agrees that, to the best of his/her knowledge and belief:

1. The facts and data reported by the Reviewer and used in the review process are true and correct.

2. The analyses, opinions, and conclusions in this review report are limited only by the assumptions and limiting conditions stated in this review report, and are my personal, unbiased professional analyses, opinions, and conclusions.

3. Unless stated elsewhere, I have no present or prospective interest in the property that is the subject of this report and I have no personal interest or bias with respect to the parties involved.

4. My compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this review report.

5. My analyses, opinions, and conclusions were developed and this review report was prepared in conformity with the Uniform Standards of Professional Appraisal Practice.

6. Unless stated elsewhere in this report, I did not personally inspect the subject property, either interior or exterior, of the report under review.

7. No one provided significant professional assistance to the person signing this review report.

**CONTINGENT AND LIMITING CONDITIONS:** The certification of the Reviewer appearing in the review report is subject to the following conditions and to such other specific and limiting conditions as are set forth by the Reviewer in the review report.

1. The Reviewer assumes no responsibility for matters of a legal nature affecting the property which is the subject of this review or the title thereto, nor does the Reviewer render any opinion as to the title, which is assumed to be good and marketable.

2. The Reviewer is not required to give testimony or appear in court because of having made the review, unless arrangements have been previously made therefor.

3. The Reviewer assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The Reviewer assumes no responsibility for such conditions, or for engineering which might be required to discover such factors.

4. Information, estimates, and opinions furnished to the Reviewer, and contained in the review report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished the Reviewer can be assumed by the Reviewer.

5. Disclosure of the contents of the report is governed by the Uniform Standards of Professional Appraisal Practice and the Bylaws and Regulations of the professional appraisal organizations with which the appraiser is affiliated.

6. Neither all, nor any part of the content of the review report, or copy thereof (including the conclusions of the review, the identity of the Reviewer, professional designations, reference to any professional appraisal organizations, or the firm with which the Reviewer is connected), shall be used for any purposes by anyone but the client specified in the review report, its successors and assigns, professional appraisal organizations, any state or federally approved financial institution, any department, agency, or instrumentality of the United States or any state or the District of Columbia, without the previous written consent and approval of the Reviewer.

7. No change of any item in the review report shall be made by anyone other than the Reviewer and the Reviewer shall have no responsibility for any such unauthorized change.

Reviewer: _Audrey C. Williams_
Audrey Williams
Date: 03/24/2005
Reviewer's Certificate number: _____    State: _____
Reviewer Cert Expiry Date: _____

AHL/Frazier
0137



* P R O P E R T Y *

 

 

AHL/Frazier
0138

Property

Hall-Frazier
Record - 001793



\* N O T I C E S \*





\* N E W D O C \*




\* N E W D O C \*     \* N E W D O C \*

AHL/Frazier
0139



**Home Funds**
D I R E C T

# BORROWER COVER LETTER

March 17, 2005

CHERYL R HALL
105 TV ROAD
DOTHAN, AL 36301

RE: Residential Mortgage
Application # 0503172917

Dear CHERYL R HALL,

We are very pleased that you have submitted a loan application to Home Funds Direct for our review and consideration. We received your application on March 17, 2005.

Home Funds Direct, a licensed mortgage lender, is required under certain Federal Statutes to provide you the following disclosures for your review.

** Truth-In-Lending Disclosure Statement - Preliminary
** Good Faith Estimate of Loan Closing Costs & Special Information Booklet
** Mortgage-Servicing Transfer Disclosure
** Notice of Availability of Real Estate Appraisal
** Disclosure Notices

** Credit Score Notice and Credit Score Disclosure
** Provider of Service Addendum

The following disclosures will be included if applicable to your application.

** Notice to Customer Required by Federal Law - Federal Reserve - Regulation Z
** Variable Rate Loan Program Disclosure
   (applicable if ARM loan is desired initially or subsequently)
** Consumer Handbook on Adjustable Rate Mortgages

If you have any questions, please feel free to contact us at (866) 539-7025.

Thanks again!
Kristopher Dillon
Home Funds Direct

Idem: 351 - ATL001
Home Funds Direct
1130 Northchase Parkway Suite 200, Marietta, GA 30067-6420
T (770) 984-2999    F(866) 539-7026

BORRCVLT.UFF

AHL/Frazier
0140

# PRELIMINARY TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)
NOTE: All numerical disclosures except the late payment disclosure are estimates.

| Borrower Name(s):<br>CHERYL R HALL | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | Date: 03/17/2005    Loan #:0503172917 |
| | Loan Type: Conventional |

Borrower Address:
105 TV ROAD
DOTHAN, AL 36301

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.681 % | $144,813.22 | $79,718.61 | $224,531.83 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $623.70 | 06/01/2005 | | | |
| 1 | $623.53 | 05/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
105 TV ROAD
DOTHAN, AL 36301

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $60.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 10 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| Borrower<br>CHERYL R HALL | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

MIN # 100176105031729174                    HALL                    Loan # 0503172917
TRTRULND.UFF                              Page 1 of 1                Rev 12/04

AHL/Frazier
0141

INITIAL                    ●                    ● GOOD FAITH ESTIMATE

Lender: Home Funds Direct
Address: 15090 Avenue of Science
         San Diego, CA 92128
Applicant(s): CHERYL R HALL

Property Address: 205 TV ROAD
                  DOTHAN, AL 36301

Loan Number: 0503172917
Sales Price: $0.00
Base Loan Amount: $5,000.00
Total Loan Amount: $885,000.00
Type of Loan: Conventional Fixed
DatePrepared: March 17, 2005
Rate: 8.000    %Term: 360/360 mos

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates-the actual charges may be more or less. Your transaction may not involve a fee for every item listed.

The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A settlement statement that you will be receiving at settlement. The HUD-1 or HUD-1 A settlement statement will show you the actual cost for items paid at settlement.

HUD-1 or HUD-1A    DESCRIPTION OF CHARGES

| | Lender | OTHER |
|---|---|---|
| 204. Lender Credit to borr. | $ | $ |
| 801 Origination Fee | $ 2,975.00 | $ |
| 802 Discount Points | $ | $ |
| 803 Appraisal Fee | $ | $ 300.00 |
| 804 Credit Report Fee | $ | $ |
| 805 Final Inspection/442 Fee | $ | $ |
| 807 Application Fee | $ | $ |
| 809 Yield Spread Premium (POC) / Rebate to Broker(POC) (04-2%) | $ | $ |
| 810 Processing Fee | $ | $ |
| 811 Underwriting Fee | $ 500.00 | $ |
| 813 Appraisal Review Fee | $ 500.00 | $ |
| 815 Escrow Holdback Fee | $ 500.00 | $ |
| 816 Funding Fee | $ | $ |
| 818 Courier Fee | $ | $ |
| 825 Warehouse Fee | $ | $ |
| 827 Reverif Fee | $ | $ |
| 828 Flood Cert/Life of Loan Fee | $ 9.50 | $ |
| 829 Tax Service Fee | $ 66.00 | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| SUB-TOTALS | $ 4,550.50 | $ 300.00 |

**OTHER CHARGES**

| | | |
|---|---|---|
| 901 Interest for 3 days    @ @ 18.63 per day | $ 55.89 | $ |
| 903 Hazard Insurance Premium | $ | $ |
| 904 Flood Insurance Premium | $ | $ |
| 1001 Hazard Insurance 0 month(s) @    $0.00 | $ | $ |
| 1003 City Property Tax 0 month(s) @    $0.00 | $ | $ |
| 1004 County Property Tax 0 month(s) @    $0.00 | $ | $ |
| 1005 School Tax 0 month(s) @    $0.00 | $ | $ |
| 1006 Flood Insurance 0 month(s) @    $0.00 | $ | $ |
| 1008 Agg. Acctg. Adjustment | $ | $ |
| 1101 Settlement / Closing Agent Fee | $ | $ 550.00 |
| 1102 Abstract/Title Search Fee | $ | $ |
| 1103 Title Examination | $ | $ |
| 1104 Title Insurance Binder | $ | $ |
| 1105 Closing Agent/Attorney Doc Fee | $ | $ 50.00 |
| 1106 Notary Fee | $ | $ |
| 1107 Demand Fee | $ | $ 75.00 |
| 1108 Title Insurance Premium | $ | $ |
| 1201 Recording Fee - Deed/Mortgage | $ | $ 60.00 |
| 1202 City/County Tax- Deed/Mortgage | $ | $ |
| 1203 State Tax - Deed/Mortgage | $ | $ |
| 1204 Misc Recording Fee | $ | $ |
| 1205 Transfer Tax | $ | $ |
| 1301 Survey Fee | $ | $ |
| 1302 Pest Inspection | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

Lenders CFL License #    TOTAL ESTIMATED SETTLEMENT CHARGES    $ 5,641.39

THIS GOOD FAITH ESTIMATE MAY DESCRIBE A LOAN WITH A PREPAYMENT PENALTY. YOU MAY ALSO REQUEST A REVISED ESTIMATE FOR LOAN TERMS THAT DO NOT INCLUDE SUCH A PENALTY.

"I" designates - The Lender will require a particular provider from a lender-controlled or approved list. The specific provider and actual cost will appear on the HUD-1 or HUD-1A.

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential real property and the lender will take a first lien on the property. The undersigned acknowledges receipt of the booklet "Settlement Costs," and the Consumer Handbook on ARM mortgages, if applicable.

"I" Use of a particular provider of service is required and the setting is based on charges of the provider. Please see attached Addenda.

**THIS DOES NOT CONSTITUTE A LOAN COMMITMENT.**

| | | |
|---|---|---|
| Borrower CHERYL R HALL    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |

MIN # 100176105031729174    HALL    Loan # 0503172917
AHL GFE-E.UFF    Page 1 of 1

AHL/Frazier
0142

**Hall-Frazier**
**Record - 001797**

## PROVIDER OF SERVICE ADDENDUM

| | |
|---|---|
| Date:<br>March 17, 2005 | Loan Number:<br>0503172917 |

**Lender Name:**
Home Funds Direct

**Lender Address:**
15090 Avenue of Science
San Diego, CA 92128

**Borrower(s) Name:**
CHERYL R HALL

**Property Address:**
105 TV ROAD
DOTHAN, AL 36301

| ITEM NUMBER | NAME & ADDRESS OF PROVIDER | TELEPHONE NUMBER | NATURE OF RELATIONSHIP |
|---|---|---|---|
| 828 | First American Flood Data Services<br>11902 Burnet Road, Suite 400<br>Austin, TX 78758-2902 | (800) 447-1772 | First American Flood Data Services performs 100% of Flood Determinations |
| 829 | First American Real Estate Tax<br>100 Bayview Circle, Suite #2020<br>Newport Beach, CA 92660 | (800) 486-4829 | First American Real Estate Tax Service performs 100% of Tax Service Fee |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| Borrower CHERYL R HALL | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |



CMP-377 (8301).02          1/93
VMP MORTGAGE FORMS - (312)293-8100 - (800)521-7251          0503172917

AHL/Frazier
0143

## RESPA SERVICING DISCLOSURE

0503172917

Lender: Home Funds Direct
15090 Avenue of Science
San Diego, CA 92128

NOTICE TO FIRST LIEN MORTGAGE LOAN APPLICANTS: THE RIGHT TO COLLECT YOUR MORTGAGE LOAN PAYMENTS MAY BE TRANSFERRED. FEDERAL LAW GIVES YOU CERTAIN RELATED RIGHTS. IF YOUR LOAN IS MADE, SAVE THIS STATEMENT WITH YOUR LOAN DOCUMENTS. SIGN THE ACKNOWLEDGMENT AT THE END OF THIS STATEMENT ONLY IF YOU UNDERSTAND ITS CONTENTS.

Because you are applying for a mortgage loan covered by the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. Section 2601 et seq.) you have certain rights under that Federal law.

This statement tells you about those rights. It also tells you what the chances are that the servicing for this loan may be transferred to a different loan servicer. "Servicing" refers to collecting your principal, interest and escrow account payments, if any. If your loan servicer changes, there are certain procedures that must be followed. This statement generally explains those procedures.

**Transfer Practices and Requirements**

If the servicing of your loan is assigned, sold, or transferred to a new servicer, you must be given written notice of that transfer. The present loan servicer must send you notice in writing of the assignment, sale or transfer of the servicing not less than 15 days before the effective date of the transfer. The new loan servicer must also send you notice within 15 days after the effective date of the transfer. The present servicer and the new servicer may combine this information in one notice, so long as the notice is sent to you 15 days before the effective date of transfer. The 15 day period is not applicable if a notice of prospective transfer is provided to you at settlement. The law allows a delay in the time (not more than 30 days after a transfer) for servicers to notify you, upon the occurrence of certain business emergencies.

Notices must contain certain information. They must contain the effective date of the transfer of the servicing of your loan to the new servicer, and the name, address, and toll-free or collect call telephone number of the new servicer, and toll-free or collect call telephone numbers of a person or department for both your present servicer and your new servicer to answer your questions. During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

**Complaint Resolution**

Section 6 of RESPA (12 U.S.C. Section 2605) gives you certain consumer rights, whether or not your loan servicing is transferred. If you send a "qualified written request" to your servicer, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and the information regarding your request. Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, or must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request.

A Business Day is any day in which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

**Damages and Costs**

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section.

**Servicing Transfer Estimates**

1. The following is the best estimate of what will happen to the servicing of your mortgage loan:

[X] We may assign, sell or transfer the servicing of your loan while the loan is outstanding.   [X] We are able to service your loan and we [ ] will   [ ] will not   [X] haven't decided whether to service your loan.

OR

[ ] We do not service mortgage loans, [ ] and we have not serviced mortgage loans in the past three years.

[ ] We presently intend to assign, sell or transfer the servicing of your mortgage loan. You will be informed about your servicer.

[ ] We assign, sell or transfer the servicing of some of our loans while the loan is outstanding depending on the type of loan and other factors. For the program you have applied for, we expect to:

[ ] sell all of the mortgage servicing   [ ] retain all of the mortgage servicing
[ ] assign, sell or transfer _____% of the mortgage servicing

2. For all the first lien mortgage loans that we make in the 12-month period after your mortgage loan is funded, we estimate that the percentage of mortgage loans for which we will transfer servicing is between:

_____ [0 to 25%] or [NONE]   _____ 26 to 50%   _____ 51 to 75%   X [76 to 100%] or [ALL]

This estimate [X] does [ ] does not include assignments, sales or transfers to affiliates or subsidiaries. This is only our best estimate and it is not binding. Business conditions or other circumstances may affect our future transferring decisions.

3. [X] We have previously assigned, sold or transferred the servicing of federally related mortgage loans.

OR

[ ] This is our record of transferring the servicing of the first lien mortgage loans we have made in the past:

| Year | Percentage of Loans Transferred (Rounded to nearest quartile - 0%, 25%, 50%, 75%, or 100%) |
|---|---|
| _____ | _____% |
| _____ | _____% |
| _____ | _____% |

This information [X] does [ ] does not include assignments, sales or transfers to affiliates or subsidiaries.

March 17, 2005                                    Home Funds Direct
Date                                              Present Servicer or Lender

**ACKNOWLEDGMENT OF MORTGAGE LOAN APPLICANT**
I/We have read this disclosure form and understand its contents, as evidenced by my/our signature(s) below. I/We understand that this acknowledgment is a required part of the mortgage loan application.

Applicant  CHERYL R HALL          Date        Applicant                    Date


Applicant                         Date        Applicant                    Date

552R (9610).01                    VMP MORTGAGE FORMS - (800)521-7291                    12/94

0503172917

AHL/Frazier
0144

## DISCLOSURE NOTICES

| Applicant(s) | Lender: |
|---|---|
| CHERYL R HALL | Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
| | Date: March 17, 2005 |

Property Address
105 TV ROAD
DOTHAN, AL 36301

### AFFIDAVIT OF OCCUPANCY

The Applicant(s) hereby certify and acknowledge that, upon taking title to the real property described above, their occupancy status will be as follows:

[X] Primary Residence - Occupied by Applicant(s) within 60 days of closing.

[ ] Secondary Residence - To be occupied by Applicant(s) at least 15 days yearly, as second home (vacation, etc.), while maintaining principal residence elsewhere. (Please check this box if you plan to establish it as your primary residence at a future date (i.e., retirement)).

[ ] Investment Property - Not owner occupied. Purchased as an investment to be held or rented.

The Applicant(s) acknowledge it is a federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning this loan application as applicable under the provisions of Title 18, United States Code, Section 1014.

### FAIR CREDIT REPORTING ACT

An investigation will be made as to the credit standing of all individuals seeking credit in this application. The nature and scope of any investigation will be furnished to you upon written request made within a reasonable period of time. In the event of denied credit due to an unfavorable consumer report, you will be advised of the identity of the Consumer Reporting Agency making such report and of right to request within sixty (60) days the reason for the adverse action, pursuant to provisions of Section 615(b) of the Fair Credit Reporting Act. You have the right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency if an adverse action is taken on your loan application. Under Section 612 of the Fair Credit Reporting Act you have the right to obtain within 60 days of an adverse action a free copy of the report from the consumer reporting agency. You also have the right to dispute the accuracy or completeness of any information in a consumer credit report furnished by the consumer credit reporting agency.

### EQUAL CREDIT OPPORTUNITY ACT

The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on a basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. Income which you receive as alimony, child support or separate maintenance need not be disclosed to this creditor unless you choose to rely on such sources to qualify for the loan. Income from these and other sources, including part-time or temporary employment, will not be discounted by this lender because of your sex or marital status. However, we will consider very carefully the stability and probable continuity of any income you disclose to us. The Federal Agency that administers compliance with this law concerning this creditor is:
FEDERAL TRADE COMMISSION, EQUAL CREDIT OPPORTUNITY
ROOM 4037
WASHINGTON, D.C. 20580

**Hall-Frazier**
**Record - 001800**

# DISCLOSURE NOTICES

## GOVERNMENT LOANS ONLY

RIGHT TO FINANCIAL PRIVACY ACT OF 1978 – This is notice to you as required by the Right to Financial Privacy Act of 1978 that the Department of Housing and Urban Development or Department of Veterans Affairs has a right of access to financial records held by a financial institution in connection with the consideration of administration of assistance to you. Financial records involving your transaction will be available to the Department of Housing and Urban Development or Department of Veterans Affairs without further notice or authorization but will not be disclosed or released to another Government agency or Department without your consent except as required or permitted by law.

## EMPLOYMENT CERTIFICATION

An approval for a loan is based upon employment , income and obligations as shown on the loan application. At closing, the applicant and
co-applicant/spouse, if applicable, are required to execute a sworn statement affirming that they are currently working as previously reported, have not
received notice of layoff nor have knowledge of pending layoff, and that outstanding obligations are substantially the same as reported on the application. Should a change occur in your employment or financial status prior to loan closing, immediately notify your loan officer, as it will be necessary to obtain approval of any changes.

## ☐ ANTI-COERCION STATEMENT

The lender may not require the applicant to take insurance through any particular insurance agent or company to protect the mortgaged property. The applicant, has the right to have the insurance placed with an insurance agent or company of his choice, provided the company meets the requirements of the lender. The lender has the right to designate reasonable financial requirements as to the company and the adequacy of the coverage.

I have read the foregoing statement , and understand my rights and privileges and those of the lender relative to the placing of such insurance.

I have selected the following agencies to write the insurance covering the property described above:

| Insurance Company Name | Agent |
|---|---|
| | |
| Agent's Address | Agent's Telephone Number |

## ☐ FLOOD INSURANCE NOTIFICATION

Federal regulations require us to inform you that the property used as security for this loan is located in an area identified by the Federal Emergency Management Agency (FEMA) as having special flood hazards and that in the event of damage to the property caused by flooding in a Federally-declared disaster, Federal disaster relief assistance, if authorized, will be available for the property.
At the closing you will be asked to acknowledge your receipt of this information. If you have any questions concerning this notice, kindly contact your loan officer.
IMPORTANT: Please notify your insurance agent that the "loss payable" clause for the mortgagee on both the hazard and flood insurance must read as follows, unless otherwise advised:

MIN# 10017610503172917 4
AHL DISCNTC2.UFF

HALL
Page 2 of 3

Loan# 0503172917
Rev. 05/04

AHL/Frazier
0146

**Hall-Frazier**
**Record - 001801**

## DISCLOSURE NOTICES

I/We hereby certify that I/we have read the Notices set forth above and fully understand all of the above. In addition to these Notices, I/we the applicant(s) certify that I/we have received the "Settlement Cost Booklet" and the "Consumer Handbook on Adjustable Rate Mortgages" (CHARM booklet), if applicable.

| | | |
|---|---|---|
| Borrower CHERYL R HALL | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

MIN # 100176105031729174                    HALL                    Loan # 0503172917
AHL DISCNTC3.UFF                        Page 3 of 3                        Rev. 05/04

AHL/Frazier
0147

**Hall-Frazier**
**Record - 001802**

# APPRAISAL DISCLOSURE

| Borrower Name(s): | Lender: |
|---|---|
| CHERYL R HALL | Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128<br><br>0503172917 |

| Property Address: | Date: |
|---|---|
| 105 TV ROAD<br>DOTHAN, AL 36301 | March 17, 2005 |

You have the right to a copy of the appraisal report used in connection with your application for credit. If you wish a copy, please write to us at the mailing address we have provided. We must hear from you no later than 90 days after we notify you about the action taken on your credit application or you withdraw your application.

|  |  |
|---|---|
| Contact: | Verria Neal |
| Lender/Broker: | Home Funds Direct |
| Address: | 1130 Northchase Parkway<br>Suite 200<br>Marietta, GA 30067-6420 |
| Telephone: | (866) 539-7025 |

In your letter, give us the following information:

    Your Name
    Your Address
    Your Telephone Number

| Borrower CHERYL R HALL | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

100176105031729174                                            0503172917

-122 (0004).02                    VMP MORTGAGE FORMS - (800)521-7291                    12/93

AHL/Frazier
0148

## Borrower's Certification & Authorization

### Certification

0503172917

The undersigned certify the following:

1. I/We have applied for a mortgage loan from Home Funds Direct *(lender)*. In applying for the loan, I/we completed a loan application containing various information on the purpose of the loan, the amount and source of the down payment, employment and income information, and assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/we omit any pertinent information.

2. I/We understand and agree that Home Funds Direct *(lender)* reserves the right to change the mortgage loan review process to a full documentation program. This may include verifying the information provided on the application with the employer and/or the financial institution.

3. I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, Section 1014.

### Authorization to Release Information

To Whom It May Concern:

1. I/We have applied for a mortgage loan from Home Funds Direct *(lender)*. As part of the application process, Home Funds Direct *(lender)* may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.

2. I/We authorize you to provide to Home Funds Direct *(lender)*, and to any investor to whom Home Funds Direct *(lender)* may sell my/our mortgage, any and all information and documentation that they request. Such information includes, but is not limited to, employment history and income; bank, money market, and similar account balances; credit history; and copies of income tax returns.

3. Home Funds Direct *(lender)* or any investor that purchases the mortgage may address this authorization to any party named in the loan application or disclosed by any consumer credit reporting agency or similar source.

4. A copy of this authorization may be accepted as an original.

5. Your prompt reply to Home Funds Direct *(lender)* or the investor that purchased the mortgage is appreciated.

**NOTICE TO BORROWERS:** This is notice to you as required by the Right to Financial Privacy Act of 1978 that HUD/FHA has a right of access to financial records held by financial institutions in connection with the consideration or administration of assistance to you. Financial records involving your transaction will be available to HUD/FHA without further notice or authorization but will not be disclosed or released by this institution to another Government Agency or Department without your consent except as required or permitted by law.

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

_____    _____    _____
(Borrower's Signature) CHERYL R HALL    (Date)    (Social Security Number)


_____    _____    _____
(Borrower's Signature)    (Date)    (Social Security Number)

AHL/Frazier
0149

## ALABAMA
### Choice of Insurance Notice

| Loan Number | Date |
|---|---|
| 0503172917 | March 17, 2005 |

**Borrower**
CHERYL R HALL

| Property Address | Lender |
|---|---|
| 105 TV ROAD | Home Funds Direct |
| DOTHAN, AL 36301 | 15090 Avenue of Science |
| | San Diego, CA 92128 |

The AL Code Section 5-19-20(e) requires that you receive written notification of your right to select insurance of your choice, when hazard insurance is required by the lender as a condition of the loan.

**Home Funds Direct**
shall not require that you, upon financing the purchase of real property or lending money on the security of real property, as a condition precedent, concurrent or subsequent to financing the purchase of such property or renewal or extension to lending money upon the security of a mortgage thereon, negotiate any policy of insurance or renewal thereof through a particular insurer, agent, solicitor or broker.

The lender reserves the right to approve or disapprove an insurer selected based on reasonable standards, such as financial soundness, services of insurer and required coverage.

Your acknowledgment below signifies that written notice was provided to you pursuant to the state statute.

CHERYL R HALL

---

-1039(AL) (0105)                    VMP MORTGAGE FORMS - (800)521-7291                    5/01

0503172917

AHL/Frazier
0150

# Variable Rate Mortgage Loan Program Disclosure

*(This is neither a contract nor a commitment to lend.)*

Date: March 17, 2005                              Loan No.: 0503172917

In this Variable Rate Loan Program Disclosure (this "Disclosure"), the words YOU, YOUR, and YOURS refer to each and all of those who borrow for a real estate loan. The words WE, US, or OUR refer to:
Home Funds Direct

(the "Lender").

This Disclosure describes the features of the following adjustable rate mortgage ("ARM") loan programs you are considering or may consider. Each ARM loan program is available for a loan term of 30 years only. Information on other ARM programs, if any, is available upon request. Except for provisions of this Disclosure that are specifically identified to a particular loan program, the provisions of this Disclosure apply to all of the loan programs listed below:
- 2/28 fixed/adjustable hybrid ARM, with an interest-only option (the "2/28 Program").
- 3/27 fixed/adjustable hybrid ARM, with an interest-only option (the "3/27 Program").
- 5/25 fixed/adjustable hybrid ARM, with an interest-only option (the "5/25 Program").
- 6-Month ARM (the "6-Month Program").
An ARM is a type of loan that permits changes in the loan interest rate. Such changes are generally based on changes in an index and normally would result in an increase or decrease in the regular monthly loan payment.

This is not a commitment or an offer to make a loan. We reserve the right to make changes at any time with regard to any matter in this Disclosure as a result of a change in policy, law, regulation, or otherwise.

The 2/28, 3/27 and 5/25 Programs that include an interest-only feature have an interest-only payment for the first five years of the loan term, with fully amortizing payments over the remaining twenty-five years of the loan term.

**A.    HOW YOUR INTEREST RATE AND PAYMENT ARE DETERMINED**

1.    Your interest rate will be based on an index plus a margin. Ask us for our current interest rate and margin.

2.    The index is the average of the London Interbank Offered rates for six-month dollar deposits in the London market based on quotations at five major banks (LIBOR), as set forth in the "Money Rates" section of the Wall Street Journal, Western Edition, or, if the Money Rates section ceases to be published or becomes unavailable for any reason, then as set forth on a comparable publication selected by the Lender. The most recent index figure available as of the first business day of the month immediately preceding the month in which the Change Date (defined in paragraph B.1 below) occurs is called the "Current Index".

3.    On any Change Date, your interest rate will equal the Current Index plus your margin unless the interest rate "caps" for your loan limit the amount of change in the interest rate.

4.    For the loan programs without an interest-only feature, your monthly (principal and interest) payment will be based on the interest rate, loan balance, and loan term.

      For the 2/28, 3/27 and 5/25 Programs with an interest-only feature, during the first sixty (60) months of your loan term, your monthly payment will be calculated to pay interest only and will be based on the interest rate and loan balance. After the first sixty (60) months, your monthly (principal and interest) payment will be based on the interest rate, loan balance, and remaining loan term.

5.    The initial interest rate for your loan may be a discounted or premium rate, and therefore, may not be based on the index used to make later adjustments. The initial interest rate is established by the Lender based upon existing market conditions. Because the interest rate in effect during the term of your loan can never be lower than the initial interest rate in effect at the time your loan was originated (referred to herein as the "Lifetime Interest Rate Floor"), even if the index decreases during the term of your loan, the interest rate applied to your loan cannot decrease below the level of the Lifetime Interest Rate Floor, and, during that time, will not be based on the Current Index plus margin.

6.    Before each Change Date, the servicer of your loan will calculate the new interest rate by adding the margin to the Current Index. The servicer will then round the result of this addition to the nearest one-eighth of one percentage point 0.125%. Subject to the interest rate "caps" for your loan, this rounded amount will be the new interest rate until the next Change Date. This does not necessarily indicate how the index will change in the future.



AHL/Frazier
0151

**B.    HOW YOUR INTEREST RATE CAN CHANGE**

1.    For the 2/28 Program, the initial interest rate will be fixed for the first twenty-four scheduled payment dates, and may adjust effective with the twenty-fifth scheduled monthly payment date and every six months thereafter. For the 3/27 Program, the initial interest rate will be fixed for the first thirty-six scheduled payment dates, and may adjust effective with the thirty-seventh scheduled monthly payment date and every six months thereafter. For the 5/25 Program, the initial interest rate will be fixed for the first sixty scheduled payment dates, and may adjust effective with the sixty-first scheduled monthly payment date and every six months thereafter. For the 6-Month Program, the interest rate may adjust effective with the seventh scheduled monthly payment date and every six months thereafter. Each date on which your interest rate can change is called a "Change Date".

2.    For the 2/28, 3/27, and 5/25 Programs, your interest rate cannot increase or decrease more than 1.500% on any interest rate Change Date. For the 6-Month Program, your interest rate cannot increase or decrease more than 1.000% on any interest rate Change Date.

3.    For the 2/28, 3/27, and 5/25 Programs, your interest rate cannot increase more than 7.000% above the initial interest rate and cannot decrease below the Lifetime Interest Rate Floor. For the 6-Month Program, your interest rate cannot increase more than 6.000% above the initial interest rate and cannot decrease below the Lifetime Interest Rate Floor.

**C.    HOW YOUR PAYMENT CAN CHANGE**

1.    For the 2/28, 3/27 and 5/25 Programs, your monthly payment can change based on a change in the interest rate after the initial fixed-rate period (two years, three years and five years respectively) and once every six months thereafter.

2.    For the 6-Month Program, your payment can change once every six months based on changes in the interest rate.

Your monthly payment can increase or decrease substantially based on semi-annual changes in the interest rate. Under no circumstances will your interest rate be less than your initial interest rate.

3.    Examples:

Loan programs that do not include an interest-only feature:

**2/28 Program Example:  Thirty-year Fully Amortized Loan**
On a $10,000.00, 30-year loan with an initial interest rate of 8.000% in effect in, March 2005 the maximum amount that the interest rate can rise under this program is 7%, to 15.000%, and the monthly payment can rise from a first-year payment of $73.38 to a maximum of $124.08 in the fifth year. To see what your payment would be, divide your mortgage amount by $10,000; then multiply the monthly payment by that amount. (For example, the monthly payment for a mortgage amount of $60,000.00 would be $60,000.00 divided by $10,000 = 6; 6 x $73.38 = $440.28 per month.)

**3/27 Program Example:  Thirty-year Fully Amortized Loan**
On a $10,000.00, 30-year loan with an initial interest rate of 8.000% in effect in, March 2005 the maximum amount that the interest rate can rise under this program is 7%, to 15.000%, and the monthly payment can rise from a first-year payment of $73.38 to a maximum of $123.09 in the sixth year. To see what your payment would be, divide your mortgage amount by $10,000; then multiply the monthly payment by that amount. (For example, the monthly payment for a mortgage amount of $60,000.00 would be $60,000.00 divided by $10,000 = 6; 6 x $73.38 = $440.28 per month.)

**5/25 Program Example:  Thirty-year Fully Amortized Loan**
On a $10,000.00, 30-year loan with an initial interest rate of 8.000% in effect in, March 2005 the maximum amount that the interest rate can rise under this program is 7%, to 15.000%, and the monthly payment can rise from a first-year payment of $73.38 to a maximum of $120.94 in the eighth year. To see what your payment would be, divide your mortgage amount by $10,000; then multiply the monthly payment by that amount. (For example, the monthly payment for a mortgage amount of $60,000.00 would be $60,000.00 divided by $10,000 = 6; 6 x $73.38 = $440.28 per month.)

**6-Month Program Example:  Thirty-year Fully Amortized Loan**
On a $10,000.00, 30-year loan with an initial interest rate of 8.000% in effect in, March 2005 the maximum amount that the interest rate can rise under this program is 6%, to 14.000%, and the monthly payment can rise from a first-year payment of $73.38 to a maximum of $117.39 in the fourth year. To see what your payment would be, divide your mortgage amount by $10,000; then multiply the monthly payment by that amount. (For example, the monthly payment for a mortgage amount of $60,000.00 would be $60,000.00 divided by $10,000 = 6; 6 x $73.38 = $440.28 per month.)

For loan programs that include an interest-only feature:

**2/28 Program Example:  Thirty-year Fully Amortized Loan**
On a $10,000.00, 30-year loan with an initial interest rate of 8.000% in effect in March 2005 the maximum amount that the interest rate can rise under this program is 7%, to 15.000%, and the monthly payment can rise from a first-year payment of $66.67 to a maximum of $128.08 in the sixth year. To see what your payment would be, divide your mortgage amount by $10,000; then multiply the monthly payment by that amount. (For example, the monthly payment for a mortgage amount of $60,000.00 would be $60,000.00 divided by $10,000 = 6; 6 x $66.67= $400.02 per month.)

**3/27 Program Example:  Thirty-year Fully Amortized Loan**
On a $10,000.00, 30-year loan with an initial interest rate of 8.000%, in effect in March 2005 the maximum amount that the interest rate can rise under this program is 7%, to 15.000%, and the monthly payment can rise from a first-year payment of $66.67 (interest only) to a maximum of $128.08 (principal and interest) in the sixth year. To see what your payment would be, divide your mortgage amount by $10,000; then multiply the monthly payment by that amount. (For example, the monthly payment for a mortgage amount of $60,000.00 would be $60,000.00 divided by $10,000 = 6; 6 x $66.67 = $400.02 per month.)

**5/25 Program Example:  Thirty-year Fully Amortized Loan**
On a $10,000.00, 30-year loan with an initial interest rate of 8.000%, in effect in March 2005 the maximum amount that the interest rate can rise under this program is 7%, to 15.000%, and the monthly payment can rise from a first-year payment of $66.67 (interest only) to a maximum of $120.94 (principal and interest) in the eighth year. To see what your payment would be, divide your mortgage amount by $10,000; then multiply the monthly payment by that amount. (For example, the monthly payment for a mortgage amount of $60,000.00 would be $60,000.00 divided by $10,000 = 6; 6 x $66.67 = $400.02 per month.)

4.  You will be notified in writing at least 25 days before the due date of a payment at a new level.  This notice will contain information about your current and prior interest rate, your payment amount, and loan balance.

I/We acknowledge receiving and reading this Variable Rate Mortgage Loan Program Disclosure.

| Borrower | Date | Borrower | Date |
|---|---|---|---|
| CHERYL R HALL | | | |

| Borrower | Date | Borrower | Date |
|---|---|---|---|

| Borrower | Date | Borrower | Date |
|---|---|---|---|

| Borrower | Date | Borrower | Date |
|---|---|---|---|

MIN # 100176105031729174          HALL                    Loan #    0503172917
AHL 6000013.UFF                   Page 3 of 3                       Rev 07/04

## DISCLOSURE OF CREDIT SCORE INFORMATION

| Borrower Name:<br>HALL, CHERYL R | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| Property Address:<br>105 TV ROAD<br>DOTHAN, AL 36301 | Date:<br>March 17, 2005 |

We are providing the following credit score information in connection with your loan application.

| | | | |
|---|---|---|---|
| **Credit Score Provider** | | | |
| **Current/Most Recent Credit Score** | | | |
| **Key Factors Adversely Affecting Score** | | | |
| **Range of Possible Credit Scores** | | | |
| **Date of Credit Score** | | | |

Please see the attached Credit Report for the credit score information in connection with your loan application.



VMP-139 (0411)
VMP Mortgage Solutions, Inc. (800)521-7291

100176105031729174

0503172917
11/04

AHL/Frazier
0154

```
**BEGINREPORT**03/17/2005 11:34:54 AM 0 CBR-TEXT
```

```
F:1-01966-27474-0000 03/17/2005        TID:1-01966-27474 03/17/2005 08:35:02
CREDCO Instant Merge Credit Report              Acct: 129719
Prepared for: ACCREDITED HOME LENDERS-SD IA     Notes: 351
Requested: EFX, XPN, TUC - I             Delivered: EFX, XPN, TUC
```

```
App: HALL, CHERYL R                             Ssn:
Curr Addr: 105 TV RD, DOTHAN, AL 36301
```

### INSTANT MERGE SUMMARY

| ACCOUNT DISTRIBUTION | | | CURRENT STATUS (tradelines) | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account Type | Count | Balance | Payments | Curr | Clsd | Unrt | 30 | 60 | 90+ |
| Real Estate | 0 | $0 | $0 | - | - | - | - | - | - |
| Installment | 20 | $458 | $181 | - | 18 | - | - | - | 2 |
| Revolving | 1 | $0 | $0 | - | 1 | - | - | - | - |
| Other | 11 | $3,273 | $1,479 | - | - | - | - | - | 11 |
| Total | 32 | $3,731 | $1,660 | - | 19 | - | - | - | 13 |

| INQUIRIES | | PUBLIC RECORDS | | HISTORICAL DELINQUENCIES (count) | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 Month Total | 16 | EFK | N/A | Account Type | LastDlq | 30 | 60 | 90+ |
| Elim. same day | 9 | XPN | N/A | Real Estate | | - | - | - |
| Adjusted Total | 7 | TUC | N/A | Installment | 12/03 | 12 | 8 | 38 |
| New Trades (6 mon) | 0 | Last 2yrs N | | Revolving | 11/98 | 1 | 1 | 4 |
| | | | | Other | | - | - | 11 |
| Oldest Trd: 03/98 | | On File: 06/95 | | Total | | 13 | 9 | 53 |

Only Applicant/Co-applicant information included in the Summary.

### BUREAU SCORE INFORMATION

```
EFX BEACON 5.0          (APP)=   525 Factor: 00038, 00014, 00018, 00020
  00038 SERIOUS DELINQUENCY, AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED
  00014 LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
  00018 NUMBER OF ACCOUNTS WITH DELINQUENCY
  00020 LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO
        SHORT
  ! Number of Inquiries Adversely Affected the Score

XPN FICO-II             (APP)=   592 Factor:    38,   18,    33,    16
  38 SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED
  18 NUMBER OF ACCOUNTS DELINQUENT
  33 PROPORTION OF CURRENT LOAN BALANCE TO ORIGINAL LOAN AMOUNT
  16 INSUFFICIENT OR LACK OF REVOLVING ACCOUNT INFORMATION

TUC FICO Classic 98     (APP)=   575 Factor:   038,   018,   016,   002
  038 SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED
  018 NUMBER OF ACCOUNTS WITH DELINQUENCY
  016 LACK OF RECENT REVOLVING ACCOUNT INFORMATION
  002 LEVEL OF DELINQUENCY ON ACCOUNTS
  ! Number of Inquiries Adversely Affected the Score
```

### End of Decision Maker Report

```
REF:1-01966-27474-0000 03/17/2005       TID:1-01966-27474 03/17/2005 08:35:02
CREDCO Instant Merge Credit Report              Acct: 129719
Prepared for: ACCREDITED HOME LENDERS-SD IA     Notes: 351
Requested: EFX, XPN, TUC - I             Delivered: EFX, XPN, TUC
```

```
App: HALL, CHERYL R                             Ssn:
Curr Addr: 105 TV RD, DOTHAN, AL 36301
```

| Account Name/Number (Sources) | | | | | | | Past due | | | Last |
|---|---|---|---|---|---|---|---|---|---|---|
| Open | High | Payment | Balance | MOP | Status | Rptd | 30 | 60 | 90+ MR | Dlq |

```
------------
 1. PEOPLES BK/395330300XXXX (EFX-   0BB00034!,TUC!)
 J 06-99      7303      0      CLOSED I-5 DEL 120  03-02 08 05 07  33-03-02
   Hist: 03-02 5145444332432221113222322                   JNT
   Ctgy:  AUTO
   AUTO LOAN
   CLOSED
```

Accounts under Applicant:
------------------------

```
 2. THE CR STR/PROVIDIAN-940XXXX (EFX-616FY00011!)
 I N/A       672      785       785 O-9 COLL/P&L 10-02 00 00 00   5
   Hist: 10-02 9----                                     APP
   Ctgy:  COLLECTION                        Term: REV
   ACCT SUBMITTED TO COLLECTION
   PAST DUE PAST $785

 3. PALISADES/HEILI-3HEILIG297XXXX (EFX-444FY00080!)
 I N/A       694      694       694 O-9 COLL/P&L 02-05 00 00 00  20
   Hist: 02-05 9------------------------                  APP
   Ctgy:  COLLECTION                        Term: REV
   ACCT SUBMITTED TO COLLECTION
   PAST DUE PAST $694

 4. PALISADES COLLECTION L/PAL3HEILIG297XXXX (XPN-YC19839221,TUC!)
 I 01-03     694    N/A          694 Y-9 COLL/P&L 02-05  -  -  -  23
   Hist: 02-05 99999-999999999-9---99-9                   APP
   Ctgy:  COLLECTION                        Term: REV
   CN: HEILIG MEYERS
   ACCT SUBMITTED TO COLLECTION COLL 04-03
   PAST DUE PAST $694

 5. HOLLOWAY CREDIT SOLUTI/724XXXX (EFX-420YA000161,XPN!,TUC!)
 I 03-03     452    N/A          452 Y-9 COLL/P&L 12-04  -  -  -   1
   Hist: 12-04 9                                          APP
   Ctgy:  COLLECTION                        Term: REV
   CN: WIREGRASS ELECT
   UNPAID
   ACCT SUBMITTED TO COLLECTION COLL 12-04
   PAST DUE PAST $452
```

Page 1 of 8

```
--------------------------------------------------------------------
REF:1-01966-27474-0000 03/17/2005      TID:1-01966-27474 03/17/2005 08:35:02
--------------------------------------------------------------------

Account Name/Number (Sources)                         Past due      Last
   Open     High   Payment   Balance MOP  Status  Rptd 30 60 90+ MR Dlq
```

Accounts under Applicant (continued):
-------------------------------------

```
 6. SMALL LNS/7804 XXXX (EFX-420FY002611)
 I 01-02     399       91       399 I-9 COLL/P&L 02-05 01 01 14  38 12-03
   Hist: 02-05 911111111111115555555155                  APP
   ACCT SUBMITTED TO COLLECTION COLL 02-05
   CHARGE OFF CHRG $399 CHRG 02-05
   PAST DUE PAST $399
   PAID - CREDIT LINE CLOSED

 7. HOLLOWAY CREDIT SOLUTI/474XXXX (EFX-420YA000001,XPN!,TUC!)
 I 04-01     187    N/A          187 Y-9 COLL/P&L 12-04  -  -  -   1
   Hist: 12-04 9                                          APP
   Ctgy:  COLLECTION                        Term: REV
   CN: MEDICAL PAYMENT DATA
   UNPAID
   MEDICAL
   ACCT SUBMITTED TO COLLECTION COLL 12-04
   PAST DUE PAST $187

 8. CRDT MGT/2674XXXX (EFX-682YC05551!,TUC!)
 I 03-04     182    N/A          182 Y-9 COLL/P&L 04-04  -  -  -   1
   Hist: 04-04 9                                          APP
```

**Hall-Frazier**
**Record - 001811**

```
     Ctgy:  COLLECTION
     CN: COMCAST DOTHAN                      Term: REV
     UNPAID
     ACCT SUBMITTED TO COLLECTION COLL 04-04

  9. HOLLOWAY CREDIT SOLUTI/526XXXX (EFX-420YA00000!,XPN!,TUC!)
   I 10-01      93   N/A           93 Y-9 COLL/P&L 12-04  -  -    1
     Hist:  12-04 9                                        APP
     Ctgy:  COLLECTION                       Term: REV
     CN: MEDICAL PAYMENT DATA
     UNPAID
     MEDICAL
     ACCT SUBMITTED TO COLLECTION COLL 12-04
     PAST DUE PAST $93

 10. HOLLOWAY CREDIT SOLUTI/519XXXX (EFX-420YA00000!,XPN!,TUC!)
   I 09-01      93   N/A           93 Y-9 COLL/P&L 12-04  -  -    1
     Hist:  12-04 9                                        APP
     Ctgy:  COLLECTION                       Term: REV
     CN: MEDICAL PAYMENT DATA
     UNPAID
     MEDICAL
     ACCT SUBMITTED TO COLLECTION COLL 12-04
     PAST DUE PAST $93


                        Page 2 of 8
  ------------------------------------------------------------
  REF:1-01966-27474-0000 03/17/2005    TID:1-01966-27474 03/17/2005 08:35:02
  ------------------------------------------------------------
  Account Name/Number (Sources)                      Past due   Last
      Open    High   Payment   Balance MOP  Status  Rptd 30 60 90+ MR Dlq
  ------------------------------------------------------------

Accounts under Applicant (continued):
----------------------------------------

 11. HOLLOWAY CREDIT SOLUTI/832XXXX (EFX-420YA00000!,XPN!,TUC!)
   I 11-03      93   N/A           93 Y-9 COLL/P&L 12-04  -  -    1
     Hist:  12-04 9                                        APP
     Ctgy:  COLLECTION                       Term: REV
     CN: MEDICAL PAYMENT DATA
     UNPAID
     MEDICAL
     ACCT SUBMITTED TO COLLECTION COLL 12-04
     PAST DUE PAST $93

 12. SMALL LNS/7804 XXXX (EFX-420FP00261!)
   I 03-02      90        90       59 I-9 COLL/P&L 02-05 01 01 15  36 12-03
     Hist:  02-05 9111111111111155555555155           APP
     ACCT SUBMITTED TO COLLECTION COLL 02-05
     CHARGE OFF CHRG $59 CHRG 02-05
     PAST DUE PAST $59
     PAID - CREDIT LINE CLOSED

 13. HOLLOWAY CREDIT SOLUTI/357XXXX (EFX!,XPN-YC19848931,TUC!)
   I 10-99     255   N/A          -0-   Y-9 COLL/P&L 12-04  -  -    3
     Hist:  12-04 9-9                                      APP
     Ctgy:  COLLECTION                       Term: REV
     CN: GRACEBA TOTAL COMMUNICATIONS
     PAID
     ACCT SUBMITTED TO COLLECTION COLL 12-04
     CHARGE OFF; PAID CHRG 12-04 PAID 12-04
     ACCT SUBMITTED TO COLLECTION; PAID COLL 12-04

 14. HOLLOWAY CREDIT SOLUTI/265XXXX (EFX!,XPN-YC19848931)
   I 06-99      38   N/A          N/A   Y-9 COLL/P&L 12-04  -  -    3
     Hist:  12-04 9-9                                      APP
     Ctgy:  COLLECTION                       Term: REV
     CN: MEDICAL PAYMENT DATA
     PAID
     MEDICAL
     ACCT SUBMITTED TO COLLECTION COLL 12-04
```

15. FARMERS FURN/9950127812230XXXX (TUC-H0528R002!)
    I 12-99      892      0          SED I-9 COLL/P&L 10-03 00 00 00
       Hist:  10-03 9----------------------------        APP
       Ctgy:  INSTALLMENT SALES CONTRACT
       PAST DUE PAST $154
       CHARGE OFF CHRG $154 CHRG 10-01
       CLOSED

Page 3 of 8
----------------------------------------------------------------------
REF:1-01966-27474-0000 03/17/2005       TID:1-01966-27474 03/17/2005 08:35:02
----------------------------------------------------------------------
Account Name/Number (Sources)                              Past due      Last
    Open         High    Payment   Balance MOP  Status  Rptd  30 60 90+ NR Dlq
----------------------------------------------------------------------

Accounts under Applicant (continued):
----------------------------------------------------------------------
16. FARMERS FURN/117812230XXXX (TUC-H0528R002)
    I 09-99      640      0         CLOSED I-U UNRATED  02-01 00 00 00  17
       Hist:  02-01 11111111111111111                   APP
       Ctgy:  INSTALLMENT SALES CONTRACT
       CLOSED

17. FRIEDMANS JEWELERS/561821004XXXX (EFX!,XPN!,TUC-J01VB8001!)
    I 12-01      400      0         CLOSED I-9 COLL/P&L 03-05 01 01 01  39 07-02
       Hist:  03-05 9-9999999999-999999-9999             APP
       Ctgy:  INSTALLMENT SALES CONTRACT
       ACCT SUBMITTED TO COLLECTION COLL 01-05
       CHARGE OFF CHRG $400 CHRG 08-02
       PAST DUE PAST $400

18. PROVIDIAN FINANCIAL/050077XXXX (EFX-163BB253121,XPN!,TUC!)
    I 03-98      805      0         CLOSED R-9 COLL/P&L 07-02 01 01 04  53 11-98
       Hist:  07-02 9---9999999999999999999              APP
                                                 Term: REV
       ACCT SUBMITTED TO COLLECTION COLL 07-02
       CHARGE OFF CHRG $671 CHRG 05-98
       CLOSED BY CREDITOR
       PAST DUE PAST $659
       ACCT TRANSFERRED
       ACCT PURCHASED BY ANOTHER LENDER

19. SMALL LNS/7804 XXXX (EFX-420FP00261)
    I 02-02       90      0         CLOSED I-1 CURRENT  05-02 00 00 00   4
       Hist:  05-02 1111                                 APP
       PAID - CREDIT LINE CLOSED

20. SMALL LNS/7804 XXXX (EFX-420FP00261)
    I 12-01       88      0         CLOSED I-1 CURRENT  03-02 00 00 00   4
       Hist:  03-02 1111                                 APP
       PAID - CREDIT LINE CLOSED

21. SMALL LNS/7804 XXXX (EFX-420FP00261)
    I 11-01       88      0         CLOSED I-1 CURRENT  02-02 00 00 00   3
       Hist:  02-02 111                                  APP
       PAID - CREDIT LINE CLOSED

22. SMALL LNS/7804 XXXX (EFX-420FP00261)
    I 10-01       88      0         CLOSED I-1 CURRENT  01-02 00 00 00   4
       Hist:  01-02 1111                                 APP
       PAID - CREDIT LINE CLOSED

Page 4 of 8
----------------------------------------------------------------------
REF:1-01966-27474-0000 03/17/2005       TID:1-01966-27474 03/17/2005 08:35:02
----------------------------------------------------------------------

```
 8. 03-08-05 DITECH  (EFX-180FM10442) (APP)
 9. 03-08-05 GMAC MORTGAGE  (XPN-8909276) (APP)
10. 03-08-05 GMAC MTG  (TUC-N01201031) (APP)
11. 03-08-05 LEWIS BRAC  (EFX-420YC00105) (APP)
12. 03-04-05 FA CREDCO  (EFX-181ZB03724) (APP)
13. 03-04-05 FA CREDCO  (TUC-F012070015) (APP)
14. 03-04-05 FIRST AMER CR SVCS INC  (XPN-FR3988260) (APP)
15. 12-14-04 DTHN LOAN  (EFX-420EP01087) (APP)
16. 09-26-04 1ST PREMIER  (TUC-B00020123) (APP)
```

Address Information:
-------------------
```
 1. 295 MALIBU ST
    KINSEY, AL 36303 7761 Rptd 04-95  (XPN) (APP)
 2. 295 MALIBU ST
    DOTHAN, AL 36303 Rptd 02-98  (TUC) (APP)
 3. 302 TRIM ST
    DOTHAN, AL 36301 Rptd 02-05  (EFX) (APP)
 4. 105 TV RD
    DOTHAN, AL 36301 5333 Rptd 08-04  (XPN) (APP)
 5. 105 TV RD
    DOTHAN, AL 36301 Rptd 04-04  (TUC) (APP)
 6. 541 WALNUT ST #A5
    ELIZABETH, NJ 07201 1126 Rptd 09-94  (XPN) (APP)
```

AKA Information:
---------------
```
 1. CHERYL, R HALL  (XPN) (APP)
 2. DIXON, CHERYL R  (XPN) (APP)
 3. DIXON,CHERYL,R  (TUC) (APP)
 4. FRAZIER,CHERYL  (TUC) (APP)
 5. HILL,CHERLY,R  (TUC) (APP)
```

Employment Information:
----------------------
```
 1. DISABLED
    OCCUPATION UNKNOWN  (EFX) (APP)
```

Page 6 of 8
```
1-01966-27474-0000 03/17/2005    TID:1-01966-27474 03/17/2005 08:35:02
```

Employment Information (continued):
----------------------------------
```
 2. EBONY EXPRESSIONS E ORANGE, NJ
    OCCUPATION UNKNOWN Rptd 09-94  (XPN) (APP)
 3. GENERAL CIGAR
    OCCUPATION UNKNOWN  (EFX) (APP)
 4. GENERAL CIGAR DOTHAN, AL
    MACH OPERATOR Rptd 08-95  (TUC) (APP)
 5. UNEMPLOYED
    OCCUPATION UNKNOWN  (EFX) (APP)
```

Miscellaneous Information:
-------------------------
```
 1. Variation between Inquiry and Onfile address  (EFX) (APP)
 2. Variation between Inquiry and Onfile address  (XPN) (APP)
```

Decode Directory Information:
----------------------------
```
 1. FIRST AMER CR SVCS INC (XPN-3988260)
    (516)832-3400, 333 EARLE OVINGTON BLVD, UNIONDALE, NY 11553
 2. FRIEDMANS JEWELERS (XPN-1318660)
    (800)545-9033, 171 CROSSROADS PKWY, SAVANNAH, GA 31408
 3. GMAC MORTGAGE (XPN-8909276)
    (714)800-5871, 3200 PARK CENTER DR STE, COSTA MESA, CA 92626
 4. HOLLOWAY CREDIT SOLUTI (XPN-1984893)
    BY MAIL ONLY, PO BOX 6441, DOTHAN, AL 36302
 5. LANDSAFECREDIT (XPN-3970658)
    (818)583-1962, 155 N LAKE AVE, PASADENA, CA 91101
 6. PALISADES COLLECTION L (XPN-1983922)
    (800)991-9367, 210 SYLVAN AVE, ENGLEWOOD, NJ 07632
 7. PROVIDIAN FINANCIAL (XPN-3206450)
```

```
        BY MAIL ONLY, PO BOX 9180, PLEASANTON, CA 94566
     8. TRANSUNION RESID CR SO (XPN-1      538)
        (866)871-0390, PO BOX 31423, INDEPENDENCE, OH 44131
```

Public Record Information:
-------------------------
No Public Record Information found

Consumer Referral Information:
-------------------------------
```
EFX - EQUIFAX INFORMATION SVCS, PHONE: (800) 685-1111
      P.O. BOX 740241, ATLANTA, GA 30374
XPN - EXPERIAN, PHONE: (888) 397-3742
      P.O. BOX 2002, ALLEN, TX 75013
TUC - TRANS UNION, PHONE: (800) 916-8800
      P.O. BOX 34012, FULLERTON, CA 92834
```

Prepared By: First American CREDCO
             12395 First American Way
             Poway, CA 92064-0495
             Contact: 800 368 8891    Fax: 866 510 5762

                         Page 7 of 8
----------------------------------------------------------------
REF:1-01966-27474-0000 03/17/2005      TID:1-01966-27474 03/17/2005 08:35:02

This report contains information supplied by the repositories named above. Its
contents have not been verified by First American CREDCO and may contain
duplicate information. While this report is being used for some real estate
lending purposes, it is not a Residential Mortgage Credit Report as defined by
FNMA, FHLMC, and FHA/VA guidelines.

                   !!!!!! END OF INSTANT MERGE REPORT !!!!!!

AHL/Frazier
0161

End of Credit Report

**ENDREPORT**

AHL/Frazier
0162

Hall-Frazier
Record - 001816

# CREDIT SCORE NOTICE

| Borrower Name(s): CHERYL R HALL | Lender: Home Funds Direct 15090 Avenue of Science San Diego, CA 92128 (866) 487-4350 |
|---|---|
| | Date: March 17, 2005 |

### NOTICE TO THE HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

One or more of the following consumer reporting agencies will provide the credit score:

| Experian | Equifax Credit Information Services | Trans Union |
|---|---|---|
| P.O. Box 2002 | P.O. Box 740241 | P.O. Box 4000 |
| Allen, TX 75013 | Atlanta, GA 30374 | Chester, PA 19016 |
| 1-888-397-3742 | 1-800-685-1111 | 1-866-887-2673 |

Your acknowledgment below signifies that this written notice was provided to you.

| Borrower CHERYL R HALL | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

100176105031729174                                    0503172917

-140 (0410)          VMP Mortgage Solutions, Inc. (800)521-7291          10/04

AHL/Frazier
0163

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHERYL HALL FRAZIER | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO.: |
| | ) | 1:08CV11-MHT |
| ACCREDITED HOME LENDERS, INC. | ) | |
| | ) | |
| DEFENDANT. | ) | |

## DEFENDANT'S RESPONSE TO FIRST SET OF INTERROGATORIES
## PROPOUNDED BY PLAINTIFF, CHERYL FRAZIER

**COMES NOW** Defendant Accredited Home Lenders, Inc. ("AHL") by and through its

counsel of record, and hereby responds to Plaintiff's First Set of Interrogatories as follows:

## INTERROGATORY NO. 1:

Give the name and, if known, the address and telephone number of each individual likely

to have discoverable information that you may use to support your claims or defenses identifying

the subject(s) of the information.

## RESPONSE TO INTERROGATORY NO. 1:

The following individuals are former employees of Home Funds Direct. AHL will make

an effort to obtain the last known addresses for these individuals:

Kristopher Dillon
Kim Stevenson
Clarence W. Wells
Mike Thimsen
Verria Neal
Ken Harper
Rita Dickerson

Other yet-to-be identified employees/agents of AHL

4/113525.10

Additionally, the following individuals may have discoverable information relating to AHL's claims or defenses in this matter:

Diane L. Hilson (address unknown);

Jane Carcello (address unknown) and other unidentified employees and agents of Swafford & Hayes Settlement Services, Inc.;

Plaintiff Cheryl Hall Frazier

This response may be supplemented upon the discovery of additional information.

**INTERROGATORY NO. 2**

Identify each person or persons participating in the preparation of these your answer to these interrogatories giving their full name address and job title.

**RESPONSE TO INTERROGATORY NO. 2:**

Robert Dooley, a senior paralegal with AHL's legal department, assisted undersigned counsel in the preparation of these interrogatory responses.

**INTERROGATORY NO. 3:**

Is the defendant properly named in the complaint? If not please give the full name of the correct or proper entity.

**RESPONSE TO INTERROGATORY NO. 3:**

At all times pertinent to the allegations in this complaint Home Funds Direct was a division of AHL.

**INTERROGATORY NO. 4:**

Give a description by category and location of, all documents, data compilations, and tangible things that are in your possession, custody, or control of that you may use to support your claims or defenses herein.

**RESPONSE TO INTERROGATORY NO. 4:** See AHL's responses to the plaintiff's first

request for production of documents.

**INTERROGATORY NO. 5:**

Identify each and every employee, agent, servant or independent contractor with, or

whom you believe has any knowledge of the services rendered in connection with the origination

and/or the closing of the Plaintiff's mortgage loan. In your answer give the full name, last

known address and phone number of each person identified and state whether the person

identified is currently employed by you.

**RESPONSE TO INTERROGATORY NO. 5:**

AHL objects to Interrogatory No. 5 on grounds that its failure to indentify an employer or

principal renders it vague and impossible to respond to. Subject to and without waiving this

objection, and to the extent Interrogatory no. 5 seeks the identity of employers or agents of AHL,

AHL incorporates its responses to Interrogatory No. 1.

**INTERROGATORY NO. 6:**

Identify each and every individual whom you believe has any knowledge regarding the

assessment of the charges and fees reflected on the Settlement Statement, a copy of which are

attached hereto as Exhibit "A" and "B" (hereinafter referred to as the "Settlement Statement").

In your answer give the full name, last known address and phone number of each person

identified and state whether the person identified is currently employed by you.

**RESPONSE TO INTERROGATORY NO. 6:**

AHL objects to Interrogatory No. 6 on grounds that it is vague and overly broad. Subject

to and without waiving these objections, AHL responds that agents and/or representatives of

Swafford & Hayes, including but not limited to Diane Hilson and/or Jane Carcello, completed

the Settlement Statement and determined the assessment of the charges and fees complained of in the Complaint. These individuals would have knowledge of the charges and fees reflected therein. AHL further responds that no AHL employee determined the amount of the fees and charges complained of in the Complaint.

**INTERROGATORY NO. 7:**

Itemize the cost to you for each of the items charged to the Defendants and listed in the Settlement Statements giving the method of calculating your cost.

**RESPONSE TO INTERROGATORY NO. 7:**

AHL objects to Interrogatory No. 7 on grounds that it is vague and confusing. The items listed in the Settlement Statement were charged to the borrower – not to AHL. Subject to and without waiving these objections, AHL responds that all of the money AHL received pursuant to Ms. Frazier's closing resulted from charges clearly and conspicuously listed and disclosed in the Settlement Statement. Further, AHL responds that none of the charges complained of in the complaint were paid to AHL, but were instead paid to the individuals/entities listed in Section 1100 Title Charges and Section 1200 Govt. Recording, Transfer and Service Fees of the Settlement Statement.

**INTERROGATORY NO. 8:**

Identify each and person or entity who received compensation, in any form whatsoever paid, in connection with the closing of Plaintiff's loan which is the subject of this action. As to each person or entity, state the following:

a)     The amounts paid in connection with the settlement of Plaintiff's loan;

b)     The services or goods, if any, rendered in exchange for each charge;

c)     Identify the check or other form of payment made;

d)    As to any checks written to such person or entity, state the date of the check, the amount, and identify the account from which each check was written;

e)    The name and address of the entity to which the payment was made; and

f)    The goods or services, if any, rendered in exchange for each payment.

**RESPONSE TO INTERROGATORY NO. 8:**

AHL objects to Interrogatory No. 8 on grounds that it is overly broad, and that it seeks information that it is not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving these objections AHL responds that it has no knowledge of any compensation or other payments to anyone associated with Ms. Frazier's closing other than the payments and recipients listed in the Settlement Statement. Further, AHL responds that it did not receive any portion of the charges complained of in the complaint.

**INTERROGATORY NO. 9:**

Describe in detail each and every task performed by you in connection with the Plaintiff's loan. In your answer identify the individuals who performed each task and identify all related documents.

**RESPONSE TO INTERROGATORY NO. 9:**

Clarence W. Wells (Executed the Allonge to Note and served as underwriter);

Ken Harper (Entered the wire transfer and served as closer);

Rita Dickerson (Signed the HUD Audit/Check list and signed Refinance Audit Check List;

Kim Stevenson (Received facsimile transmission form Gene McGriff, State Farm agent);

Mike Thinsen (Approved compensating factors reflected in Risk Analysis);

Kristopher Dillon (Account Executive, took Plaintiff's application via telephone);

Audrey Williams (Reviewed the appraisal); and

4/113525.10                                        5

Verria Neal (listed as contact on Appraisal Disclosure)

**INTERROGATORY NO. 10:**

Identify each and every document received by you relating to the Plaintiff's loan.

**RESPONSE TO INTERROGATORY NO. 10:**

The entire loan file for Ms. Frazier's loan is being produced in response to her first request for production of documents. This file comprises all of the documentation in AHL's possession relating to Ms. Frazier's loan.

**INTERROGATORY NO. 11:**

Explain in detail the basis of and the circumstances surrounding each of the charges reflected in the Settlement Statements and the services provided in connection with that charged in your answer. In your answer identify the following:

    a)      Each and every person and/or entity involved in the performing of each service;

    b)      Each and every person and/or entity that received any part of the charges;

    c)      Identify each and every document related to the services or the charges.

**RESPONSE TO INTERROGATORY NO. 11:**

AHL objects to Interrogatory No. 11 on grounds that its reference to "the circumstances surrounding each of the charges reflected in the Settlement Statements" is vague and ambiguous. Subject to and without waiving these objections, AHL responds that with respect to the charges complained of in the complaint, Swafford & Hayes calculated the amount to be charged to Ms. Frazier, and Swafford & Hayes provided the indicated services and/or was responsible for securing the indicated services.

**INTERROGATORY NO. 12:**

Identify each and every settlement service provider that has closed loans for you during the class period giving their full name and address.

**RESPONSE TO INTERROGATORY NO. 12:**

AHL objects to Interrogatory No. 12 on grounds that the "class period" is erroneous and confusing. AHL further objects on grounds that Interrogatory No. 12 is overly broad and not reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 13:**

Identify and describe each and every audit, evaluation, stuffy or examination performed by you or on your behalf regarding the services provided by all the service providers listed in response to interrogatory number 11.

**RESPONSE TO INTERROGATORY NO. 13:**

AHL objects to Interrogatory No. 13 on grounds that Interrogatory No. 11 did not request the identity of any service providers, and AHL is therefore unable to respond. To the extent Interrogatory No. 13 seeks the identity of service providers sought in Interrogatory No. 12, AHL incorporates its objections to the preceding interrogatory.

**INTERROGATORY NO. 14:**

As to each settlement service provider listed in response to interrogatory Number 11 state the number of loans closed for you by each during each of the preceding 5 years.

**RESPONSE TO INTERROGATORY NO. 14:**

AHL objects to Interrogatory No. 14 on grounds that Interrogatory No. 11 did not request the identity of any service providers, and AHL is therefore unable to respond. To the extent

Hall-Frazier
Record - 001824

Interrogatory No. 14 seeks the identity of service providers sought in Interrogatory No. 12, AHL incorporates its objections to the preceding two interrogatories.

**INTERROGATORY NO. 15:**

Identify each and every person whom you expect to call as an expert witness at the trial of this case and state the subject matter on which each is expected to testify, the substance of the facts and opinions to which each expert is expected to testify, and a summary of the grounds for each opinion.

**RESPONSE TO INTERROGATORY NO. 15:**

AHL has not yet made a decision regarding whether it will retain expert witnesses to testify in this matter, and if so, who it will retain. This interrogatory response may be supplemented.

**INTERROGATORY NO. 16:**

Identify (by insurer, agent and policy number) each and every insurance agreement under which any person carrying on an insurance business may be liable to provide a defense or to satisfy part of all of a judgment which may be entered against you on the claims asserted in this action or to indemnify or reimburse you for payments made to satisfy any judgment which may be obtained on the claims asserted in this lawsuit.

**RESPONSE TO INTERROGATORY NO. 16:**

None.

**INTERROGATORY NO. 17:**

List each and every individual, firm or other entity that assisted or participated in any way to the preparation of tax returns for you over the last five (5) years.

**RESPONSE TO INTERROGATORY NO. 17:**

AHL objects to Interrogatory No. 17 on grounds that it is unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 18:**

State the number of loans originated by you as lender during each of the last five (5) years preceding the filing of this action.

**RESPONSE TO INTERROGATORY NO. 18:**

AHL objects to Interrogatory No. 18 on grounds that it is unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 19:**

Identify the states in which loans originated by you as lender were closed within the last five (5) years prior to the filing of this action.

**RESPONSE TO INTERROGATORY NO. 19:**

AHL objects to Interrogatory No. 19 on grounds that it is unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 20:**

Identify and describe stating exactly what services were performed for each and every item of remuneration, regardless of how it is characterized, which you received, in connection with the closing of the mortgage loan which is the subject of this action.

**RESPONSE TO INTERROGATORY NO. 20:**

The only remuneration paid to AHL in the Plaintiff's closing are the amounts listed in Section 800 Items Payable in Connection with Loan in the Settlement Statement. The services

AHL performed are listed in Section 800 of the Settlement Statement.    Further, AHL incorporates its responses to Interrogatories Nos. 7 and 8.

**INTERROGATORY NO. 21:**

Identify all actions taken in connection with the closing of Plaintiff's mortgage loan to ensure compliance with federal and state lending laws.

**RESPONSE TO INTERROGATORY NO. 21:**

AHL complies with all federal and state lending laws, and instructs its settlement agents to do so as well.

**INTERROGATORY NO. 22:**

Identify all persons employed or consulted by this defendant who were responsible for monitoring, evaluating or ensuring compliance with federal and state lending laws and regulations.

**RESPONSE TO INTERROGATORY NO. 22:**

All AHL employees are responsible for complying with federal and state lending laws and regulations, as are the settlement agents AHL selects to close its loans.    Additionally, Mark Solomon is AHL's compliance manager.

**INTERROGATORY NO. 23:**

List the assignees of the loan of the Plaintiff giving the full names and addresses of said entities.

4/113525.10                                     10

**RESPONSE TO INTERROGATORY NO. 23:**

AHL sold the Frazier loan to Morgan Stanley on May 20, 2005, and Countrywide began servicing the loan effective July 1, 2005.

**INTERROGATORY NO. 24:**

Give a full accounting of all moneys charged and paid by the plaintiff herein, regarding the loan at issue, including all closing costs and all moneys paid to you by her for what ever reason.

**RESPONSE TO INTERROGATORY NO. 24:**

All moneys charged to and paid by the plaintiff are reflected in the Settlement Statement attached to the complaint.

RESPECTFULLY SUBMITTED, this, the 15th day of February, 2008.

_Robert Dooley_
ROBERT DOOLEY

**ACKNOWLEDGMENT**

State of California
County of _San Diego_ )

On _February 15, 2008_ before me, _Nell Williams, Notary Public_
(insert name and title of the officer)

personally appeared _Robert Dooley_ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Nell Williams_    (Seal)

NELL WILLIAMS
Commission # 1765784
Notary Public - California
San Diego County
My Comm. Expires Oct 3, 2011

4/113525.10                                11

AS TO OBJECTIONS:

_____
J. DOUGLAS MINOR, JR. [MSB #10045]
Attorney for Defendant Accredited Home
Lenders, Inc.

OF COUNSEL

J. Douglas Minor, Jr.
Bradley Arant Rose & White LLP
Suite 450, One Jackson Place
188 East Capitol Street
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Robert E. Poundstone, IV
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing Responses to Plaintiffs' First Set of Interrogatories on counsel of record by placing same in the United States mail, postage prepaid and properly addressed to:

> Earl P. Underwood, Jr.
> Law Offices of Earl P. Underwood, Jr.
> P.O. Box 969
> 21 South Section Street
> Fairhope, AL 36533-0969

on this the 14th day of February, 2008.

Respectfully submitted,

J. DOUGLAS MINOR, JR. [MSB #10045]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHERYL HALL FRAZIER                    )
                                       )
    PLAINTIFF,                         )
                                       )
V.                                     )        CIVIL ACTION NO.:
                                       )        1:08CV11-MHT
ACCREDITED HOME LENDERS, INC.          )
                                       )
    DEFENDANT.                         )

## DEFENDANT'S RESPONSE TO PLAINTIFFS' SECOND SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION

**COMES NOW** Defendant Accredited Home Lenders, Inc. ("AHL") by and through its counsel of record, and hereby responds to Plaintiff's Second Set of Interrogatories and Request for Production as follows:

### GENERAL OBJECTIONS

1.      Defendant objects to the Interrogatories and the Requests for Production, and to the "Instructions" preceding them, as unduly burdensome to the extent that they purport to impose obligations in addition to those imposed by the Federal Rules of Civil Procedure and this Court's Local Rules.

2.      Defendant objects to the "Instructions" preceding the Interrogatories and Request for Production to the extent they include definitions that are overbroad, mischaracterized or inaccurately define certain terms, or require Defendant to make a legal conclusion.

4/113525.10

Hall-Frazier
Record - 001831

3.    Defendant objects to each Interrogatory and Request for Production as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence to the extent it seeks information beyond the scope of this litigation.

4.    Defendant objects to each Interrogatory and Request for Production to the extent it expressly or impliedly seeks information protected by the attorney-client privilege, the work product doctrine, self-analysis privilege, joint defense or common interest privilege, or any other applicable privilege or similar reason for non-production. Inadvertent disclosure of privileged information is not intended to be, and may not be construed as, a waiver of any applicable privilege.

5.    Defendant objects to each Interrogatory and Request for Production to the extent it seeks information (i) that is not within Defendant's possession, custody, or control; or (ii) that is within the possession, custody, or control of corporate affiliates of Defendant that are not controlled by Defendant; or (iii) that is in the possession, custody, or control of Defendant's attorneys or former attorneys; or (iv) that is in the possession, custody, or control of or concern the activities of subservicers, of predecessor or successor servicers or subservicers, of master servicers for whom Defendant provided subservicing, or of investors on the loans at issue.

6.    By making these responses, Defendant does not concede that the information given is properly discoverable or admissible.  To the contrary, Defendant reserves the right to object to further discovery regarding the subject matter of the Interrogatories and Request for Production and to object to the introduction into evidence of statements made and documents produced in response to these Interrogatories and Request for Production.

7.    Each response to these Interrogatories and Requests for Production is made to the best of Defendant's knowledge at the present time, based upon its investigation to date.  Where

Hall-Frazier
Record - 001832

appropriate, Defendant's responses are made upon information and belief based on that investigation. Defendant states that its investigation is ongoing and Defendant specifically reserves the right to supplement and amend these responses when and if it becomes necessary.

8.    These General Objections are incorporated into each of the specific responses to these Interrogatories and Request for Production and shall be deemed continuing as to each Interrogatory and Request for Production, and are not waived, or in any way limited by the specific responses.

## INTERROGATORIES

### INTERROGATORY NO. 1:

Identify each person or persons participating in the preparation of these your answers to these interrogatories giving their full name address and job title.

### RESPONSE TO INTERROGATORY NO. 1:

AHL objects to this Interrogatory to the extent that it seeks information protected from disclosure by the attorney-client privilege and/or the work product immunity doctrine. Subject to and without waiver of this objection and the General Objections, AHL states that various individuals in its Legal Department assisted with the preparation of these interrogatory responses.

### INTERROGATORY NO. 2

Identify each charge included in the calculation of the "amount financed" regarding the transaction at issue herein.

### RESPONSE TO INTERROGATORY NO. 2:

AHL objects to this Interrogatory on the grounds that it is ambiguous and inconsistent with the method prescribed by federal law for calculating the Amount Financed. Subject to and

without waiver of this objection and the General Objections, AHL states that the Amount

Financed disclosed on Ms. Frazier's Final Truth in Lending Disclosure Statement (AHL/Frazier

0031) was calculated by subtracting the Prepaid Finance Charge ($3,582.90) referenced in

AHL's Response to Interrogatory No. 3 from the Principal Loan Amount ($56,000.00).

**INTERROGATORY NO. 3:**

Identify charge included in the calculation of the "finance charge" regarding the

transaction at issue herein.

**RESPONSE TO INTERROGATORY NO. 3:**

AHL objects to this Interrogatory on the grounds that it is vague, ambiguous, and

inconsistent with the method prescribed by federal law for calculating the "finance charge."

Subject to and without waiver of this objection and the General Objections, AHL states that the

"finance charge" disclosed on Ms. Frazier's Final Truth in Lending Disclosure Statement

(AHL/Frazier 0031) included the sum of (1) the Prepaid Finance Charge, which totaled

$3,582.90, consisting of the Origination Fee ($1,960.00), the Processing Fee ($500.00), the

Underwriting Fee ($500.00), the Appraisal Review Fee ($250.00), Flood Zone Determination

Fee ($9.50), the Tax Service Fee ($66.00), the Per Diem interest fee ($22.40) and the

Settlement/Closing fee ($275.00), as disclosed on the Final Good Faith Estimate (AHL 0032);

plus (2) Interest during the term of the loan ($82,189.61), which is calculated by subtracting the

Principal Loan Amount ($56,000.00) from the Total of Payments ($138,189.61).

**INTERROGATORY NO. 4:**

Identify the methodology and describe the step by step process by which the APR

(Annual Percentage Rate) was calculated regarding the instant transaction.

**RESPONSE TO INTERROGATORY NO. 4:**

AHL objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. This interrogatory seeks information about calculations based on amounts that were included in the "finance charge" disclosure on Ms. Frazier's Final Truth in Lending Disclosure Statement (AHL 0031) and is, therefore, beyond the scope of this litigation. Subject to and without waiver of this objection and the General Objections, AHL states that the APR was calculated by entering the loan amount, interest rate, and other charges into a software program called Empower® provided by Fidelity Information Services. The Empower software, which is a calculation tool used in good faith by AHL within the meaning of Regulation Z, 12 C.F.R. § 226.22(a)(1) n.45d, then used these amounts to calculate the APR, as provided in Appendix J to Regulation Z, 12 C.F.R. pt. 226 app. J.

**INTERROGATORY NO. 5:**

Describe in detail each and every service performed, giving full names of the persons or entities performing such services, the regarding the transaction at issue in exchange for your "Origination Fee."

**RESPONSE TO INTERROGATORY NO. 5:**

AHL objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad and unduly burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. The Origination Fee was included in the "finance charge" disclosed on Ms. Frazier's Final Truth in Lending Disclosure Statement (AHL 0031) and is, therefore, beyond the scope of this litigation. Subject to and without waiver of this objection and the General Objections, AHL states that the Origination Fee is revenue collected in exchange for originating a loan and covers

a wide variety of AHL's operational expenses, including employee compensation, facilities, overhead, etc.

## INTERROGATORY NO. 6:

Describe in detail each and every service performed, giving full names of the persons or entities performing such services, the regarding the transaction at issue in exchange for your "Processing Fee," "Underwriting Fee," "Flood Zone Determination Fee," "Tax Service Fee," "Tax Service Fee" and "Appraisal Review Fee."

## RESPONSE TO INTERROGATORY NO. 6:

AHL objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad and unduly burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. The "Processing Fee," "Underwriting Fee," "Flood Zone Determination Fee," "Tax Service Fee" and "Appraisal Review Fee" fees were included in the "finance charge" disclosed on Ms. Frazier's Final Truth in Lending Disclosure Statement (AHL 0031) and are, therefore, beyond the scope of this litigation. Subject to and without waiver of this objection and the General Objections, AHL states as follows:

- the "Processing Fee" is revenue collected for various processing functions, including but not limited to ordering and reviewing the borrower's credit report, documentation of the borrower's income, and assembling various components of the file for the purpose of data entry into the loan origination system;

- the "Underwriting Fee" is revenue collected for reviewing the file to determine compliance with company lending policies and procedures, identifying compensating factors that support the loan decision, reviewing the borrower's credit risk, evaluating the property for clear title, reviewing the file to identify and prevent fraud, validating data integrity and determining the salability of the loan in the secondary mortgage market;

- the "Flood Zone Determination Fee" is revenue collected for obtaining information regarding whether the property was in a Special Flood Hazard Area and for monitoring the property in the event map revisions result in the restructuring of the lender's insurance requirements;

- the "Tax Service Fee" is revenue collected for monitoring the property real estate taxes after loan closing; and

- the "Appraisal Review Fee" is revenue collected for an in-house appraiser's review of the appraisal report to verify the adequacy and completeness of the report, and to verify that the property value meets the minimum guidelines for the loan program.

## INTERROGATORY NO. 7:

For each service in referred to in interrogatories 5 and 6 above that was performed in whole or part by a third party, identify that third party, itemize all third party charges and describe the service(s) performed by such third party.

## RESPONSE TO INTERROGATORY NO. 7:

AHL objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad and unduly burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. This interrogatory seeks information about calculations based on amounts that were included in the "finance charge" disclosure on Ms. Frazier's Final Truth in Lending Disclosure Statement (AHL 0031) and is, therefore, beyond the scope of this litigation. Subject to and without waiver of this objection and the General Objections, AHL states that First American Flood Data Services and First American Tax Services performed certain functions in connection with the flood zone determination fee and the tax service fee. See Response to Interrogatory No. 6 above.

## REQUEST FOR PRODUCTION OF DOCUMENTS

## REQUEST NO. 1:

All documents identified in response to the foregoing interrogatories.

## RESPONSE TO REQUEST NO. 1:

Subject to and without waiving its general and specific objections, AHL states that it will produce all non-privileged, responsive documents in its possession, custody or control that it can locate through reasonable diligence identified in response to the foregoing Interrogatories.

## REQUEST NO. 2

All documents, including any information stored in electronic form, regarding or in any way relating to the calculation of the terms of the TILA disclosure at issue herein.

**RESPONSE TO REQUEST NO. 2:**

AHL objects to this Request on the grounds that it is overbroad and unduly burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of this objection and the General Objections, AHL states that it has already produced non-privileged, responsive documents in response to this Request. AHLfurther states that, subject to its general and specific objections, it will produce any additional non-privileged, responsive documents in its possession, custody or control that it can locate through reasonable diligence identified in response to the foregoing Request.

**REQUEST NO. 3:**

Each and every document, including any information stored in electronic form, regarding the services performed in exchange for your charges reflected on the Plaintiff's HUD-1 settlement statement.

**RESPONSE TO INTERROGATORY NO. 3:**

AHL objects to this request on the grounds that it is overbroad and unduly burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. This Request seeks documents regarding fees that were included in the finance charge" disclosure on the Edwards' Final Truth in Lending Disclosure Statement (AHL 00003) and is, therefore, beyond the scope of this litigation. AHL states that, subject to its general and specific objections, it will produce any additional non-privileged, responsive documents in its possession, custody or control that it can locate through reasonable diligence identified in response to the foregoing Request.

4/113525.10                                    8

## VERIFICATION AS TO RESPONSES TO INTERROGATORIES

I, Alma Diaz, am duly authorized by Accredited Home Lenders, Inc. to execute the

foregoing responses to interrogatories under oath on its behalf.  The information set forth in these

responses was collected by others and such information is not necessarily within my personal

knowledge.  However, on behalf of Accredited Home Lenders, Inc., I verify under penalty of

perjury under the laws of the United States of America that the foregoing responses to

interrogatories are true and correct to the best of my knowledge, information, and belief.

Dated:  April _30_ , 2008.

_____
Alma Diaz

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing Responses to Plaintiffs' First Set of Interrogatories on counsel of record by placing same in the United States mail, postage prepaid and properly addressed to:

Earl P. Underwood, Jr.
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
21 South Section Street
Fairhope, AL 36533-0969

on this the _____ day of May, 2008.

Respectfully submitted,

J. DOUGLAS MINOR, JR. [MSB #10045]

4/113525.10                                    11

**Hall-Frazier**
**Record - 001840**

AS TO OBJECTIONS:

_____
J. DOUGLAS MINOR, JR. [MSB #10045]
Attorney for Defendant Accredited Home
Lenders, Inc.

OF COUNSEL

J. Douglas Minor, Jr.
Bradley Arant Rose & White LLP
Suite 450, One Jackson Place
188 East Capitol Street
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Robert E. Poundstone, IV
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

4/113525.10

10

SUMMARY OF CLOSING CHARGES

| Control Number | Settlement Date | Lender | Title Insurance Company (110B) | State | Order / File # | Loan # | Loan Amount | Disclosed Amount Financed | (801) Origination Fee | (802) Loan Discount | (803) Appraisal Fee | (806) Mtg Ins Application Fee | Appraisal Review Fee | (808) Processing Fee | (809) Underwriting or Funding Fee | (810) Document Preparation or Administrative Fee | (811) Zone Determination Fee | (812) Tax Service Fee | (901) Prepaid Interest | (1101) Settlement or Closing Fee | (1102) Abstract or Title Search | (1103) Title Examination | (110B) Title Insurance | Actual Title Insurance Amount | Difference Between Actual Title Ins. And Actual Title Ins. Amount | (1111) Endorsements Title Service Fee | (1201) Recording Fees & Service Fees | Actual Recording Fees | Difference Between Charged & Actual | Disclosed Prepaid Finance Charge | Actual Prepaid Finance Charge | revised estimated HOEPA calculation | 5% of loan | Under Disclosure | Rescindable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 283-mar05 | 03/25/05 | Home Funds Direct | Commonwealth Land Title Insurance Company | VA | 05-1021 | 501284041 | $378,000.00 | $362,708.16 | $13,230.00 | | | | | $500.00 | $500.00 | $500.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $1,151.52 | $957.20 | $194.32 | $50.00 | $175.00 | | | 15,291.84 | 15,765.32 | | $1,890.00 | $473.48 | FALSE |
| 158-mar05 | 03/18/05 | Home Funds Direct | Ticor Title Insurance Company | NJ | 05-2218 | 0503023330 | $202,800.00 | $195,952.94 | | 6,084.00 | | | | | | | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $1,124.00 | $937.00 | $187.00 | $50.00 | $275.00 | $210.00 | 65.00 | 6,847.06 | 7,177.00 | | $1,014.00 | $329.94 | FALSE |
| 197-mar05 | 03/22/05 | Home Funds Direct | | IN | 05-2130 | 0502234121 | $175,000.00 | $166,893.76 | $6,562.50 | | | | | $95.00 | $895.00 | | $9.50 | $66.00 | $153.24 | $275.00 | $200.00 | $250.00 | $525.00 | $356.25 | $168.75 | $50.00 | $150.00 | $42.00 | 108.00 | 8,106.24 | 8,823.49 | | $875.00 | $717.25 | FALSE |
| 279-mar05 | 03/25/05 | Home Funds Direct | Ticor Title Insurance Company | NJ | 05-2744 | 0502073697 | $135,000.00 | $129,854.94 | $4,725.00 | | | | | | | | $15.00 | $66.00 | | $275.00 | $200.00 | $250.00 | $803.00 | $665.00 | $138.00 | | | | | 5,145.06 | 5,654.00 | | $675.00 | $508.94 | FALSE |
| 223-mar05 | 03/23/05 | Home Funds Direct | American Pioneer Title Insurance Co. | NJ | 05 1977 | 502235006 | $132,000.00 | $126,921.14 | $4,620.00 | | | | | | | | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $788.00 | $653.00 | $135.00 | $50.00 | $275.00 | $270.00 | 5.00 | 5,078.86 | 5,601.00 | | $660.00 | $522.14 | FALSE |
| 037-mar05 | 01/11/05 | Home Funds Direct | American Pioneer | NJ | 04-12647 | 6365028-7893 | $125,000.00 | $121,716.04 | $2,500.00 | | | | | | | | $9.50 | $66.00 | | $275.00 | $200.00 | $150.00 | $750.00 | $625.00 | $125.00 | $50.00 | $270.00 | 240.00 | 30.00 | 3,283.96 | 3,396.00 | | $625.00 | $112.04 | FALSE |
| 333-jan05 | 01/26/05 | Home Funds Direct | American Pioneer | GA | 05-711 | 501192651 | $20,000.00 | $19,194.34 | $133.00 | | | | | | | $66.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $75.00 | $125.00 | | | | $120.00 | 28.00 | 92.00 | 805.66 | 1,457.00 | 0.115 | $100.00 | $851.34 | TRUE |
| 091-mar05 | 03/12/05 | Home Funds Direct | American Pioneer | GA | 05-2222 | 050035159 | $17,875.00 | $17,014.15 | $178.75 | | | | | $296.50 | | | $5.00 | $66.00 | $77.10 | $237.50 | $0.00 | | $200.00 | $75.00 | $125.00 | | $120.00 | $22.00 | 98.00 | 860.85 | 1,128.85 | 0.085 | $89.38 | $268.00 | TRUE |
| 342-jan05 | 01/26/05 | Home Funds Direct | American Pioneer | GA | 05-873 | 501258903 | $25,000.00 | $24,180.30 | $500.00 | | | | | | | | $9.50 | $66.00 | $6.10 | $237.50 | $0.00 | | $200.00 | $75.00 | $125.00 | | $120.00 | 22.00 | 98.00 | 819.10 | 1,062.60 | | $125.00 | $263.50 | TRUE |
| 100-jan05 | 01/05/05 | Home Funds Direct | American Pioneer | TN | 04-13305 | 412157277 | $75,000.00 | $70,926.72 | $3,000.00 | | | $40.00 | | | $50.00 | $254.98 | $9.50 | $66.00 | $327.80 | $275.00 | $200.00 | $250.00 | $309.00 | $187.50 | $121.50 | | | 82.00 | 68.00 | 4,073.28 | 4,703.28 | | $375.00 | $630.00 | TRUE |
| 201-mar05 | 03/22/05 | Home Funds Direct | American Pioneer Title Insurance Co. | AR | 05-1065 | 501136967 | $36,000.00 | $33,784.38 | | | | | | $450.00 | $770.00 | $100.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $90.00 | $110.00 | | | $120.00 | $53.00 | 67.00 | 2,215.62 | 2,338.00 | 0.090 | $180.00 | $122.38 | FALSE |
| 292-jan05 | 01/26/05 | Home Funds Direct | American Pioneer | GA | 05-499 | 501136039 | $93,750.00 | $90,551.64 | $1,875.00 | | $350.00 | | | $600.00 | | $150.00 | $9.50 | $66.00 | $22.86 | $475.00 | $200.00 | $250.00 | $322.50 | $213.00 | $109.50 | $50.00 | $120.00 | 46.00 | 74.00 | 3,198.36 | 3,872.36 | | $468.75 | $674.00 | TRUE |
| 022-mar05 | 03/04/05 | Home Funds Direct | American Pioneer Title Insurance Co. | NC | 05 1935 | | $46,500.00 | $42,476.50 | $1,581.00 | | | | | $400.00 | $700.00 | $400.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $96.00 | $104.00 | | | $85.00 | 35.00 | | 4,023.50 | 4,261.00 | 0.117 | $232.50 | $237.50 | TRUE |
| 267-jan05 | 01/15/05 | Home Funds Direct | American Pioneer | GA | 05-421 | 501087053 | $30,000.00 | $29,276.23 | $300.00 | | | | | | | | $9.50 | $66.00 | $110.77 | $237.50 | | | $200.00 | $100.00 | $100.00 | | $160.00 | 28.00 | 92.00 | 723.77 | 956.27 | | $150.00 | $232.50 | TRUE |
| 45-feb05 | 02/08/05 | Home Funds Direct | American Pioneer | GA | 05-1048 | 501315249 | $11,350.00 | $10,881.35 | $113.50 | | | | | | | | $5.00 | $66.00 | $42.65 | $237.50 | | | $200.00 | $100.00 | $100.00 | | $220.00 | $22.00 | 98.00 | 468.65 | 707.65 | 0.094 | $56.75 | $239.00 | TRUE |
| 295-feb05 | 02/28/05 | Home Funds Direct | American Pioneer | FL | 05-2009 | 502246227 | $11,900.00 | $11,481.22 | $119.00 | | | | | | | | $5.00 | $66.00 | $91.28 | $137.50 | $0.00 | | $200.00 | $100.00 | $100.00 | | $220.00 | $61.00 | 159.00 | 418.78 | 722.78 | 0.099 | $59.50 | $304.00 | TRUE |
| 243-jan05 | 01/18/05 | Home Funds Direct | American Pioneer | GA | 05-326 | 501100062 | $41,900.00 | $40,656.33 | $557.27 | | | | | $100.00 | $100.00 | $89.00 | | $64.40 | | $237.50 | | | $200.00 | $105.00 | $95.00 | | $120.00 | 22.00 | 98.00 | 1,243.67 | 1,477.17 | | $209.50 | $233.50 | TRUE |
| 115-mar05 | 03/15/05 | Home Funds Direct | American Pioneer Title Insurance Co. | MA | 05 2003 | 502166478 | $48,790.00 | $46,613.00 | | | | | | $450.00 | $400.00 | $850.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $107.50 | $92.50 | | $50.00 | $175.00 | 75.00 | | 2,177.00 | 2,708.50 | | $243.95 | $531.50 | TRUE |
| 162-mar05 | 03/18/05 | Home Funds Direct | Commonwealth Land Title Insurance Company | VA | 05-2589 | 0503079177 | $166,600.00 | $159,480.78 | $4,998.00 | | | | | $500.00 | $500.00 | $500.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $840.96 | $450.80 | $90.16 | $50.00 | $175.00 | $46.00 | 129.00 | 7,119.22 | 7,558.16 | | $833.00 | $438.94 | FALSE |
| 240-feb05 | 02/24/05 | Home Funds Direct | American Pioneer | MA | 05-1813 | 502111752 | $50,000.00 | $47,772.54 | $1,000.00 | | | | | | | $250.00 | $9.50 | $66.00 | $376.96 | $275.00 | $200.00 | $250.00 | $110.00 | | | | $160.00 | $175.00 | 5.00 | 2,227.46 | 2,812.96 | | $250.00 | $585.50 | TRUE |
| 126-feb05 | 02/16/05 | Home Funds Direct | American Pioneer | ME | 05-1028 | 502148376 | $57,000.00 | $53,204.06 | $855.00 | | | | | $880.00 | $1,000.00 | $700.00 | | | $76.44 | $275.00 | $200.00 | $120.00 | $90.00 | | | | $150.00 | $45.00 | 105.00 | 3,795.94 | 4,471.44 | 0.099 | $285.00 | $675.50 | TRUE |
| 031-jan05 | 01/20/05 | Home Funds Direct | American Pioneer | FL | 04-12585 | 412022463 | $630,000.00 | $613,684.13 | $12,600.00 | | | $125.00 | | $875.00 | $690.00 | $635.00 | $9.50 | | $965.37 | $475.00 | $200.00 | $250.00 | $1,383.00 | $1,305.00 | $78.00 | $50.00 | $220.00 | 171.50 | 48.50 | 16,315.87 | 16,932.87 | | $3,150.00 | $617.00 | FALSE |
| 274-jan05 | 01/26/05 | Home Funds Direct | American Pioneer | MO | 05-435 | 412091591 | $48,450.00 | $46,570.41 | $969.00 | | | | | $550.00 | $500.00 | $500.00 | $9.50 | $66.00 | $10.09 | $275.00 | $200.00 | $122.50 | $77.50 | | | | $120.00 | 99.00 | 21.00 | 2,879.59 | 3,468.59 | 0.093 | $242.25 | $589.00 | TRUE |

This chart is a rule1006 summary of those documents included in the Joint Record

SUMMARY OF CLOSING CHARGES

| Control Number | Settlement Date | Lender | Title Insurance Company (1108) | State | Order / File # | Loan # | Loan Amount | Disclosed Amount Financed | (801) Origination Fee | (802) Loan Discount | (803) Appraisal Fee | (806) Mtg Ins Application Fee | Appraisal Review Fee | (808) Processing Fee | (809) Underwriting or Funding Fee | (810) Document Preparation or Administrative Fee | (811) Zone Determination Fee | (812) Tax Service Fee | (901) Prepaid Interest | (1101) Settlement or Closing Fee | (1102) Abstract or Title Search | (1103) Title Examination | (1108) Title Insurance | Actual Title Insurance Amount | Difference Between Title Ins And Actual Title Ins Amount | (1111) Endorsements or Title Service Fee | (1201) Recording Fees & Service Fees | Actual Recording Fees | Difference Between Charged & Actual | Disclosed Prepaid Finance Charge | Actual Prepaid Finance Charge | revised estimated HOEPA calculation | 5% of loan | Under Disclosure | Rescindable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36-mar05 | 03/07/05 | Home Funds Direct | Ticor Title Insurance | GA | 05-2079 | 0502245786 | $105,000.00 | $100,628.53 | $2,100.00 | | | | | $447.64 | $400.00 | $375.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $454.80 | $379.00 | $75.80 | $50.00 | $120.00 | $46.00 | 74.00 | 4,371.47 | 4,513.44 | | $525.00 | $141.97 | FALSE |
| 123-Jan05 | 01/26/05 | Home Funds Direct | American Pioneer | NH | 04-13426 | 412202391 | $182,750.00 | $174,852.57 | $5,482.50 | | $150.00 | | | $475.00 | $550.00 | $500.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $441.60 | $366.00 | $75.60 | $50.00 | $150.00 | $84.00 | 66.00 | 7,897.43 | 7,990.10 | | $913.75 | $92.67 | FALSE |
| 202-mar05 | 03/22/05 | Home Funds Direct | American Pioneer Title Insurance Co. | MO | 05-1027 | 05-1027 | $50,000.00 | $46,763.90 | $1,250.00 | | $375.00 | | | $800.00 | $800.00 | | $9.50 | $66.00 | $35.60 | $275.00 | $200.00 | $250.00 | $200.00 | $125.00 | $75.00 | $50.00 | $150.00 | $72.00 | 78.00 | 3,236.10 | 3,879.60 | 0.100 | $250.00 | $643.50 | TRUE |
| 076-mar05 | 03/11/05 | Home Funds Direct | Ticor Title Insurance | SC | 05-2097 | 0502030823 | $150,000.00 | $144,658.30 | $3,000.00 | | | | | $500.00 | $500.00 | $200.00 | $9.50 | $66.00 | $591.20 | $475.00 | $200.00 | $250.00 | $437.10 | $362.50 | $74.60 | $50.00 | $120.00 | $28.00 | 92.00 | 5,341.70 | 5,998.80 | | $750.00 | $657.10 | FALSE |
| 248-mar05 | 03/24/05 | Home Funds Direct | Commonwealth Land Title Insurance Company | VA | 05-2598 | 0503116153 | $118,000.00 | $112,829.49 | $3,540.00 | | | | | $450.00 | $450.00 | $300.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $402.72 | $333.20 | $69.52 | $50.00 | $175.00 | $79.00 | 96.00 | 5,170.51 | 5,746.52 | | $590.00 | $576.01 | FALSE |
| 185-feb05 | 02/22/05 | Home Funds Direct | American Pioneer | AR | 05-1456 | 502097182 | $55,500.00 | $52,504.92 | $1,165.50 | | $50.00 | | | $66.16 | $900.00 | | $9.50 | $66.00 | | $275.00 | $200.00 | $200.00 | $137.00 | $63.00 | | $120.00 | $53.00 | 67.00 | 2,995.08 | 3,202.66 | | $277.50 | $207.58 | FALSE |
| 199-mar05 | 03/22/05 | Home Funds Direct | Ticor Title Insurance | IN | 05-2374 | 0503080568 | $57,000.00 | $54,388.34 | $1,710.00 | | | | | $247.50 | $247.50 | | $9.50 | $66.00 | | $275.00 | $200.00 | $200.00 | $139.00 | $61.00 | | $150.00 | $42.00 | 108.00 | 2,611.66 | 3,215.00 | | $285.00 | $603.34 | TRUE |
| 278-mar05 | 03/25/05 | Home Funds Direct | Commonwealth Land Title Insurance Company | VA | 05-2683 | 0503161037 | $100,000.00 | $93,489.16 | $6,125.00 | | | | | | $9.50 | $66.00 | $35.34 | $275.00 | $200.00 | $250.00 | $350.88 | $290.00 | $60.88 | $50.00 | $175.00 | | | 6,510.84 | 7,062.22 | 0.086 | $500.00 | $551.38 | TRUE |
| 159-mar05 | 03/18/05 | Home Funds Direct | Ticor Title Insurance | NJ | 05-2225 | | $45,000.00 | $43,730.59 | $909.00 | | | | | | | | | | | $275.00 | $200.00 | $250.00 | $290.00 | $236.25 | $53.75 | $50.00 | $275.00 | $210.00 | 65.00 | 1,269.41 | 1,802.75 | | $225.00 | $533.34 | TRUE |
| 277-mar05 | 03/25/05 | Home Funds Direct | Ticor Title Insurance | AR | 05-2682 | 0503035160 | $62,100.00 | $58,566.36 | $1,179.90 | | $150.00 | | | $500.00 | $550.00 | $350.00 | $9.50 | $66.00 | $28.24 | $275.00 | $200.00 | $250.00 | $290.00 | $151.00 | $49.00 | $50.00 | $85.00 | $53.00 | 32.00 | 3,533.64 | 3,680.14 | | $310.50 | $146.50 | FALSE |
| 275-mar05 | 03/25/05 | Home Funds Direct | Ticor Title Insurance | MA | 05-2365 | 0503079241 | $212,000.00 | $205,060.76 | $4,240.00 | | | | | $800.00 | $800.00 | $650.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $569.25 | $530.00 | $39.25 | $50.00 | $250.00 | | | 6,939.24 | 7,370.25 | | $1,060.00 | $431.01 | FALSE |
| 014-mar05 | 03/03/05 | Home Funds Direct | American Pioneer Title Insurance | NY | 05-1282 | 502018395 | $55,000.00 | $52,561.70 | $1,100.00 | | | | | $155.00 | $550.00 | | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $454.49 | $419.00 | $35.49 | $50.00 | $120.00 | $89.00 | 61.00 | 2,436.30 | 2,676.49 | | $275.00 | $238.19 | FALSE |
| 217-feb05 | 02/23/05 | Home Funds Direct | American Pioneer | NC | 05-1450 | 502029282 | $85,000.00 | $81,411.06 | $1,912.00 | | $375.00 | | | $550.00 | $180.00 | | $9.50 | $66.00 | | $275.00 | $200.00 | $200.00 | $172.00 | $28.00 | | $50.00 | $120.00 | $68.00 | 52.00 | 3,588.94 | 3,763.00 | | $425.00 | $174.06 | FALSE |
| 097-jan05 | 01/06/05 | Home Funds Direct | Commonwealth Land Title Ins Co. | VA | 04-13290 | 412065105 | $170,000.00 | $165,669.25 | $1,700.00 | | | | $100.00 | $600.00 | $600.00 | $100.00 | $9.50 | $66.00 | $930.25 | $275.00 | $200.00 | $250.00 | $485.00 | $458.00 | $27.00 | $50.00 | $175.00 | $46.00 | 129.00 | 4,330.75 | 5,027.25 | | $850.00 | $696.50 | FALSE |
| 046-jan05 | 01/06/05 | Home Funds Direct | American Pioneer | GA | 04-12792 | 411152539 | $189,000.00 | $177,797.90 | $7,163.10 | | $350.00 | | | $1,000.00 | $1,000.00 | $500.00 | $9.50 | $66.00 | $838.50 | $275.00 | $200.00 | $250.00 | $333.50 | $308.50 | $25.00 | $50.00 | $120.00 | $74.00 | 48.00 | 11,202.10 | 11,713.60 | | $945.00 | $511.50 | FALSE |
| 113-mar05 | 03/15/05 | Home Funds Direct | Ticor Title Insurance | GA | 05-2176 | | $89,000.00 | $85,629.13 | $1,539.70 | | $300.00 | | | $350.00 | $350.00 | | $9.50 | $66.00 | | $275.00 | $200.00 | $246.00 | $222.50 | $23.50 | | | $120.00 | $46.00 | 74.00 | 3,370.87 | 3,728.20 | | $445.00 | $357.33 | FALSE |
| 114-mar05 | 03/15/05 | Home Funds Direct | American Pioneer Title Insurance Co. | VA | 05-1764 | 502111613 | $63,000.00 | $59,768.34 | $945.00 | | $300.00 | | | $350.00 | $550.00 | $400.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $200.00 | $182.70 | $17.30 | | $50.00 | $120.00 | $65.00 | 55.00 | 3,231.66 | 3,558.30 | | $315.00 | $326.64 | TRUE |
| 112-mar05 | 03/15/05 | Home Funds Direct | Ticor Title Insurance | MA | 05-2091 | | $122,000.00 | $115,982.09 | | | | 1,134.00 | | $1,050.00 | $2,100.00 | $1,050.00 | $9.50 | $66.00 | $223.41 | $275.00 | $200.00 | $250.00 | $321.75 | $305.00 | $16.75 | $50.00 | $250.00 | $175.00 | 75.00 | 6,017.91 | 6,490.16 | | $610.00 | $472.25 | FALSE |
| 092-mar05 | 03/12/05 | Home Funds Direct | American Pioneer Title Insurance Co. | GA | 05-1408 | 501204280 | $64,350.00 | $61,776.29 | $2,073.36 | | | | | | $9.50 | $66.00 | | $200.00 | $475.00 | | $200.00 | $186.00 | $14.00 | | $100.00 | $52.00 | 68.00 | 2,573.71 | 3,196.36 | | $321.75 | $622.65 | TRUE |
| 247-mar05 | 03/24/05 | Home Funds Direct | Ticor Title Insurance | MA | 05-2413 | 0503023875 | $80,000.00 | $76,779.86 | $800.00 | | $150.00 | | | $475.00 | $900.00 | $500.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $206.25 | $200.00 | $6.25 | $50.00 | $120.00 | | | 3,220.14 | 3,522.25 | | $400.00 | $302.11 | FALSE |
| 111-feb05 | 02/15/05 | Home Funds Direct | American Pioneer | NY | 05-436 | 501124574 | $50,000.00 | $47,813.19 | $1,750.00 | | | | | | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $432.00 | $427.00 | | $50.00 | $175.00 | $127.00 | 48.00 | 2,186.81 | 2,644.00 | | $250.00 | $457.19 | TRUE |
| 162-feb05 | 02/18/05 | Home Funds Direct | American Pioneer | FL | 05-1564 | 502100217 | $155,000.00 | $150,133.60 | $2,325.00 | | | | | $750.00 | $750.00 | $500.00 | | $66.00 | | $855.00 | $850.00 | | | | | | $220.00 | $171.50 | 48.50 | 4,866.40 | 5,219.50 | | $775.00 | $353.10 | FALSE |
| 8-feb05 | 02/02/05 | Home Funds Direct | American Pioneer | NY | 04-13113 | 412133883 | $88,000.00 | $83,466.99 | $3,050.00 | | | | | $200.00 | $491.93 | | | $66.00 | | $275.00 | $200.00 | $250.00 | $559.00 | $554.00 | | $50.00 | $175.00 | $89.00 | 61.00 | 4,533.01 | 4,648.93 | | $440.00 | $115.92 | FALSE |

Hall-Frazier
Record - 001843

SUMMARY OF CLOSING CHARGES

| Control Number | Settlement Date | Lender | Title Insurance Company (1108) | State | Order / File # | Loan # | Loan Amount | Disclosed Amount Financed | (801) Origination Fee | (802) Loan Discount | (803) Appraisal Fee | (806) Mtg Ins Application Fee | Appraisal Review Fee | (808) Processing Fee | (809) Underwriting or Funding Fee | (810) Document Preparation or Administrative Fee | (811) Zone Determination Fee | (812) Tax Service Fee | (901) Prepaid Interest | (1101) Settlement or Closing Fee | (1102) Abstract or Title Search | (1103) Title Examination | (1108) Title Insurance | Actual Title Insurance Amount | Difference Between Title Ins. And Actual Title Ins. Amount | (1111) Endorsements or Title Service Fee | (1201) Recording Fees & Service Fees | Actual Recording Fees | Difference Between Charged & Actual | Disclosed Prepaid Finance Charge | Actual Prepaid Finance Charge | revised estimated HOEPA calculation | 5% of loan | Under Disclosure | Rescindable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 160-mar05 | 03/18/05 | Home Funds Direct | Ticor Title Insurance | FL | 05-2248 | 0502289979 | $126,000.00 | $119,101.28 | $6,300.00 | | | | | | | | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $710.00 | $705.00 | $5.00 | | $50.00 | $220.00 | | 6,898.72 | 7,146.00 | | $630.00 | $247.28 | FALSE |
| 49 | 091-jan06 | 01/07/05 | Home Funds Direct | American Pioneer | NY | 04-13238 | 409078055 | $85,000.00 | $82,583.50 | | $300.00 | | $175.00 | | $950.00 | $600.00 | $9.50 | $66.00 | $291.00 | $275.00 | $200.00 | $250.00 | $590.69 | $586.00 | $4.69 | $50.00 | $150.00 | 82.00 | 68.00 | 2,416.50 | 2,929.69 | | $425.00 | $513.19 | TRUE |
| 50 | 134-jan05 | 01/22/05 | | American Pioneer | NY | 04-13465 | 412157305 | $155,000.00 | $147,864.80 | $4,882.50 | | | | | $900.00 | $500.00 | $9.50 | $66.00 | $127.20 | $275.00 | $200.00 | $250.00 | $858.09 | $854.00 | $4.09 | $50.00 | $150.00 | 92.00 | 58.00 | 7,135.20 | 7,312.79 | | $775.00 | $177.59 | FALSE |
| 51 | 214-feb05 | 02/23/05 | | American Pioneer | NY | 05-1359 | 501262048 | $112,000.00 | $107,075.10 | $2,900.80 | | $225.00 | | | $900.00 | $550.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $647.00 | $643.00 | $4.00 | $50.00 | $150.00 | $87.00 | 63.00 | 4,924.90 | 5,408.80 | | $560.00 | $483.90 | FALSE |
| 52 | 70-feb05 | 02/10/05 | | American Pioneer | NY | 05-798 | 412088779 | $120,000.00 | $114,045.93 | $3,600.00 | | $235.00 | | $150.00 | | $650.00 | $500.00 | $9.50 | $66.00 | $416.57 | $275.00 | $200.00 | $250.00 | $872.68 | $869.00 | $3.68 | $50.00 | $84.50 | 55.50 | 5,954.07 | 6,218.73 | | $600.00 | $264.66 | FALSE |
| 53 | 286-mar05 | 03/25/05 | Home Funds Direct | American Pioneer Title Insurance | NY | 05-1843 | 502155477 | $124,000.00 | $123,588.42 | | | | | | | | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $745.25 | $742.00 | $3.25 | $255.00 | $97.00 | 158.00 | 411.58 | 1,002.25 | | $620.00 | $590.67 | FALSE |
| 54 | 312-mar05 | 03/26/05 | Home Funds Direct | American Pioneer Title Insurance | CT | 05-104 | 502234782 | $125,800.00 | $118,788.21 | $5,032.00 | | | | | $850.00 | $550.00 | $150.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $467.75 | $464.60 | $3.15 | $50.00 | $150.00 | | 7,011.79 | 7,426.15 | | $629.00 | $414.36 | FALSE |
| 55 | 331-jan05 | 01/26/05 | Home Funds Direct | American Pioneer | MA | 05-687 | [blank] | $303,000.00 | $293,074.70 | $7,575.00 | | | | $150.00 | $400.00 | $550.00 | $900.00 | $9.50 | $66.00 | $49.00 | $275.00 | $200.00 | $250.00 | $819.50 | $816.75 | $2.75 | $50.00 | $175.00 | 175.00 | 0.00 | 9,925.30 | 10,467.75 | | $1,515.00 | $542.45 | FALSE |
| 56 | 124-feb05 | 02/18/05 | Home Funds Direct | American Pioneer | MA | 05-1284 | 501079981 | $125,000.00 | $119,344.74 | $3,125.00 | | $275.00 | | | $810.00 | $695.00 | $495.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $330.00 | $327.25 | $2.75 | $180.00 | $175.00 | 5.00 | 5,655.26 | 5,973.75 | | $625.00 | $318.49 | FALSE |
| 57 | 002-mar05 | 03/01/05 | Home Funds Direct | American Pioneer Title Insurance Co. | MA | 05-1128 | 502017445 | $295,000.00 | $282,314.00 | $8,112.50 | | | | | $1,200.00 | $1,200.00 | $550.00 | $9.50 | $66.00 | $1,273.00 | $200.00 | $375.00 | $225.00 | $797.50 | $794.75 | $2.75 | $75.00 | $180.00 | $175.00 | 5.00 | 12,686.00 | 13,659.25 | $1,475.00 | $973.25 | FALSE |
| 58 | 125-feb05 | 02/16/05 | Home Funds Direct | American Pioneer | GA | 05-1293 | | $194,000.00 | $187,999.52 | $4,171.00 | | | | | $261.32 | $261.32 | $500.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $470.00 | $467.40 | $2.60 | $50.00 | $120.00 | $52.00 | 68.00 | 6,000.48 | 6,305.24 | | $970.00 | $304.76 | FALSE |
| 59 | 128-feb05 | 02/16/05 | Home Funds Direct | American Pioneer | DE | 05-852 | 501216260 | $116,000.00 | $109,769.30 | $3,480.00 | | $100.00 | | | $875.00 | $645.00 | $480.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $340.80 | $338.40 | $2.40 | $50.00 | $232.00 | $169.00 | 63.00 | 6,230.70 | 6,586.40 | | $580.00 | $355.70 | FALSE |
| 60 | 094-mar05 | 03/12/05 | Home Funds Direct | American Pioneer Title Insurance Co. | GA | 05-1325 | 502073786 | $82,800.00 | $79,062.30 | $2,898.00 | | | | | | | | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $231.60 | $229.20 | $2.40 | $50.00 | $120.00 | $59.00 | 61.00 | 3,737.70 | 4,002.40 | | $414.00 | $264.70 | FALSE |
| 61 | 200-mar05 | 03/22/05 | Home Funds Direct | Ticor Title Insurance | NH | 05-2450 | 0503091878 | $255,000.00 | $245,113.50 | $7,650.00 | | | | | $680.00 | $520.00 | $475.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $614.40 | $612.00 | $2.40 | $50.00 | $84.00 | 06.00 | 9,886.50 | 10,234.40 | | $1,275.00 | $347.90 | FALSE |
| 62 | 077-mar05 | 03/11/05 | Home Funds Direct | American Pioneer Title Insurance Co. | GA | 05-1584 | 502073869 | $99,000.00 | $94,969.82 | $2,970.00 | | | | | $130.00 | | | $9.50 | $66.00 | | $475.00 | $200.00 | $270.00 | $267.60 | $2.40 | $50.00 | $120.00 | $40.00 | 80.00 | 4,030.18 | 4,223.40 | | $495.00 | $193.22 | FALSE |
| 63 | 001-mar05 | 03/01/05 | Home Funds Direct | American Pioneer Title Insurance Co. | GA | 05-1339 | 501248081 | $87,000.00 | $84,138.92 | $1,305.00 | | | | | $500.00 | $500.00 | $120.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $241.20 | $238.80 | $2.40 | $50.00 | $120.00 | | 2,861.08 | 3,468.40 | | $435.00 | $607.32 | TRUE |
| 64 | 262-feb05 | 02/25/05 | Home Funds Direct | American Pioneer | GA | 05-1717 | 502142797 | $87,000.00 | $84,355.76 | $1,566.00 | | $250.00 | | | $518.67 | | | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $241.20 | $238.80 | $2.20 | $50.00 | $58.00 | 62.00 | 2,644.24 | 3,169.87 | | $435.00 | $545.63 | TRUE |
| 65 | 282-mar05 | 03/25/05 | Home Funds Direct | Commonwealth Land Title Insurance Company | GA | 05-2897 | 503160583 | $149,000.00 | $142,911.26 | $2,980.00 | | | | | $500.00 | $500.00 | | $9.50 | $66.00 | $1,058.24 | $475.00 | $200.00 | $375.00 | $372.90 | $2.10 | $50.00 | $375.00 | $46.00 | 74.00 | 6,088.74 | 6,655.34 | | $745.00 | $566.60 | FALSE |
| 66 | 144-mar05 | 03/17/05 | Home Funds Direct | American Pioneer Title Insurance Co. | GA | 05-2033 | 502180699 | $221,000.00 | $212,303.80 | $7,072.00 | | | | | $550.00 | | | $9.50 | $66.00 | | $475.00 | $200.00 | $526.20 | $524.10 | $2.10 | $50.00 | $120.00 | $46.00 | 74.00 | 8,696.20 | 8,739.10 | | $1,105.00 | $42.90 | FALSE |
| 67 | 216-feb05 | 03/25/05 | Home Funds Direct | American Pioneer | GA | 04-12730 | | $400,000.00 | $390,056.35 | $6,400.00 | | | | | $1,000.00 | $1,000.00 | $900.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $902.10 | $900.00 | $2.10 | $50.00 | $120.00 | $46.00 | 74.00 | 9,943.65 | 10,367.10 | | $2,000.00 | $423.45 | FALSE |
| 68 | 161-mar05 | 03/18/05 | Home Funds Direct | Ticor Title Insurance | GA | 05-2280 | 0501100959 | $105,000.00 | $101,620.37 | $1,207.50 | | $22.00 | | | $900.00 | $500.00 | $15.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $282.60 | $280.50 | $2.10 | $50.00 | $120.00 | $40.00 | 80.00 | 3,379.63 | 3,730.60 | | $525.00 | $350.97 | FALSE |
| 69 | 221-mar05 | 03/23/05 | Home Funds Direct | Ticor Title Insurance | GA | 05-2157 | 0502180892 | $170,000.00 | $164,714.18 | $3,740.00 | | | | | $189.00 | $350.00 | $300.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $419.10 | $417.00 | $2.10 | $50.00 | $120.00 | $40.00 | 80.00 | 5,285.82 | 5,702.10 | | $850.00 | $416.28 | FALSE |
| 70 | 123-feb05 | 02/16/05 | Home Funds Direct | American Pioneer | ME | 05-1063 | 501259676 | $125,000.00 | $116,997.18 | $4,062.50 | | | | | $1,050.00 | $1,450.00 | $1,000.00 | $9.50 | $66.00 | $155.82 | $275.00 | $200.00 | $250.00 | $264.60 | $262.50 | $2.10 | $50.00 | $150.00 | $68.00 | 82.00 | 8,002.82 | 8,577.42 | | $625.00 | $574.60 | FALSE |

This chart is a rule1006 summary of those documents included in the Joint Record

**Hall-Frazier Record - 001844**

SUMMARY OF CLOSING CHARGES

| # | Control Number | Settlement Date | Lender | Title Insurance Company (1108) | State | Order / File # | Loan # | Loan Amount | Disclosed Amount Financed | (801) Origination Fee | (802) Loan Discount | (803) Appraisal Fee | (806) Mtg Ins Application Fee | Appraisal Review Fee | (808) Processing Fee | (809) Underwriting or Funding Fee | (810) Document Preparation or Administrative Fee | (811) Zone Determination Fee | (812) Tax Service Fee | (901) Prepaid Interest | (1101) Settlement or Closing Fee | (1102) Abstract or Title Search | (1103) Title Examination | (1108) Title Insurance | Actual Title Insurance Amount | Difference Between Title Ins. And Actual Title Ins. Amount | (1111) Endorsements/Title Service Fee | (1201) Recording Fees & Service Fees | Actual Recording Fees | Difference Between Charged & Actual | Disclosed Prepaid Finance Charge | Actual Prepaid Finance Charge | revised estimated HOEPA calculation | 5% of loan | Under Disclosure | Rescindable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 222-mar05 | 03/23/05 | Home Funds Direct | American Pioneer Title Insurance Co. | GA | 05-1050 | 502234001 | $198,000.00 | $190,656.42 | $4,950.00 | | | | | $600.00 | $600.00 | $300.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $477.90 | $475.80 | $2.10 | | $50.00 | $120.00 | | | 7,343.58 | 7,493.10 | | $990.00 | $149.52 | FALSE |
| 72 | 215-feb05 | 02/23/05 | Home Funds Direct | American Pioneer | DE | 05-1479 | 501273125 | $129,300.00 | $121,887.53 | $3,555.75 | | | | | $1,195.00 | $1,295.00 | $795.00 | $9.50 | $66.00 | $21.22 | $475.00 | $200.00 | $250.00 | $374.00 | $372.00 | $2.00 | | $50.00 | $235.00 | $169.00 | 66.00 | 7,412.47 | 7,970.97 | | $646.50 | $558.50 | FALSE |
| 73 | 143-mar05 | 03/17/05 | Home Funds Direct | American Pioneer Title Insurance Co. | CT | 05-1745 | 502042353 | $48,000.00 | $45,430.50 | $1,200.00 | | | $150.00 | | $500.00 | $250.00 | $5.00 | | $66.00 | $123.50 | $275.00 | $200.00 | $250.00 | $200.00 | $198.00 | $2.00 | | $50.00 | $150.00 | | | 2,569.50 | 3,066.50 | 0.081 | $240.00 | $497.00 | TRUE |
| 74 | 037-mar05 | 03/07/05 | Home Funds Direct | American Pioneer Title Insurance Co. | NC | 05 1929 | 502245682 | $200,000.00 | $191,189.45 | $6,000.00 | | | | | $500.00 | $500.00 | $167.00 | $9.50 | $66.00 | $1,063.05 | $475.00 | $200.00 | $250.00 | $353.00 | $351.50 | $1.50 | | $50.00 | $120.00 | $68.00 | 52.00 | 8,810.55 | 9,354.55 | | $1,000.00 | $544.00 | FALSE |
| 75 | 213-feb05 | 02/23/05 | Home Funds Direct | American Pioneer | FL | 05-1462 | 502074948 | $50,000.00 | $47,137.36 | $1,000.00 | | $175.00 | | | $500.00 | $500.00 | $500.00 | $9.50 | $66.00 | $11.64 | $275.00 | $200.00 | $250.00 | $288.06 | $287.50 | $0.58 | | $50.00 | $220.00 | $171.50 | 48.50 | 2,862.14 | 3,401.72 | 0.086 | $250.00 | $539.58 | TRUE |
| 76 | 100-feb05 | 02/14/05 | Home Funds Direct | American Pioneer | GA | 05-1405 | 502074474 | $325,000.00 | $314,386.31 | $9,262.50 | | | | | $500.00 | $600.00 | $500.00 | $9.50 | $66.00 | $660.69 | $475.00 | $200.00 | $250.00 | $743.00 | $742.50 | $0.50 | | $50.00 | $120.00 | $52.00 | 68.00 | 10,613.69 | 11,172.69 | | $1,625.00 | $559.00 | FALSE |
| 77 | 281-mar05 | 03/25/05 | Home Funds Direct | Ticor Title Insurance | NY | 05-2684 | 050329008 | $482,500.00 | $453,852.29 | $22,916.75 | | | | | $2,600.00 | $2,600.00 | | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $2,048.37 | $2,048.00 | $0.37 | | $50.00 | $265.00 | | | 28,647.71 | 28,960.12 | | $2,412.50 | $312.41 | FALSE |
| 78 | 074-jan05 | 01/10/05 | Home Funds Direct | American Pioneer | NY | 04-13159 | 411027448 | $70,000.00 | $66,803.74 | $2,520.00 | | | | | | | | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $480.15 | $480.00 | $0.15 | | $50.00 | $150.00 | $126.00 | 24.00 | 3,196.26 | 3,385.15 | | $350.00 | $188.89 | FALSE |
| 79 | 003-jan05 | 01/20/05 | Home Funds Direct | American Pioneer | NY | 04-11003 | 501067202 | $173,700.00 | $166,756.61 | $4,776.75 | | | $150.00 | | $900.00 | $500.00 | | $9.50 | $66.00 | $266.14 | $275.00 | $200.00 | $250.00 | $848.09 | $848.00 | $0.09 | | | $150.00 | $91.00 | 59.00 | 6,943.39 | 7,442.98 | | $868.50 | $499.59 | FALSE |
| 80 | 045-mar05 | 03/08/05 | Home Funds Direct | American Pioneer | FL | 05-1914 | 502154878 | $72,000.00 | $67,492.23 | $2,520.00 | | | | | $675.00 | $675.00 | | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $414.00 | $414.00 | $0.00 | | $50.00 | $220.00 | $190.70 | 29.30 | 4,507.77 | 4,740.30 | 0.080 | $360.00 | $232.53 | FALSE |
| 81 | 256-jan05 | 01/20/05 | Home Funds Direct | Commonwealth Land Title Ins Co. | TN | 05-382 | 501113172 | $90,000.00 | $85,808.32 | $2,160.00 | $300.00 | | | | $500.00 | $500.00 | $500.00 | | | | $275.00 | $200.00 | $250.00 | $225.00 | $225.00 | $0.00 | | $50.00 | $130.00 | $97.00 | 33.00 | 4,191.68 | 4,534.00 | | $450.00 | $342.32 | FALSE |
| 82 | 098-mar05 | 03/14/05 | Home Funds Direct | Ticor Title Insurance | CT | 05-2167 | 050301729 | $84,200.00 | $79,462.82 | $2,526.00 | | | $150.00 | | $900.00 | $550.00 | | | | | $275.00 | $200.00 | $250.00 | $327.50 | $327.50 | $0.00 | | $50.00 | $175.00 | $138.01 | 36.99 | 4,737.16 | 4,853.99 | | $421.00 | $116.81 | FALSE |
| 83 | 287-mar05 | 03/25/05 | Home Funds Direct | American Pioneer Title Insurance Co. | AL | 05-1279 | 503185854 | $87,975.00 | $83,360.39 | $2,727.23 | $350.00 | | | | $475.00 | $700.00 | $325.00 | $9.50 | $66.00 | $36.88 | $275.00 | $200.00 | $250.00 | $241.20 | $241.20 | $0.00 | | $50.00 | $120.00 | $82.00 | 38.00 | 4,614.61 | 5,143.11 | | $439.88 | $528.50 | TRUE |
| 84 | 250-jan05 | 01/24/05 | Home Funds Direct | American Pioneer | MO | 05-355 | 412290655 | $80,000.00 | $75,840.34 | $2,400.00 | $390.00 | | | | $580.00 | $580.00 | | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $222.00 | $222.00 | $0.00 | | $50.00 | $120.00 | $78.00 | 42.00 | 4,359.66 | 4,443.00 | | $400.00 | $83.34 | FALSE |
| 85 | 060-jan05 | 01/28/05 | Home Funds Direct | American Pioneer | CT | 14-13045 | 412145495 | $146,000.00 | $140,796.45 | $3,285.00 | $200.00 | | | | $550.00 | $550.00 | | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $529.50 | $529.50 | $0.00 | | $50.00 | $150.00 | $52.00 | 98.00 | 5,203.55 | 5,278.00 | | $730.00 | $74.45 | FALSE |
| 86 | 232-mar05 | 01/31/05 | Home Funds Direct | American Pioneer | NY | 05-305 | 412288701 | $395,000.00 | $377,463.73 | $15,800.00 | $150.00 | | | | $550.00 | $550.00 | | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $1,728.05 | $1,728.05 | $0.00 | | $50.00 | $150.00 | $92.00 | 58.00 | 17,536.27 | 17,749.00 | | $1,975.00 | $212.73 | FALSE |
| 87 | 093-mar05 | 03/12/05 | Home Funds Direct | American Pioneer Title Insurance Co. | GA | 05-1277 | 502073708 | $77,400.00 | $73,870.20 | $2,709.00 | | | | | | | | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $217.20 | $217.20 | $0.00 | | $50.00 | $120.00 | $59.00 | 61.00 | 3,529.80 | 3,811.00 | | $387.00 | $281.20 | FALSE |
| 88 | 319-jan05 | 01/26/05 | Home Funds Direct | American Pioneer | GA | 05-643 | 501179696 | $391,000.00 | $377,581.12 | $11,740.00 | | | | | $450.00 | $250.00 | $300.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $881.10 | $881.10 | $0.00 | | $50.00 | $120.00 | $58.10 | 61.90 | 13,418.88 | 13,842.90 | | $1,955.00 | $424.02 | FALSE |
| 89 | 387-mar05 | 03/31/05 | Home Funds Direct | Commonwealth Land Title Insurance Company | GA | 05-2896 | 050286108 | $88,500.00 | $84,720.56 | $2,212.50 | | | | | $197.00 | $197.00 | $104.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $243.60 | $243.60 | $0.00 | | $50.00 | $58.00 | | 62.00 | 3,779.44 | 3,813.50 | | $442.50 | $34.06 | FALSE |
| 90 | 69-feb05 | 02/10/05 | Home Funds Direct | American Pioneer | GA | 05-434 | 501100283 | $113,000.00 | $108,410.89 | $3,390.00 | | | | | $238.97 | | | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $297.30 | $297.30 | $0.00 | | $50.00 | $120.00 | $58.00 | 62.00 | 4,589.11 | 4,731.97 | | $565.00 | $142.86 | FALSE |
| 91 | 201-jan05 | 01/25/05 | Home Funds Direct | American Pioneer | NH | 05-180 | 412236854 | $125,250.00 | $121,126.74 | $2,191.88 | $150.00 | | | | $500.00 | $500.00 | $500.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $302.40 | $302.40 | $0.00 | | $50.00 | $150.00 | $88.00 | 62.00 | 4,123.26 | 4,144.88 | | $626.25 | $21.62 | FALSE |
| 92 | 218-feb05 | 02/23/05 | Home Funds Direct | American Pioneer | GA | 05-1720 | 502029289 | $146,250.00 | $142,737.92 | $2,925.00 | $300.00 | | | | | | | $9.50 | $66.00 | $36.58 | $475.00 | $200.00 | $250.00 | $180.24 | $368.70 | $0.00 | | $50.00 | $120.00 | $58.00 | 62.00 | 3,512.08 | 3,994.82 | | $731.25 | $482.74 | FALSE |
| 93 | 288-jan05 | 01/26/05 | Home Funds Direct | American Pioneer | NY | 05-482 | 501056458 | $255,000.00 | $245,250.48 | $7,344.00 | | | | | $700.00 | $700.00 | $600.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $1,218.45 | $1,218.45 | $0.00 | | $50.00 | $205.00 | $142.00 | 63.00 | 9,749.52 | 10,248.00 | | $1,275.00 | $498.48 | FALSE |

**Hall-Frazier Record - 001845**

SUMMARY OF CLOSING CHARGES

| Control Number | Settlement Date | Lender | Title Insurance Company (1108) | State | Order / File # | Loan # | Loan Amount | Disclosed Amount Financed | (801) Origination Fee | (802) Loan Discount | (803) Appraisal Fee | (806) Mtg Ins Application Fee | Appraisal Review Fee | (808) Processing Fee | (809) Underwriting or Funding Fee | (810) Document Preparation or Administrative Fee | (811) Zone Determination Fee | (812) Tax Service Fee | (901) Prepaid Interest | (1102) Settlement or Closing Fee | (1103) Abstract or Title Search | (1108) Title Examination | (1120) Title Insurance | Actual Title Insurance Amount | Difference Between Title Ins. And Actual Title Ins Amount | (1111) Endorsements Title Service Fee | (1201) Recording Fees & Service Fees | Actual Recording Fees | Difference Between Charged & Actual | Disclosed Prepaid Finance Charge | Actual Prepaid Finance Charge | revised estimated HOEPA calculation | .5% of loan | Under Disclosure | Rescindable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 302-jan05 | 01/24/05 | Home Funds Direct | American Pioneer | GA | 05-553 | 501124766 | $133,550.00 | $128,842.46 | $3,205.20 | | $300.00 | | | $245.00 | $400.00 | $200.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $341.40 | $341.40 | $0.00 | $50.00 | $120.00 | 57.00 | 63.00 | 4,707.54 | 5,154.20 | | $667.75 | $446.66 | FALSE |
| 083-jan05 | 01/10/05 | Home Funds Direct | American Pioneer Title Insurance | CT | 04-13199 | 410281171 | $148,500.00 | $140,069.54 | $5,940.00 | | | $150.00 | | $900.00 | $550.00 | | $9.50 | $66.00 | $489.96 | $275.00 | $200.00 | $250.00 | $539.25 | $539.25 | $0.00 | $50.00 | $150.00 | 83.00 | 67.00 | 8,430.46 | 8,937.96 | | $742.50 | $507.50 | FALSE |
| 099-mar05 | 03/14/05 | Home Funds Direct | American Pioneer Title Insurance Co. | GA | 05-1223 | 502017436 | $95,000.00 | $91,203.30 | $3,230.00 | | | | | | | $200.00 | $9.50 | $66.00 | | $475.00 | $250.00 | | $258.00 | $258.00 | $0.00 | $50.00 | $120.00 | $53.00 | 67.00 | 3,796.70 | 4,338.00 | | $475.00 | $541.30 | TRUE |
| 187-jan05 | 01/21/05 | Home Funds Direct | American Pioneer | RI | 05-113 | 412290208 | $205,500.00 | $193,511.79 | $5,651.25 | | 1,100.00 | $250.00 | | $1,100.00 | $2,200.00 | $1,100.00 | $9.50 | $66.00 | $236.46 | $275.00 | $200.00 | $250.00 | $493.00 | $493.00 | $0.00 | $50.00 | $150.00 | 80.00 | 70.00 | 11,988.21 | 12,548.71 | | $1,027.50 | $560.50 | FALSE |
| 211-feb05 | 02/23/05 | Home Funds Direct | American Pioneer | GA | 05-1588 | 502074613 | $115,500.00 | $111,020.70 | $2,252.25 | | | | | $900.00 | $500.00 | | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $303.60 | $303.60 | $0.00 | $50.00 | $120.00 | $50.00 | 70.00 | 4,479.30 | 4,913.25 | | $577.50 | $433.95 | FALSE |
| 146-feb05 | 02/17/05 | Home Funds Direct | American Pioneer | MO | 05-1344 | 502030553 | $127,800.00 | $121,066.94 | $4,473.00 | | | | | $875.00 | $875.00 | | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $328.60 | $328.60 | $0.00 | $50.00 | $150.00 | $78.00 | 72.00 | 6,731.06 | 7,136.00 | | $639.00 | $404.94 | FALSE |
| 204-jan05 | 01/13/05 | Home Funds Direct | American Pioneer | GA | 05-190 | 412312660 | $204,000.00 | $195,926.79 | $5,916.00 | | $300.00 | | | $500.00 | $200.00 | $300.00 | $9.50 | $66.00 | $606.71 | $475.00 | $200.00 | $250.00 | $488.40 | $488.40 | $0.00 | $50.00 | $120.00 | 48.00 | 72.00 | 8,073.21 | 8,635.71 | | $1,020.00 | $562.50 | FALSE |
| 129-mar05 | 03/16/05 | Home Funds Direct | Ticor Title Insurance | FL | 05-2143 | 0502086187 | $89,000.00 | $83,058.51 | $2,759.00 | | $300.00 | | | $1,150.00 | $1,250.00 | $200.00 | $9.50 | $66.00 | $231.99 | $275.00 | $200.00 | $250.00 | $511.75 | $511.75 | $0.00 | | $220.00 | $146.00 | 74.00 | 5,941.49 | 6,505.99 | 0.086 | $445.00 | $564.50 | TRUE |
| 059-jan05 | 01/10/05 | Home Funds Direct | American Pioneer | FL | 04-13026 | 412066399 | $305,000.00 | $285,365.40 | $15,250.00 | | | | | $1,250.00 | $1,250.00 | $500.00 | $9.50 | $66.00 | $1,034.10 | $275.00 | $200.00 | $250.00 | $1,600.00 | $1,600.00 | $0.00 | | $220.00 | 146.00 | 74.00 | 19,634.90 | 20,199.10 | | $1,525.00 | $564.50 | FALSE |
| 186-feb05 | 02/22/05 | Home Funds Direct | American Pioneer | GA | 05-422 | 501124549 | $94,500.00 | $90,969.50 | $2,033.64 | | | | | $600.00 | $600.00 | $200.00 | $9.50 | $66.00 | $21.36 | $0.00 | $725.00 | | $258.00 | $258.00 | $0.00 | $50.00 | $120.00 | $46.00 | 74.00 | 3,530.50 | 4,570.00 | | $472.50 | $1,039.50 | TRUE |
| 147-feb05 | 02/17/05 | Home Funds Direct | American Pioneer | GA | 05-1291 | 502018033 | $127,000.00 | $122,228.46 | $3,048.00 | | $100.00 | | | $500.00 | $500.00 | | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $326.70 | $326.70 | $0.00 | $50.00 | $120.00 | $46.00 | 74.00 | 4,771.54 | 5,163.00 | | $635.00 | $391.46 | FALSE |
| 257-jan05 | 01/21/05 | Home Funds Direct | American Pioneer | GA | 05-392 | 501100529 | $143,000.00 | $137,502.95 | $3,575.00 | | | | | $373.92 | $373.92 | $373.91 | $9.50 | $63.00 | | $475.00 | $200.00 | $250.00 | $360.30 | $360.30 | $0.00 | $50.00 | $120.00 | 46.00 | 74.00 | 5,497.05 | 5,808.75 | | $715.00 | $311.70 | FALSE |
| 312-jan05 | 01/25/05 | Home Funds Direct | American Pioneer | GA | 05-602 | 501179564 | $134,900.00 | $131,018.52 | $3,102.70 | | | | | $200.00 | $500.00 | $500.00 | $9.50 | $66.00 | $24.28 | $475.00 | $200.00 | $250.00 | $343.50 | $343.50 | $0.00 | $50.00 | $120.00 | 46.00 | 74.00 | 4,881.48 | 5,441.98 | | $674.50 | $560.50 | FALSE |
| 239-jan05 | 01/18/05 | Home Funds Direct | American Pioneer | GA | 05-314 | 501043410 | $157,600.00 | $152,137.74 | $3,152.00 | | $350.00 | | | $500.00 | $500.00 | | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $391.80 | $391.80 | $0.00 | $50.00 | $120.00 | 46.00 | 74.00 | 5,462.26 | 5,767.00 | | $788.00 | $304.74 | FALSE |
| 120-jan05 | 01/14/05 | Home Funds Direct | American Pioneer | GA | 04-13401 | 412134402 | $131,750.00 | $127,839.52 | $2,898.50 | | | | | $500.00 | $500.00 | | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $337.20 | $337.20 | $0.00 | $50.00 | $120.00 | 46.00 | 74.00 | 3,910.48 | 4,013.50 | | $658.75 | $103.02 | FALSE |
| 179-feb05 | 02/19/05 | Home Funds Direct | American Pioneer | GA | 05-1329 | 412313808 | $120,150.00 | $117,972.58 | $1,201.50 | | $100.00 | | | $50.00 | $250.00 | $8.00 | $15.00 | $66.00 | | $475.00 | $200.00 | $250.00 | $314.10 | $314.10 | $0.00 | $50.00 | $120.00 | 46.00 | 74.00 | 2,177.42 | 2,624.50 | | $600.75 | $447.08 | FALSE |
| 143-jan05 | 01/21/05 | Home Funds Direct | American Pioneer | NH | 04-13487 | 412214942 | $134,000.00 | $126,588.20 | $6,360.00 | | | $150.00 | | $900.00 | $500.00 | $145.80 | $15.00 | $66.00 | | $275.00 | $200.00 | $250.00 | $321.60 | $321.60 | $0.00 | $50.00 | $120.00 | 72.00 | 78.00 | 7,411.80 | 7,974.80 | | $670.00 | $563.00 | FALSE |
| 198-mar05 | 03/22/05 | Home Funds Direct | Ticor Title Insurance | GA | 05-2186 | 0502289862 | $124,250.00 | $119,608.61 | $3,106.25 | | $350.00 | | | $324.50 | $324.50 | $225.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $322.50 | $322.50 | $0.00 | $50.00 | $120.00 | $42.00 | 78.00 | 4,641.39 | 5,099.25 | | $621.25 | $457.86 | FALSE |
| 280-mar05 | 03/25/05 | Home Funds Direct | Ticor Title Insurance | GA | 05-2790 | 0503172997 | $152,575.00 | $146,837.97 | $5,390.47 | | $250.00 | | | | | | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $381.30 | $381.30 | $0.00 | $50.00 | $120.00 | $40.00 | 80.00 | 5,737.03 | 6,511.47 | | $762.88 | $774.44 | TRUE |
| 225-jan05 | 01/18/05 | Home Funds Direct | American Pioneer | GA | 05-272 | 412312730 | $106,300.00 | $102,252.50 | $2,126.00 | | $300.00 | | | $450.00 | $450.00 | $287.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $284.70 | $284.70 | $0.00 | $50.00 | $120.00 | $40.00 | 80.00 | 4,047.50 | 4,434.00 | | $531.50 | $386.50 | FALSE |
| 110-feb05 | 02/15/05 | Home Funds Direct | American Pioneer | GA | 05-1220 | 501156742 | $174,600.00 | $167,907.98 | $3,928.50 | | | | | $500.00 | $900.00 | | $9.50 | $66.00 | $293.00 | $475.00 | $200.00 | $250.00 | $427.50 | $427.50 | $0.00 | $50.00 | $120.00 | $40.00 | 80.00 | 6,692.02 | 6,892.52 | | $873.00 | $200.50 | FALSE |
| 268-jan05 | 01/19/05 | Home Funds Direct | American Pioneer | SC | 05-423 | 412134373 | $56,700.00 | $52,094.30 | $1,134.00 | | | | | $1,000.00 | $1,000.00 | $800.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $201.00 | $201.00 | $0.00 | $50.00 | $120.00 | 39.85 | 80.15 | 4,605.70 | 5,055.15 | 0.108 | $283.50 | $449.45 | TRUE |
| 227-jan05 | 01/24/05 | Home Funds Direct | American Pioneer | SC | 05-280 | 501067833 | $135,000.00 | $128,498.70 | $3,712.50 | | | | | $795.00 | $975.00 | $525.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $403.50 | $403.50 | $0.00 | $50.00 | $120.00 | 25.00 | 95.00 | 6,501.30 | 6,943.50 | | $675.00 | $442.20 | FALSE |

SUMMARY OF CLOSING CHARGES

| | A | B | C | D | F | G | H | I | J | K | L | M | P | Q | S | T | U | V | W | X | Y | Z | AA | AF | AG | AH | AK | AM | AN | AO | AP | AQ | AR | AS | AT | AU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Control Number | Settlement Date | Lender | Title Insurance Company (1108) | State | Order / File # | Loan # | Loan Amount | Disclosed Amount Financed | (801) Origination Fee | (802) Loan Discount | (803) Appraisal Fee | (806) Mtg Ins Application Fee | Appraisal Review Fee | (808) Processing Fee | (809) Underwriting or Funding Fee | (810) Document Preparation or Administrative Fee | (811) Zone Determination Fee | (812) Tax Service Fee | (901) Prepaid Interest | (1101) Settlement or Closing Fee | (1102) Abstract or Title Search | (1103) Title Examination | (1108) Title Insurance | Actual Title Insurance Amount | Difference Between Title Ins And Actual Title Ins Amount | (1111) Endorsements Title Service Fee | (1201) Recording Fees & Service Fees | Actual Recording Fees | Difference Between Charged & Actual | Disclosed Prepaid Finance Charge | Actual Prepaid Finance Charge | revised estimated HDEPA calculation | .5% of loan | Under Disclosure | Rescindable |
| 117 | 200-jan05 | 01/13/05 | Home Funds Direct | American Pioneer | ME | 05-179 | 412301722 | $212,000.00 | $204,110.44 | $4,770.00 | | | | | $650.00 | $650.00 | $650.00 | $9.50 | | $885.06 | $275.00 | $200.00 | $250.00 | $445.20 | $445.20 | $0.00 | $50.00 | $150.00 | 55.00 | 95.00 | 7,889.56 | 8,475.06 | $1,060.00 | $585.50 | | FALSE |
| 118 | 212-feb05 | 02/23/05 | Home Funds Direct | Commonwealth Land Title Insurance | VA | 05-1617 | 502018253 | $232,000.00 | $221,638.71 | $6,960.00 | | $350.00 | | | $1,400.00 | $1,400.00 | $200.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $728.16 | $728.16 | $0.00 | $50.00 | $175.00 | $46.00 | 129.00 | 10,361.29 | 10,830.00 | $1,160.00 | $568.71 | | FALSE |
| 119 | 6-feb05 | 02/02/05 | Home Funds Direct | American Pioneer | MA | 05-787 | 501109806 | $260,000.00 | $249,424.67 | $7,150.00 | | $150.00 | | | $225.00 | $900.00 | $500.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $698.50 | $698.50 | $0.00 | | $300.00 | $125.00 | 175.00 | 10,575.33 | 10,841.00 | $1,300.00 | $365.67 | | FALSE |
| 120 | 311-mar05 | 03/26/05 | Home Funds Direct | Ticor Title Insurance | CT | 05-2767 | 0503159462 | $150,000.00 | $142,767.45 | $5,250.00 | | $150.00 | | | | $990.00 | $550.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $545.75 | $545.75 | $0.00 | $50.00 | $150.00 | | | 7,232.55 | 7,541.00 | $750.00 | $308.45 | | FALSE |
| 121 | 003-mar05 | 03/01/05 | Home Funds Direct | American Pioneer Title Insurance | GA | 05-1560; 04-12730 | 412300723 | $412,250.00 | $401,045.84 | $8,245.00 | | $300.00 | | | $1,000.00 | $1,000.00 | $900.00 | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $927.30 | $927.30 | $0.00 | $50.00 | $120.00 | | | 11,204.16 | 12,186.00 | $2,061.25 | $981.84 | | FALSE |
| 122 | 276-mar05 | 03/25/05 | Home Funds Direct | American Pioneer | NY | 05-2683 | 0502155477 | $31,000.00 | $30,766.62 | $0.00 | | | | | | | | $9.50 | $66.00 | $20.38 | $137.50 | | $344.00 | $344.00 | $0.00 | $50.00 | $255.00 | | | 233.38 | 273.88 | $155.00 | $40.50 | | FALSE |
| 123 | 27-feb05 | 02/04/05 | Home Funds Direct | American Pioneer | NY | 05-293 | | $218,000.00 | $207,467.30 | $8,720.00 | | | | | $350.00 | $250.00 | | $9.50 | $66.00 | $812.20 | $275.00 | $200.00 | $250.00 | $1,083.77 | $1,084.00 | -$0.23 | $50.00 | $150.00 | $112.00 | 38.00 | 10,532.70 | 11,010.97 | $1,090.00 | $478.27 | | FALSE |
| 124 | 44-feb05 | 02/08/05 | Home Funds Direct | American Pioneer | GA | 05-1045 | 501043761 | $85,125.00 | $81,714.64 | $1,915.31 | | $325.00 | | | $630.00 | | | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $236.00 | $236.40 | -$0.40 | $50.00 | $120.00 | $46.00 | 74.00 | 3,410.36 | 3,659.91 | $425.63 | $249.55 | | FALSE |
| 125 | 127-feb05 | 02/16/05 | Home Funds Direct | American Pioneer | GA | 05-1125 | 501284186 | $137,500.00 | $132,187.09 | $3,437.50 | | | | | $600.00 | $514.00 | | $9.50 | $66.00 | | $475.00 | $200.00 | $250.00 | $349.80 | $349.80 | -$0.80 | $50.00 | $120.00 | $46.00 | 74.00 | 5,312.91 | 5,665.70 | $687.50 | $352.79 | | FALSE |
| 126 | 069-jan05 | 01/06/05 | Home Funds Direct | American Pioneer | TN | 04-13123 | 412301477 | $192,000.00 | $184,126.21 | $6,501.12 | | | | | | | | $9.50 | $66.00 | $772.17 | $475.00 | $200.00 | $250.00 | $463.20 | $493.20 | -$30.00 | $50.00 | $120.00 | 46.00 | 74.00 | 7,873.79 | 8,358.29 | $960.00 | $484.50 | | FALSE |
| 127 | 176-feb05 | 02/19/05 | Home Funds Direct | American Pioneer | VA | 05-1499 | 502030723 | $109,600.00 | $105,301.42 | $1,781.00 | | | | | $650.00 | $800.00 | $215.00 | $9.50 | $66.00 | | $475.00 | $200.00 | | $215.00 | $314.00 | -$99.00 | $50.00 | $120.00 | $111.00 | 9.00 | 4,298.58 | 4,597.00 | $548.00 | $298.42 | | FALSE |
| 128 | 240-jan05 | 01/24/05 | Home Funds Direct | American Pioneer | NY | 05-319 | 501067116 | $133,500.00 | $127,056.50 | $4,005.00 | | | | | $825.00 | $640.00 | $475.00 | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $544.61 | $778.01 | -$233.40 | $50.00 | $175.00 | $52.00 | 123.00 | 6,443.50 | 6,675.60 | $667.50 | $232.10 | | FALSE |
| 129 | 020-mar05 | 03/04/05 | Accredited Home Lenders, Inc. | American Pioneer Title Insurance Co. | NH | 05-1597 | 503010872 | $185,300.00 | $176,533.69 | $5,399.00 | | | | | $990.00 | $923.50 | | $9.50 | $66.00 | $1,103.30 | $275.00 | $200.00 | $250.00 | $448.80 | | | $50.00 | $175.00 | | | 8,766.31 | 9,256.80 | $926.50 | $490.49 | | FALSE |
| 130 | 012-mar05 | 03/03/05 | Accredited Home Lenders, Inc. | Commonwealth Land Title Insurance Company | TN | 05-1880 | 502222443 | $144,000.00 | $139,061.43 | $4,320.00 | | | | | $523.50 | | | $9.50 | $66.00 | | $275.00 | $200.00 | $775.00 | | | | $50.00 | $130.00 | | | 4,938.57 | 5,684.50 | $720.00 | $745.93 | | TRUE |
| 131 | 214-mar05 | 03/23/05 | Accredited Home Lenders, Inc. | American Pioneer Title Insurance Co. | LA | 05-1606 | | $221,400.00 | $215,337.44 | $3,595.00 | | $150.00 | | | $990.00 | $923.50 | | $9.50 | $66.00 | | $275.00 | $200.00 | $250.00 | $400.50 | | | $50.00 | $270.00 | | | 6,062.56 | 6,349.50 | $1,107.00 | $286.94 | | FALSE |

Hall-Frazier
Record - 001847

3-jan05

**A.**                                    **SETTLEMENT STATEMENT**

| B. Type of Loan | | |
|---|---|---|
| 1. [ ] FHA   2. [ ] FmHA   3. [ ] Conv. Unins. <br> 4. [ ] VA   5. [ ] Conv. Ins. | 6. File Number <br> 04-11003 | 7. Loan Number <br> 0501062202 | 8. Mortgage Ins. Case #: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Scott A. Ward 207 Main Street Unadilla, NY 13849
Daphne M. Ward ,

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 1300 Veterans Memorial Highway Suite 310 Hauppauge, NY 11788

**G. PROPERTY LOCATION (Brief Legal):**
207 Main Street Unadilla, NY  13849

| H. SETTLEMENT AGENT: <br> Swafford and Hays Settlement Services, Inc.  865-539-1450 Contact <br> Danny Moore | PLACE OF SETTLEMENT: <br> 9041 Executive Park Drive, Suite 400 Knoxville, TN  37923 |
|---|---|
| I. SETTLEMENT DATE: <br> 01/20/2005 | DISBURSEMENT DATE: <br> 01/25/2005 |

| J. SUMMARY OF BORROWER(S) TRANSACTION | | K. SUMMARY OF SELLER(S) TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 167,427.87 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 167,427.87 | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 173,700.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 173,700.00 | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 167,427.87 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 173,700.00 | 602. Less reductions in amt. due Seller (line 520) | |
| **303. Cash [ ][From [X]To Borrower** | 6,272.13 | **603. Cash [X]To [ ]From  Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT. The information contained in Blocks E, G, H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

## L.     SETTLEMENT CHARGES

| | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | | |
| 701. Listing Realtor Commission | | | |
| 702. Selling Realtor Commission | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee  To: Home Funds Direct | | 4,776.75 | |
| 802. Loan Discount | | | |
| 803. Appraisal Fee POC $300.00 | | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. Underwriting fee  To: Home Funds Direct | | 550.00 | |
| 809. Document Preparation Fee  To: Home Funds Direct | | 500.00 | |
| 810. Appraisal Review Fee  To: Home Funds Direct | | 150.00 | |
| 811. Funding Fee  To: Home Funds Direct | | 350.00 | |
| 812. Flood Certification Fee  To: Home Funds Direct | | 9.50 | |
| 813. Tax Service Fee  To: Home Funds Direct | | 66.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest from 01/25/2005 to 02/01/2005 @ 38.02/day To: Home Funds Direct | | 266.14 | |
| 902. Mortgage Insurance Premium for | | | |
| 903. Hazard Insurance Premium for | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard insurance 3 months @ 114.33 per month  To: Home Funds Direct | | 343.03 | |
| 1002. Mortgage insurance | | | |
| 1003. City property taxes 10 months @ 87.6 per month  To: Home Funds Direct | | 875.97 | |
| 1004. County property taxes 3 months @ 84.56 per month  To: Home Funds Direct | | 253.65 | |
| 1005. Annual assessments | | | |
| 1006. School Taxes 7 months @ 237.01 per month  To: Home Funds Direct | | 1,659.02 | |
| 1007. Flood Insurance 3 months @ 75.75 per month  To: Home Funds Direct | | 227.25 | |
| 1008. Aggregate Accounting Adjustment  To: Home Funds Direct | | -1,561.33 | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | | 275.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | | 250.00 | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's Fees | | | |
| (Includes above item numbers: ) | | | |
| 1108. Title Insurance  To: American Pioneer and Swafford & Hays | | 848.09 | |
| (Includes above item numbers: ) | | | |
| 1109. Lender's coverage  173,700.00@ 848.09 | | | |
| 1110. Owner's coverage @ 0.00 | | | |
| 1111. Endorsements | | | |
| 1112. | | | |
| 1113. Overnight Courier & Handling Fees | | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | | |
| 1201. Recording fees and Service fees  To: Clerk of the Court | | 150.00 | |
| 1202. City/county tax/stamps POC$ $434.25  To: Clerk of the Court | | 868.50 | |
| 1203. State tax/stamps | | | |
| 1204. | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey | | | |
| 1302. Pest inspection | | | |
| 1303. Payoff good through 02/10/05  To: NBT Bank | | 127,404.87 | |
| 1304. Payment  To: Chase | | 6,334.00 | |
| 1305. Payment  To: MBNA America Bank, NA | | 4,617.00 | |
| 1306. Payment  To: HSBC Bank USA, NA | | 9,829.17 | |
| 1307. 05 Town/County Taxes  To: Otsego County Tax Collector | | 1,024.84 | |
| 1308. Payment  To: Citi | | 7,160.42 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | 167,427.87 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S)                                                          SELLER(S)

_Scott A. Ward_

_Daphne M. Ward_

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_Jane Carello_                                      01/24/05

Date Printed  Tuesday, March 28, 2006  10:30:16 AM

## Disbursement Sheet

| Order #: 04-11003 | Settlement Date: 01/20/2005 | Disbursement Date: 01/25/2005 |
|---|---|---|

| | | |
|---|---|---|
| Buyer: | Scott A. Ward and Daphne M. Ward, husband and wife, as tenants by the entirety | Money Out  $165,668.27 |
| Seller: | | Money In   $165,668.27 |
| Property: | 207 Main Street Unadilla, NY 13849 | Difference:  $0.00 |
| Lender: | Home Funds Direct | |
| Loan #: | 0501067202 | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00013831 | 1/25/2005 10:15:03 AM | Swafford and Hays Settlement Services, Inc. | 1101 | | | |
| | | | 1103 | Settlement or closing fee | | $275.00 |
| | | | 1108 | Title examination | | $250.00 |
| | | | | Title Insurance | | $593.66 |
| | | | | | **Total:** | **$1,118.66** |
| 00013832 | 1/25/2005 10:15:03 AM | Swafford and Hays Settlement Services, Inc. | 1102 | | | |
| | | | | Abstract or title search | | $200.00 |
| | | | | | **Total:** | **$200.00** |
| 00013833 | 1/25/2005 10:15:03 AM | Swafford and Hays Settlement Services, Inc. | 1108 | | | |
| | | | | Title Insurance | | $254.43 |
| | | | | | **Total:** | **$254.43** |
| 00014233 | 1/27/2005 9:14:47 AM | Swafford and Hays Settlement Services, Inc. | 1201 | | | |
| | | | | Recording fees and Service fees: | | $59.00 |
| | | | | | **Total:** | **$59.00** |
| 00013834 | 1/25/2005 10:15:03 AM | Scott A. Ward and Daphne M. Ward | 303 | | | |
| | | | | Cash [ ]From [X]To Borrower | | $6,272.13 |
| | | | | | **Total:** | **$6,272.13** |
| 00025593 | 4/1/2005 9:03:22 AM | Scott A. Ward and Daphne M. Ward | 1307 | | | |
| | | | | 05 Town/County Taxes | | $1,024.84 |
| | | | | | **Total:** | **$1,024.84** |
| 00013835 | 1/25/2005 10:15:03 AM | NBT Bank | 1303 | | | |
| | | | | Payoff good through 02/10/05 | | $127,404.87 |
| | | | | | **Total:** | **$127,404.87** |
| 00013836 | 1/25/2005 10:15:03 AM | Chase | 1304 | | | |
| | | | | Payment | | $6,334.00 |
| | | | | | **Total:** | **$6,334.00** |
| 00013837 | 1/25/2005 10:15:03 AM | MBNA America Bank, NA | 1305 | | | |
| | | | | Payment | | $4,617.00 |
| | | | | | **Total:** | **$4,617.00** |
| 00013838 | 1/25/2005 10:15:03 AM | HSBC Bank USA, NA | 1306 | | | |
| | | | | Payment | | $9,829.17 |
| | | | | | **Total:** | **$9,829.17** |
| 00013839 | 1/25/2005 10:15:03 AM | Citi | 1308 | | | |
| | | | | Payment | | $7,160.42 |
| | | | | | **Total:** | **$7,160.42** |
| 00014234 | 1/27/2005 9:14:47 AM | OTSEGO COUNTY CLERK | 1202 | | | |
| | | | 89 | City/county tax/stamps: POCL $434.25 | | $868.50 |
| | | | | New Check - | | $434.25 |
| | | | | | **Total:** | **$1,302.75** |
| 00014235 | 1/27/2005 9:14:47 AM | OTSEGO COUNTY CLERK | 1201 | | | |
| | | | | Recording fees and Service fees: | | $91.00 |
| | | | | | **Total:** | **$91.00** |

### Money In

| Ref# | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 04-11003/Lender/1 | 01/25/2005 | Home Funds Direct | | | |
| | | | 202 | Principal amount of new loan(s) | $173,700.00 |
| | | | 801 | Loan Origination Fee | ($4,776.75) |
| | | | 808 | Underwriting fee | ($550.00) |
| | | | 809 | Document Preparation Fee | ($500.00) |
| | | | 810 | Appraisal Review Fee | ($150.00) |
| | | | 1008 | Aggregate Accounting Adjustment | $1,561.33 |
| | | | 1007 | Flood Insurance 3 months @ 75.75 per month | ($227.25) |
| | | | 1004 | County property taxes 3 months @ 84.56 per month | ($253.65) |
| | | | 1006 | School Taxes 7 months @ 237.01 per month | ($1,659.02) |
| | | | 1003 | City property taxes 10 months @ 87.6 per month | ($875.97) |
| | | | 1001 | Hazard insurance 3 months @ 114.33 per month | ($343.03) |
| | | | 901 | Interest from 01/25/2005 to 02/01/2005 @ 38.02/day | ($266.14) |
| | | | 813 | Tax Service Fee | ($66.00) |
| | | | 812 | Flood Certification Fee | ($9.50) |

| | | | | |
|---|---|---|---|---|
| 811 | Funding Fee | | | ($350.00) |
| 88 | New Receipt - | | | $434.25 |
| | | | **Total:** | **$165,668.27** |

**Hall-Frazier**
**Record - 001852**

## LEDGER CARD

Date Printed  Tuesday, March 28, 2006  10:50:05 AM

Order #: 04-11003
Buyer/Borrower : Scott A. Ward and Daphne M. Ward
Seller :
Lender Name : Home Funds Direct
Loan Number : 0501067202
Property Address : 207 Main Street, Unadilla, NY  13849

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/25/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 165,668.27 |
| *TOTAL DEPOSITS | | | | | **165,668.27** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/27/2005 | 00014233 | m.lay | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (59.00) |
| 01/27/2005 | 00014234 | m.lay | 02/28/2005 | OTSEGO COUNTY CLERK | (1,302.75) |
| 01/27/2005 | 00014235 | m.lay | 02/28/2005 | OTSEGO COUNTY CLERK | (91.00) |
| 01/25/2005 | 00013830v | m.lay | 01/31/2005 | Clerk of the Court | (1,452.75) |
| 01/25/2005 | 00013831 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (1,118.66) |
| 01/25/2005 | 00013832 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/25/2005 | 00013833 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (254.43) |
| 01/25/2005 | 00013834 | bj | 02/28/2005 | Scott A. Ward and Daphne M. Ward | (6,272.13) |
| 01/25/2005 | 00013835 | bj | 01/31/2005 | NBT Bank | (127,404.87) |
| 01/25/2005 | 00013836 | bj | 02/28/2005 | Chase | (6,334.00) |
| 01/25/2005 | 00013837 | bj | 01/31/2005 | MBNA America Bank, NA | (4,617.00) |
| 01/25/2005 | 00013838 | bj | 01/31/2005 | HSBC Bank USA, NA | (9,829.17) |
| 01/25/2005 | 00013839 | bj | 02/28/2005 | Citi | (7,160.42) |
| 01/25/2005 | 00013840v | daynat | 04/30/2005 | Otsego County Tax Collector | (1,024.84) |
| 04/01/2005 | 00025593 | daynat | 04/30/2005 | Scott A. Ward and Daphne M. Ward | (1,024.84) |
| *TOTAL CHECKS | | | | | **(168,145.86)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/25/2005 | 00013830 | m.lay | 01/31/2005 | Clerk of the Court | 1,452.75 |
| 01/25/2005 | 00013840 | daynat | 04/30/2005 | Otsego County Tax Collector | 1,024.84 |
| *TOTAL VOIDS | | | | | **2,477.59** |

| **TOTALS FOR: tn2 | 0.00 |
|---|---|

| ***POSTED TOTAL | 0.00 |
|---|---|

## PENDING ESCROWS

| ****TOTAL(POSTED + PENDING) | 0.00 |
|---|---|

**Hall-Frazier**
**Record - 001853**

# New York Title Insurance Rate Calculator

## Title Insurance Rate Service Association Rate Manual (11/05/2001) - Old Rates

|  | Sale Price | Mortgage Amount | Previous Mortgage Amount |  |
|---|---|---|---|---|
|  |  | 173700 |  |  |
|  | Owner's | Mortgage | Simultaneous Issue | Refinance |
| Otsego | 356.00 | 848.00 | 995.00 | 699.00 |
| Zone 2 | 402.00 | 924.00 | 1085.00 | 752.00 |
|  | Calculate |  | Reset |  |

This page has been accessed  times since January 1, 2000

Copyright 1998 - 2007 by John Granger, All Rights Reserved
Page written November 23, 1998, Last update January 4, 2007
Add the New York Title Insurance Rate Calculator to your Web Site

**Search Public Records with WebInvestigator.org**

 Return to the New York Title Insurance Web Site

Hall-Frazier
Record - 001854

31-jan05

US Department of Housing and Urban Development

OMB No. 2502-026

## SETTLEMENT STATEMENT (Transactions Without Sellers)

| File Number: 04-12565 | Loan Number: 0412022463 | Mortgage Ins. Case # |
|---|---|---|

**NAME AND ADDRESS OF BORROWER/BUYER:**
Steven W. Hodges 8416 Cessna Drive New Port Richey, FL 34654
Gail A. Hodges

**NAME AND ADDRESS OF LENDER:**
Home Funds Direct 1130 Northchase Parkway Suite 200 Marietta, GA 30067-6420

**PROPERTY LOCATION (Brief Legal):**
8416 Cessna Drive New Port Richey, FL 34654

| SETTLEMENT AGENT: | PLACE OF SETTLEMENT: |
|---|---|
| Swafford and Hays Settlement Services, Inc. 865-539-1450 Contact: Donna Moore | 9041 Executive Park Drive, Suite 400 Knoxville, TN 37923 |

| SETTLEMENT DATE: 01/20/2005 | DISBURSEMENT DATE: 01/25/2005 |
|---|---|

| L. SETTLEMENT CHARGES | | M. DISBURSEMENT TO OTHERS | |
|---|---|---|---|
| **800. Items Payable In Connection With Loan** | | 1501. Payoff good through 02/04/05 | |
| 801. Loan Origination Fee   To: Home Funds Direct | 12,600.00 | To: Chase Manhattan | 437,262.07 |
| 802. Loan Discount | | 1502. Payoff good through 02/11/05 | |
| 803. Appraisal Fee POC $350.00 To: United Appraisals, Inc.   T | 125.00 | To: Bank of America | 92,613.58 |
| 804. Credit Report | | 1503. 04 Taxes good through 02/28/05 | |
| 805. Lender's Inspection Fee | | To: Pasco County Tax Collector | 6,275.33 |
| 806. Mortgage Insurance Application Fee | | 1504. | |
| 807. Assumption Fee | | | |
| 808. Processing Fee   To: Home Funds Direct | 875.00 | 1505. | |
| 809. Underwriting fee   To: Home Funds Direct | 690.00 | | |
| 810. Document Preparation Fee   To: Home Funds Direct | 684.00 | 1506. | |
| 811. Zone Determination Fee   To: Home Funds Direct | 9.50 | | |
| 812. Tax Service Fee   To: Home Funds Direct | 66.00 | 1507. | |
| **900. Items Required By Lender To Be Paid In Advance** | | 1508. | |
| 901. Interest from   To: Home Funds Direct | 965.37 | | |
| 902. Mortgage Insurance Premium for | | 1509. | |
| 903. Hazard Insurance Premium for   To: Nationwide Insurance | 1,695.00 | | |
| 904. | | 1510. | |
| 905. | | | |
| **1000. Reserves Deposited With Lender** | | 1511. | |
| 1001. Hazard insurance   To: Home Funds Direct | 2,280.68 | | |
| 1002. Mortgage insurance | | 1512. | |
| 1003. City property taxes | | | |
| 1004. County property taxes   To: Home Funds Direct | 1,553.01 | 1513. | |
| 1005. Annual assessments | | | |
| 1006. | | 1514. | |
| 1007. | | | |
| 1008. Aggregate Accounting Adjustment   To: Home Funds Dir | -1,425.58 | 1515. | |
| **1100. Title Charges** | | | |
| 1101. Settlement or closing fee   To: Swafford and Hays Settle | 475.00 | | |
| 1102. Abstract or title search   To: Swafford and Hays Settleme | 200.00 | 1520. TOTAL DISBURSED (enter on line 1603) | |
| 1103. Title examination   To: Swafford and Hays Settlement Se | 250.00 | | 536,150.98 |
| 1104. Title insurance binder | | N. Net Settlement | |
| 1105. Document preparation | | | |
| 1106. Notary Fees | | 1600. Loan Amount | 630,000.00 |
| 1107. Attorney's Fees | | | |
| (Includes above item numbers:   ) | | 1601. Plus Check/Cash from Borrower | |
| 1108. Title Insurance   To: American Pioneer Title Insurance Co | 1,383.00 | | |
| (Includes above item numbers:   ) | | 1602. Minus total settlement charges | 26,111.98 |
| 1109. Lender's coverage $630,000.00 @ $1,383.00 | | (Line 1400) | |
| 1110. Owner's coverage  @ 0.00 | | 1603. Minus total Disbursements to | 536,150.98 |
| 1111. Endorsements   To: Swafford and Hays Settlement Servic | 50.00 | Others (line 1520) | |
| 1112. | | 1604. Equals disbursements to borrower | 67,737.04 |
| 1113. Overnight Courier & Handling Fees | | | |
| **1200. Govt. Recording, Transfer, and Service Fees** | | | |
| 1201. Recording fees and Service fees:   To: Clerk of the Court | 220.00 | | |
| 1202. City/county tax/stamps:   Mortgage $1,260.00   To: Clerk | 1,260.00 | | |
| 1203. State tax/stamps:   Deed $0.00 Mortgage $2,205.00   To: | 2,205.00 | | |
| 1204. | | | |
| 1205. | | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Survey | | | |
| 1302. Pest inspection | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| **1400. Total settlement charges (enter on line 1602)** | 26,111.98 | | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

X _____   X _____   X _____
Swafford and Hays Settlement Services, Inc.   Steven W. Hodges   Gail A. Hodges

## Disbursement Sheet

Date Printed: Tuesday, March 25, 2008 at 12:01 AM

| Order #: 04-12565 | Settlement Date: 01/20/2005 | Disbursement Date: 01/25/2005 |
|---|---|---|

| | Steven W. Hodges and Gail A. Hodges, husband | | |
|---|---|---|---|
| Buyer: | and wife | Money Out: | $612,386.02 |
| Seller: | | Money In: | $612,386.02 |
| Property: | 8416 Cessna Drive New Port Richey, FL 34654 | Difference: | $0.00 |
| Lender: | Home Funds Direct | | |
| Loan #: | 041202240-3 | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00023373 | 1/25/2005 1:53:21 PM | Swafford and Hays Settlement Services, Inc. | 1101 | | | $475.00 |
| | | | 1103 | Settlement or closing fee | | $250.00 |
| | | | 1111 | Title examination | | $50.00 |
| | | | 1108 | Endorsements | | $968.10 |
| | | | | Title Insurance | Total: | $1,743.10 |
| 00023374 | 1/25/2005 1:53:21 PM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | Total: | $200.00 |
| 00023375 | 1/25/2005 1:53:21 PM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $414.90 |
| | | | | | Total: | $414.90 |
| 00023530 | 1/27/2005 10:29:42 AM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees; and Service fees: | | $48.50 |
| | | | | | Total: | $48.50 |
| 00023376 | 1/25/2005 1:53:21 PM | Steven W. Hodges and Gail A. Hodges | 303 | Cash [ ]From [X]To  Borrower | | $68,372.04 |
| | | | | | Total: | $68,372.04 |
| 00023377 | 1/25/2005 1:53:21 PM | J.D. Wallace & Associates, Inc. | 803 | Appraisal Fee POC $350.00 To: United Appraisals, Inc. | | $125.00 |
| | | | | | Total: | $125.00 |
| 00023378 | 1/25/2005 1:53:21 PM | Nationwide Insurance | 903 | Hazard Insurance Premium for | | $1,695.00 |
| | | | | | Total: | $1,695.00 |
| 00023379 | 1/25/2005 1:53:21 PM | Chase Manhattan | 1501 | Payoff good through 02/04/05 | | $437,262.07 |
| | | | | | Total: | $437,262.07 |
| 00023380 | 1/25/2005 1:53:21 PM | Bank of America | 1502 | Payoff good through 02/11/05 | | $92,613.58 |
| | | | | | Total: | $92,613.58 |
| 00023381 | 1/25/2005 1:53:21 PM | Pasco County Tax Collector | 1503 | 04 Taxes good through 02/28/05 | | $6,275.33 |
| | | | | | Total: | $6,275.33 |
| 00023531 | 1/27/2005 10:29:42 AM | PASCO COUNTY CLERK OF THE CIRCUIT COURT | 1202 | City/county tax/stamps:    Mortgage $1,260.00 | | $1,260.00 |
| | | | | | Total: | $1,260.00 |
| 00023532 | 1/27/2005 10:29:42 AM | PASCO COUNTY CLERK OF THE CIRCUIT COURT | 1203 | State tax/stamps:    Deed $0.00 Mortgage $2,205.00 | | $2,205.00 |
| | | | | | Total: | $2,205.00 |
| 00023533 | 1/27/2005 10:29:42 AM | PASCO COUNTY CLERK OF THE CIRCUIT COURT | 1201 | Recording fees; and Service fees: | | $171.50 |
| | | | | | Total: | $171.50 |

### Money In

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 04-12565/Lender 1 | 01/26/2005 | Home Funds Direct | 801 | Loan Origination Fee | | ($12,600.00) |
| | | | 808 | Processing Fee | | ($875.00) |
| | | | 809 | Underwriting fee | | ($690.00) |
| | | | 901 | Interest from | | ($965.37) |
| | | | 1001 | Hazard insurance | | ($2,280.68) |
| | | | 1004 | County property taxes | | ($1,593.01) |
| | | | 1008 | Aggregate Accounting Adjustment | | $1,425.58 |
| | | | 1600 | Loan Amount | | $630,000.00 |
| | | | 811 | Zone Determination Fee | | ($9.50) |
| | | | 812 | Tax Service Fee | | ($66.00) |
| | | | | | Total: | $612,386.02 |

## LEDGER CARD

Date Printed: Tuesday, March 28, 2006  10:21:56 AM

Order #: 04-12565

Buyer/Borrower : Steven W. Hodges and Gail A. Hodges
Seller :
Lender Name : Home Funds Direct
Loan Number : 0412022463
Property Address : 8416 Cessna Drive, New Port Richey, FL  34654

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|---|---|---|---|---|---|---|
| fl | Bank of America - FL | 005489521503 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 01/26/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 612,386.02 |
| **\*TOTAL DEPOSITS** | | | | | **612,386.02** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 01/25/2005 | 00023372v | m.lay | 01/31/2005 | Clerk of the Court | (3,685.00) |
| 01/25/2005 | 00023373 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (1,743.10) |
| 01/25/2005 | 00023374 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/25/2005 | 00023375 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (414.90) |
| 01/25/2005 | 00023376 | bj | 01/31/2005 | Steven W. Hodges and Gail A. Hodges | (68,372.04) |
| 01/25/2005 | 00023377 | bj | 01/31/2005 | J.D. Wallace & Associates, Inc. | (125.00) |
| 01/25/2005 | 00023378 | bj | 01/31/2005 | Nationwide Insurance | (1,695.00) |
| 01/25/2005 | 00023379 | bj | 01/31/2005 | Chase Manhattan | (437,262.07) |
| 01/25/2005 | 00023380 | bj | 01/31/2005 | Bank of America | (92,613.58) |
| 01/25/2005 | 00023381 | bj | 02/28/2005 | Pasco County Tax Collector | (6,275.33) |
| 01/27/2005 | 00023530 | m.lay | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (48.50) |
| 01/27/2005 | 00023531 | m.lay | 02/28/2005 | PASCO COUNTY CLERK OF THE CIRCUIT COURT | (1,260.00) |
| 01/27/2005 | 00023532 | m.lay | 02/28/2005 | PASCO COUNTY CLERK OF THE CIRCUIT COURT | (2,205.00) |
| 01/27/2005 | 00023533 | m.lay | 02/28/2005 | PASCO COUNTY CLERK OF THE CIRCUIT COURT | (171.50) |
| **\*TOTAL CHECKS** | | | | | **(616,071.02)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 01/25/2005 | 00023372 | m.lay | 01/31/2005 | Clerk of the Court | 3,685.00 |
| **\*TOTAL VOIDS** | | | | | **3,685.00** |

| **\*\*TOTALS FOR: fl** | **0.00** |
|---|---|

**\*\*\*POSTED TOTAL**                                                            **0.00**

## PENDING ESCROWS

**\*\*\*\*TOTAL(POSTED + PENDING)**                                      **0.00**

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>STEVEN W. HODGES | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | Date: 01/20/2005    Loan #: 0412022463 |
| | Loan Type: Conventional |
| Borrower Address:<br>8416 CESSNA DRIVE<br>NEW PORT RICHEY, FL 34654 | |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.365 % | $ 1,250,373.05 | $ 613,684.13 | $ 1,864,057.18 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $4,618.33 | 03/01/2005 | | | |
| 335 | $5,217.93 | 03/01/2007 | | | |
| 1 | $5,210.71 | 02/01/2035 | | | |

**DEMAND FEATURE:** X This loan does not have a Demand Feature. ☐ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** X This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The current index rate is 2.900

**SECURITY:** You are giving a security interest in the property located at
8416 CESSNA DRIVE
NEW PORT RICHEY, FL 34654

**ASSUMPTION:** Someone buying this property X cannot assume the remaining balance due under original mortgage terms ☐ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms

**FILING / RECORDING FEES:** $270.00

**PROPERTY INSURANCE:** X Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ☐ is X is not available through the lender at an estimated cost of N/A for N/A year term

**LATE CHARGES:** If your payment is more than 10 days late, you will be charged a late charge of 6.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
☐ may    X will not    have to pay a penalty.
☐ may    X will not    be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Steven W. Hodges_ 20 Jan 05 | _Gail A. Hodges_ 20 Jan 05 |
|---|---|
| Borrower    Date<br>STEVEN W. HODGES | Borrower    Date<br>GAIL A. HODGES |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |

| MIN # 100176104120224635 | HODGES | Loan # 0412022463 |
|---|---|---|
| FXTENDED_HFD | Page 1 of 1 | Rev 12/04 |

FINAL

<u>GOOD FAITH ESTIMATE</u>

Loan Number: 0412022463
Sales Price: $0.00
Base Loan Amount: 630,000.00
Total Loan Amount: $2632,634.00
Type of Loan: Conventional 1st
DatePrepared: January 23, 2006
Rate: 7.990    Term: 360/360 mos

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates—the actual charges may be more or less. Your transaction may not involve a fee for every item listed.

The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A settlement statement which you will be receiving at settlement. The HUD-1 or HUD-1A settlement statement will show you the actual cost for items paid at settlement.

| HUD-1 or HUD-1A | DESCRIPTION OF CHARGES | Lender | OTHER |
|---|---|---|---|
| | Lender Credit to Borr. | $ | |
| | Origination Fee | $ 12,460.50 | |
| | Discount Fee | $ | |
| 803 | Appraisal Fee | $ | 950.00 |
| | Credit Report Fee | $ | |
| 808 | Final Inspection/442 Fee | $ | |
| | Admin/Tech Fee | $ | |
| | Yield Spread Premium (YSP) / Rebate to Broker(YSP) $    0.00 | | |
| | Processing Fee | $ 475.00 | |
| | Tax Service Fee | $ 690.00 | |
| | Flood Fee | $ 635.50 | |
| | Appl Review Fee | $ | |
| | Funding Fee | $ | |
| | Underwriting/Review Fee | $ | |
| 808 | Funding Fee | $ | |
| | Admin Fee | $ | |
| | Warehouse Fee | $ | |
| | Exempt Fee | $ | |
| | Lender Certificate of Loan Fee | $ 9.50 | |
| | Tax Service Fee | $ 66.00 | |
| | | $ | |
| | | $ | |
| | SUB-TOTALS | 14,875.50 | 950.00 |

| | | OTHER CHARGES | |
|---|---|---|---|
| 901 | Interest for 7 days    @ $ 137.91 per day | $ 965.37 | |
| 903 | Hazard Insurance Premium | $ | |
| 905 | Flood Insurance Premium | $ | |
| 1001 | Hazard Insurance 6 month(s) @ $285.08 | $ 2,280.68 | |
| | City Property Tax 0 months @    $0.00 | $ | |
| 1004 | County Property Tax 3 months(s) @ $517.66 | $ 1,553.01 | |
| | School Due 0 months(s) @    $0.00 | $ | |
| 1006 | Flood Insurance 0 months(s) @    $0.00 | $ | |
| | Aggr. Accts. Adjustment | $ -1,425.59 | |
| 1101 | Settlement / Closing Agent Fee | $ | 475.00 |
| | Abstract/Title Search Fee | $ | 200.00 |
| 1102 | Title Examination Fee | $ | 250.00 |
| | Title Insurance Binder | $ | |
| 1105 | Closing Agent/Attorney Doc Fee | $ | |
| | Notary Fee | $ | |
| | Demand Fee | $ | |
| | Title Insurance Premium | $ | 1,303.00 |
| 1112 | Closing/Attorney Courier Fee | $ | 220.00 |
| | Recording Fee - Deed/Mortgage | $ | 1,260.00 |
| | City/County Tax- Deed/Mortgage | $ | 2,205.00 |
| 1204 | State Tax - Deed/Mortgage | $ | 50.00 |
| 1204 | Misc Recording Fee | $ | |
| | Transfer Tax | $ | |
| | Survey Fee | $ | |
| | Pest Inspection | $ | |
| | | $ | |
| | | $ | |

Lenders CPL License #

| TOTAL ESTIMATED SETTLEMENT CHARGES | $ 25,241.99 |
|---|---|

(P) Indicates: The Lender will require a particular provider from a lender-controlled or approved list. The specific provider and actual cost will be indicated on HUD-1 or HUD-1A.

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender. If your application is to purchase residential real property and the Lender will take a first lien on the property. The undersigned acknowledges receipt of the booklet "Settlement Costs," and the Consumer Handbook on ARM Mortgages, if applicable.

(X) Use of a particular provider of service is required and the estimate is based on charges of the provider. Please see attached Addendum.

**THIS DOES NOT CONSTITUTE A LOAN COMMITMENT**

| Borrower STEVEN W. HODGES | Date | Borrower GAIL A. HODGES | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

MIN # 100176104120224635    HODGES    Loan # 0412022463
ARS GFE-1 GFE    Page 1 of 1

Hall-Frazier
Record - 001860

## COMMITMENT

State: **FL** County: **Pasco**

Order # **04-12565**

| Plant # | Commitment # | Effective Date & Time: | Reinsurance #: | Agent #: |
|---------|--------------|------------------------|----------------|----------|
| · | CM-1-1581-27590 | December 03, 2004 @ 8:00am | | 04-12565 |

## Schedule A

1. Policy or Policies to be issued:
   ALTA LOAN (10-17-92)
   Proposed Insured Loan:                                                     Amount

   **Fremont Investment and loan, ISAOA**                           **$630,000.00**

   2nd Proposed Insured Loan:                                              Amount


   ALTA OWNER'S (10-17-92)
   Proposed Insured Owners:                                              Amount

   **Steven W. Hodges and Gail A. Hodges, husband and
   wife**

2. The estate or interest in the land described or referred to in the Commitment and covered herein is:

   **Fee Simple**

   and is at the effective date hereof vested in:

   **Steven W. Hodges and Gail A. Hodges, husband and wife**

3. The land is described as follows:

   **8416 Cessna Drive, New Port Richey, FL  34654**

Issued By: **1581*04-12565**
**Swafford and Hays Settlement Services, Inc.**
9041 Executive Park Drive, Suite 400
Knoxville, TN 37923

_James W. Langford II_

Countersigned Authorized Signatory

NOTE:  This Commitment consists of insert pages labeled in Schedule A, Schedule B-Section 1, and Schedule B-Section 2. This commitment is of no force and effect unless all schedules are included, along with any Rider pages incorporated by reference in the  insert pages.

Underwriter:  American Pioneer Title Insurance Company

Return To:

**Home Funds Direct**
**Attn: Post Closing Dept.**
**16550 West Bernardo Dr. Bldg 1**
**San Diego, CA 92127-1870**

This document was prepared by:

**Home Funds Direct**
**15090 Avenue of Science**
**San Diego, CA 92128**

———————————— [Space Above This Line For Recording Data] ————————————

# MORTGAGE

MIN 100176104120224635

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated **January 20, 2005** , together with all Riders to this document.
**(B) "Borrower"** is STEVEN W. HODGES AND GAIL A. HODGES, HUSBAND AND WIFE

Borrower is the mortgagor under this Security Instrument.
**(C) "MERS"** is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the mortgagee under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
**(D) "Lender"** is **Home Funds Direct**

0412022463

FLORIDA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS        Form 3010  1/01

-6A(FL) (0005).02

Page 1 of 16        Initials

VMP MORTGAGE FORMS - (800)521-7291

STATE OF FLORIDA,                                        Pasco        County ss:
    The foregoing instrument was acknowledged before me this January 20, 2005    by
STEVEN W. HODGES, GAIL A. HODGES

who is personally known to me or who has produced FL DRIVERS LICCOSE as identification.


Diane Webb
Commission #DD236082
Expires: Aug 28, 2003
Bonded Thru
Atlantic Bonding Co., Inc

_____
Notary Public

0412022463
Form 3010   1/01

-6A(FL) (0005) 02                    Page 16 of 16

# ADJUSTABLE RATE RIDER

(LIBOR Six-Month Index (As Published In *The Wall Street Journal*) -Rate Caps)

THIS ADJUSTABLE RATE RIDER is made this **20th** day of **January , 2005** , and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") of the same date given by the undersigned ("Borrower") to secure Borrower's Adjustable Rate Note (the "Note") to **Home Funds Direct** ("Lender") of the same date and covering the property described in the Security Instrument and located at:

**8416 CESSNA DRIVE**
**NEW PORT RICHEY, FL 34654**
[Property Address]

THE NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN THE INTEREST RATE AND THE MONTHLY PAYMENT. THE NOTE LIMITS THE AMOUNT BORROWER'S INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE BORROWER MUST PAY.

**ADDITIONAL COVENANTS.** In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

## A.  INTEREST RATE AND MONTHLY PAYMENT CHANGES

The Note provides for an initial interest rate of **7.990**%. The Note provides for changes in the interest rate and the monthly payments, as follows:

## 4.  INTEREST RATE AND MONTHLY PAYMENT CHANGES

### (A) Change Dates

The interest rate I will pay may change on the **1st** day of **February, 2007** and on the **1st** day of every sixth month thereafter.  Each date on which my interest rate could change is called a "Change Date."

### (B) The Index

Beginning with the first Change Date, my interest rate will be based on an Index. The "Index" is the average of interbank offered rates for six month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the first business day of the month immediately preceding the month in which the Change Date occurs is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

Initials: _____

MIN #   100176104120224635                     HODGES                          Loan #   0412022463
ARMRIDR1.UFF                                  Page 1 of 3                        AHL modified FannieMae 3138 (1/01)

(C) Calculation of Changes

Before each Change Date, the Note Holder will calculate my new interest rate by adding **Six And Forty-nine Hundredth(s)** percentage points (**6.490%**) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

The Note Holder will then determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the Maturity Date at my new interest rate in substantially equal payments. The result of this calculation will be the new amount of my monthly payment.

(D) Limits on Interest Rate Changes

The interest rate I am required to pay at the first Change Date will not be greater than **9.490%** or less than **7.990%**. Thereafter, my interest rate will never be increased or decreased on any single Change Date by more than **One And One-half** percentage points ( **1.500%**) from the rate of interest I have been paying for the preceding six months. My interest rate will never be greater than **14.990%** or less than **7.990%**.

(E) Effective Date of Changes

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

(F) Notice of Changes

The Note Holder will deliver or mail to me a notice of any changes in my interest rate and the amount of my monthly payment before the effective date of any change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

## B.  TRANSFER OF THE PROPERTY OR A BENEFICIAL INTEREST IN BORROWER

Uniform Covenant 18 of the Security Instrument is amended to read as follows:

**Transfer of the Property or a Beneficial Interest in Borrower.** If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by applicable law.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

Initials: _____

MIN #  100176104120224635
ARMRIDR2.UFF

HODGES
Page 2 of 3

Loan #    0412022465
AHL modified FannieMae 3138 (1/01)

**Hall-Frazier**
**Record - 001865**

**BY SIGNING BELOW**, Borrower accepts and agrees to the terms and covenants contained in this Adjustable Rate Rider.

_____ (Seal)    _____ (Seal)
Borrower                          Date      Borrower                          Date
**STEVEN W. HODGES**                         **GAIL A. HODGES**

_____ (Seal)    _____ (Seal)
Borrower                          Date      Borrower                          Date

_____ (Seal)    _____ (Seal)
Borrower                          Date      Borrower                          Date

_____ (Seal)    _____ (Seal)
Borrower                          Date      Borrower                          Date

MIN # 100176104120224635          HODGES              Loan # 0412022463
ARMRIDR3.UFF                      Page 3 of 3          AHL modified FannieMae 3138 (1/01)

Hall-Frazier
Record - 001866

## LEGAL DESCRIPTION ADDENDUM

| | |
|---|---|
| **Borrower Name(s):**<br>STEVEN W. HODGES, GAIL A. HODGES | **Lender:**<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
| | **Loan #:** 0412022463 |
| **Property Address:**<br>8416 CESSNA DRIVE<br>NEW PORT RICHEY, FL 34654 | |

Legal Description:

**SEE ATTACHED LEGAL DESCRIPTION**

Initials:

MIN # 100176104120224635          HODGES                    Loan #  0412022463
AHL 65010L UFF                     Page 1 of 1

EXHIBIT A

Situated in New Port Richey, Pasco County, State of FL and being described as follows:

Lot 112 of the recorded plat of Hidden Lake Estates, Unit Three, lying in Section 30, Township 25 South, Range 17 East, Pasco County, Florida, being more particularly described as follows:  Commence at the Northeast corner of said Section 30; thence run along the East line of said Section 30, south 0 degrees 10'02" West, 2605.54 feet; thence North 76 degrees 26'50" West 310.48 feet; thence South 40 degrees 31'21" West 721.19 feet; thence South 10 degrees 17'59" West, 100.79 feet; thence North 83 degrees 22'48" West, 890.71 feet for a Point of Beginning; from said Point of Beginning run thence South 16 degrees 17'59" West, 200.0 feet; thence North 73 degrees 42'01" West, 80.0 feet to the P.C. of a 326.86 feet radius curve to the right; from said P.C. run thence Northwesterly along the arc of said curve a distance of 205.22 feet to a point on the arc of a curve, said 326.86 feet radius curve being subtended by a 201.87 feet chord having a bearing of North 55 degrees 42'48" West; run thence Northeasterly along the arc of a 550.0 feet radius curve to the left a distance of 166.07 feet to a P.R.C., said arc being subtended by a 165.44 feet chord having a bearing of North 45 degrees 12'10" East; from said P.R.C. run thence Northeasterly along the arc of a 275.0 feet radius curve to the right a distance of 207.57 feet, said arc being subtended by a 202.68 feet chord have a bearing of North 58 degrees 10'36" East; run thence South 3 degrees 26'50" East, 167.96 feet to the Point of Beginning.

The above legal description being the same as the last deed of record, no boundary survey having been made at the time of this conveyance.

Parcel #30 25 17 0030 00000 1120

BEING the same property conveyed to Steven W. Hodges and Gail A. Hodges, husband and wife, by deed from H. D. Williams and Patricia L. Williams, husband and wife, dated 08-28-96, recorded 09-03-96, in Book 3624, page 483, in the Public Records of Pasco County, FL

First Party Mailing Address:
8416 Cessna Drive, New Port Richey, FL  34654

Hall-Frazier
Record - 001868

37-jan05

(Printed on Jan 11, 2005 @ 16:20)  US Department of Housing and Urban Development  OMB No. 2502-0265
A.                                                    **SETTLEMENT STATEMENT**

| B. Type of Loan | | |
|---|---|---|
| 1 [ ] FHA  2 [ ] FmHA  3 [ ] Conv. Unins. | 6. File Number: 04-12647 | 7. Loan Number: 6365028-7893 |
| 4 [ ] VA  5 [ ] Conv. Ins. | | 8. Mortgage Ins. Case # |
| C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside the closing; they are shown here for informational purposes and are not included in the totals. | | |

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Helene M. Katz 714 Kings Croft Cherry Hill, NJ 08034

**E. NAME AND ADDRESS OF SELLER:**
Jeffrey J. Katz ,
Helene M. Katz ,

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 1300 Veterans Memorial Highway Suite 310 Hauppauge, NY 11788

**G. PROPERTY LOCATION (Brief Legal):**
714 Kings Croft Cherry Hill, NJ  08034

| H. SETTLEMENT AGENT: Swafford and Hays Settlement Services, Inc. 865-539-1450 Contact: Shaun Galford | PLACE OF SETTLEMENT: 9041 Executive Park Drive, Suite 400 Knoxville, TN 37923 |
|---|---|
| I. SETTLEMENT DATE: 01/11/2005 | DISBURSEMENT DATE: 01/18/2005 |

| J. SUMMARY OF BORROWER(S) TRANSACTION | | K. SUMMARY OF SELLER(S) TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 68,113.46 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 68,113.46 | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 125,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 125,000.00 | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 68,113.46 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 125,000.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ]From [X]To  Borrower** | 56,886.54 | **603. Cash [X]To [ ]From  Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E,G,H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

_Jeffrey J. Katz_                    _Helene M. Katz_

**Hall-Frazier**
**Record - 001870**

(Revised on Jan 11, 2003 @ 31:20)
US Department of Housing and Urban Development
OMB No. 2502-0265

**1.**

## SETTLEMENT CHARGES

| | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | | |
| 701. Listing Realtor Commission | | | |
| 702. Selling Realtor Commission | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee  To: Home Funds Direct | | 2,500.00 | |
| 802. Loan Discount | | | |
| 803. Appraisal Fee POC $425.00 Central State Appraisal Services, LLC | | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. Flood Cert/ Life of Loan Fee  To: Home Funds Direct | | 9.50 | |
| 809. Tax Service Fee  To: Home Funds Direct | | 66.00 | |
| 810. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest from 01/11/2005 to 02/01/2005 @ 27.39/day 01/18/2005 to 02/01/2005 @ 27.39/day To: Home Funds Direct | | 383.46 | |
| 902. Mortgage Insurance Premium for | | | |
| 903. Hazard Insurance Premium for | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard insurance | | | |
| 1002. Mortgage insurance | | | |
| 1003. City property taxes | | | |
| 1004. County property taxes 2 months @ 436.39 per month  To: Home Funds Direct | | 872.82 | |
| 1005. Annual assessments | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. Aggregate Accounting Adjustment  To: Home Funds Direct | | - .02 | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | | 275.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | | 150.00 | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's Fees | | | |
| (Includes above item numbers: ) | | | |
| 1108. Title Insurance  To: American Pioneer and Swafford & Hays | | 750.00 | |
| (Includes above item numbers: ) | | | |
| 1109. Lender's coverage $125,000.00 @ $750.00 | | | |
| 1110. Owner's coverage @ 0.00 | | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc. | | 50.00 | |
| 1112. | | | |
| 1113. Overnight Courier & Handling Fees | | | |
| **1200. GOV'T. RECORDING, TRANSFER, AND SERVICE FEES** | | | |
| 1201. Recording fees and Service fees  To: Clerk of the Court | | 270.00 | |
| 1202. City/county tax/stamps | | | |
| 1203. State tax/stamps | | | |
| 1204. NJ Quitclaim Deed Transfer Tax  To: Clerk of the Court | | 72.00 | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey | | | |
| 1302. Pest inspection | | | |
| 1303. Payment  To: Fleet CC | | 3,890.00 | |
| 1304. Payment  To: MBNA America Bank NA | | 3,426.00 | |
| 1305. Payment  To: MACYE/ GECCCC | | 872.00 | |
| 1306. Payment  To: Casual Corner MBGA | | 315.00 | |
| 1307. Payment  To: Strawbridges | | 299.00 | |
| 1308. Payment  To: WFNNB/ VCTR1A | | 59.00 | |
| 1309. Payoff good through 01/28/05  To: Countrywide Home Loans Servicing LP Loan #1471357-2 | | 52,344.52 | |
| 1310. 1st Quarter City Tax  To: Cherry Hill Township Tax Collector | | 1,309.18 | |
| 1311. | | | |
| 1312. | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | 68,113.46 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S):                                          SELLER(S):

_Helene M. Katz_                                     _Jeffrey J. Katz_

_Helene M. Katz_

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Hall-Frazier
Record - 001871

_____    _____
Swafford and Hays Settlement Services, Inc.                    Date

NOTE:  Taxes have been prorated based on taxes for the year.  Any re-proration will be handled between the buyer and seller.  All utility bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills.

WARNING:  It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine or imprisonment.  For details see:  Title 18 U.S. Code Section 1001 and Section 1010.

**Hall-Frazier Record - 001872**

copy Printed: Monday, March 2nd, 2009 12:12:39 PM

## Disbursement Sheet

| Order #: 04-12647 | Settlement Date: 01/13/2005 | | Disbursement Date: 01/18/2005 | |
|---|---|---|---|---|
| Buyer: | Helene M. Katz | | Money Out: | $121,168.24 |
| | Jeffrey J. Katz and Helene M. Katz, husband and | | Money In: | $121,168.24 |
| Seller: | wife | | Difference: | $0.00 |
| Property: | 714 Kings Croft Cherry Hill, NJ 08034 | | | |
| Lender: | Home Funds Direct | | | |
| Loan #: | 636/5028-7893 | | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00012693 | 1/18/2005 9:21:08 AM | Swafford and Hays Settlement Services, Inc. | 1101 | Settlement or closing fee | | $275.00 |
| | | | 1103 | Title examination | | $150.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title Insurance | | $525.00 |
| | | | | | **Total:** | **$1,000.00** |
| 00012694 | 1/18/2005 9:21:08 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | **Total:** | **$200.00** |
| 00012695 | 1/18/2005 9:21:08 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $225.00 |
| | | | | | **Total:** | **$225.00** |
| 00014145 | 1/26/2005 3:38:59 PM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees: and Service fees: | | $30.00 |
| | | | 1204 | NJ Quitclaim Deed Transfer Tax | | $10.00 |
| | | | | | **Total:** | **$40.00** |
| wire # 4732659 | 1/19/2005 11:25:31 AM | Helene M. Katz | 303 | Cash [ ]From [X]To Borrower | | $56,886.54 |
| | | | | | **Total:** | **$56,886.54** |
| 00012697 | 1/18/2005 9:21:08 AM | Fleet CC | 1303 | Payment | | $3,890.00 |
| | | | | | **Total:** | **$3,890.00** |
| 00012698 | 1/18/2005 9:21:08 AM | MBNA America Bank NA | 1304 | Payment | | $3,426.00 |
| | | | | | **Total:** | **$3,426.00** |
| 00012699 | 1/18/2005 9:21:08 AM | MACYE GECCCC | 1305 | Payment | | $872.00 |
| | | | | | **Total:** | **$872.00** |
| 00012700 | 1/18/2005 9:21:08 AM | Casual Corner MBGA | 1306 | Payment | | $315.00 |
| | | | | | **Total:** | **$315.00** |
| 00012701 | 1/18/2005 9:21:08 AM | Strawbridges | 1307 | Payment | | $299.00 |
| | | | | | **Total:** | **$299.00** |
| 00012702 | 1/18/2005 9:21:08 AM | WFNNB VCTRIA | 1308 | Payment | | $59.00 |
| | | | | | **Total:** | **$59.00** |
| 00012703 | 1/18/2005 9:21:08 AM | Countrywide Home Loans Servicing LP Loan #14713357-2 | 1309 | Payoff good through 01/28/05 | | $52,344.52 |
| | | | | | **Total:** | **$52,344.52** |
| 00012704 | 1/18/2005 9:21:08 AM | Cherry Hill Township Tax Collector | 1310 | 1st Quarter City Tax | | $1,309.18 |
| | | | | | **Total:** | **$1,309.18** |
| 00014146 | 1/26/2005 3:38:59 PM | CAMDEN COUNTY CLERK | 1201 | Recording fees: and Service fees: | | $240.00 |
| | | | | | **Total:** | **$240.00** |
| 00014147 | 1/26/2005 3:38:59 PM | CAMDEN COUNTY CLERK | 1204 | NJ Quitclaim Deed Transfer Tax | | $60.00 |
| | | | | | **Total:** | **$60.00** |
| 00014148 | 1/26/2005 3:38:59 PM | CAMDEN COUNTY CLERK | 1204 | NJ Quitclaim Deed Transfer Tax | | $2.00 |
| | | | | | **Total:** | **$2.00** |

### Money In

| Ref# | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 04-12647/Lender/1 | 01/18/2005 | Home Funds Direct | | | |
| | | | 202 | Principal amount of new loan(s) | $125,000.00 |
| | | | 801 | Loan Origination Fee | ($2,500.00) |
| | | | 808 | Flood Cert. Life of Loan Fee | ($9.50) |
| | | | 809 | Tax Service Fee | ($66.00) |

**Hall-Frazier**
**Record - 001873**

|  |  |  |
|---|---|---|
|  | Interest from 01 11 2005 to 02 01 2005 @ |  |
| 901 | 27.39 day 01 18 2005 to 02 01 2005 @ 27.39 day | ($383.46) |
| 1004 | County property taxes 2 months @ 436.39 per month | ($872.82) |
| 1008 | Aggregate Accounting Adjustment | $0.02 |
|  | Total: | $121,168.24 |

Hall-Frazier
Record - 001874

## LEDGER CARD

Date Printed: Monday, March 27, 2006  12:02:14 PM

Order #: 04-12647
Buyer/Borrower : Helene M. Katz
Seller : Jeffrey J. Katz and Helene M. Katz
Lender Name : Home Funds Direct
Loan Number : 6365028-7893
Property Address : 714 Kings Croft, Cherry Hill, NJ  08034

## POSTED ESCROWS

| ID# | Bank Name | | Account # | Address | City | State | Balance |
|---|---|---|---|---|---|---|---|
| tn2 | Bank of America- TN (New) | | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 01/18/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 121,168.24 |
| *TOTAL DEPOSITS | | | | | **121,168.24** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 01/19/2005 | wire # 4732659 | alisonw | | Helene M. Katz | (56,886.54) |
| 01/26/2005 | 00014145 | m.lay | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (40.00) |
| 01/26/2005 | 00014146 | m.lay | 02/28/2005 | CAMDEN COUNTY CLERK | (240.00) |
| 01/26/2005 | 00014147 | m.lay | 02/28/2005 | CAMDEN COUNTY CLERK | (60.00) |
| 01/26/2005 | 00014148 | m.lay | 02/28/2005 | CAMDEN COUNTY CLERK | (2.00) |
| 01/18/2005 | 00012692v | m.lay | 01/31/2005 | Clerk of the Court | (342.00) |
| 01/18/2005 | 00012693 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (1,000.00) |
| 01/18/2005 | 00012694 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/18/2005 | 00012695 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (225.00) |
| 01/18/2005 | 00012696v | alisonw | 01/31/2005 | Helene M. Katz | (56,886.54) |
| 01/18/2005 | 00012697 | bj | 01/31/2005 | Fleet CC | (3,890.00) |
| 01/18/2005 | 00012698 | bj | 01/31/2005 | MBNA America Bank NA | (3,426.00) |
| 01/18/2005 | 00012699 | bj | 01/31/2005 | MACYE/GECCCC | (872.00) |
| 01/18/2005 | 00012700 | bj | 01/31/2005 | Casual Corner/MBGA | (315.00) |
| 01/18/2005 | 00012701 | bj | 01/31/2005 | Strawbridges | (299.00) |
| 01/18/2005 | 00012702 | bj | 01/31/2005 | WFNNB/VCTRIA | (59.00) |
| 01/18/2005 | 00012703 | bj | 01/31/2005 | Countrywide Home Loans Servicing LP Loan #1471357-2 | (52,344.52) |
| 01/18/2005 | 00012704 | bj | 01/31/2005 | Cherry Hill Township Tax Collector | (1,309.18) |
| *TOTAL CHECKS | | | | | **(178,396.78)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 01/18/2005 | 00012692 | m.lay | 01/31/2005 | Clerk of the Court | 342.00 |
| 01/18/2005 | 00012696 | alisonw | 01/31/2005 | Helene M. Katz | 56,886.54 |
| *TOTAL VOIDS | | | | | **57,228.54** |

| **TOTALS FOR: tn2** | **0.00** |
|---|---|

***POSTED TOTAL                                                         0.00

## PENDING ESCROWS

****TOTAL(POSTED + PENDING)                                    0.00

**Hall-Frazier**
**Record - 001875**

# New Jersey Title Insurance Rate Calculator
### Revised for Orders after January 7, 2002

| Sale Price | Mortgage Amount | Previous Sale Price | Previous Mortgage Amount |
|---|---|---|---|
|  | 125000 |  |  |
| **Basic** | **Reissue** | **Refinance** | **New Construction** |
| 625.00 | 625.00 | 625.00 | 220.00 |
| **Search and Examination Fees** | | | |
| 105.00 | 90.00 | 90.00 | 0.00 |
|  | Calculate | Reset |  |

This page has been accessed **015802** times since January 12, 2002

Copyright 1998 - 2007 by John Granger, All Rights Reserved
Page written November 8, 1998, Last update January 4, 2007
Add the New Jersey Title Insurance Rate Calculator to your Web Site

**Search Public Records with WebInvestigator.org**

 Return to the New Jersey Title Insurance Web Site

Hall-Frazier
Record - 001876

46-jan05

**Hall-Frazier**
**Record - 001877**

form HUD-1 (3-86)    U.S. Department of Housing and Urban Development    OMB No. 2502-0265

A.

## SETTLEMENT STATEMENT

**B. Type of Loan**

| 1 [ ] FHA   2 [ ] FmHA   3 [ ] Conv. Unins. | 6. File Number: 04-12-92 | 7. Loan Number: 0111152539 | 8. Mortgage Ins. Case #: |
|---|---|---|---|
| 4 [ ] VA   5 [ ] Conv. Ins. | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
June T. Bell 337 Hog Swamp Road Southbury, CT 06488
Alan W. Bell

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 1130 Northchase Parkway, Suite 200 Marietta, GA 30067

**G. PROPERTY LOCATION (Brief Legal):**
17650 Randalls Ferry Road Norwood, NC 28128

**H. SETTLEMENT AGENT:**
Swafford and Hays Settlement Services, Inc.  865-539-1450 Contact
Danny Moore

**PLACE OF SETTLEMENT:**
9041 Executive Park Drive, Suite 400 Knoxville, TN 37923

**I. SETTLEMENT DATE:**
01-06-2005

**DISBURSEMENT DATE:**
01-07-2005

| J. SUMMARY OF BORROWER(S) TRANSACTION | | | K. SUMMARY OF SELLER(S) TRANSACTION | | |
|---|---|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | | **400. GROSS AMOUNT DUE TO SELLER :** | | |
| 101. Contract sales price | | | 401. Contract sales price | | |
| 102. Personal Property | | | 402. Personal Property | | |
| 103. Settlement charges to borrower (line 1400) | | 172,811.72 | 403. | | |
| 104. | | | 404. | | |
| 105. | | | 405. | | |
| Adjustments for items paid by Seller in advance | | | Adjustments for items paid by Seller in advance | | |
| 106. City/town taxes | | | 406. City/town taxes | | |
| 107. County taxes | | | 407. County taxes | | |
| 108. Assessments | | | 408. Assessments | | |
| 109. | | | 409. | | |
| 110. | | | 410. | | |
| 111. | | | 411. | | |
| 112. | | | 412. | | |
| **120. Gross Amount Due From Borrower** | | 172,811.72 | **420. Gross Amount Due Seller** | | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | | |
| 201. Deposit or earnest money | | | 501. Excess deposit (see instructions) | | |
| 202. Principal amount of new loan(s) | | 189,000.00 | 502. Settlement charges to seller (line 1400) | | |
| 203. Existing loan(s) taken subject to | | | 503. Existing loan(s) taken subject to | | |
| 204. | | | 504. Payoff of first mortgage loan | | |
| 205. | | | 505. Payoff of second mortgage loan | | |
| 206. | | | 506. | | |
| 207. | | | 507. | | |
| 208. | | | 508. | | |
| 209. | | | 509. | | |
| Adjustments for items unpaid by Seller in advance | | | Adjustments for items unpaid by Seller in advance | | |
| 210. City/town taxes | | | 510. City/town taxes | | |
| 211. County taxes | | | 511. County taxes | | |
| 212. Assessments | | | 512. Assessments | | |
| 213. | | | 513. | | |
| 214. | | | 514. | | |
| 215. | | | 515. | | |
| 216. | | | 516. | | |
| 217. | | | 517. | | |
| 218. | | | 518. | | |
| 219. | | | 519. | | |
| **220. Total Paid By/For Borrower** | | 189,000.00 | **520. Total Reduction Amount Due Seller** | | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | | |
| 301. Gross Amount due from borrower (line 120) | | 172,811.72 | 601. Gross amount due to seller (line 420) | | |
| 302. Less amounts paid by/for borrower (line 220) | | 189,000.00 | 602. Less reductions in amt. due seller (line 520) | | |
| **303. Cash [ ] [X] To Borrower** | | 16,188.28 | **603. Cash [X] To [ ] From Seller** | | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E, G, H and I on line 401 (or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):



## L. SETTLEMENT CHARGES

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee To: Home Funds Direct | 7,163.10 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee/Appraisal Fee To: Lindsley Appraisal Services | 450.00 | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Processing Fee To: Home Funds Direct | 1,000.00 | |
| 809. Underwriting fee To: Home Funds Direct | 1,000.00 | |
| 810. Document Preparation Fee To: Home Funds Direct | 500.00 | |
| 811. Zone Determination Fee To: Home Funds Direct | 9.50 | |
| 812. Tax Service Fee To: Home Funds Direct | 66.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from To: Home Funds Direct | 938.50 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes To: Home Funds Direct | 332.00 | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee To: Swafford and Hays Settlement Services, Inc. | 475.00 | |
| 1102. Abstract or title search To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination To: Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (Includes above item numbers: ) | | |
| 1108. Title insurance To: American Pioneer Title Insurance Company | 333.50 | |
| (Includes above item numbers: ) | | |
| 1109. Lender's coverage $189,000.00 @ $333.50 | | |
| 1110. Owner's coverage @ 0.00 | | |
| 1111. Endorsements To: Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees and Service fees To: Clerk of the Court | 120.00 | |
| 1202. City/county tax/stamps | | |
| 1203. State tax/stamps | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff good through 04/22/05 To: Citifinancial | 142,305.89 | |
| 1304. Payment To: Chase NA/Prof Credit Services | 6,561.40 | |
| 1305. Payment To: Asset Acceptance | 3,299.46 | |
| 1306. Payment To: Lord & Taylor | 495.00 | |
| 1307. | | |
| 1308. 01 Taxes (Delinquent) To: Stanly County Tax Collecter | 186.46 | |
| 1309. 02 Taxes (Delinquent) To: Stanly County Tax Collecter | 1,439.48 | |
| 1310. 03 Taxes (Delinquent) To: Stanly County Tax Collecter | 1,336.92 | |
| 1311. 04 Taxes To: Stanly County Tax Collecter | 1,229.74 | |
| 1312. Payment To: Medical Payment Data | 3,178.77 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | **172,811.72** | **0.00** |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S)                                          SELLER(S)

James J. Bell

Alma W. Bell

the HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

_____                                                  Date: _____
Sentineal and Hays Settlement Services, Inc

NOTE: Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable and maintenance) have been paid or will be paid as at the end of final bills.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Date Printed: Monday, March 27, 2006 09:43 AM

## Disbursement Sheet

| Order #: 04-12792 | Settlement Date: 01/06/2005 | Disbursement Date: 01/07/2005 |
|---|---|---|

| | | | |
|---|---|---|---|
| Buyer: | Jane T. Bell and husband, Alan W. Bell | Money Out: | $177,990.90 |
| Seller: | | Money In: | $177,990.90 |
| Property: | 17650 Randalls Ferry Road Norwood, NC 28128 | Difference: | $0.00 |
| Lender: | Home Funds Direct | | |
| Loan #: | 0111152539 | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00012104 | 1/11/2005 10:22:28 AM | Swafford and Hays Settlement Services, Inc. | 1101 1103 1111 1108 | Settlement or closing fee Title examination Endorsements Title Insurance | Total: | $475.00 $250.00 $50.00 $233.45 **$1,008.45** |
| 00012105 | 1/11/2005 10:22:28 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | Total: | $200.00 **$200.00** |
| 00012106 | 1/11/2005 10:22:28 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | Total: | $100.05 **$100.05** |
| 00012575 | 1/14/2005 2:17:43 PM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees; and Service fees: | Total: | $46.00 **$46.00** |
| 00012107 | 1/11/2005 10:22:28 AM | Jane T. Bell and Alan W. Bell | 303 | Cash [ ]From [X]To Borrower | Total: | $16,188.28 **$16,188.28** |
| 00058441 | 3/15/2006 10:37:01 AM | Jane T. Bell and Alan W. Bell | 1312 | Payment | Total: | $3,178.77 **$3,178.77** |
| 00012108 | 1/11/2005 10:22:28 AM | Lindsley Appraisal Services | 803 | Appraisal Fee Appraisal Fee | Total: | $350.00 **$350.00** |
| 00012109 | 1/11/2005 10:22:28 AM | Citifinancial | 1303 | Payoff good through 01-22/05 | Total: | $142,305.89 **$142,305.89** |
| 00012110 | 1/11/2005 10:22:28 AM | Chase NA-Prof Credit Services | 1304 | Payment | Total: | $6,561.40 **$6,561.40** |
| 00012111 | 1/11/2005 10:22:28 AM | Asset Acceptance | 1305 | Payment | Total: | $3,290.46 **$3,290.46** |
| 00012112 | 1/11/2005 10:22:28 AM | Lord & Taylor | 1306 | Payment | Total: | $495.00 **$495.00** |
| 00012114 | 1/11/2005 10:22:28 AM | Stanly County Tax Collector | 1308 | 01 Taxes (Delinquent) | Total: | $186.46 **$186.46** |
| 00012115 | 1/11/2005 10:22:28 AM | Stanly County Tax Collector | 1309 | 02 Taxes (Delinquent) | Total: | $1,439.48 **$1,439.48** |
| 00012116 | 1/11/2005 10:22:28 AM | Stanly County Tax Collector | 1310 | 03 Taxes (Delinquent) | Total: | $1,336.92 **$1,336.92** |
| 00012117 | 1/11/2005 10:22:28 AM | Stanly County Tax Collector | 1311 | 04 Taxes | Total: | $1,229.74 **$1,229.74** |
| 00012576 | 1/14/2005 2:17:43 PM | STANLY COUNTY REGISTER OF DEEDS | 1201 | Recording fees; and Service fees: | Total: | $74.00 **$74.00** |

### Money In

| Ref# | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 04-12792 Lender 1 | 01/10/2005 | Home Funds Direct | | | |
| | | | 202 | Principal amount of new loan(s) | $189,000.00 |
| | | | 801 | Loan Origination Fee | ($7,163.10) |
| | | | 808 | Processing Fee | ($1,300.00) |
| | | | 809 | Underwriting fee | ($1,000.00) |
| | | | 810 | Document Preparation Fee | ($500.00) |
| | | | 1004 | County property taxes | ($332.00) |
| | | | 901 | Interest from | ($938.50) |
| | | | 812 | Tax Service Fee | ($66.00) |

| 811 | Zone Determination Fee | | ($9.50) |
|-----|------------------------|--------|-----------|
| | | **Total:** | $177,990.90 |

Hall-Frazier
Record - 001882

## LEDGER CARD

Date Printed: Monday, March 27, 2006 10:04:58 AM

Order #: 04-12792
Buyer/Borrower : Jane T. Bell and Alan W. Bell
Seller :
Lender Name : Home Funds Direct
Loan Number : 0411152539
Property Address : 17650 Randalls Ferry Road, Norwood, NC  28128

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/10/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 177,990.90 |
| **\*TOTAL DEPOSITS** | | | | | **177,990.90** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 10/31/2005 | 00053841v | daynat | | Medical Payment Data | (3,178.77) |
| 01/11/2005 | 00012103v | m.lay | 01/31/2005 | Clerk of the Court | (120.00) |
| 01/11/2005 | 00012104 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (1,008.45) |
| 01/11/2005 | 00012105 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/11/2005 | 00012106 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (100.05) |
| 01/11/2005 | 00012107 | bj | 01/31/2005 | Jane T. Bell and Alan W. Bell | (16,188.28) |
| 01/11/2005 | 00012108 | bj | 01/31/2005 | Lindsley Appraisal Services | (350.00) |
| 01/11/2005 | 00012109 | bj | 01/31/2005 | Citifinancial | (142,305.89) |
| 01/11/2005 | 00012110 | bj | 01/31/2005 | Chase NA/Prof Credit Services | (6,561.40) |
| 01/11/2005 | 00012111 | bj | 01/31/2005 | Asset Acceptance | (3,290.46) |
| 01/11/2005 | 00012112 | bj | 01/31/2005 | Lord & Taylor | (495.00) |
| 01/11/2005 | 00012113v | daynat | 10/31/2005 | Medical Payment Data | (3,178.77) |
| 01/11/2005 | 00012114 | bj | 01/31/2005 | Stanly County Tax Collector | (186.46) |
| 01/11/2005 | 00012115 | bj | 01/31/2005 | Stanly County Tax Collector | (1,439.48) |
| 01/11/2005 | 00012116 | bj | 01/31/2005 | Stanly County Tax Collector | (1,336.92) |
| 01/11/2005 | 00012117 | bj | 01/31/2005 | Stanly County Tax Collector | (1,229.74) |
| 01/14/2005 | 00012575 | m.lay | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (46.00) |
| 01/14/2005 | 00012576 | m.lay | 01/31/2005 | STANLY COUNTY REGISTER OF DEEDS | (74.00) |
| 03/15/2006 | 00058441 | daynat | | Jane T. Bell and Alan W. Bell | (3,178.77) |
| **\*TOTAL CHECKS** | | | | | **(184,468.44)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 10/31/2005 | 00053841 | daynat | | Medical Payment Data | 3,178.77 |
| 01/11/2005 | 00012103 | m.lay | 01/31/2005 | Clerk of the Court | 120.00 |
| 01/11/2005 | 00012113 | daynat | 10/31/2005 | Medical Payment Data | 3,178.77 |
| **\*TOTAL VOIDS** | | | | | **6,477.54** |

| **\*\*TOTALS FOR: tn2** | **0.00** |
|---|---|

**\*\*\*POSTED TOTAL**                                    **0.00**

## PENDING ESCROWS

**\*\*\*\*TOTAL(POSTED + PENDING)**                     **0.00**

Hall-Frazier
Record - 001883

59-jan05

**SETTLEMENT STATEMENT**

| B. Type of Loan | | |
|---|---|---|
| 1. [ ] FHA  2. [ ] FmHA  3. [ ] Conv. Unins.  4. [ ] VA  5. [ ] Conv. Ins. | 6. File Number: 04-13026 | 7. Loan Number: 9112006599 |

8. Mortgage Ins. Case #

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Robert C. Burns 121 SE 28th Terrace Cape Coral, FL 33904
Linda L. Burns

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 1130 Northchase Parkway Suite 200 Marietta, GA 30067

**G. PROPERTY LOCATION (Brief Legal):**
121 SE 28th Terrace Cape Coral, FL 33904

**H. SETTLEMENT AGENT:**
Swafford and Hays Settlement Services, Inc.  865-539-1450 Contact: Shaun Galford

**PLACE OF SETTLEMENT:**
9041 Executive Park Drive, Suite 100 Knoxville, TN 37923

**I. SETTLEMENT DATE:** 01/10/2005

**DISBURSEMENT DATE:** 01/14/2005

| J. SUMMARY OF BORROWER(S) TRANSACTION | | K. SUMMARY OF SELLER(S) TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 273,250.47 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 273,250.47 | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 305,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 305,000.00 | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 273,250.47 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 305,000.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ]From [X]To Borrower** | 31,749.53 | **603. Cash [X]To [ ]From Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E, G, H and I on line 401 (or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

L.  SETTLEMENT CHARGES

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee  To: Home Funds Direct | 13,250.00 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Processing Fee  To: Home Funds Direct | 1,250.00 | |
| 809. Underwriting fee  To: Home Funds Direct | 1,250.00 | |
| 810. Document Preparation Fee  To: Home Funds Direct | 500.00 | |
| 811. Zone Determination Fee  To: Home Funds Direct | 9.50 | |
| 812. Tax Service Fee  To: Home Funds Direct | 66.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from  To: Home Funds Direct | 1,034.10 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance  To: Home Funds Direct | 739.32 | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes  To: Home Funds Direct | 2,128.17 | |
| 1005. Annual assessments | | |
| 1006. Flood Ins. Impounds  To: Home Funds Direct | 421.32 | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment  To: Home Funds Direct | -580.44 | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | 275.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (Includes above item numbers: ) | | |
| 1108. Title Insurance  To: American Pioneer Title Insurance Company | 1,600.00 | |
| (Includes above item numbers: ) | | |
| 1109. Lender's coverage $305,000.00 @ $1,600.00 | | |
| 1110. Owner's coverage  @ 0.00 | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees and Service fees:  To: Clerk of the Court | 220.00 | |
| 1202. City/county tax/stamps:  Mortgage $610.00 To: Clerk of the Court | 610.00 | |
| 1203. State tax/stamps:  Deed $0.00 Mortgage $1,067.50 To: Clerk of the Court | 1,067.50 | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff  To: FTB Mortgage Acct#0030540959 | 234,938.00 | |
| 1304. Payoff  To: Advance Salon & Spa | 550.00 | |
| 1305. Payment  To: Suncoast Schools MC/VA | 1,422.00 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | 273,250.47 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S)                                        SELLER(S)

_(signature) Robert C. Burns_
Robert C. Burns

_(signature) Linda L. Burns_
Linda L. Burns

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_(signature)_                                        Date  01/12/08 CT
Swafford and Hays Settlement Services, Inc.

NOTE: Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable and inter/service fees) have been paid or will be paid upon receipt of final bills.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010

Hall-Frazier
Record - 001886

## Disbursement Sheet

Date Printed Monday, March 27, 2006 11:48:53 AM

| Order #: 04-13026 | Settlement Date: 01/10/2005 | | Disbursement Date: 01/14/2005 | |
|---|---|---|---|---|
| Buyer: | Robert C. Burns and Linda L. Burns | | Money Out: | $282,932.03 |
| Seller: | | | Money In: | $282,932.03 |
| Property: | 121 SE 28th Terrace Cape Coral, FL 33904 | | Difference: | $0.00 |
| Lender: | Home Funds Direct | | | |
| Loan #: | 0412006399 | | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00022996 | 1/14/2005 10:12:26 AM | Swafford and Hays Settlement Services, Inc. | 1101 | Settlement or closing fee | | $275.00 |
| | | | 1103 | Title examination | | $250.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title Insurance | | $1,120.00 |
| | | | | | Total: | $1,695.00 |
| 00022997 | 1/14/2005 10:12:26 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | Total: | $200.00 |
| 00022998 | 1/14/2005 10:12:26 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $480.00 |
| | | | | | Total: | $480.00 |
| 00023149 | 1/18/2005 4:05:32 PM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees and Service fees: | | $74.00 |
| | | | | | Total: | $74.00 |
| 00022999 | 1/14/2005 10:12:26 AM | Robert C. Burns and Linda L. Burns | 303 | Cash [ ]From [X]To Borrower | | $31,749.53 |
| | | | | | Total: | $31,749.53 |
| 00023000 | 1/14/2005 10:12:26 AM | FTB Mortgage Acct#0030540959 | 1303 | Payoff | | $244,938.00 |
| | | | | | Total: | $244,938.00 |
| 00023001 | 1/14/2005 10:12:26 AM | Advance Salon & Spa | 1304 | Payoff | | $550.00 |
| | | | | | Total: | $550.00 |
| 00023002 | 1/14/2005 10:12:26 AM | Suncoast Schools MC/VA | 1305 | Payment | | $1,422.00 |
| | | | | | Total: | $1,422.00 |
| 00023150 | 1/18/2005 4:05:32 PM | LEE COUNTY CLERK OF THE CIRCUIT COURT | 1202 | City/county tax/stamps:     Mortgage $610.00 | | $610.00 |
| | | | | | Total: | $610.00 |
| 00023151 | 1/18/2005 4:05:32 PM | LEE COUNTY CLERK OF THE CIRCUIT COURT | 1203 | State tax/stamps:   Deed $0.00 Mortgage $1,067.50 | | $1,067.50 |
| | | | | | Total: | $1,067.50 |
| 00023152 | 1/18/2005 4:05:32 PM | LEE COUNTY CLERK OF THE CIRCUIT COURT | 1201 | Recording fees and Service fees: | | $146.00 |
| | | | | | Total: | $146.00 |

### Money In

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 04-13026/Lender/1 | 01/17/2005 | Home Funds Direct | 202 | Principal amount of new loan(s) | | $305,000.00 |
| | | | 801 | Loan Origination Fee | | ($15,250.00) |
| | | | 808 | Processing Fee | | ($1,250.00) |
| | | | 809 | Underwriting fee | | ($1,250.00) |
| | | | 810 | Document Preparation Fee | | ($500.00) |
| | | | 1008 | Aggregate Accounting Adjustment | | $580.44 |
| | | | 1006 | Flood Ins. Impounds | | ($421.32) |
| | | | 1004 | County property taxes | | ($2,128.17) |
| | | | 901 | Interest from | | ($1,034.10) |
| | | | 1001 | Hazard insurance | | ($739.32) |
| | | | 812 | Tax Service Fee | | ($66.00) |
| | | | 811 | Zone Determination Fee | | ($9.50) |
| | | | | | Total: | $282,932.03 |

**Hall-Frazier**
**Record - 001887**

## LEDGER CARD

Date Printed: Monday, March 27, 2006  11:48:48 AM

Order #: 04-13026
Buyer/Borrower : Robert C. Burns and Linda L. Burns
Seller :
Lender Name : Home Funds Direct
Loan Number : 0412066399
Property Address : 121 SE 28th Terrace, Cape Coral, FL  33904

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| fl | Bank of America - FL | 0054895215303 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/17/2005 | funding wire | alisonw | 02/28/2005 | Home Funds Direct | 282,932.03 |
| **\*TOTAL DEPOSITS** | | | | | **282,932.03** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/18/2005 | 00023149 | m.lay | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (74.00) |
| 01/18/2005 | 00023150 | m.lay | 02/28/2005 | LEE COUNTY CLERK OF THE CIRCUIT COURT | (610.00) |
| 01/18/2005 | 00023151 | m.lay | 02/28/2005 | LEE COUNTY CLERK OF THE CIRCUIT COURT | (1,067.50) |
| 01/18/2005 | 00023152 | m.lay | 02/28/2005 | LEE COUNTY CLERK OF THE CIRCUIT COURT | (146.00) |
| 01/14/2005 | 00022995v | m.lay | 01/31/2005 | Clerk of the Court | (1,897.50) |
| 01/14/2005 | 00022996 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (1,695.00) |
| 01/14/2005 | 00022997 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/14/2005 | 00022998 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (480.00) |
| 01/14/2005 | 00022999 | bj | 01/31/2005 | Robert C. Burns and Linda L. Burns | (31,749.53) |
| 01/14/2005 | 00023000 | bj | 01/31/2005 | FTB Mortgage Acct#0030540959 | (244,938.00) |
| 01/14/2005 | 00023001 | bj | 01/31/2005 | Advance Salon & Spa | (550.00) |
| 01/14/2005 | 00023002 | bj | 01/31/2005 | Suncoast Schools MC/VA | (1,422.00) |
| **\*TOTAL CHECKS** | | | | | **(284,829.53)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/14/2005 | 00022995 | m.lay | 01/31/2005 | Clerk of the Court | 1,897.50 |
| **\*TOTAL VOIDS** | | | | | **1,897.50** |

| **\*\*TOTALS FOR: fl** | **0.00** |
|---|---|

**\*\*\*POSTED TOTAL**          **0.00**

## PENDING ESCROWS

**\*\*\*\*TOTAL(POSTED + PENDING)**          **0.00**

Hall-Frazier
Record - 001888

60-jan05

**Hall-Frazier**
**Record - 001889**

A

form HUD-1 (Jan. 25, 2005 (6-17-95))    U.S. Department of Housing and Urban Development    OMB No. 2502-0265

## SETTLEMENT STATEMENT

**B. Type of Loan**

| 1. [ ] FHA  2. [ ] FmHA  3. [ ] Conv. Unins. | 6. File Number: 04113045 | 7. Loan Number: 0412145495 | 8. Mortgage Ins. Case #: |
|---|---|---|---|
| 4. [ ] VA  5. [ ] Conv. Ins. | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Darleen L. Andrews 309 Elm Street Torrington, CT 06790
Leroy Jordan, Jr. ,
Amy E. Jordan 309 Elm Street Torrington, CT 06790

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 100 Bu-common Dr Middletown, CT 06457

**G. PROPERTY LOCATION (Brief Legal):**
309 Elm Street Torrington, CT 06790

| H. SETTLEMENT AGENT: | PLACE OF SETTLEMENT: |
|---|---|
| Swafford and Hays Settlement Services, Inc.  865-539-1450 Contact: Shaun Galford | 9041 Executive Park Drive, Suite 400 Knoxville, TN  37923 |

| I. SETTLEMENT DATE: | DISBURSEMENT DATE: |
|---|---|
| 01/28/2005 | 02/02/2005 |

| J. SUMMARY OF BORROWER(S) TRANSACTION | | K. SUMMARY OF SELLER(S) TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 143,523.13 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 143,523.13 | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 146,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 146,000.00 | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 143,523.13 | 601. Gross Amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 146,000.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ]From [X]To  Borrower** | 2,476.87 | **603. Cash [X]To [ ]From  Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E,G,H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

(HUD-1 Rev. 3/86) (RESPA HB 4305.2)    US Department of Housing and Urban Development    OMB No. 2502-0265

**L.**    **SETTLEMENT CHARGES**

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee  To: Home Funds Direct | 3,285.00 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee  To: Appraisals M.D. | 200.00 | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Underwriting fee  To: Home Funds Direct | 550.00 | |
| 809. Document Preparation Fee  To: Home Funds Direct | 550.00 | |
| 810. Appraisal Review Fee  To: Home Funds Direct | 150.00 | |
| 811. Zone Determination Fee  To: Home Funds Direct | 9.50 | |
| 812. Tax Service Fee  To: Home Funds Direct | 66.00 | |
| 813. Funding Fee  To: Home Funds Direct | 350.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from 02/02/2005 to 02/01/2005 @ 31.96/day To: Home Funds Direct | -31.96 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for  To: J Phillips Hall Insurance | 1,044.00 | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance 4 months @ 87 per month To: Home Funds Direct | 348.00 | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes 3 months @ 250.61 per month  To: Home Funds Direct | 751.87 | |
| 1004. County property taxes 3 months @ 27.33 per month  To: Home Funds Direct | 82.03 | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment  To: Home Funds Direct | -87.18 | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | 275.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (Includes above item numbers: ) | | |
| 1108. Title Insurance  To: American Pioneer and Swafford & Hays | 529.50 | |
| (Includes above item numbers: ) | | |
| 1109. Lender's coverage 146,000.00 @  529.50 | | |
| 1110. Owner's coverage @ 0.00 | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees and Service fees:  To: Clerk of the Court | 150.00 | |
| 1202. City/county tax/stamps: | | |
| 1203. State tax/stamps: | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff  To: Chase Acct#15334774 | 114,101.04 | |
| 1304. Payoff  To: Zappulla | 11,870.00 | |
| 1305. Payoff Tax Lien  To: City of Torrington Tax Collector | 1,599.05 | |
| 1306. Payoff Sewer Lien  To: City of Torrington Tax Collector | 413.05 | |
| 1307. Payoff Tax Lien  To: City of Torrington Tax Collector | 2,983.34 | |
| 1308. Payoff  To: Kendrick Horn, MD | 249.30 | |
| 1309. Delinquent 2003 2nd half taxes  To: City of Torrington Tax Collector | 3,232.91 | |
| 1310. Delinquent 2003 2nd half sewer taxes  To: City of Torrington Tax Collector | 352.68 | |
| 1311. | | |
| 1312. | | |
| 1313. | | |
| 1314. | | |
| 1315. | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | 143,523.13 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S):                                    SELLER(S):

_Amy E. Jordan_

_Dayland L. Andrews_

_Tracey Jordan, Jr._

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_Jane Carcello_                                    1-28-05  01/31/05
Stanford and Hare Settlement Services, Inc.    Date

NOTE: Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

**Hall-Frazier**
**Record - 001892**

Date Printed: Tuesday, March 29, 2005, 1:37:01 PM

## Disbursement Sheet

| Order #: 04-13045 | Settlement Date: 01-28-2005 | Disbursement Date: 02-02-2005 |
|---|---|---|

| | | |
|---|---|---|
| Buyer: | Darleen L. Andrews, Leroy Jordan, Jr. and Amy E. Jordan | Money Out: $139,976.74 |
| Seller: | | Money In: $139,976.74 |
| Property: | 309 Elm Street Torrington, CT 06790 | Difference: $0.00 |
| Lender: | Home Funds Direct | |
| Loan #: | 0412145495 | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00015913 | 2/3/2005 11:06:22 AM | Swafford and Hays Settlement Services, Inc. | 1101 | Settlement or closing fee | | $275.00 |
| | | | 1103 | Title examination | | $250.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title Insurance | | $370.65 |
| | | | | | Total: | $945.65 |
| 00015914 | 2/3/2005 11:06:22 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | Total: | $200.00 |
| 00015915 | 2/3/2005 11:06:22 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $158.85 |
| | | | | | Total: | $158.85 |
| 00016287 | 2/4/2005 2:51:54 PM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees and Service fees: | | $52.00 |
| | | | | | Total: | $52.00 |
| 00015916 | 2/3/2005 11:06:22 AM | Darleen L. Andrews and Leroy Jordan, Jr. and Amy E. Jordan | 303 | Cash [ ]From [X]To  Borrower | | $3,350.77 |
| | | | | | Total: | $3,350.77 |
| 00015917 | 2/3/2005 11:06:22 AM | Appraisals M.D. | 803 | Appraisal Fee | | $200.00 |
| | | | | | Total: | $200.00 |
| 00015918 | 2/3/2005 11:06:22 AM | Chase Acct#15334774 | 1303 | Payoff | | $113,227.14 |
| | | | | | Total: | $113,227.14 |
| 00015919 | 2/3/2005 11:06:22 AM | Zappulla | 1304 | Payoff | | $11,870.00 |
| | | | | | Total: | $11,870.00 |
| 00015920 | 2/3/2005 11:06:22 AM | J Phillips Hall Insurance | 903 | Hazard Insurance Premium for | | $1,044.00 |
| | | | | | Total: | $1,044.00 |
| 00015921 | 2/3/2005 11:06:22 AM | City of Torrington Tax Collector | 1305 | Payoff Tax Lien | | $1,599.05 |
| | | | | | Total: | $1,599.05 |
| 00015922 | 2/3/2005 11:06:22 AM | City of Torrington Tax Collector | 1306 | Payoff Sewer Lien | | $413.05 |
| | | | | | Total: | $413.05 |
| 00015923 | 2/3/2005 11:06:22 AM | City of Torrington Tax Collector | 1307 | Payoff Tax Lien | | $2,983.34 |
| | | | | | Total: | $2,983.34 |
| 00015924 | 2/3/2005 11:06:22 AM | Kendrick Horn, MD | 1308 | Payoff | | $249.30 |
| | | | | | Total: | $249.30 |
| 00015925 | 2/3/2005 11:06:22 AM | City of Torrington Tax Collector | 1309 | Delinquent 2003 2nd half taxes | | $3,232.91 |
| | | | | | Total: | $3,232.91 |
| 00015926 | 2/3/2005 11:06:22 AM | City of Torrington Tax Collector | 1310 | Delinquent 2003 2nd half sewer taxes | | $352.68 |
| | | | | | Total: | $352.68 |
| 00016288 | 2/4/2005 2:51:54 PM | TOWN OF TORRINGTON | 1201 | Recording fees and Service fees: | | $98.00 |
| | | | | | Total: | $98.00 |

### Money In

| Ref# | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 04-13045 Lender 1 | 02-03-2005 | Home Funds Direct | | | |
| | | | 202 | Principal amount of new loan(s) | $146,000.00 |
| | | | 801 | Loan Origination Fee | ($3,285.00) |
| | | | 808 | Underwriting fee | ($150.00) |
| | | | 810 | Appraisal Review Fee | ($150.00) |
| | | | 809 | Document Preparation Fee | ($550.00) |
| | | | 811 | Zone Determination Fee | ($9.50) |
| | | | 812 | Tax Service Fee | ($66.00) |

| 813 | Funding Fee | ($350.00) |
| 1001 | Hazard insurance 4 months @ 87 per month | ($348.00) |
| 1003 | City property taxes 3 months @ 250.64 per month | ($751.87) |
| 1004 | County property taxes 3 months @ 27.33 per month | ($82.03) |
| 1008 | Aggregate Accounting Adjustment | $87.18 |
| 901 | Interest from 02/02/2005 to 02/01/2005 @ 31.96/day | $31.96 |
| | **Total:** | **$139,976.74** |

## LEDGER CARD

Date Printed: Tuesday, March 28, 2006  4:06:58 PM

Order #: 04-13045
Buyer/Borrower : Darleen L. Andrews and Leroy Jordan, Jr. and Amy E. Jordan
Seller :
Lender Name : Home Funds Direct
Loan Number : 0412145495
Property Address : 309 Elm Street, Torrington, CT  06790

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|-----------|---------|-------|--------|
| 02/03/2005 | funding wire | alisonw | 02/28/2005 | Home Funds Direct | 139,976.74 |
| **\*TOTAL DEPOSITS** | | | | | **139,976.74** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|-----------|---------|-------|--------|
| 02/04/2005 | 00016287 | m.lay | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (52.00) |
| 02/04/2005 | 00016288 | m.lay | 02/28/2005 | TOWN OF TORRINGTON | (98.00) |
| 02/03/2005 | 00015912v | m.lay | 02/28/2005 | Clerk of the Court | (150.00) |
| 02/03/2005 | 00015913 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (945.65) |
| 02/03/2005 | 00015914 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 02/03/2005 | 00015915 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (158.85) |
| 02/03/2005 | 00015916 | bj | 02/28/2005 | Darleen L. Andrews and Leroy Jordan, Jr. and Amy E. Jordan | (3,350.77) |
| 02/03/2005 | 00015917 | bj | 02/28/2005 | Appraisals M.D. | (200.00) |
| 02/03/2005 | 00015918 | bj | 02/28/2005 | Chase Acct#15334774 | (113,227.14) |
| 02/03/2005 | 00015919 | bj | 02/28/2005 | Zappulla | (11,870.00) |
| 02/03/2005 | 00015920 | bj | 02/28/2005 | J Phillips Hall Insurance | (1,044.00) |
| 02/03/2005 | 00015921 | bj | 02/28/2005 | City of Torrington Tax Collector | (1,599.05) |
| 02/03/2005 | 00015922 | bj | 02/28/2005 | City of Torrington Tax Collector | (413.05) |
| 02/03/2005 | 00015923 | bj | 02/28/2005 | City of Torrington Tax Collector | (2,983.34) |
| 02/03/2005 | 00015924 | bj | 02/28/2005 | Kendrick Horn, MD | (249.30) |
| 02/03/2005 | 00015925 | bj | 02/28/2005 | City of Torrington Tax Collector | (3,232.91) |
| 02/03/2005 | 00015926 | bj | 02/28/2005 | City of Torrington Tax Collector | (352.68) |
| **\*TOTAL CHECKS** | | | | | **(140,126.74)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|-----------|---------|-------|--------|
| 02/03/2005 | 00015912 | m.lay | 02/28/2005 | Clerk of the Court | 150.00 |
| **\*TOTAL VOIDS** | | | | | **150.00** |

| **\*\*TOTALS FOR: tn2** | **0.00** |
|---|---|

**\*\*\*POSTED TOTAL**                                                   **0.00**

## PENDING ESCROWS

**\*\*\*\*TOTAL(POSTED + PENDING)**                               **0.00**

Hall-Frazier
Record - 001895

69-jan05

(Printed on Jan 06, 2005 @ 17:20)
U.S Department of Housing and Urban Development
OMB No. 2502-0265

**A.**
**SETTLEMENT STATEMENT**

| B. Type of Loan | | | |
|---|---|---|---|
| 1. [ ] FHA  2. [ ] FmHA  3. [ ] Conv. Unins. | | 6. File Number:  04-13123 | 7. Loan Number:  0412301477 |
| 4. [ ] VA  5. [ ] Conv. Ins. | | | 8. Mortgage Ins. Case #: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Robert N. Cabe 3936 Lorien Way NW Kennesaw, GA 30152
Leighanne S. Cabe 3936 Lorien Way NW Kennesaw, GA 30152

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 1130 Northchase Parkway, Suite 200 Marietta, GA 30067

**G. PROPERTY LOCATION (Brief Legal):**
3936 Lorien Way NW Kennesaw, GA  30152

| H. SETTLEMENT AGENT: | PLACE OF SETTLEMENT: |
|---|---|
| Swafford and Hays Settlement Services, Inc. 865-539-1450 Contact: Janet Shelley | 9041 Executive Park Drive, Suite 400 Knoxville, TN 37923 |

| I. SETTLEMENT DATE: | DISBURSEMENT DATE: |
|---|---|
| 01/06/2005 | 01/11/2005 |

| J. SUMMARY OF BORROWER(S) TRANSACTION | | K. SUMMARY OF SELLER(S) TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 191,573.98 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | **191,573.98** | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 192,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **192,000.00** | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 191,573.98 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 192,000.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ] [From [X]To [ ] Borrower** | **426.02** | **603. Cash [X]To [ ]From Seller** | **0.00** |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E, G, H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

*[signatures]*

(Printed on Jan 30, 2005 @ 17:20)    US Department of Housing and Urban Development    OMB No. 2502-0265

## L.    SETTLEMENT CHARGES

| | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | | |
| 701. Listing Realtor Commission | | | |
| 702. Selling Realtor Commission | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee. To: Home Funds Direct | | 6,501.12 | |
| 802. Loan Discount | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. Processing Fee | | | |
| 809. Underwriting fee | | | |
| 810. Document Preparation Fee | | | |
| 811. Zone Determination Fee  To: Home Funds Direct | | 9.50 | |
| 812. Tax Service Fee  To: Home Funds Direct | | 66.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest from  To: Home Funds Direct | | 772.17 | |
| 902. Mortgage Insurance Premium for | | | |
| 903. Hazard Insurance Premium for | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard insurance  To: Home Funds Direct | | 984.50 | |
| 1002. Mortgage insurance | | | |
| 1003. City property taxes | | | |
| 1004. County property taxes  To: Clerk of the Court | | 761.05 | |
| 1005. Annual assessments | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. Aggregate Accounting Adjustment  To: Home Funds Direct | | -537.07 | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | | 475.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | | 250.00 | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's Fees | | | |
| (Includes above item numbers: ) | | | |
| 1108. Title Insurance  To: American Pioneer Title Insurance Company | | 463.20 | |
| (Includes above item numbers: ) | | | |
| 1109. Lender's coverage $192,000.00 @ $463.20 | | | |
| 1110. Owner's coverage @ 0.00 | | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc. | | 50.00 | |
| 1112. | | | |
| 1113. Overnight Courier & Handling Fees | | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | | |
| 1201. Recording fees and Service fees:  To: Clerk of the Court | | 120.00 | |
| 1202. City/county tax/stamps:    Mortgage $576.00  To: Clerk of the Court | | 576.00 | |
| 1203. State tax/stamps: | | | |
| 1204. GA Res tax  To: Clerk of the Court | | 6.50 | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey | | | |
| 1302. Pest inspection | | | |
| 1303. Payoff  To: Chase Manhattan Mortgage Acct#35-1995292056-532 | | 191,186.92 | |
| 1304. Payoff  To: Home Coming Funding NE Acct#0300582384 | | 35,246.37 | |
| 1305. Credit from file 04-13509  To: | | -45,557.78 | |
| 1306. | | | |
| 1307. | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | 191,573.98 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement

BORROWER(S):                                    SELLER(S):

Josephine S. Cabe

Robert N. Cabe

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

Swafford and Hays Settlement Services, Inc.                    Date

NOTE:  Taxes have been prorated based on taxes for the year.  Any re-proration will be handled between the buyer and seller.  All utility bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills.
WARNING:  It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine or imprisonment.  For details see:  Title 18 U.S. Code Section 1001 and Section 1010

Date Printed: Monday, March 27, 2006  10:02:06 AM

## Disbursement Sheet

| Order #: 04-13123 | Settlement Date: 01/06/2005 | Disbursement Date: 01/11/2005 |
|---|---|---|

| | | |
|---|---|---|
| Buyer: | Robert N. Cabe and Leighanne S. Cabe, as joint tenants with rights of survivorship and not as tenants in common, for and during their joint lives, and upon the death of either of them, then to the survivor of them, in fee simple, together with every contingent remainder and right of reversion | Money Out: $228,993.51 |
| Seller: | | Money In: $228,993.51 |
| Property: | 3936 Lorien Way NW Kennesaw, GA 30152 | Difference: $0.00 |
| Lender: | Home Funds Direct | |
| Loan #: | 0412301477 | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00012097 | 1/11/2005 10:19:40 AM | Swafford and Hays Settlement Services, Inc. | 1103 | Title examination | | $250.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title Insurance | | $324.24 |
| | | | 1101 | Settlement or closing fee | | $475.00 |
| | | | | | Total: | $1,099.24 |
| 00012098 | 1/11/2005 10:19:40 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | Total: | $200.00 |
| 00012099 | 1/11/2005 10:19:40 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $138.96 |
| | | | | | Total: | $138.96 |
| 00012569 | 1/14/2005 2:04:09 PM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees and Service fees: | | $74.00 |
| | | | | | Total: | $74.00 |
| 00012100 | 1/11/2005 10:19:40 AM | Robert N. Cabe and Leighanne S. Cabe | 303 | Cash [ ]From [X]To Borrower | | $426.02 |
| | | | | | Total: | $426.02 |
| 00012101 | 1/11/2005 10:19:40 AM | Chase Manhattan Mortgage Acct#35-1995292056-532 | 1303 | Payoff | | $191,186.92 |
| | | | | | Total: | $191,186.92 |
| 00012102 | 1/11/2005 10:19:40 AM | Home Coming Funding NE Acct#0300582384 | 1304 | Payoff | | $35,246.37 |
| | | | | | Total: | $35,246.37 |
| 00012570 | 1/14/2005 2:04:09 PM | COBB COUNTY CLERK OF THE SUPERIOR COURT | 1202 | City/county tax/stamps:  Mortgage $576.00 | | $576.00 |
| | | | | | Total: | $576.00 |
| 00012571 | 1/14/2005 2:04:09 PM | COBB COUNTY CLERK OF THE SUPERIOR COURT | 1201 | Recording fees and Service fees: | | $46.00 |
| | | | | | Total: | $46.00 |

### Money In

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 04-13123/Lender/1 | 01/12/2005 | Home Funds Direct | | | | |
| | | | 202 | Principal amount of new loan(s) | | $192,000.00 |
| | | | 801 | Loan Origination Fee | | ($6,501.12) |
| | | | 1204 | GA Res tax | | ($6.50) |
| | | | 1008 | Aggregate Accounting Adjustment | | $537.07 |
| | | | 1001 | Hazard insurance | | ($984.50) |
| | | | 1004 | County property taxes | | ($761.05) |
| | | | 901 | Interest from | | ($772.17) |
| | | | 812 | Tax Service Fee | | ($66.00) |
| | | | 811 | Zone Determination Fee | | ($9.50) |
| | | | | | Total: | $183,436.23 |
| 04-13123/Misc 5/1 | 01/13/2005 | | 1305 | Credit from file 04-13509 | | $45,557.28 |
| | | | | | Total: | $45,557.28 |

**Hall-Frazier**
**Record - 001899**

## LEDGER CARD

Date Printed  Monday, March 27, 2006  10:02:01 AM

Order #: 04-13123
Buyer/Borrower : Robert N. Cabe and Leighanne S. Cabe
Seller :
Lender Name : Home Funds Direct
Loan Number : 0412301477
Property Address : 3936 Lorien Way NW, Kennesaw, GA  30152

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/12/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 183,436.23 |
| 01/13/2005 | funds from file # 04 | alisonw | 01/31/2005 | | 45,557.28 |
| **\*TOTAL DEPOSITS** | | | | | **228,993.51** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/11/2005 | 00012096v | m.lay | 01/31/2005 | Clerk of the Court | (696.00) |
| 01/11/2005 | 00012097 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (1,099.24) |
| 01/11/2005 | 00012098 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/11/2005 | 00012099 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (138.96) |
| 01/11/2005 | 00012100 | bj | 01/31/2005 | Robert N. Cabe and Leighanne S. Cabe | (426.02) |
| 01/11/2005 | 00012101 | bj | 01/31/2005 | Chase Manhattan Mortgage Acct#35-1995292056-532 | (191,186.92) |
| 01/11/2005 | 00012102 | bj | 01/31/2005 | Home Coming Funding NE Acct#0300582384 | (35,246.37) |
| 01/14/2005 | 00012569 | m.lay | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (74.00) |
| 01/14/2005 | 00012570 | m.lay | 01/31/2005 | COBB COUNTY CLERK OF THE SUPERIOR COURT | (576.00) |
| 01/14/2005 | 00012571 | m.lay | 01/31/2005 | COBB COUNTY CLERK OF THE SUPERIOR COURT | (46.00) |
| **\*TOTAL CHECKS** | | | | | **(229,689.51)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/11/2005 | 00012096 | m.lay | 01/31/2005 | Clerk of the Court | 696.00 |
| **\*TOTAL VOIDS** | | | | | **696.00** |

| **\*\*TOTALS FOR: tn2** | | | | **0.00** |
|---|---|---|---|---|

### ***POSTED TOTAL                                                0.00

## PENDING ESCROWS

### ****TOTAL(POSTED + PENDING)                                  0.00

Hall-Frazier
Record - 001900

74-jan05

**A.**                                           SETTLEMENT STATEMENT

**B. Type of Loan**

| 1. [ ] FHA  2. [ ] FmHA  3. [ ] Conv. Unins. | 6. File Number: | 7. Loan Number: | |
|---|---|---|---|
| 4. [ ] VA  5. [ ] Conv. Ins. | 04-13159 | 0411027448 | 8. Mortgage Ins. Case #: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER BUYER:**
Kathleen P. Gardner 204 Kimble Road Vestal, NY 13850
John Gardner ,

**E. NAME AND ADDRESS OF SELLER:**
Kathleen P. Gardner ,

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 1300 Veterans Memorial Highway, Suite 310 Hauppauge, NY 11788

**G. PROPERTY LOCATION (Brief Legal):**
204 Kimble Road Vestal , NY  13850

**H. SETTLEMENT AGENT:**
Swafford and Hays Settlement Services, Inc.  865-539-1450 Contact:
Shaun Gafford

**PLACE OF SETTLEMENT:**
9041 Executive Park Drive, Suite 400 Knoxville, TN  37923

**I. SETTLEMENT DATE:**
01/10/2005

**DISBURSEMENT DATE:**
01/14/2005

| **J. SUMMARY OF BORROWER(S) TRANSACTION** | | **K. SUMMARY OF SELLER(S) TRANSACTION** | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 60,708.98 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 60,708.98 | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 70,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 70,000.00 | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 60,708.98 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 70,000.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ] [From  [X]To  Borrower** | 9,291.02 | **603. Cash [X]To  [ ]From  Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT. The information  contained in Blocks E,G,H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

_Kathleen P. Gardner_ (signature)
Kathleen P. Gardner

SETTLEMENT CHARGES

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee  To: Home Funds Direct | 2,520.00 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee.POC $300.00 to Huttleston Appraisal Service | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Flood Certification Fee  To: Home Funds Direct | 9.50 | |
| 809. Tax Service Fee  To: Home Funds Direct | 66.00 | |
| 810. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from 01/14/2005 to 02/01/2005 @ 15.32/day To: Home Funds Direct | 275.76 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | 275.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (Includes above item numbers: ) | | |
| 1108. Title Insurance  To: American Pioneer and Swafford & Hays | 480.15 | |
| (Includes above item numbers: ) | | |
| 1109. Lender's coverage  70,000.00 @ 480.15 | | |
| 1110. Owner's coverage @ 0.00 | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOV'T. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees.Service fees:  To: Clerk of the Court | 150.00 | |
| 1202. City/county tax/stamps: | | |
| 1203. State tax/stamps:POC. $175.00  To: Clerk of the Court | 525.00 | |
| 1204. | | |
| 1205. NY Quit Claim Deed Recording Fee  To: Clerk of the Court | 135.00 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff  To: Homecomings Financial | 40,240.18 | |
| 1304. 2005 Town/County Taxes  To: Broome County Tax Collector | 1,390.78 | |
| 1305. Payment  To: American General Finan | 5,440.00 | |
| 1306. Payoff  To: GMAC | 8,701.61 | |
| 1307. | | |
| 1308. | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | 60,708.98 | 0.00 |

I/we carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement

BORROWER(S):                                          SELLER(S):

_Kathleen P. Gardner_                                 _Kathleen P. Gardner_
Kathleen P. Gardner                                   Kathleen P. Gardner

_John Gardner_
John Gardner

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction.  I have caused or will cause the funds to be disbursed in accordance with this statement

_Swafford and Hays Settlement Services, Inc._                    _01/12/05_
Swafford and Hays Settlement Services, Inc.              Date

NOTE:  Taxes have been prorated based on taxes for the year.  Any re-proration will be handled between the buyer and seller.  All utility bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills

WARNING:  It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine or imprisonment  For details see:  Title 18 U.S. Code Section 1001 and Section 1010

Date Printed: Monday, March 27, 2006 11:27:32 AM

## Disbursement Sheet

| Order #: 04-13159 | Settlement Date: 01/10/2005 | | Disbursement Date: 01/14/2005 | |

| | |
|---|---|
| Buyer: | Kathleen P. Gardner and John Gardner, wife and husband |
| Seller: | Kathleen P. Gardner |
| Property: | 204 Kimble Road Vestal , NY 13850 |
| Lender: | Home Funds Direct |
| Loan #: | 0411027448 |

| | |
|---|---|
| Money Out | $67,303.74 |
| Money In | $67,303.74 |
| Difference | $0.00 |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00012547 | 1/14/2005 10:09:56 AM | Swafford and Hays Settlement Services, Inc. | 1101 | | | |
| | | | | Settlement or closing fee | | $275.00 |
| | | | 1103 | Title examination | | $250.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title Insurance | | $336.10 |
| | | | | | Total: | $911.10 |
| 00012548 | 1/14/2005 10:09:56 AM | Swafford and Hays Settlement Services, Inc. | 1102 | | | |
| | | | | Abstract or title search | | $200.00 |
| | | | | | Total: | $200.00 |
| 00012549 | 1/14/2005 10:09:56 AM | Swafford and Hays Settlement Services, Inc. | 1108 | | | |
| | | | | Title Insurance | | $144.05 |
| | | | | | Total: | $144.05 |
| 00012865 | 1/18/2005 4:20:19 PM | Swafford and Hays Settlement Services, Inc | 1201 | | | |
| | | | | Recording fees: and Service fees: | | $24.00 |
| | | | 1205 | NY Quit Claim Deed Recording Fee | | $37.00 |
| | | | | | Total: | $61.00 |
| wire # 4715009 | 1/14/2005 5:16:37 PM | Kathleen P. Gardner and John Gardner | 303 | | | |
| | | | | Cash [ ]From [X]To Borrower | | $9,291.02 |
| | | | | | Total: | $9,291.02 |
| 00017023 | 2/10/2005 8:43:44 AM | American General Finan | 1305 | | | |
| | | | | Payment | | $5,440.00 |
| | | | | | Total: | $5,440.00 |
| 00012553 | 1/14/2005 10:09:56 AM | GMAC | 1306 | | | |
| | | | | Payoff | | $8,701.61 |
| | | | | | Total: | $8,701.61 |
| 00012554 | 1/14/2005 10:09:56 AM | Homecomings Financial | 1303 | | | |
| | | | | Payoff | | $40,240.18 |
| | | | | | Total: | $40,240.18 |
| 00012866 | 1/18/2005 4:20:19 PM | BROOME COUNTY CLERK | 1203 | | | |
| | | | | State tax/stamps: POCL $175.00 | | $525.00 |
| | | | 89 | New Check - | | $175.00 |
| | | | | | Total: | $700.00 |
| 00012867 | 1/18/2005 4:20:19 PM | BROOME COUNTY CLERK | 1205 | | | |
| | | | | NY Quit Claim Deed Recording Fee | | $98.00 |
| | | | | | Total: | $98.00 |
| 00012868 | 1/18/2005 4:20:19 PM | BROOME COUNTY CLERK | 1201 | | | |
| | | | | Recording fees: and Service fees: | | $126.00 |
| | | | | | Total: | $126.00 |
| 00017019 | 2/9/2005 5:09:48 PM | Swafford & Hays Settlement Services | 1304 | | | |
| | | | | 2005 Town/County Taxes | | $1,383.03 |
| | | | | | Total: | $1,383.03 |
| 00017020 | 2/9/2005 5:09:48 PM | Kathleen P. Gardner and John Gardner | 1304 | | | |
| | | | | 2005 Town/County Taxes | | $7.75 |
| | | | | | Total: | $7.75 |

### Money In

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 04-13159/Lender/1 | 01/14/2005 | Home Funds Direct | | | | |
| | | | 202 | Principal amount of new loan(s) | | $70,000.00 |
| | | | 801 | Loan Origination Fee | | ($2,520.00) |
| | | | 808 | Flood Certification Fee | | ($9.50) |
| | | | 809 | Tax Service Fee | | ($66.00) |
| | | | | Interest from 01/14/2005 to 02/01/2005 @ | | |
| | | | 901 | 15.32/day | | ($275.76) |
| | | | 88 | New Receipt - | | $175.00 |
| | | | | | Total: | $67,303.74 |

**Hall-Frazier**
**Record - 001904**

## LEDGER CARD

Date Printed: Monday, March 27, 2006  11:23:28 AM

Order #: 04-13159
Buyer/Borrower : Kathleen P. Gardner and John Gardner
Seller : Kathleen P. Gardner
Lender Name : Home Funds Direct
Loan Number : 0411027448
Property Address : 204 Kimble Road, Vestal , NY  13850

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/14/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 67,303.74 |
| **\*TOTAL DEPOSITS** | | | | | **67,303.74** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/18/2005 | 00012865 | m.lay | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (61.00) |
| 01/18/2005 | 00012866 | m.lay | 01/31/2005 | BROOME COUNTY CLERK | (700.00) |
| 01/18/2005 | 00012867 | m.lay | 01/31/2005 | BROOME COUNTY CLERK | (98.00) |
| 01/18/2005 | 00012868 | m.lay | 01/31/2005 | BROOME COUNTY CLERK | (126.00) |
| 01/14/2005 | 00012546v | m.lay | 01/31/2005 | Clerk of the Court | (985.00) |
| 01/14/2005 | 00012547 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (911.10) |
| 01/14/2005 | 00012548 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/14/2005 | 00012549 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (144.05) |
| 01/14/2005 | 00012550v | alisonw | 01/31/2005 | Kathleen P. Gardner and John Gardner | (9,291.02) |
| 01/14/2005 | 00012551v | e.koty | 02/28/2005 | Broome County Tax Collector | (1,390.78) |
| 01/14/2005 | 00012552v | daynat | 02/28/2005 | American General Finan | (5,440.00) |
| 01/14/2005 | 00012553 | bj | 01/31/2005 | GMAC | (8,701.61) |
| 01/14/2005 | 00012554 | bj | 01/31/2005 | Homecomings Financial | (40,240.18) |
| 01/14/2005 | wire # 4715009 | alisonw | 01/31/2005 | Kathleen P. Gardner and John Gardner | (9,291.02) |
| 02/09/2005 | 00017019 | e.koty | 02/28/2005 | Swafford & Hays Settlement Services | (1,383.03) |
| 02/09/2005 | 00017020 | e.koty | 02/28/2005 | Kathleen P. Gardner and John Gardner | (7.75) |
| 02/10/2005 | 00017023 | daynat | 02/28/2005 | American General Finan | (5,440.00) |
| **\*TOTAL CHECKS** | | | | | **(84,410.54)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/14/2005 | 00012546 | m.lay | 01/31/2005 | Clerk of the Court | 985.00 |
| 01/14/2005 | 00012550 | alisonw | 01/31/2005 | Kathleen P. Gardner and John Gardner | 9,291.02 |
| 01/14/2005 | 00012551 | e.koty | 02/28/2005 | Broome County Tax Collector | 1,390.78 |
| 01/14/2005 | 00012552 | daynat | 02/28/2005 | American General Finan | 5,440.00 |
| **\*TOTAL VOIDS** | | | | | **17,106.80** |

| **\*\*TOTALS FOR: tn2** | **0.00** |
|---|---|

**\*\*\*POSTED TOTAL**                                            **0.00**

## PENDING ESCROWS

**\*\*\*\*TOTAL(POSTED + PENDING)**                          **0.00**

**Hall-Frazier**
**Record - 001905**

# New York Title Insurance Rate Calculator

### Title Insurance Rate Service Association Rate Manual (11/05/2001) - Old Rates

| | Sale Price | Mortgage Amount | Previous Mortgage Amount | |
|---|---|---|---|---|
| | | 70000 | | |
| | Owner's | Mortgage | Simultaneous Issue | Refinance |
| Broome | 356.00 | 480.00 | 627.00 | 331.00 |
| Zone 2 | 402.00 | 518.00 | 679.00 | 346.00 |
| | Calculate | | Reset | |

This page has been accessed  times since January 1, 2000

Copyright 1998 - 2007 by John Granger, All Rights Reserved
Page written November 23, 1998, Last update January 4, 2007
Add the New York Title Insurance Rate Calculator to your Web Site

**Search Public Records with WebInvestigator.org**

Return to the New York Title Insurance Web Site

#74 - ___

83-jan05

**A.**                                    SETTLEMENT STATEMENT

**B. Type of Loan**

| 1. [ ] FHA   2. [ ] FmHA   3. [ ] Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Ins. Case # |
|---|---|---|---|
| 4. [ ] VA   5. [X] Conv. Ins. | 04-14196 | 04102811-1 | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Anthony Edward Rose, Jr. 15 Kosmoso Street New London, CT 06320
Janet L. Rose .,

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 100 Roscommon Dr Middletown, CT 06457

**G. PROPERTY LOCATION (Brief Legal):**
15 Kosmoso Street New London, CT 06320

| **H. SETTLEMENT AGENT:** Swofford and Hays Settlement Services, Inc. 865-539-14504 Contact: Shaun Galford | **PLACE OF SETTLEMENT:** 5041 Executive Park Drive, Suite 400 Knoxville, TN 37923 |
|---|---|
| **I. SETTLEMENT DATE:** 01/10/2005 | **DISBURSEMENT DATE:** 01/14/2005 |

| **J. SUMMARY OF BORROWER(S) TRANSACTION** | | **K. SUMMARY OF SELLER(S) TRANSACTION** | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 139,155.76 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | **139,155.76** | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 148,500.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **148,500.00** | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 139,155.76 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 148,500.00 | 602. Less reductions in amt due seller (line 520) | |
| **303. Cash [X]From [ ]To Borrower** | **9,344.24** | **603. Cash [X]To [ ]From Seller** | **0.00** |

SUBSTITUTION FORM 1099 SELLER STATEMENT. The information contained in Blocks E.G.H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

**L.   SETTLEMENT CHARGES**

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee  To  Home Funds Direct | 5,940.00 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee POC  $275.00 | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Underwriting Fee  To  Home Funds Direct | 550.00 | |
| 809. Document Preparation Fee  To  Home Funds Direct | 550.00 | |
| 810. Appraisal Review Fee  To  Home Funds Direct | 150.00 | |
| 811. Zone Determination Fee  To  Home Funds Direct | 9.50 | |
| 812. Tax Service Fee  To  Home Funds Direct | 69.00 | |
| 813. Funding Fee  To  Home Funds Direct | 350.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from 01/14/2005 to 02/01/2005 @ 27.22/day  To  Home Funds Direct | 489.96 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance 7 months @ 47.33 per month  To  Home Funds Direct | 331.35 | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes 2 months @ 194.5 per month  To  Home Funds Direct | 389.00 | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment  To  Home Funds Direct | -289.08 | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee  To  Swafford and Hays Settlement Services, Inc. | 275.00 | |
| 1102. Abstract or title search  To  Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination  To  Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance  To  American Pioneer and Swafford & Hays | 539.25 | |
| (Includes above item numbers: ) | | |
| 1109. Lender's coverage $148,500.00 @ $539.50 | | |
| 1110. Owner's coverage @ 0.00 | | |
| 1111. Endorsements  To  Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees and Service fees  To  Clerk of the Court | 150.00 | |
| 1202. City/county tax/stamps | | |
| 1203. State tax/stamps | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff good through 01/24/05  To  Washington Mutual Home Acct#8495618863 | 80,880.26 | |
| 1304. 2003 2nd Half Taxes  To  City of New London Tax Collector | 1,167.02 | |
| 1305. Payment  To  Condor Capital Corp | 18,530.39 | |
| 1306. Payment  To  Americredit | 14,585.27 | |
| 1307. Payment  To  LS14 Harley Davidson | 13,991.77 | |
| 1308. | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | **139,155.76** | **0.00** |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S):                                                                      SELLER(S):

Anthony Edward Rose, Jr.

Janet L. Rose

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Seaffend and Hine Settlement Services, Inc.                                        Date

NOTE: Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable and maintenance dues) have been paid or will be paid upon receipt of final bills.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

## Disbursement Sheet

Date Printed: Monday, May 7, 2008 1:45:44 AM

| Order #: 04-13199 | Settlement Date: 01/10/2005 | Disbursement Date: 01/14/2005 |
|---|---|---|

Buyer: Anthony Edward Rose, Jr. and Janet L. Rose, as joint tenants with the right of survivorship with warranty covenants
Seller:
Property: 15 Kenomes Street New London, CT 06320
Lender: Home Funds Direct
Loan #: 0410281171

Money Out: $139,963.20
Money In: $139,963.20
Difference: $0.00

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00012556 | 1/14/2005 10:14:58 AM | Swafford and Hays Settlement Services, Inc. | 1101 | Settlement or closing fee | | $275.00 |
| | | | 1103 | Title examination | | $250.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title Insurance | | $323.55 |
| | | | | | Total: | **$898.55** |
| 00012557 | 1/14/2005 10:14:58 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | Total: | **$200.00** |
| 00012558 | 1/14/2005 10:14:58 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $215.70 |
| | | | | | Total: | **$215.70** |
| 00012861 | 1/18/2005 4:16:27 PM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees and Service fees: | | $67.00 |
| | | | | | Total: | **$67.00** |
| 00012559 | 1/14/2005 10:14:58 AM | Anthony Edward Rose, Jr. and Janet L. Rose | 303 | Cash [ ]From [X]To Borrower | | $9,344.24 |
| | | | | | Total: | **$9,344.24** |
| 00012560 | 1/14/2005 10:14:58 AM | City of New London Tax Collector | 1304 | 2003 2nd Half Taxes | | $1,167.02 |
| | | | | | Total: | **$1,167.02** |
| 00012561 | 1/14/2005 10:14:58 AM | Condor Capital Corp. | 1305 | Payment | | $18,530.39 |
| | | | | | Total: | **$18,530.39** |
| 00012562 | 1/14/2005 10:14:58 AM | Americredit | 1306 | Payment | | $14,585.27 |
| | | | | | Total: | **$14,585.27** |
| 00012563 | 1/14/2005 10:14:58 AM | FSB Harley Davidson | 1307 | Payment | | $13,991.77 |
| | | | | | Total: | **$13,991.77** |
| 00012564 | 1/14/2005 10:14:58 AM | Washington Mutual Home Acct#8495961867 | 1303 | Payoff good through 01/24/05 | | $80,880.26 |
| | | | | | Total: | **$80,880.26** |
| 00012862 | 1/18/2005 4:16:27 PM | NEW LONDON CITY CLERK | 1201 | Recording fees and Service fees: | | $83.00 |
| | | | | | Total: | **$83.00** |

### Money In

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 04-13199/Lender 1 | 01/14/2005 | Home Funds Direct | 202 | Principal amount of new loan(s) | | $148,500.00 |
| | | | 801 | Loan Origination Fee | | ($5,940.00) |
| | | | 808 | Underwriting fee | | ($550.00) |
| | | | 809 | Document Preparation Fee | | ($550.00) |
| | | | 810 | Appraisal Review Fee | | ($150.00) |
| | | | 901 | Interest from 01/14/2005 to 02/01/2005 @ 27.22 day | | ($489.96) |
| | | | 1008 | Aggregate Accounting Adjustment | | $289.05 |
| | | | 1003 | City property taxes 2 months @ 194.5 per month | | ($389.04) |
| | | | 1001 | Hazard insurance 7 months @ 47.33 per month | | ($331.35) |
| | | | 813 | Funding Fee | | ($350.00) |
| | | | 812 | Tax Service Fee | | ($66.00) |
| | | | 811 | Zone Determination Fee | | ($9.50) |
| | | | | | Total: | **$139,963.20** |

**Hall-Frazier**
**Record - 001911**

# LEDGER CARD

Date Printed: Monday, March 2, 2009 11:45:39 AM

Order #: 04-13199
Buyer/Borrower : Anthony Edward Rose, Jr. and Janet L. Rose
Seller :
Lender Name : Home Funds Direct
Loan Number : 0410281171
Property Address : 15 Konomoc Street, New London, CT  06320

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/14/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 139,963.20 |
| **\*TOTAL DEPOSITS** | | | | | **139,963.20** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/18/2005 | 00012861 | m.lay | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (67.00) |
| 01/18/2005 | 00012862 | m.lay | 02/28/2005 | NEW LONDON CITY CLERK | (83.00) |
| 01/14/2005 | 00012555v | m.lay | 01/31/2005 | Clerk of the Court | (150.00) |
| 01/14/2005 | 00012556 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (898.55) |
| 01/14/2005 | 00012557 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/14/2005 | 00012558 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (215.70) |
| 01/14/2005 | 00012559 | bj | 01/31/2005 | Anthony Edward Rose, Jr. and Janet L. Rose | (9,344.24) |
| 01/14/2005 | 00012560 | bj | 01/31/2005 | City of New London Tax Collector | (1,167.02) |
| 01/14/2005 | 00012561 | bj | 01/31/2005 | Condor Capital Copr. | (18,530.39) |
| 01/14/2005 | 00012562 | bj | 01/31/2005 | Americredit | (14,585.27) |
| 01/14/2005 | 00012563 | bj | 01/31/2005 | ESB/Harley Davidson | (13,991.77) |
| 01/14/2005 | 00012564 | bj | 01/31/2005 | Washington Mutual Home Acct#8495961867 | (80,880.26) |
| **\*TOTAL CHECKS** | | | | | **(140,113.20)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/14/2005 | 00012555 | m.lay | 01/31/2005 | Clerk of the Court | 150.00 |
| **\*TOTAL VOIDS** | | | | | **150.00** |

| **\*\*TOTALS FOR: tn2** | **0.00** |
|---|---|

## \*\*\*POSTED TOTAL                    0.00

## PENDING ESCROWS

## \*\*\*\*TOTAL(POSTED + PENDING)                    0.00

Hall-Frazier
Record - 001912

91-jan05

Printed 01/07/2005 at 11:15a                  US Department of Housing and Urban Development                  OMB No. 2502-0265

**A.**
**SETTLEMENT STATEMENT**

**B. Type of Loan**

| 1. [ ] FHA  2. [ ] FmHA  3. [ ] Conv. Unins. | 6. File Number: | 7. Loan Number: | |
| 4. [ ] VA  5. [X] Conv. Ins. | 04-13238 | 0409078055 | 8. Mortgage Ins. Case #: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Ronald W Millspaugh 131 Ryan Street Port Jervis, NY 12771
Carolyn S Millspaugh

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 100 Roscommon Dr. Suite 122 Middletown, CT 06457

**G. PROPERTY LOCATION (Brief Legal):**
131 Ryan Street Port Jervis, NY 12771

| **H. SETTLEMENT AGENT:** | **PLACE OF SETTLEMENT:** |
| Swafford and Hays Settlement Services, Inc. 865-539-1450 Contact: Shaun Galford | 9041 Executive Park Drive, Suite 400 Knoxville, TN 37923 |
| **I. SETTLEMENT DATE:** | **DISBURSEMENT DATE:** |
| 01/07/2005 | 01/12/2005 |

| **J. SUMMARY OF BORROWER(S) TRANSACTION** | | **K. SUMMARY OF SELLER(S) TRANSACTION** | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 69,934.63 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 69,934.63 | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 85,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 85,000.00 | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 69,934.63 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 85,000.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ]From [X]To  Borrower** | 15,065.37 | **603. Cash [X]To [ ]From  Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E, G, H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

L.

| (Printed on Form HUD-1 3/86 8-12-93) | US Department of Housing and Urban Development SETTLEMENT CHARGES | | OMB No. 2502-0265 |
|---|---|---|---|

| | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Sales/Broker's Commission based on price** | | | |
| 701. Listing Realtor Commission | | | |
| 702. Selling Realtor Commission | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee | | | |
| 802. Loan Discount | | | |
| 803. Appraisal Fee  To: Home Funds Direct | | 300.00 | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. Underwriting fee  To: Home Funds Direct | | 600.00 | |
| 809. Document Preparation Fee  To: Home Funds Direct | | 600.00 | |
| 810. Appraisal Review Fee  To: Home Funds Direct | | 175.00 | |
| 811. Zone Determination Fee  To: Home Funds Direct | | 9.50 | |
| 812. Tax Service Fee  To: Home Funds Direct | | 66.00 | |
| 813. Funding Fee  To: Home Funds Direct | | 350.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest from 01/12/2005 to 02/01/2005 @ 14.55/day To: Home Funds Direct | | 291.00 | |
| 902. Mortgage Insurance Premium for | | | |
| 903. Hazard Insurance Premium for | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard insurance | | | |
| 1002. Mortgage insurance | | | |
| 1003. City property taxes | | | |
| 1004. County property taxes | | | |
| 1005. Annual assessments | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. Aggregate Accounting Adjustment | | | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | | 275.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | | 250.00 | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's Fees | | | |
| (Includes above item numbers: ) | | | |
| 1108. Title Insurance  To: American Pioneer and Swafford & Hays | | 590.69 | |
| (Includes above item numbers: ) | | | |
| 1109. Lender's coverage  85,000.00 @ 590.69 | | | |
| 1110. Owner's coverage @ 0.00 | | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc. | | 50.00 | |
| 1112. | | | |
| 1113. Overnight Courier & Handling Fees | | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | | |
| 1201. Recording fees and Service fees:  To: Clerk of the Court | | 150.00 | |
| 1202. City/county tax/stamps DOCL $212.50  To: Clerk of the Court | | 612.50 | |
| 1203. State tax/stamps: | | | |
| 1204. | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey | | | |
| 1302. Pest inspection | | | |
| 1303. Payoff  To: Upland Mortgage Acct#1001048262 | | 63,758.80 | |
| 1304. Delinquent 2004-05 School Taxes  To: Orange County Tax Collector | | 1,384.17 | |
| 1305. 2005 County Taxes  To: Orange County Tax Collector | | 271.97 | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1309. | | | |
| 1310. | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | 69,934.63 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S)                                        SELLER(S):

_Ronald W. Millspaugh_ (signature)
Ronald W Millspaugh

_Carolyn S Millspaugh_ (signature)
Carolyn S Millspaugh

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_Jana Carcello_ _____    _01/11/05_ _____
                                    Date

Southland and Hays Settlement Services, Inc.

NOTE - Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Hall-Frazier
Record - 001916

## Disbursement Sheet

| Order #: 04-13238 | | Settlement Date: 01/07/2005 | | Disbursement Date: 01/12/2005 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Buyer: | Ronald W Millspaugh and Carolyn S Millspaugh, his wife | Money Out: | $83,121.00 |
| Seller: | | Money In: | $83,121.00 |
| Property: | 131 Ryan Street Port Jervis, NY 12771 | Difference: | $0.00 |
| Lender: | Home Funds Direct | | |
| Loan #: | 0409078055 | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 00012208 | 1/12/2005 9:48:03 AM | Swafford and Hays Settlement Services, Inc. | 1101 | | |
| | | | | Settlement or closing fee | $275.00 |
| | | | 1103 | Title examination | $250.00 |
| | | | 1111 | Endorsements | $50.00 |
| | | | 1108 | Title Insurance | $413.48 |
| | | | | **Total:** | **$988.48** |
| 00012209 | 1/12/2005 9:48:03 AM | Swafford and Hays Settlement Services, Inc. | 1102 | | |
| | | | | Abstract or title search | $200.00 |
| | | | | **Total:** | **$200.00** |
| 00012210 | 1/12/2005 9:48:03 AM | Swafford and Hays Settlement Services, Inc. | 1108 | | |
| | | | | Title Insurance | $177.21 |
| | | | | **Total:** | **$177.21** |
| 00012626 | 1/17/2005 1:45:12 PM | Swafford and Hays Settlement Services, Inc. | 1201 | | |
| | | | | Recording fees: and Service fees: | $68.00 |
| | | | | **Total:** | **$68.00** |
| 00012211 | 1/12/2005 9:48:03 AM | Ronald W Millspaugh and Carolyn S Millspaugh | 303 | | |
| | | | | Cash [ ]From [X]To Borrower | $15,065.37 |
| | | | | **Total:** | **$15,065.37** |
| 00012212 | 1/12/2005 9:48:03 AM | Orange County Tax Collector | 1304 | | |
| | | | | Delinquent 2004-05 School Taxes | $1,384.17 |
| | | | | **Total:** | **$1,384.17** |
| 00012213 | 1/12/2005 9:48:03 AM | Orange County Tax Collector | 1305 | | |
| | | | | 2005 County Taxes | $271.97 |
| | | | | **Total:** | **$271.97** |
| 00012214 | 1/12/2005 9:48:03 AM | Upland Mortgage Acct#1001048262 | 1303 | | |
| | | | | Payoff | $63,758.80 |
| | | | | **Total:** | **$63,758.80** |
| 00012215 | 1/12/2005 9:48:03 AM | NY Metro Appraisal Services, Inc. | 803 | | |
| | | | | Appraisal Fee | $300.00 |
| | | | | **Total:** | **$300.00** |
| 00012627 | 1/17/2005 1:45:12 PM | ORANGE COUNTY CLERK | 1202 | | |
| | | | | City/county tax/stamps: POCL $212.50 | $612.50 |
| | | | 89 | New Check - | $212.50 |
| | | | | **Total:** | **$825.00** |
| 00012628 | 1/17/2005 1:45:12 PM | ORANGE COUNTY CLERK | 1201 | | |
| | | | | Recording fees: and Service fees: | $82.00 |
| | | | | **Total:** | **$82.00** |

### Money In

| Ref# | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 04-13238/Lender/1 | 01/12/2005 | Home Funds Direct | | | |
| | | | 202 | Principal amount of new loan(s) | $85,000.00 |
| | | | 808 | Underwriting fee | ($600.00) |
| | | | 809 | Document Preparation Fee | ($600.00) |
| | | | 810 | Appraisal Review Fee | ($175.00) |
| | | | | Interest from 01/12/2005 to 02/01/2005 @ | |
| | | | 901 | 14.55/day | ($291.00) |
| | | | 812 | Tax Service Fee | ($66.00) |
| | | | 811 | Zone Determination Fee | ($9.50) |
| | | | 813 | Funding Fee | ($350.00) |
| | | | 88 | New Receipt - | $212.50 |
| | | | | **Total:** | **$83,121.00** |

Hall-Frazier
Record - 001917

## LEDGER CARD

Date Printed: Monday, March 27, 2006  11:11:52 AM

Order #: 04-13238
Buyer/Borrower : Ronald W Millspaugh and Carolyn S Millspaugh
Seller :
Lender Name : Home Funds Direct
Loan Number : 0409078055
Property Address : 131 Ryan Street, Port Jervis, NY  12771

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/12/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 83,121.00 |
| **\*TOTAL DEPOSITS** | | | | | **83,121.00** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/12/2005 | 00012207v | m.lay | 01/31/2005 | Clerk of the Court | (975.00) |
| 01/12/2005 | 00012208 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (988.48) |
| 01/12/2005 | 00012209 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/12/2005 | 00012210 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (177.21) |
| 01/12/2005 | 00012211 | bj | 01/31/2005 | Ronald W Millspaugh and Carolyn S Millspaugh | (15,065.37) |
| 01/12/2005 | 00012212 | bj | 01/31/2005 | Orange County Tax Collector | (1,384.17) |
| 01/12/2005 | 00012213 | bj | 01/31/2005 | Orange County Tax Collector | (271.97) |
| 01/12/2005 | 00012214 | bj | 01/31/2005 | Upland Mortgage Acct#1001048262 | (63,758.80) |
| 01/12/2005 | 00012215 | bj | 01/31/2005 | NY Metro Appraisal Services, Inc. | (300.00) |
| 01/17/2005 | 00012626 | m.lay | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (68.00) |
| 01/17/2005 | 00012627 | m.lay | 01/31/2005 | ORANGE COUNTY CLERK | (825.00) |
| 01/17/2005 | 00012628 | m.lay | 01/31/2005 | ORANGE COUNTY CLERK | (82.00) |
| **\*TOTAL CHECKS** | | | | | **(84,096.00)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/12/2005 | 00012207 | m.lay | 01/31/2005 | Clerk of the Court | 975.00 |
| **\*TOTAL VOIDS** | | | | | **975.00** |

| **\*\*TOTALS FOR: tn2** | **0.00** |
|---|---|

**\*\*\*POSTED TOTAL**                                      **0.00**

## PENDING ESCROWS

**\*\*\*\*TOTAL(POSTED + PENDING)**                          **0.00**

**Hall-Frazier**
**Record - 001918**

# New York Title Insurance Rate Calculator

### Title Insurance Rate Service Association Rate Manual (11/05/2001) - Old Rates

|  | Sale Price | Mortgage Amount | Previous Mortgage Amount |  |
|---|---|---|---|---|
|  |  | 85000 |  |  |
|  | Owner's | Mortgage | Simultaneous Issue | Refinance |
| Zone 1 | 356.00 | 542.00 | 688.00 | 392.00 |
| Orange | 402.00 | 586.00 | 747.00 | 414.00 |
|  | Calculate |  | Reset |  |

This page has been accessed  times since January 1, 2000

Copyright 1998 - 2007 by John Granger, All Rights Reserved
Page written November 23, 1998, Last update January 4, 2007
Add the New York Title Insurance Rate Calculator to your Web Site

**Search Public Records with WebInvestigator.org**

Return to the New York Title Insurance Web Site

Hall-Frazier
Record - 001919

97-jan05

A.

**SETTLEMENT STATEMENT**

US Department of Housing and Urban Development                                    OMB No. 2502-0265

| B. Type of Loan |
|---|
| 1 [ ] FHA   2 [ ] FmHA   3 [ ] Conv. Unins. | 6. File Number. | 7. Loan Number | 8. Mortgage Ins. Case #: |
| 4 [ ] VA   5 [ ] Conv. Ins. | 04-13290 | 0412065105 | |

C NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Mohammed Rashied 3101 Patrick Henry Drive #126 Falls Church, VA 22046

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 1130 Northchase Parkway Suite 200 Marietta, GA 30067-6420

**G. PROPERTY LOCATION (Brief Legal):**
3101 Patrick Henry Drive #126 Falls Church, VA 22044

| H. SETTLEMENT AGENT: | PLACE OF SETTLEMENT: |
|---|---|
| Swafford and Hays Settlement Services, Inc  865-539-1450 Contact: Danny Moore | 9041 Executive Park Drive, Suite 400 Knoxville, TN  37923 |

| I. SETTLEMENT DATE: | DISBURSEMENT DATE: |
|---|---|
| 01/06/2005 | 01/07/2005 |

| J. SUMMARY OF BORROWER(S) TRANSACTION | | K. SUMMARY OF SELLER(S) TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 151,915.28 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 151,915.28 | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 170,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 170,000.00 | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 151,915.28 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 170,000.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [X]To [ ]From Borrower** | 18,084.72 | **603. Cash [X]To [ ]From Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E,G,H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

**Hall-Frazier**
**Record - 001921**

(Revised as Jun 15, 2005 Q 17 (b)                    US Department of Housing and Urban Development                    OMB No. 2502-0265
L.                                                           SETTLEMENT CHARGES

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee  To: Home Funds Direct | 1,700.00 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Processing Fee  To: Home Funds Direct | 600.00 | |
| 809. Underwriting fee  To: Home Funds Direct | 600.00 | |
| 810. Document Preparation Fee  To: Home Funds Direct | 100.00 | |
| 811. Zone Determination Fee  To: Home Funds Direct | 9.50 | |
| 812. Tax Service Fee  To: Home Funds Direct | 66.00 | |
| 813. Appraisal Review Fee  To: Home Funds Direct | 100.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from  To: Home Funds Direct | 930.25 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard Insurance | | |
| 1002. Mortgage Insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | 275.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (Includes above item numbers: ) | | |
| 1108. Title Insurance  To: Commonwealth | 485.00 | |
| (Includes above item numbers: ) | | |
| 1109. Lender's coverage  170,000.00 @ 485.00 | | |
| 1110. Owner's coverage @ 0.00 | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOV'T. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees and Service fees  To: Clerk of the Court | 175.00 | |
| 1202. City/county tax/stamps  To: Clerk of the Court | 566.67 | |
| 1203. State tax/stamps | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff good through 02/01/05  To: ABN Amro Mortgage Company | 118,511.12 | |
| 1304. Payoff good through 01/21/05  To: USAA Federal Savings Bank | 9,922.74 | |
| 1305. Payment  To: Citi | 12,723.00 | |
| 1306. Payment  To: MBNA America Bank | 4,651.00 | |
| **1400. Total Settlement Charges (enter on line 103, Section J and 502, Section K)** | 151,915.28 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account by me in this transaction.  I further certify that I have received a copy of HUD-1 Settlement Statement.
BORROWER(S):                                                                          SELLER(S):

Mohammed Rashed

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction.  I have caused or will cause the funds to be disbursed in accordance with this statement.

_____                                    01/07/05
Swafford and Hays Settlement Services, Inc.                            Date
NOTE:  Taxes have been prorated based on taxes for the year.  Any re-proration will be handled between the buyer and seller.  All utility bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills.
WARNING:  It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine or imprisonment.  For details see:  Title 18 U.S. Code Section 1001 and Section 1010.

## Disbursement Sheet

Order #: 04-13290    Settlement Date: January 6, 2005    Disbursement Date: 01-07-2005

| Buyer: | Mohammed Rashed | Money Out | $165,994.25 |
|---|---|---|---|
| Seller: | | Money In | $165,994.25 |
| Property: | 3104 Patrick Henry Drive #126 Falls Church, VA 22044 | Difference: | $0.00 |
| Lender: | Home Funds Direct | | |
| Loan #: | 0412005105 | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 00017175 | 1/10/2005 9:12:36 AM | Swafford and Hays Settlement Services, Inc. | 1101 | | |
| | | | 1103 | Settlement or closing fee | $275.00 |
| | | | 1111 | Title examination | $250.00 |
| | | | 1108 | Endorsements | $50.00 |
| | | | | Title Insurance | $339.50 |
| | | | | **Total:** | **$914.50** |
| 00017176 | 1/10/2005 9:12:36 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | $200.00 |
| | | | | **Total:** | **$200.00** |
| 00017177 | 1/10/2005 9:12:36 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | $145.50 |
| | | | | **Total:** | **$145.50** |
| 00017527 | 1/28/2005 8:53:46 AM | Mohammed Rashed | 1201 | Recording fees; and Service fees: | $129.00 |
| | | | | **Total:** | **$129.00** |
| 00017178 | 1/10/2005 9:12:36 AM | Mohammed Rashed | 303 | Cash [ ]From [X]To Borrower | $18,184.72 |
| | | | | **Total:** | **$18,184.72** |
| 00017179 | 1/10/2005 9:12:36 AM | ABN Ambro Mortgage Company | 1303 | Payoff good through 02-01-05 | $118,511.12 |
| | | | | **Total:** | **$118,511.12** |
| 00017180 | 1/10/2005 9:12:36 AM | USAA Federal Savings Bank | 1304 | Payoff good through 01-21-05 | $9,922.74 |
| | | | | **Total:** | **$9,922.74** |
| 00017181 | 1/10/2005 9:12:36 AM | Citi | 1305 | Payment | $12,723.00 |
| | | | | **Total:** | **$12,723.00** |
| 00017182 | 1/10/2005 9:12:36 AM | MBNA America Bank | 1306 | Payment | $4,651.00 |
| | | | | **Total:** | **$4,651.00** |
| 00017528 | 1/28/2005 8:53:46 AM | FAIRFAX COUNTY CLERK OF THE CIRCUIT COURT | 1202 | City/county tax/stamps: | $566.67 |
| | | | | **Total:** | **$566.67** |
| 00017529 | 1/28/2005 8:53:46 AM | FAIRFAX COUNTY CLERK OF THE CIRCUIT COURT | 1201 | Recording fees; and Service fees: | $46.00 |
| | | | | **Total:** | **$46.00** |

### Money In

| Ref# | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 04-13290/Lender/1 | 01/07/2005 | Home Funds Direct | | | |
| | | | 202 | Principal amount of new loan(s) | $170,000.00 |
| | | | 801 | Loan Origination Fee | ($1,700.00) |
| | | | 809 | Underwriting fee | ($600.00) |
| | | | 810 | Document Preparation Fee | ($100.00) |
| | | | 808 | Processing Fee | ($600.00) |
| | | | 901 | Interest from | ($939.25) |
| | | | 811 | Zone Determination Fee | ($9.50) |
| | | | 812 | Tax Service Fee | ($66.00) |
| | | | | **Total:** | **$165,994.25** |

Hall-Frazier
Record - 001923

Date Printed: Monday, March 27, 2006 9:44:48 AM

# LEDGER CARD

Order #: 04-13290
Buyer/Borrower : Mohammed Rashed
Seller :
Lender Name : Home Funds Direct
Loan Number : 0412065105
Property Address : 3101 Patrick Henry Drive #126, Falls Church, VA  22044

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| va | Bank of America- VA | 004117976942 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/07/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 165,994.25 |
| **\*TOTAL DEPOSITS** | | | | | **165,994.25** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/10/2005 | 00017175 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (914.50) |
| 01/10/2005 | 00017176 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/10/2005 | 00017177 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (145.50) |
| 01/10/2005 | 00017178 | bj | 01/31/2005 | Mohammed Rashed | (18,184.72) |
| 01/10/2005 | 00017174v | m.lay | 01/31/2005 | Clerk of the Court | (741.67) |
| 01/10/2005 | 00017179 | bj | 01/31/2005 | ABN Ambro Mortgage Company | (118,511.12) |
| 01/10/2005 | 00017182 | bj | 01/31/2005 | MBNA America Bank | (4,651.00) |
| 01/10/2005 | 00017180 | bj | 01/31/2005 | USAA Federal Savings Bank | (9,922.74) |
| 01/10/2005 | 00017181 | bj | 01/31/2005 | Citi | (12,723.00) |
| 01/28/2005 | 00017527 | m.lay | | Mohammed Rashed | (129.00) |
| 01/28/2005 | 00017528 | m.lay | 02/28/2005 | FAIRFAX COUNTY CLERK OF THE CIRCUIT COURT | (566.67) |
| 01/28/2005 | 00017529 | m.lay | 02/28/2005 | FAIRFAX COUNTY CLERK OF THE CIRCUIT COURT | (46.00) |
| **\*TOTAL CHECKS** | | | | | **(166,735.92)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/10/2005 | 00017174 | m.lay | 01/31/2005 | Clerk of the Court | 741.67 |
| **\*TOTAL VOIDS** | | | | | **741.67** |

| **\*\*TOTALS FOR: va** | **0.00** |
|---|---|

## \*\*\*POSTED TOTAL                                              0.00

## PENDING ESCROWS

## \*\*\*\*TOTAL(POSTED + PENDING)                         0.00

Hall-Frazier
Record - 001924

100-jan05

US Department of Housing and Urban Development

**A.    SETTLEMENT STATEMENT**

OMB No.

**B.  Type of Loan**

| 1. [ ] FHA   2. [ ] FmHA   3. [ ] Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Ins. Case # |
|---|---|---|---|
| 4. [ ] VA   5. [ ] Conv. Ins. | 04-11803 | 0412157277 | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Vincent Hollis 3683 Bishops Bridge Road Memphis, TN 38118

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 1300 Veterans Memorial Highway Suite 310 Hauppauge, NY 11788

**G. PROPERTY LOCATION (Brief Legal):**
3683 Bishops Bridge Road Memphis, TN 38118

| H. SETTLEMENT AGENT: | PLACE OF SETTLEMENT: |
|---|---|
| Swafford and Hays Settlement Services, Inc. 865-539-1450 Contact Danny Moore | 9041 Executive Park Drive, Suite 400 Knoxville, TN 37923 |
| I. SETTLEMENT DATE: 01-05-2005 | DISBURSEMENT DATE: 01/10/2005 |

| J. SUMMARY OF BORROWER(S) TRANSACTION | | K. SUMMARY OF SELLER(S) TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 75,000.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 75,000.00 | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 75,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 75,000.00 | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 75,000.00 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 75,000.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [X]From [ ]To  Borrower** | 0.00 | **603. Cash [X]To [ ]From  Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT- The information contained in Blocks E, G, H and I on line 401 (or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

**Hall-Frazier**
**Record - 001926**

## SETTLEMENT CHARGES

| | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | | |
| 701. Listing Realtor Commission | | | |
| 702. Selling Realtor Commission | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee  To: Home Funds Direct | | 3,000.00 | |
| 802. Loan Discount | | | |
| 803. Appraisal Fee POC $275.00 | | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. Underwriting fee  To: Home Funds Direct | | 50.00 | |
| 809. Document Preparation Fee  To: Home Funds Direct | | 254.98 | |
| 810. Appraisal Review Fee  To: Home Funds Direct | | 40.00 | |
| 811. Flood Certification Fee  To: Home Funds Direct | | 9.50 | |
| 812. Tax Service Fee  To: Home Funds Direct | | 66.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest from 01/10/2005 to 02/01/2005 @ 14.91/day To: Home Funds Direct | | 327.80 | |
| 902. Mortgage Insurance Premium for | | | |
| 903. Hazard Insurance Premium for | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard insurance 8 months @ 56.47 per month  To: Home Funds Direct | | 451.80 | |
| 1002. Mortgage insurance | | | |
| 1003. City property taxes 8 months @ 40.65 per month  To: Home Funds Direct | | 325.19 | |
| 1004. County property taxes 2 months @ 50.84 per month  To: Home Funds Direct | | 101.64 | |
| 1005. Annual assessments | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. Aggregate Accounting Adjustment  To: Home Funds Direct | | -305.04 | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | | 275.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | | 250.00 | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's Fees | | | |
| (Includes above item numbers: ) | | | |
| 1108. Title Insurance  To: American Pioneer and Swafford & Hays | | 309.00 | |
| (Includes above item numbers: ) | | | |
| 1109. Lender's coverage $75,000.00 @ $309.00 | | | |
| 1110. Owner's coverage @ 0.00 | | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc. | | 50.00 | |
| 1112. | | | |
| 1113. Overnight/ Courier & Handling Fees | | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | | |
| 1201. Recording fees and Service fees:  To: Clerk of the Court | | 150.00 | |
| 1202. City/county tax/stamps: | | | |
| 1203. State tax/stamps:     Mortgage $84.95  To: Clerk of the Court | | 84.95 | |
| 1204. | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey | | | |
| 1302. Pest Inspection | | | |
| 1303. Payoff good through 01/21/05  To: America's Servicing Company | | 68,749.14 | |
| 1304. 03 County Taxes  To: Shelby County Tax Collector | | 610.01 | |
| 1305. | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | 75,000.00 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S): _____    SELLER(S): _____

_Vincent Hollis_ (signature)

Vincent Hollis

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____    _____
Swafford and Hays Settlement Services, Inc.                Date

NOTE: Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable and any others) have been paid for with the proration percentage of final bills.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Date Printed: Monday, March 12, 2007 9:39:18 AM

## Disbursement Sheet

| Order #: 04-13305 | | Settlement Date: January 5, 2005 | | Disbursement Date: 01/10/2005 | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Buyer: | Vincent Hollis, an unmarried man | | | Money Out: | $70,678.13 |
| Seller: | | | | Money In: | $70,678.13 |
| Property: | 3683 Bishops Bridge Road Memphis, TN 38118 | | | Difference: | $0.00 |
| Lender: | Home Funds Direct | | | | |
| Loan #: | 0412157277 | | | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00011879 | 1/10/2005 9:20:11 AM | Swafford and Hays Settlement Services, Inc. | 1101 | Settlement or closing fee | | $275.00 |
| | | | 1103 | Title examination | | $250.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title Insurance | | $216.30 |
| | | | | | **Total:** | **$791.30** |
| 00011880 | 1/10/2005 9:20:11 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | **Total:** | **$200.00** |
| 00011881 | 1/10/2005 9:20:11 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $92.70 |
| | | | | | **Total:** | **$92.70** |
| 00012666 | 1/17/2005 3:42:08 PM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees; and Service fees; | | $68.00 |
| | | | | | **Total:** | **$68.00** |
| 00013271 | 1/21/2005 9:25:35 AM | Vincent Hollis | 1304 | 04 County Taxes | | $610.04 |
| | | | | | **Total:** | **$610.04** |
| 00011882 | 1/10/2005 9:20:11 AM | America's Servicing Company | 1303 | Payoff good through 01-21-05 | | $68,749.14 |
| | | | | | **Total:** | **$68,749.14** |
| 00012667 | 1/17/2005 3:42:08 PM | SHELBY COUNTY REGISTER OF DEEDS | 1203 | State tax stamps:    Mortgage $84.95 | | $84.95 |
| | | | | | **Total:** | **$84.95** |
| 00012668 | 1/17/2005 3:42:08 PM | SHELBY COUNTY REGISTER OF DEEDS | 1201 | Recording fees; and Service fees; | | $82.00 |
| | | | | | **Total:** | **$82.00** |

### Money In

| Ref# | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 04-13305/Lender/1 | 01/10/2005 | Home Funds Direct | | | |
| | | | 202 | Principal amount of new loan(s) | $75,000.00 |
| | | | 801 | Loan Origination Fee | ($3,000.00) |
| | | | 808 | Underwriting fee | ($50.00) |
| | | | 809 | Document Preparation Fee | ($254.98) |
| | | | 810 | Appraisal Review Fee | ($40.00) |
| | | | 1008 | Aggregate Accounting Adjustment | $305.04 |
| | | | 1004 | County property taxes 2 months @ 50.84 per month | ($101.64) |
| | | | 1005 | City property taxes 8 months @ 40.65 per month | ($325.19) |
| | | | 811 | Flood Certification Fee | ($9.50) |
| | | | 1001 | Hazard insurance 8 months @ 56.47 per month | ($451.80) |
| | | | 901 | Interest from 01/10/2005 to 02/01/2005 @ 14.9/day | ($327.80) |
| | | | 812 | Tax Service Fee | ($66.00) |
| | | | | **Total:** | **$70,678.13** |

Hall-Frazier
Record - 001928

Date Printed: Monday, March 27, 2006  9:25:39 AM

## LEDGER CARD

Order #: 04-13305
Buyer/Borrower : Vincent Hollis
Seller :
Lender Name : Home Funds Direct
Loan Number : 0412157277
Property Address : 3683 Bishops Bridge Road, Memphis, TN  38118

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/10/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 70,678.13 |
| **\*TOTAL DEPOSITS** | | | | | **70,678.13** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/10/2005 | 00011878v | m.lay | 01/31/2005 | Clerk of the Court | (234.95) |
| 01/10/2005 | 00011879 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (791.30) |
| 01/10/2005 | 00011880 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/10/2005 | 00011881 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (92.70) |
| 01/10/2005 | 00011882 | bj | 01/31/2005 | America's Servicing Company | (68,749.14) |
| 01/10/2005 | 00011883v | daynat | 01/31/2005 | Shelby County Tax Collector | (610.04) |
| 01/17/2005 | 00012666 | m.lay | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (68.00) |
| 01/17/2005 | 00012667 | m.lay | 01/31/2005 | SHELBY COUNTY REGISTER OF DEEDS | (84.95) |
| 01/17/2005 | 00012668 | m.lay | 01/31/2005 | SHELBY COUNTY REGISTER OF DEEDS | (82.00) |
| 01/21/2005 | 00013271 | daynat | 02/28/2005 | Vincent Hollis | (610.04) |
| **\*TOTAL CHECKS** | | | | | **(71,523.12)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/10/2005 | 00011878 | m.lay | 01/31/2005 | Clerk of the Court | 234.95 |
| 01/10/2005 | 00011883 | daynat | 01/31/2005 | Shelby County Tax Collector | 610.04 |
| **\*TOTAL VOIDS** | | | | | **844.99** |

| **\*\*TOTALS FOR: tn2** | **0.00** |
|---|---|

**\*\*\*POSTED TOTAL**                                    **0.00**

## PENDING ESCROWS

**\*\*\*\*TOTAL(POSTED + PENDING)**                      **0.00**

Hall-Frazier
Record - 001929

120-jan05

A.                                                                      SETTLEMENT STATEMENT

**B. Type of Loan**

| 1. [ ] FHA   2. [ ] FmHA   3. [ ] Conv. Unins. | 6. File Number: | 7. Loan Number: | |
| 4. [ ] VA   5. [X] Conv. Ins. | 04-15401 | 0412154432 | 8. Mortgage Ins. Case #: |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Betty J. Kitchens 40 Fox Meadow Drive Covington, GA 30016
Larry Kitchens

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 1130 Northchase Parkway, Suite 200 Marietta, GA 30067

**G. PROPERTY LOCATION (Brief Legal):**
40 Fox Meadow Drive Covington, GA 30016

| **H. SETTLEMENT AGENT:** | **PLACE OF SETTLEMENT:** |
| Swafford and Hays Settlement Services, Inc. 865-539-1450 Contact: Shaun Galford | 9041 Executive Park Drive, Suite 400 Knoxville, TN 37923 |

| **I. SETTLEMENT DATE:** | **DISBURSEMENT DATE:** |
| 01/14/2005 | 01/20/2005 |

| **J. SUMMARY OF BORROWER(S) TRANSACTION** | | **K. SUMMARY OF SELLER(S) TRANSACTION** | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 131,679.75 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | **131,679.75** | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 131,750.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **131,750.00** | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 131,679.75 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 131,750.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ]From [X]To Borrower** | **70.25** | **603. Cash [X]To [ ]From Seller** | **0.00** |

SUBSTITUTION FORM 1099 SELLER STATEMENT. The information contained in Blocks E,G,H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

U.S. Department of Housing and Urban Development
**SETTLEMENT CHARGES**

**L.**

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| **700. Total Sales/Broker's Commission based on price** | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee. To: Home Funds Direct | 1,898.50 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Processing Fee | | |
| 809. Underwriting fee | | |
| 810. Document Preparation Fee | | |
| 811. Zone Determination Fee. To: Home Funds Direct | 9.50 | |
| 812. Tax Service Fee. To: Home Funds Direct | 66.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from. To: Home Funds Direct | 411.48 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee. To: Swafford and Hays Settlement Services, Inc. | 475.00 | |
| 1102. Abstract or title search. To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination. To: Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (Includes above item numbers: ) | | |
| 1108. Title Insurance. To: American Pioneer Title Insurance Company | 337.20 | |
| (Includes above item numbers: ) | | |
| 1109. Lender's coverage 131,750.00 @ 337.20 | | |
| 1110. Owner's coverage @ 0.00 | | |
| 1111. Endorsements. To: Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees and Service fees: To: Clerk of the Court | 120.00 | |
| 1202. City/county tax/stamps    Mortgage $396.00 To: Clerk of the Court | 396.00 | |
| 1203. State tax/stamps: | | |
| 1204. | | |
| 1205. GA Residential Tax. To: Clerk of the Court | 6.50 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff good through 01/28/05. To: Option One Mortgage | 125,656.53 | |
| 1304. Delinquent 2004 2nd Half Taxes. To: Newton County Tax Collector | 574.04 | |
| 1305. Payment. To: Main St. Bank | 229.00 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | 131,679.75 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWERS:                                              SELLERS:

_Betty J. Kitchens_

_Larry Kitchens_

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____                    Date  1/19/05
Swafford and Hays Settlement Services, Inc.

NOTE: Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable, and maintenance fees) have been paid or will be paid upon receipt of final bills.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

## Disbursement Sheet

| Order #: 04-13401 | Settlement Date: 01 14 2005 | Disbursement Date: 01 20 2005 |
|---|---|---|

| | | | |
|---|---|---|---|
| Buyer: | Betty J. Kitchens and Larry Kitchens, as joint tenants with rights of survivorship | Money Out: | $125,358.02 |
| Seller: | | Money In: | $125,358.02 |
| Property: | 40 Fox Meadow Drive Covington , GA 30016 | Difference: | $0.00 |
| Lender: | Home Funds Direct | | |
| Loan #: | 0412134432 | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00013111 | 1 20 2005 10:51:02 AM | Swafford and Hays Settlement Services, Inc. | 1101 | Settlement or closing fee | | $475.00 |
| | | | 1103 | Title examination | | $250.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title insurance | | $236.04 |
| | | | | | Total: | $1,011.04 |
| 00013112 | 1 20 2005 10:51:02 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | Total: | $200.00 |
| 00013113 | 1 20 2005 10:51:02 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $101.16 |
| | | | | | Total: | $101.16 |
| 00013713 | 1 24 2005 11:48:05 AM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees and Service fees: | | $74.00 |
| | | | | | Total: | $74.00 |
| 00013114 | 1 20 2005 10:51:02 AM | Betty J. Kitchens and Larry Kitchens | 303 | Cash [ ]From [X]To Borrower | | $70.25 |
| | | | | | Total: | $70.25 |
| 00016026 | 2 4 2005 9:36:10 AM | Betty J. Kitchens and Larry Kitchens | 1304 | Delinquent 2004 2nd Half Taxes | | $574.04 |
| | | | | | Total: | $574.04 |
| 00016034 | 2 4 2005 9:42:22 AM | Betty J. Kitchens and Larry Kitchens | 1305 | Payment | | $229.00 |
| | | | | | Total: | $229.00 |
| 00013115 | 1 20 2005 10:51:02 AM | Option One Mortgage | 1303 | Payoff good through 01 28 05 | | $125,656.53 |
| | | | | | Total: | $125,656.53 |
| 00013714 | 1 24 2005 11:48:05 AM | NEWTON COUNTY CLERK OF THE SUPERIOR COURT | 1202 | City/county tax stamps:     Mortgage $396.00 | | $396.00 |
| | | | | | Total: | $396.00 |
| 00013715 | 1 24 2005 11:48:05 AM | NEWTON COUNTY CLERK OF THE SUPERIOR COURT | 1201 | Recording fees and Service fees: | | $46.00 |
| | | | | | Total: | $46.00 |

### Money In

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 04-13401/Lender 1 | 01 20 2005 | Home Funds Direct | | | | |
| | | | 202 | Principal amount of new loan(s) | | $131,750.00 |
| | | | 801 | Loan Origination Fee | | ($2,898.50) |
| | | | 1205 | GA Residential Tax | | ($6.50) |
| | | | 901 | Interest from | | ($411.48) |
| | | | 812 | Tax Service Fee | | ($66.00) |
| | | | 811 | Zone Determination Fee | | ($9.50) |
| | | | | | Total: | $128,358.02 |

## LEDGER CARD

Date Printed: Tuesday, March 29, 2006 9:48:40 AM

Order #: 04-13401
Buyer/Borrower : Betty J. Kitchens and Larry Kitchens
Seller :
Lender Name : Home Funds Direct
Loan Number : 0412134432
Property Address : 40 Fox Meadow Drive, Covington , GA  30016

## POSTED ESCROWS

| ID# | Bank Name | | Account # | Address | City | State | Balance |
|-----|-----------|-|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/20/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 128,358.02 |
| *TOTAL DEPOSITS | | | | | **128,358.02** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/20/2005 | 00013110v | m.lay | 01/31/2005 | Clerk of the Court | (516.00) |
| 01/20/2005 | 00013111 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (1,011.04) |
| 01/20/2005 | 00013112 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/20/2005 | 00013113 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (101.16) |
| 01/20/2005 | 00013114 | bj | 02/28/2005 | Betty J. Kitchens and Larry Kitchens | (70.25) |
| 01/20/2005 | 00013115 | bj | 01/31/2005 | Option One Mortgage | (125,656.53) |
| 01/24/2005 | 00013713 | m.lay | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (74.00) |
| 01/24/2005 | 00013714 | m.lay | 01/31/2005 | NEWTON COUNTY CLERK OF THE SUPERIOR COURT | (396.00) |
| 01/24/2005 | 00013715 | m.lay | 01/31/2005 | NEWTON COUNTY CLERK OF THE SUPERIOR COURT | (46.00) |
| 01/20/2005 | 00013116v | daynat | 02/28/2005 | Main St. Bank | (229.00) |
| 01/20/2005 | 00013117v | daynat | 02/28/2005 | Newton County Tax Collector | (574.04) |
| 02/04/2005 | 00016026 | daynat | 02/28/2005 | Betty J. Kitchens and Larry Kitchens | (574.04) |
| 02/04/2005 | 00016034 | daynat | 02/28/2005 | Betty J. Kitchens and Larry Kitchens | (229.00) |
| *TOTAL CHECKS | | | | | **(129,677.06)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/20/2005 | 00013110 | m.lay | 01/31/2005 | Clerk of the Court | 516.00 |
| 01/20/2005 | 00013116 | daynat | 02/28/2005 | Main St. Bank | 229.00 |
| 01/20/2005 | 00013117 | daynat | 02/28/2005 | Newton County Tax Collector | 574.04 |
| *TOTAL VOIDS | | | | | **1,319.04** |

| **TOTALS FOR: tn2 | **0.00** |
|---|---|

### ***POSTED TOTAL                                      0.00

### PENDING ESCROWS

### ****TOTAL(POSTED + PENDING)                          0.00

Hall-Frazier
Record - 001934

123-jan05

Printed on Jan 26, 2005 at 11:50    US Department of Housing and Urban Development    OMB No. 2502-0265

A.
**SETTLEMENT STATEMENT**

B. **Type of Loan**

| [ ] FHA  2. [ ] FmHA  3. [ ] Conv. Unins. | 6. File Number: | 7. Loan Number | |
| [ ] VA  5. [ ] Conv. Ins. | 04-13426 | 041220391 | 8. Mortgage Ins. Case #: |

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

D. NAME AND ADDRESS OF BORROWER/BUYER:
Loyd Cargill 260 Front Street Manchester, NH 03102
Cathy Cargill

E. NAME AND ADDRESS OF SELLER:

F. NAME AND ADDRESS OF LENDER:
Home Funds Direct 446 Main Street, Suite 602 Worcester, MA 01608

G. PROPERTY LOCATION (Brief Legal):
260 Front Street Manchester, NH 03102

H. SETTLEMENT AGENT:
Swafford and Hays Settlement Services, Inc  865-539-1450 Contact:
Danny Moore

PLACE OF SETTLEMENT:
9041 Executive Park Drive, Suite 400 Knoxville, TN 37923

I. SETTLEMENT DATE:
01/26/2005

DISBURSEMENT DATE:
01/31/2005

| J. SUMMARY OF BORROWER(S) TRANSACTION | | K. SUMMARY OF SELLER(S) TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 182,596.41 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 182,596.41 | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 182,750.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 182,750.00 | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 182,596.41 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 182,750.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ] From [X] To  Borrower** | 153.59 | **603. Cash [X] To [ ] From Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT. The information contained in Blocks E, G, H and I on line 401 (or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

Printed on Jan 21, 2005 12:11:09    US Department of Housing and Urban Development    OMB No. 2502-0265

## SETTLEMENT CHARGES

| | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| **700.** | **Total Sales/Broker's Commission based on price** | | |
| 701. | Listing Realtor Commission | | |
| 702. | Selling Realtor Commission | | |
| 703. | Commission paid at Settlement | | |
| 704. | | | |
| **800.** | **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. | Loan Origination Fee  To: Home Funds Direct | 5,482.50 | |
| 802. | Loan Discount | | |
| 803. | Appraisal FeePOC $275.00 | | |
| 804. | Credit Report | | |
| 805. | Lender's Inspection Fee | | |
| 806. | Mortgage Insurance Application Fee | | |
| 807. | Assumption Fee | | |
| 808. | Processing Fee  To: Home Funds Direct | 475.00 | |
| 809. | Underwriting fee  To: Home Funds Direct | 550.00 | |
| 810. | Document Preparation Fee  To: Home Funds Direct | 500.00 | |
| 811. | Appraisal Review Fee  To: Home Funds Direct | 150.00 | |
| 812. | Funding Fee  To: Home Funds Direct | 350.00 | |
| 813. | Flood Certification Fee  To: Home Funds Direct | 9.50 | |
| 814. | Tax Service Fee  To: Home Funds Direct | 66.00 | |
| **900.** | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. | Interest from  To: Home Funds Direct | 59.43 | |
| 902. | Mortgage Insurance Premium for | | |
| 903. | Hazard Insurance Premium for  To: Traveler's Insurance | 350.00 | |
| 904. | | | |
| 905. | | | |
| **1000.** | **RESERVES DEPOSITED WITH LENDER** | | |
| 1001. | Hazard insurance3 months @ 29.17 per month  To: Home Funds Direct | 87.47 | |
| 1002. | Mortgage insurance | | |
| 1003. | City property taxes | | |
| 1004. | County property taxes | | |
| 1005. | Annual assessments | | |
| 1006. | | | |
| 1007. | | | |
| 1008. | Aggregate Accounting Adjustment | | |
| **1100.** | **TITLE CHARGES** | | |
| 1101. | Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | 275.00 | |
| 1102. | Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. | Title examination  To: Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. | Title insurance binder | | |
| 1105. | Document preparation | | |
| 1106. | Notary Fees | | |
| 1107. | Attorney's Fees | | |
| | (includes above item numbers: ) | | |
| 1108. | Title Insurance  To: American Pioneer and Swafford & Hays | 441.60 | |
| | (includes above item numbers: ) | | |
| 1109. | Lender's coverage 182,750.00/@ 441.60 | | |
| 1110. | Owner's coverage @ 0.00 | | |
| 1111. | Endorsements  To: Swafford and Hays Settlement Services, Inc. | 56.00 | |
| 1112. | | | |
| 1113. | Overnight Courier & Handling Fees | | |
| **1200.** | **GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. | Recording fees and Service fees:  To: Clerk of the Court | 150.00 | |
| 1202. | City/county tax/stamps: | | |
| 1203. | State tax/stamps: | | |
| 1204. | | | |
| 1205. | | | |
| **1300.** | **ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. | Survey | | |
| 1302. | Pest inspection | | |
| 1303. | Payoff good through 02/10/05  To: Homeq Servicing | 113,519.84 | |
| 1304. | Payoff good through 02/10/05  To: Jim Collins | 3,472.89 | |
| 1305. | Payoff good through 02/10/05  To: Litton Loan Servicing LP | 28,924.18 | |
| 1306. | Payment  To: Providian Financial | 3,742.00 | |
| 1307. | Payment  To: Cross Country Bank | 1,782.00 | |
| 1308. | Payment  To: Providian Financial | 1,350.00 | |
| 1309. | Payment  To: Cross Country Bank | 1,239.00 | |
| 1310. | Payment  To: Capital One FSB | 959.00 | |
| 1311. | Payment  To: Newport News | 770.00 | |
| 1312. | Payment  To: Capital One Bank | 705.00 | |
| 1313. | Payment  To: Blair Corporation | 702.00 | |
| 1314. | Payment  To: Workers Credit Union | 6,947.00 | |
| 1315. | Payment  To: Capital One Bank | 2,595.00 | |
| 1316. | Payment  To: Cross Country Bank | 2,401.00 | |
| 1317. | Payment  To: Cross Country Bank | 1,395.00 | |
| 1318. | Payment  To: Providian Financial | 1,116.00 | |

| | | 594.00 | |
|---|---|---|---|
| 1420. Payment To Providian Financial | | 396.00 | |
| 1421. Payment To HELD Bank | | 394.00 | |
| 1422. Payment To Capital One Bank | | 383.00 | |
| 1423. Payment To First Premier Bank | | 166.00 | |
| 1424. Payment To Blair Corporation | | 119.00 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | **182,596.41** | **0.00** |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S):                                                        SELLER(S):

*Floyd Cargill*
Floyd Cargill

*Cathy Cargill*
Cathy Cargill

This HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

*Jane Cancello*                                    04/28/05
Swafford and Hays Settlement Services, Inc.                    Date

NOTE: Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010

## Disbursement Sheet

| Order #: 04-13426 | Settlement Date: 01/26/2005 | | Disbursement Date: 01/31/2005 |
|---|---|---|---|

| Buyer: | Loyd Cargill and Cathy Cargill, husband and wife, as joint tenants with rights of survivorship | | |
|---|---|---|---|
| Seller: | | Money Out: | $175,040.10 |
| Property: | 260 Front Street Manchester, NH 03102 | Money In: | $175,040.10 |
| Lender: | Home Funds Direct | Difference: | $0.00 |
| Loan #: | 0412202391 | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00014775 | 1/31/2005 11:19:36 AM | Swafford and Hays Settlement Services, Inc. | 1101 | Settlement or closing fee | | $275.00 |
| | | | 1103 | Title examination | | $250.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title Insurance | | $309.12 |
| | | | | | Total: | $884.12 |
| 00014776 | 1/31/2005 11:19:36 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | Total: | $200.00 |
| 00014777 | 1/31/2005 11:19:36 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $132.48 |
| | | | | | Total: | $132.48 |
| 00015299 | 2/1/2005 2:38:30 PM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees and Service fees: | | $66.00 |
| | | | | | Total: | $66.00 |
| 00014778 | 1/31/2005 11:19:36 AM | Loyd Cargill and Cathy Cargill | 303 | Cash [ ]From [X]To Borrower | | $153.59 |
| | | | | | Total: | $153.59 |
| 00014779 | 1/31/2005 11:19:36 AM | Traveler's Insurance | 903 | Hazard Insurance Premium for | | $350.00 |
| | | | | | Total: | $350.00 |
| 00014780 | 1/31/2005 11:19:36 AM | Homeq Servicing | 1303 | Payoff good through 02/10/05 | | $113,519.84 |
| | | | | | Total: | $113,519.84 |
| 00014781 | 1/31/2005 11:19:36 AM | Jim Collins | 1304 | Payoff good through 02/10/05 | | $3,472.89 |
| | | | | | Total: | $3,472.89 |
| 00014782 | 1/31/2005 11:19:36 AM | Litton Loan Servicing LP | 1305 | Payoff good through 02/10/05 | | $28,924.18 |
| | | | | | Total: | $28,924.18 |
| 00014783 | 1/31/2005 11:19:36 AM | Providian Financial | 1306 | Payment | | $3,742.00 |
| | | | | | Total: | $3,742.00 |
| 00014784 | 1/31/2005 11:19:36 AM | Cross Country Bank | 1307 | Payment | | $1,782.00 |
| | | | | | Total: | $1,782.00 |
| 00014785 | 1/31/2005 11:19:36 AM | Providian Financial | 1308 | Payment | | $1,350.00 |
| | | | | | Total: | $1,350.00 |
| 00014786 | 1/31/2005 11:19:36 AM | Cross Country Bank | 1309 | Payment | | $1,239.00 |
| | | | | | Total: | $1,239.00 |
| 00014787 | 1/31/2005 11:19:36 AM | Capital One FSB | 1310 | Payment | | $959.00 |
| | | | | | Total: | $959.00 |
| 00014788 | 1/31/2005 11:19:36 AM | Newport News | 1311 | Payment | | $770.00 |
| | | | | | Total: | $770.00 |
| 00014789 | 1/31/2005 11:19:36 AM | Capital One Bank | 1312 | Payment | | $705.00 |
| | | | | | Total: | $705.00 |
| 00014790 | 1/31/2005 11:19:36 AM | Blair Corporation | 1313 | Payment | | $202.00 |
| | | | | | Total: | $202.00 |
| 00014791 | 1/31/2005 11:19:36 AM | Workers Credit Union | 1314 | Payment | | $6,947.00 |
| | | | | | Total: | $6,947.00 |
| 00014792 | 1/31/2005 11:19:36 AM | Capital One Bank | 1315 | Payment | | $2,595.00 |
| | | | | | Total: | $2,595.00 |

| 00014793 | 1/31/2005 11:19:36 AM | Cross-Country Bank | 1316 | Payment | | $2,401.00 |
| | | | | | Total: | $2,401.00 |
| 00014794 | 1/31/2005 11:19:36 AM | Cross-Country Bank | 1317 | Payment | | $1,303.00 |
| | | | | | Total: | $1,303.00 |
| 00014795 | 1/31/2005 11:19:36 AM | Providian Financial | 1318 | Payment | | $1,116.00 |
| | | | | | Total: | $1,116.00 |
| 00014796 | 1/31/2005 11:19:36 AM | Capital One FSB | 1319 | Payment | | $594.00 |
| | | | | | Total: | $594.00 |
| 00014797 | 1/31/2005 11:19:36 AM | Providian Financial | 1320 | Payment | | $396.00 |
| | | | | | Total: | $396.00 |
| 00014798 | 1/31/2005 11:19:36 AM | HHLD Bank | 1321 | Payment | | $394.00 |
| | | | | | Total: | $394.00 |
| 00014799 | 1/31/2005 11:19:36 AM | Capital One Bank | 1322 | Payment | | $383.00 |
| | | | | | Total: | $383.00 |
| 00014800 | 1/31/2005 11:19:36 AM | First Premier Bank | 1323 | Payment | | $166.00 |
| | | | | | Total: | $166.00 |
| 00014801 | 1/31/2005 11:19:36 AM | Blair Corporation | 1324 | Payment | | $119.00 |
| | | | | | Total: | $119.00 |
| 00015300 | 2/1/2005 2:38:30 PM | HILLSBOROUGH TREASURER | COUNTY 1201 | Recording fees and Service fees: | | $84.00 |
| | | | | | Total: | $84.00 |

## Money In

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 04-13426/Lender1 | 01/31/2005 | Home Funds Direct | | | | |
| | | | 202 | Principal amount of new loan(s) | | $182,750.00 |
| | | | 801 | Loan Origination Fee | | ($5,482.50) |
| | | | 808 | Processing Fee | | ($475.00) |
| | | | 809 | Underwriting fee | | ($550.00) |
| | | | 810 | Document Preparation Fee | | ($500.00) |
| | | | 1001 | Hazard insurance 3 months at 29.17 per month | | ($87.47) |
| | | | 901 | Interest from | | ($39.43) |
| | | | 813 | Flood Certification Fee | | ($9.50) |
| | | | 814 | Tax Service Fee | | ($66.00) |
| | | | 812 | Funding Fee | | ($350.00) |
| | | | 811 | Appraisal Review Fee | | ($150.00) |
| | | | | | Total: | $175,040.10 |

Date Printed: Tuesday, March 21, 2006 - 2:09:19 PM

## LEDGER CARD

Order #: 04-13426
Buyer/Borrower : Loyd Cargill and Cathy Cargill
Seller :
Lender Name : Home Funds Direct
Loan Number : 0412202391
Property Address : 260 Front Street, Manchester, NH  03102

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/31/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 175,040.10 |
| **\*TOTAL DEPOSITS** | | | | | **175,040.10** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/31/2005 | 00014774v | m.lay | 02/28/2005 | Clerk of the Court | (150.00) |
| 01/31/2005 | 00014775 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (884.12) |
| 01/31/2005 | 00014776 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/31/2005 | 00014777 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc | (132.48) |
| 01/31/2005 | 00014778 | bj | 02/28/2005 | Loyd Cargill and Cathy Cargill | (153.59) |
| 01/31/2005 | 00014779 | bj | 02/28/2005 | Traveler's Insurance | (350.00) |
| 01/31/2005 | 00014780 | bj | 02/28/2005 | Homeq Servicing | (113,519.84) |
| 01/31/2005 | 00014781 | bj | 02/28/2005 | Jim Collins | (3,472.89) |
| 01/31/2005 | 00014782 | bj | 02/28/2005 | Litton Loan Servicing LP | (28,924.18) |
| 01/31/2005 | 00014783 | bj | 02/28/2005 | Providian Financial | (3,742.00) |
| 01/31/2005 | 00014784 | bj | 02/28/2005 | Cross Country Bank | (1,782.00) |
| 01/31/2005 | 00014785 | bj | 02/28/2005 | Providian Financial | (1,350.00) |
| 01/31/2005 | 00014786 | bj | 02/28/2005 | Cross Country Bank | (1,239.00) |
| 01/31/2005 | 00014787 | bj | 02/28/2005 | Capital One FSB | (959.00) |
| 01/31/2005 | 00014788 | bj | 02/28/2005 | Newport News | (770.00) |
| 01/31/2005 | 00014789 | bj | 02/28/2005 | Capital One Bank | (705.00) |
| 01/31/2005 | 00014790 | bj | 02/28/2005 | Blair Corporation | (202.00) |
| 01/31/2005 | 00014791 | bj | 02/28/2005 | Workers Credit Union | (6,947.00) |
| 01/31/2005 | 00014792 | bj | 02/28/2005 | Capital One Bank | (2,595.00) |
| 01/31/2005 | 00014793 | bj | 02/28/2005 | Cross Country Bank | (2,401.00) |
| 01/31/2005 | 00014794 | bj | 02/28/2005 | Cross Country Bank | (1,393.00) |
| 01/31/2005 | 00014795 | inj | 02/28/2005 | Providian Financial | (1,116.00) |
| 01/31/2005 | 00014796 | bj | 02/28/2005 | Capital One FSB | (594.00) |
| 01/31/2005 | 00014797 | bj | 02/28/2005 | Providian Financial | (396.00) |
| 01/31/2005 | 00014798 | bj | 02/28/2005 | HHLD Bank | (394.00) |
| 01/31/2005 | 00014799 | bj | 02/28/2005 | Capital One Bank | (383.00) |
| 01/31/2005 | 00014800 | bj | 02/28/2005 | First Premier Bank | (166.00) |
| 01/31/2005 | 00014801 | bj | 02/28/2005 | Blair Corporation | (119.00) |
| 02/01/2005 | 00015299 | m.lay | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (66.00) |
| 02/01/2005 | 00015300 | m.lay | 02/28/2005 | HILLSBOROUGH COUNTY TREASURER | (84.00) |
| **\*TOTAL CHECKS** | | | | | **(175,190.10)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/31/2005 | 00014774 | m.lay | 02/28/2005 | Clerk of the Court | 150.00 |
| **\*TOTAL VOIDS** | | | | | **150.00** |

| **\*\*TOTALS FOR: tn2** | **0.00** |
|---|---|

| **\*\*\*POSTED TOTAL** | **0.00** |
|---|---|

Hall-Frazier
Record - 001941

PENDING ESCROWS

****TOTAL(POSTED + PENDING)                                    0.00

134-Jan05

form HUD-1 (3-86) (Handbook 4305.2) (5-11-86)     U.S. Department of Housing and Urban Development     OMB No. 2502-0265

## SETTLEMENT STATEMENT

| B. Type of Loan | | |
|---|---|---|
| 1. [ ] FHA   2. [ ] FmHA   3. [ ] Conv. Unins. | 6. File Number: 04-13465 | 7. Loan Number: 0412157305 |
| 4. [ ] VA   5. [ ] Conv. Ins. | | 8. Mortgage Ins. Case #: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BORROWER/BUYER: |
|---|
| Jean Gray 89 3rd Avenue Massapequa Park, NY 11762 |
| David Gray , |

| E. NAME AND ADDRESS OF SELLER: |
|---|
| John McGarry , |
| Maryann McGarry , |
| Jean McGarry , |

| F. NAME AND ADDRESS OF LENDER: |
|---|
| Home Funds Direct 1300 Veterans Memorial Highway Suite 310 Hauppauge, NY 11788 |

| G. PROPERTY LOCATION (BRIEF Legal): |
|---|
| 89 3rd Avenue Massapequa Park, NY 11762 |

| H. SETTLEMENT AGENT: | PLACE OF SETTLEMENT: |
|---|---|
| Swafford and Hays Settlement Services, Inc. 865-539-1450 Contact: Shaun Galford | 9041 Executive Park Drive, Suite 400 Knoxville, TN 37923 |

| I. SETTLEMENT DATE: 01/22/2005 | DISBURSEMENT DATE: 01/27/2005 |
|---|---|

| J. SUMMARY OF BORROWER(S) TRANSACTION | | K. SUMMARY OF SELLER(S) TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 149,584.07 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 149,584.07 | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 155,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 155,000.00 | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 149,584.07 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 155,000.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ] From  [X] To  Borrower** | 5,415.93 | **603. Cash [X] To  [ ] From  Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E,G,H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number

Seller(s):

_John McDay_   _Mayann McGary_   _Jean McGy_

John McGarry          Maryann McGarry          Jean McGarry

US Department of Housing and Urban Development
SETTLEMENT CHARGES

OMB No. 2502-0265

| | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| 700 | Total Sales/Broker's Commission based on price | | |
| 701 | Listing Realtor Commission | | |
| 702 | Selling Realtor Commission | | |
| 703 | Commission paid at Settlement | | |
| 704 | | | |
| **800** | **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801 | Loan Origination Fee To: Home Funds Direct | 4,882.50 | |
| 802 | Loan Discount | | |
| 803 | Appraisal FeePOC $325.00 to Al Tommaso & Associates | | |
| 804 | Credit Report | | |
| 805 | Lender's Inspection Fee | | |
| 806 | Mortgage Insurance Application Fee | | |
| 807 | Assumption Fee | | |
| 808 | Underwriting fee To: Home Funds Direct | 550.00 | |
| 809 | Document Preparation Fee To: Home Funds Direct | 500.00 | |
| 810 | Funding Fee To: Home Funds Direct | 350.00 | |
| 811 | Flood Certification Fee To: Home Funds Direct | 9.50 | |
| 812 | Tax Service Fee To: Home Funds Direct | 66.00 | |
| **900** | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901 | Interest from 01/27/2005 to 02/01/2005 @ 25.44/day To: Home Funds Direct | 127.20 | |
| 902 | Mortgage Insurance Premium for | | |
| 903 | Hazard Insurance Premium for | | |
| 904 | | | |
| 905 | | | |
| **1000** | **RESERVES DEPOSITED WITH LENDER** | | |
| 1001 | Hazard insurance9 months @ 87.17 per month To: Home Funds Direct | 784.49 | |
| 1002 | Mortgage insurance | | |
| 1003 | City property taxes | | |
| 1004 | County property taxes2 months @ 201.37 per month To: Home Funds Direct | 402.78 | |
| 1005 | Annual assessments | | |
| 1006 | School Taxes 5 months @ 370.27 per month To: Home Funds Direct | 1,851.37 | |
| 1007 | | | |
| 1008 | Aggregate Accounting Adjustment To: Home Funds Direct | -650.12 | |
| **1100** | **TITLE CHARGES** | | |
| 1101 | Settlement or closing fee To: Swafford and Hays Settlement Services, Inc. | 275.00 | |
| 1102 | Abstract or title search To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103 | Title examination To: Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104 | Title insurance binder | | |
| 1105 | Document preparation | | |
| 1106 | Notary Fees | | |
| 1107 | Attorney's Fees (includes above item numbers: ) | | |
| 1108 | Title Insurance To: American Pioneer and Swafford & Hays (includes above item numbers: ) | 858.09 | |
| 1109 | Lender's coverage 155,000.00@ 858.09 | | |
| 1110 | Owner's coverage @ 0.00 | | |
| 1111 | Endorsements To: Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112 | | | |
| 1113 | Overnight Courier & Handling Fees | | |
| **1200** | **GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201 | Recording fees and Service fees: To: Clerk of the Court | 150.00 | |
| 1202 | City/county tax/stamps:POCL $387.50  To: Clerk of the Court | 1,137.50 | |
| 1203 | State tax/stamps: | | |
| 1204 | | | |
| 1205 | NY Quit Claim Deed Transfer Tax  To: Clerk of the Court | 130.00 | |
| **1300** | **ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301 | Survey | | |
| 1302 | Pest inspection | | |
| 1303 | Payoff  To: Citi mortgage Acct#2000257208 | 67,114.31 | |
| 1304 | Payoff  To: Citi Bank Acct#93067430 | 30,761.21 | |
| 1305 | Payment  To: FRD Motor CR | 8,843.00 | |
| 1306 | Payment  To: Providian Financial | 5,878.00 | |
| 1307 | Payment  To: Citi | 4,260.00 | |
| 1308 | Payment  To: Discover Financial SVC | 3,020.00 | |
| 1309 | Payment  To: Dell Financial SVCS/C1 | 2,480.00 | |
| 1310 | Payment  To: HHLD Bank | 1,536.00 | |
| 1311 | Payment  To: HHLD Bank | 1,030.00 | |
| 1312 | Payment  To: GECCCC/PC Richards | 893.00 | |
| 1313 | 2005 1st Half Town/Country Tax  To: Nassau County Tax Collector | 1,208.24 | |
| 1314 | Payment  To: Capital 1 BK | 7,437.00 | |
| 1315 | Payment  To: TNBTGTVISA | 3,197.00 | |
| **1400** | **Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | 149,584.07 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S)

SELLER(S)

Jean Gray

David Gray

John McGarry

Maryann McGarry

Jean McGarry

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

01/25/03

Date

Sheffield and Hays Settlement Services, Inc.

NOTE: Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Hall-Frazier
Record - 001946

## Disbursement Sheet

Date Printed: Tue, Mar 29, 2005, 11:53 x 553

| Order #: 04-13495 | Settlement Date: 01-22-2005 | | Disbursement Date: 01-27-2005 |
|---|---|---|---|
| Buyer: | Jean Gray and David Gray, wife and husband John McGarry and Maryann McGarry, and Jean McGarry, as joint tenants with rights of survivorship | Money Out: | $146,640.78 |
| Seller: | | Money In: | $146,640.78 |
| Property: | 89 3rd Avenue Massapequa Park, NY 11762 | Difference: | $0.00 |
| Lender: | Home Funds Direct | | |
| Loan #: | 0412157305 | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00014531 | 1/28/2005 11:04:20 AM | Swafford and Hays Settlement Services, Inc. | 1101 | Settlement or closing fee | | $275.00 |
| | | | 1103 | Title examination | | $250.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title Insurance | | $600.66 |
| | | | | | Total: | $1,175.66 |
| 00014532 | 1/28/2005 11:04:20 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | Total: | $200.00 |
| 00014533 | 1/28/2005 11:04:20 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $257.43 |
| | | | | | Total: | $257.43 |
| 00016171 | 2/4/2005 12:22:56 PM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees and Service fees: | | $58.00 |
| | | | 1205 | NY Quit Claim Deed Transfer Tax | | $3.00 |
| | | | | | Total: | $61.00 |
| 00023514 | 3/22/2005 3:46:17 PM | Swafford and Hays Settlement Services, Inc. | 89 | New Check - | | $100.00 |
| | | | | | Total: | $100.00 |
| 00014534 | 1/28/2005 11:04:20 AM | Jean Gray and David Gray | 303 | Cash [ ] From  [X] To  Borrower | | $5,415.93 |
| | | | | | Total: | $5,415.93 |
| 00023515 | 3/22/2005 3:46:17 PM | Jean Gray and David Gray | 89 | New Check - | | $27.00 |
| | | | | | Total: | $27.00 |
| 00014535 | 1/28/2005 11:04:20 AM | FRD Motor CR | 1305 | Payment | | $8,845.00 |
| | | | | | Total: | $8,845.00 |
| 00014536 | 1/28/2005 11:04:20 AM | Providian Financial | 1306 | Payment | | $5,878.00 |
| | | | | | Total: | $5,878.00 |
| 00014537 | 1/28/2005 11:04:20 AM | Citi | 1307 | Payment | | $4,260.00 |
| | | | | | Total: | $4,260.00 |
| 00014538 | 1/28/2005 11:04:20 AM | Discover Financial SVC | 1308 | Payment | | $3,020.00 |
| | | | | | Total: | $3,020.00 |
| 00014539 | 1/28/2005 11:04:20 AM | Dell Financial SVCS/CI | 1309 | Payment | | $2,480.00 |
| | | | | | Total: | $2,480.00 |
| 00014540 | 1/28/2005 11:04:20 AM | HHLD Bank | 1410 | Payment | | $1,536.00 |
| | | | | | Total: | $1,536.00 |
| 00014541 | 1/28/2005 11:04:20 AM | HHLD Bank | 1311 | Payment | | $1,030.00 |
| | | | | | Total: | $1,030.00 |
| 00014542 | 1/28/2005 11:04:20 AM | GECCCO/PC Richards | 1312 | Payment | | $893.00 |
| | | | | | Total: | $893.00 |
| 00014543 | 1/28/2005 11:04:20 AM | Nassau County Tax Collector | 1313 | 2005 1st Half Town Country Tax | | $1,208.24 |
| | | | | | Total: | $1,208.24 |
| 00014544 | 1/28/2005 11:04:20 AM | Capital 1 BK | 1314 | Payment | | $7,437.00 |
| | | | | | Total: | $7,437.00 |
| 00014545 | 1/28/2005 11:04:20 AM | Citi Bank Acct#9306743 | 1304 | Payoff | | $30,761.21 |
| | | | | | Total: | $30,761.21 |
| 00014546 | 1/28/2005 11:04:20 AM | Citi mortgage Acct#2000257208 | 1303 | Payoff | | $67,114.31 |

|  |  |  |  |  | Total: | $67,114.31 |
|---|---|---|---|---|---|---|
| 00014547 | 1/28/2005 11:04:20 AM | ENROLL VISA | 1345 | | | |
| | | | | Payment | | $3,197.00 |
| | | | | | Total: | $3,197.00 |
| 00015070 | 1/31/2005 4:19:22 PM | BANK OF AMERICA | 1203 | | | |
| | | | | City county tax stamps: POR 4: $387.50 | | $1,137.50 |
| | | | 89 | New Check | | $387.50 |
| | | | | | Total: | $1,525.00 |
| 00015071 | 1/31/2005 4:19:22 PM | BANK OF AMERICA | 1201 | | | |
| | | | | Recording fees: and Service fees: | | $92.00 |
| | | | | | Total: | $92.00 |
| 00015072 | 1/31/2005 4:19:22 PM | BANK OF AMERICA | 1205 | | | |
| | | | | NY Quit Claim Deed Transfer Tax | | $127.00 |
| | | | | | Total: | $127.00 |

### Money In

| Ref# | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 04-13465 Title Agent/7 | 03/22/2005 | Swafford and Hays Settlement Services, Inc. | | | |
| | | | 88 | New Receipt - | $127.00 |
| | | | | Total: | $127.00 |
| 04-13465/Lender/1 | 01/27/2005 | Home Funds Direct | | | |
| | | | 202 | Principal amount of new loan(s) | $155,000.00 |
| | | | 801 | Loan Origination Fee | ($4,882.50) |
| | | | 808 | Underwriting fee | ($550.00) |
| | | | 809 | Document Preparation Fee | ($500.00) |
| | | | 810 | Funding Fee | ($350.00) |
| | | | 1008 | Aggregate Accounting Adjustment | $650.12 |
| | | | 1004 | County property taxes 2 months @ 201.37 per month | ($402.78) |
| | | | 1006 | School Taxes 5 months @ 370.27 per month | ($1,851.37) |
| | | | 812 | Tax Service Fee | ($66.00) |
| | | | 1001 | Hazard insurance 9 months @ 87.17 per month | ($784.49) |
| | | | 901 | Interest from 01/27/2005 to 02/01/2005 @ 25.44/day | ($127.20) |
| | | | 811 | Flood Certification Fee | ($9.50) |
| | | | 88 | New Receipt - | $387.50 |
| | | | | Total: | $146,513.78 |

Hall-Frazier
Record - 001948

Date Printed: Tuesday, March 28, 2006, 11:39:04 AM

# LEDGER CARD

Order #: 04-13465
Buyer/Borrower : Jean Gray and David Gray
Seller : John McGarry and Maryann McGarry and Jean McGarry
Lender Name : Home Funds Direct
Loan Number : 0412157305
Property Address : 89 3rd Avenue, Massapequa Park, NY 11762

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/27/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 146,513.78 |
| 03/22/2005 | cashiers' check not | alisonw | 03/31/2005 | Swafford and Hays Settlement Services, Inc. | 127.00 |
| **\*TOTAL DEPOSITS** | | | | | **146,640.78** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/31/2005 | 00015069v | m.lay | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (61.00) |
| 01/31/2005 | 00015070 | m.lay | 02/28/2005 | BANK OF AMERICA | (1,525.00) |
| 01/31/2005 | 00015071 | m.lay | 02/28/2005 | BANK OF AMERICA | (92.00) |
| 01/31/2005 | 00015072 | m.lay | 02/28/2005 | BANK OF AMERICA | (127.00) |
| 01/28/2005 | 00014530v | m.lay | 01/31/2005 | Clerk of the Court | (1,805.00) |
| 01/28/2005 | 00014531 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (1,175.66) |
| 01/28/2005 | 00014532 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/28/2005 | 00014533 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (257.43) |
| 01/28/2005 | 00014534 | bj | 02/28/2005 | Jean Gray and David Gray | (5,415.93) |
| 01/28/2005 | 00014535 | bj | 02/28/2005 | FRD Motor CR | (8,845.00) |
| 01/28/2005 | 00014536 | bj | 02/28/2005 | Providian Financial | (5,878.00) |
| 01/28/2005 | 00014537 | bj | 02/28/2005 | Citi | (4,260.00) |
| 01/28/2005 | 00014538 | bj | 02/28/2005 | Discover Financial SVC | (3,020.00) |
| 01/28/2005 | 00014539 | bj | 02/28/2005 | Dell Financial SVCS/CI | (2,480.00) |
| 01/28/2005 | 00014540 | bj | 02/28/2005 | HHLD Bank | (1,536.00) |
| 01/28/2005 | 00014541 | bj | 02/28/2005 | HHLD Bank | (1,030.00) |
| 01/28/2005 | 00014542 | bj | 02/28/2005 | GFCC/CC/PC Richards | (893.00) |
| 01/28/2005 | 00014543 | bj | 03/31/2005 | Nassau County Tax Collector | (1,208.24) |
| 01/28/2005 | 00014544 | bj | 02/28/2005 | Capital 1 BK | (7,437.00) |
| 01/28/2005 | 00014545 | bj | 02/28/2005 | Citi Bank Acct#93067430 | (30,761.21) |
| 01/28/2005 | 00014546 | bj | 01/31/2005 | Citi mortgage Acct#2000257208 | (67,114.31) |
| 01/28/2005 | 00014547 | bj | 02/28/2005 | TNB1G1VISA | (3,197.00) |
| 02/04/2005 | 00016171 | m.lay | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (61.00) |
| 03/22/2005 | 00023514 | m.lay | 03/31/2005 | Swafford and Hays Settlement Services, Inc. | (100.00) |
| 03/22/2005 | 00023515 | m.lay | | Jean Gray and David Gray | (27.00) |
| **\*TOTAL CHECKS** | | | | | **(148,506.78)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/31/2005 | 00015069 | m.lay | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | 61.00 |
| 01/28/2005 | 00014530 | m.lay | 01/31/2005 | Clerk of the Court | 1,805.00 |
| **\*TOTAL VOIDS** | | | | | **1,866.00** |

| **\*\*TOTALS FOR: tn2** | **0.00** |
|---|---|

## \*\*\*POSTED TOTAL                          0.00

**PENDING ESCROWS**

      **\*\*\*\*TOTAL(POSTED + PENDING)**                                        **0.00**

**Hall-Frazier**
**Record - 001950**

# New York Title Insurance Rate Calculator

Title Insurance Rate Service Association Rate Manual (11/05/2001) - <u>Old Rates</u>

| | Sale Price | Mortgage Amount | Previous Mortgage Amount | |
|---|---|---|---|---|
| | | 155000 | | |
| | Owner's | Mortgage | Simultaneous Issue | Refinance |
| Zone 1 | 356.00 | 785.00 | 932.00 | 636.00 |
| Nassau | 402.00 | 854.00 | 1016.00 | 682.00 |
| | Calculate | | Reset | |

This page has been accessed  times since January 1, 2000

Copyright 1998 - 2007 by John Granger, All Rights Reserved
Page written November 23, 1998, Last update January 4, 2007
Add the New York Title Insurance Rate Calculator to your Web Site

**Search Public Records with WebInvestigator.org**

Return to the New York Title Insurance Web Site

Hall-Frazier
Record - 001951

143-Jan05

**A.**   **SETTLEMENT STATEMENT**

**B.  Type of Loan**

| | | |
|---|---|---|
| 1. [ ] FHA   2. [ ] FmHA   3. [ ] Conv. Unins. | 6. File Number: 04-13487 | 7. Loan Number: 0112214912 |
| 4. [ ] VA   5. [ ] Conv. Ins. | | 8. Mortgage Ins. Case #: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "P.O.C." were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Richard G. Marsh 286 Elm Street Claremont, NH 03743
Tammy L. Marsh 286 Elm Street Claremont, NH 03743

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 43 Constitution Drive 2nd Floor Bedford, NH 03110

**G. PROPERTY LOCATION (Brief Legal):**
286 Elm Street Claremont, NH 03743

**H. SETTLEMENT AGENT:**
Swafford and Hays Settlement Services, Inc. 865-539-1450 Contact: Shaun Gafford

**PLACE OF SETTLEMENT:**
9041 Executive Park Drive, Suite 400 Knoxville, TN 37923

**I. SETTLEMENT DATE:**
01/21/2005

**DISBURSEMENT DATE:**
01/26/2005

| J. SUMMARY OF BORROWER(S) TRANSACTION | | K. SUMMARY OF SELLER(S) TRANSACTION | |
|---|---|---|---|
| **100.  GROSS AMOUNT DUE FROM BORROWER :** | | **400.  GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 127,624.17 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120.  Gross Amount Due From Borrower** | 127,624.17 | **420.  Gross Amount Due Seller** | |
| **200.  AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500.  REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 134,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220.  Total Paid By/For Borrower** | 134,000.00 | **520.  Total Reduction Amount Due Seller** | |
| **300.  CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600.  CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 127,624.17 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 134,000.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303.  Cash [ ] From [X] To  Borrower** | 6,375.83 | **603.  Cash [X] To [ ] From  Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E, G, H and I on line 401 (or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

**L.**    SETTLEMENT CHARGES

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| **700. Total Sales/Broker's Commission based on price** | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee  To: Home Funds Direct | 5,360.00 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee POC $325.00 to REVARI (Real Estate Valuation and Research Inc.) | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Underwriting fee  To: Home Funds Direct | 550.00 | |
| 809. Appraisal Review Fee  To: Home Funds Direct | 150.00 | |
| 810. Document Preparation Fee  To: Home Funds Direct | 500.00 | |
| 811. Funding Fee  To: Home Funds Direct | 350.00 | |
| 812. Flood Certification Fee  To: Home Funds Direct | 15.00 | |
| 813. Tax Service Fee  To: Home Funds Direct | 66.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from 01/26/2005 to 02/01/2005 @ 24.3 day To: Home Funds Direct | 145.80 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for  To: Concord General Mutual Ins. | 32.00 | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | 275.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
|   (Includes above item numbers: ) | | |
| 1108. Title Insurance  To: American Pioneer and Swafford & Hays | 321.60 | |
|   (Includes above item numbers: ) | | |
| 1109. Lender's coverage $154,000.00 @ $321.60 | | |
| 1110. Owner's coverage @ 0.00 | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees:  To: Clerk of the Court | 150.00 | |
| 1202. City/county tax/stamps: | | |
| 1203. State tax/stamps: | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff  To: America's Servicing Co. | 118,599.77 | |
| 1304. Payment  To: MBGA/JC Penny | 609.00 | |
| 1305. | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | 127,624.17 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S):                                    SELLER(S):

_Richard G. Marsh_    _[signature]_

Richard G. Marsh

_[signature]_

Tammy L. Marsh

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_[signature]_                                      01/24/05

Swafford and Hays Settlement Services, Inc.             Date

NOTE:  Taxes have been prorated based on taxes for the year.  Any re-proration will be handled between the buyer and seller.  As utility bills (water, sewer, electric, cable and miscellaneous fees) have been paid or will be paid upon receipt of final bills.

WARNING:  It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine or imprisonment.  For details see:  Title 18 U.S. Code Section 1001 and Section 1010.

## Disbursement Sheet

| Order #: 04-13487 | Settlement Date: 01-21-2005 | | Disbursement Date: 01-26-2005 | |
|---|---|---|---|---|

Buyer:      Richard G. Marsh and Tammy L. Marsh, husband
Seller:      and wife, as joint tenants with rights of
Property:  survivorship.
Lender:
Loan #:    786 Elm Street Claremont, NH 03743
         Home Funds Direct
         0412214942

Money Out:  $126,863.20
Money In:  $126,863.20
Difference:  $0.00

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00014013 | 1/26/2005 10:27:32 AM | Swafford and Hays Settlement Services, Inc. | 1101 | Settlement or closing fee | | $275.00 |
| | | | 1103 | Title examination | | $250.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title Insurance | | $225.12 |
| | | | | | Total: | $800.12 |
| 00014014 | 1/26/2005 10:27:32 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | Total: | $200.00 |
| 00014015 | 1/26/2005 10:27:32 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $96.48 |
| | | | | | Total: | $96.48 |
| 00014488 | 1/28/2005 10:36:07 AM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees: | | $78.00 |
| | | | | | Total: | $78.00 |
| 00014016 | 1/26/2005 10:27:32 AM | Richard G. Marsh and Tammy L. Marsh | 303 | Cash [ ]From [X]To Borrower | | $6,375.83 |
| | | | | | Total: | $6,375.83 |
| 00014017 | 1/26/2005 10:27:32 AM | MBGA/JC Penny | 1304 | Payment | | $609.00 |
| | | | | | Total: | $609.00 |
| 00014018 | 1/26/2005 10:27:32 AM | America's Servicing Co. | 1303 | Payoff | | $118,599.77 |
| | | | | | Total: | $118,599.77 |
| 00014019 | 1/26/2005 10:27:32 AM | Concord General Mutual Ins. | 903 | Hazard Insurance Premium for | | $32.00 |
| | | | | | Total: | $32.00 |
| 00014489 | 1/28/2005 10:36:07 AM | COUNTY OF SULLIVAN | 1201 | Recording fees: | | $72.00 |
| | | | | | Total: | $72.00 |

### Money In

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 04-13487/Lender/1 | 01/26/2005 | Home Funds Direct | | | | |
| | | | 202 | Principal amount of new loan(s) | | $134,000.00 |
| | | | 801 | Loan Origination Fee | | ($5,360.00) |
| | | | 808 | Underwriting fee | | ($550.00) |
| | | | 809 | Appraisal Review Fee | | ($150.00) |
| | | | 810 | Document Preparation Fee | | ($500.00) |
| | | | | Interest from 01/26/2005 to 02/01/2005 @ | | |
| | | | 901 | 24.3/day | | ($145.80) |
| | | | 813 | Tax Service Fee | | ($66.00) |
| | | | 812 | Flood Certification Fee | | ($15.00) |
| | | | 811 | Funding Fee | | ($350.00) |
| | | | | | Total: | $126,863.20 |

# LEDGER CARD

Date Printed: Tuesday, March 28, 2006  11:15:08 AM

Order #: 04-13487
Buyer/Borrower : Richard G. Marsh and Tammy L. Marsh
Seller :
Lender Name : Home Funds Direct
Loan Number : 0412214942
Property Address : 286 Elm Street, Claremont, NH  03743

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | 0037868097771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/26/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 126,863.20 |
| **\*TOTAL DEPOSITS** | | | | | **126,863.20** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/26/2005 | 00014012v | m.lay | 01/31/2005 | Clerk of the Court | (150.00) |
| 01/26/2005 | 00014013 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (800.12) |
| 01/26/2005 | 00014014 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/26/2005 | 00014015 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (96.48) |
| 01/26/2005 | 00014016 | bj | 01/31/2005 | Richard G. Marsh and Tammy L. Marsh | (6,375.83) |
| 01/26/2005 | 00014017 | bj | 02/28/2005 | MBGA/JC Penny | (609.00) |
| 01/26/2005 | 00014018 | bj | 01/31/2005 | America's Servicing Co. | (118,599.77) |
| 01/26/2005 | 00014019 | bj | 02/28/2005 | Concord General Mutual Ins. | (32.00) |
| 01/28/2005 | 00014488 | m.lay | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (78.00) |
| 01/28/2005 | 00014489 | m.lay | 02/28/2005 | COUNTY OF SULLIVAN | (72.00) |
| **\*TOTAL CHECKS** | | | | | **(127,013.20)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/26/2005 | 00014012 | m.lay | 01/31/2005 | Clerk of the Court | 150.00 |
| **\*TOTAL VOIDS** | | | | | **150.00** |

| **\*\*TOTALS FOR: tn2** | **0.00** |
|---|---|

## \*\*\*POSTED TOTAL                     0.00

## PENDING ESCROWS

## \*\*\*\*TOTAL(POSTED + PENDING)              0.00

Hall-Frazier
Record - 001956

187-jan05

Hall-Frazier
Record - 001957

Printed on Jan 21 2005 at 14:16‍1

US Department of Housing and Urban Development

OMB No. 2502-0265

**SETTLEMENT STATEMENT**

A.

**B. Type of Loan**

| 1. [ ] FHA  2. [ ] FmHA  3. [ ] Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Ins. Case #: |
|---|---|---|---|
| 4. [ ] VA  5. [ ] Conv. Ins. | 05-113 | 0412290208 | |

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Francisco A. Cantu 274 Sutton Avenue East Providence , RI 02914
Lucia F. Cantu .

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 446 Main Street, Suite 602 Worcester, MA 01608

**G. PROPERTY LOCATION (Brief Legal):**
274 Sutton Avenue East Providence, RI 02914

| H. SETTLEMENT AGENT: Swafford and Hays Settlement Services, Inc  865-539-1450 Contact: Shaun Galford | PLACE OF SETTLEMENT: 9041 Executive Park Drive, Suite 400 Knoxville, TN  37923 |
|---|---|
| I. SETTLEMENT DATE: 01/21/2005 | DISBURSEMENT DATE: 01/26/2005 |

| J. SUMMARY OF BORROWER(S) TRANSACTION | | K. SUMMARY OF SELLER(S) TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 194,010.86 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 194,010.86 | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 205,500.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 205,500.00 | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 194,010.86 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 205,500.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ] From  [X] To  Borrower** | 11,489.14 | **603. Cash [X] To  [ ] From  Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E,G,H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

(Printed on Jan 21, 2005 @ 14:16)    US Department of Housing and Urban Development    OMB No. 2502-0265

### SETTLEMENT CHARGES

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee  To: Home Funds Direct | 5,651.25 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee POC $450.00 to Jamie Moore Appraisal Services, Inc. | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Application Fee  To: Home Funds Direct | 1,100.00 | |
| 809. Processing Fee  To: Home Funds Direct | 1,100.00 | |
| 810. Underwriting Fee  To: Home Funds Direct | 1,100.00 | |
| 811. Document Preparation Fee  To: Home Funds Direct | 1,100.00 | |
| 812. Funding Fee  To: Home Funds Direct | 1,100.00 | |
| 813. Appraisal Review Fee  To: Home Funds Direct | 250.00 | |
| 814. Flood Certification Fee  To: Home Funds Direct | 9.50 | |
| 815. Tax Service Fee  To: Home Funds Direct | 66.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from 01/26/2005 to 02/01/2005 @ 39.41/day To: Home Funds Direct | 236.46 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance7 months @ 61.83 per month  To: Home Funds Direct | 432.85 | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes2 months @ 231.34 per month  To: Home Funds Direct | 462.64 | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment  To: Home Funds Direct | -231.47 | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | 275.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (Includes above item numbers: ) | | |
| 1108. Title Insurance  To: American Pioneer and Swafford & Hays | 493.00 | |
| (Includes above item numbers: ) | | |
| 1109. Lender's coverage$205,500.00  @ $493.00 | | |
| 1110. Owner's coverage @ 0.00 | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees and Service fees:  To: Clerk of the Court | 150.00 | |
| 1202. City/county tax/stamps: | | |
| 1203. State tax/stamps: | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff  To: Ameriquest Mortgage Co. | 174,611.63 | |
| 1304. Payment  To: Wells Fargo Financial | 5,604.00 | |
| 1305. | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | 194,010.86 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S):                                                                 SELLER(S):

*Francisco A. Cueto*    Francisco A. Cueto

*Lucia S Cueto*    Lucia F. Cueto

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

*Jane Cordell*                                    01/25/05
Swafford and Hays Settlement Services, Inc.        Date

NOTE: Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable and

## Disbursement Sheet

Date Printed: Tuesday, March 28, 2006, 11:29:50 AM

| Order #: 05-113 | Settlement Date : 01/21/2005 | Disbursement Date : 01/26/2005 |
|---|---|---|

| | | | |
|---|---|---|---|
| Buyer: | Francisco A. Canto and Lucia F. Canto, husband and wife, as tenants by the entirety, their heirs and assigns forever | Money Out | $193,122.77 |
| Seller: | | Money In | $193,122.77 |
| Property: | 274 Sutton Avenue East Providence, RI 02914 | Difference | $0.00 |
| Lender: | Home Funds Direct | | |
| Loan #: | 0412290208 | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00014057 | 1/26/2005 10:43:05 AM | Swafford and Hays Settlement Services, Inc. | 1101 | | | |
| | | | 1103 | Settlement or closing fee | | $275.00 |
| | | | 1111 | Title examination | | $250.00 |
| | | | 1108 | Endorsements | | $50.00 |
| | | | | Title Insurance | | $345.10 |
| | | | | | **Total:** | **$920.10** |
| 00014058 | 1/26/2005 10:43:05 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | **Total:** | **$200.00** |
| 00014059 | 1/26/2005 10:43:05 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $147.90 |
| | | | | | **Total:** | **$147.90** |
| 00014484 | 1/28/2005 10:33:02 AM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees; and Service fees: | | $70.00 |
| | | | | | **Total:** | **$70.00** |
| 00014060 | 1/26/2005 10:43:05 AM | Francisco A. Canto and Lucia F. Canto | 303 | Cash [ ]From [X]To Borrower | | $11,489.14 |
| | | | | | **Total:** | **$11,489.14** |
| 00014061 | 1/26/2005 10:43:05 AM | Wells Fargo Financial | 1304 | Payment | | $5,604.00 |
| | | | | | **Total:** | **$5,604.00** |
| wire # 4794378 | 1/27/2005 9:41:53 AM | Ameriquest Mortgage Co. | 1303 | Payoff | | $174,611.63 |
| | | | | | **Total:** | **$174,611.63** |
| 00014485 | 1/28/2005 10:33:02 AM | CITY OF EAST PROVIDENCE | 1201 | Recording fees; and Service fees: | | $80.00 |
| | | | | | **Total:** | **$80.00** |

### Money In

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 05-113/Lender /1 | 01/26/2005 | Home Funds Direct | | | | |
| | | | 202 | Principal amount of new loan(s) | | $205,500.00 |
| | | | 801 | Loan Origination Fee | | ($5,651.25) |
| | | | 808 | Application Fee | | ($1,100.00) |
| | | | 809 | Processing Fee | | ($1,100.00) |
| | | | 810 | Underwriting fee | | ($1,100.00) |
| | | | 1008 | Aggregate Accounting Adjustment | | $231.47 |
| | | | 1003 | City property taxes 2 months @ 231.34 per month | | ($462.64) |
| | | | 1001 | Hazard insurance 7 months @ 61.83 per month | | ($432.85) |
| | | | 901 | Interest from 01/26/2005 to 02/01/2005 @ 39.41/day | | ($236.46) |
| | | | 815 | Tax Service Fee | | ($66.00) |
| | | | 814 | Flood Certification Fee | | ($9.50) |
| | | | 813 | Appraisal Review Fee | | ($250.00) |
| | | | 812 | Funding Fee | | ($1,100.00) |
| | | | 811 | Document Preparation Fee | | ($1,100.00) |
| | | | | | **Total:** | **$193,122.77** |

**Hall-Frazier**
**Record - 001960**

Date Printed: Tuesday, March 28, 2006  11:20:05 AM

## LEDGER CARD

Order #: 05-113
Buyer/Borrower : Francisco A. Canto and Lucia F. Canto
Seller :
Lender Name : Home Funds Direct
Loan Number : 0412290208
Property Address : 274 Sutton Avenue, East Providence, RI  02914

## POSTED ESCROWS

| ID# | Bank Name | | Account # | Address | City | State | Balance |
|---|---|---|---|---|---|---|---|
| tn2 | Bank of America- TN (New) | | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 01/26/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 193,122.77 |
| **\*TOTAL DEPOSITS** | | | | | **193,122.77** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 01/27/2005 | wire # 4794378 | alisonw | 01/31/2005 | Ameriquest Mortgage Co. | (174,611.63) |
| 01/26/2005 | 00014056v | m.lay | 01/31/2005 | Clerk of the Court | (150.00) |
| 01/26/2005 | 00014057 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (920.10) |
| 01/26/2005 | 00014058 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/26/2005 | 00014059 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (147.90) |
| 01/26/2005 | 00014060 | bj | 02/28/2005 | Francisco A. Canto and Lucia F. Canto | (11,489.14) |
| 01/26/2005 | 00014061 | bj | 02/28/2005 | Wells Fargo Financial | (5,604.00) |
| 01/26/2005 | 00014062v | alisonw | 01/31/2005 | Ameriquest Mortgage Co. | (174,611.63) |
| 01/28/2005 | 00014484 | m.lay | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (70.00) |
| 01/28/2005 | 00014485 | m.lay | 02/28/2005 | CITY OF EAST PROVIDENCE | (80.00) |
| **\*TOTAL CHECKS** | | | | | **(367,884.40)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 01/26/2005 | 00014056 | m.lay | 01/31/2005 | Clerk of the Court | 150.00 |
| 01/26/2005 | 00014062 | alisonw | 01/31/2005 | Ameriquest Mortgage Co. | 174,611.63 |
| **\*TOTAL VOIDS** | | | | | **174,761.63** |

| **\*\*TOTALS FOR: tn2** | **0.00** |
|---|---|

**\*\*\*POSTED TOTAL**                                            **0.00**

## PENDING ESCROWS

**\*\*\*\*TOTAL(POSTED + PENDING)**                        **0.00**

200-jan05

A.

### SETTLEMENT STATEMENT

OMB No. 2502-0265

**B. Type of Loan**

| 1. [ ] FHA   2. [ ] FmHA   3. [ ] Conv. Unins | 6. File Number:<br>05-179 | 7. Loan Number<br>0412301722 | 8. Mortgage Ins. Case #. |
|---|---|---|---|
| 4. [ ] VA   5. [X] Conv. Ins. | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Bruce H. Pooler 10 South Crane Lane Rome, ME 04963
Cynthia Pooler 10 South Crane Lane Rome, ME 04963

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 1130 Northchase Parkway Suite 200 Marietta, GA 30067-6420

**G. PROPERTY LOCATION (Brief Legal):**
10 South Crane Lane Rome, ME 04963

| **H. SETTLEMENT AGENT:**<br>Swafford and Hays Settlement Services, Inc. 865-539-1450 Contact:<br>Janet Shelley | **PLACE OF SETTLEMENT:**<br>9041 Executive Park Drive, Suite 400 Knoxville, TN 37923 |
|---|---|
| **I. SETTLEMENT DATE:**<br>01/13/2005 | **DISBURSEMENT DATE:**<br>01/14/2005 |

| **J. SUMMARY OF BORROWER(S) TRANSACTION** | | **K. SUMMARY OF SELLER(S) TRANSACTION** | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 199,196.17 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | **199,196.17** | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 212,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **212,000.00** | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 199,196.17 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 212,000.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ]From [X]To  Borrower** | **12,803.83** | **603. Cash [X]To [ ]From  Seller** | **0.00** |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E,G,H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

Hall-Frazier
Record - 001963

**L.**                                                 **SETTLEMENT CHARGES**

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee  To: Home Funds Direct | 4,770.00 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Processing Fee  To: Home Funds Direct | 650.00 | |
| 809. Underwriting fee  To: Home Funds Direct | 650.00 | |
| 810. Document Preparation Fee  To: Home Funds Direct | 650.00 | |
| 811. Zone Determination Fee  To: Home Funds Direct | 9.50 | |
| 812. Tax Service Fee | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from Odd Days Interest  To: Home Funds Direct | 885.06 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc | 275.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (Includes above item numbers: ) | | |
| 1108. Title Insurance  To: American Pioneer Title Insurance Company | 445.20 | |
| (Includes above item numbers: ) | | |
| 1109. Lender's coverage $212,000.00  @ $445.20 | | |
| 1110. Owner's coverage @ 0.00 | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees and Service fees:  To: Clerk of the Court | 150.00 | |
| 1202. City/county tax/stamps | | |
| 1203. State tax/stamps | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff good through 02/06/05  To: Chase Manhattan Mortgage Acct#17765736 | 190,211.41 | |
| 1304. | | |
| 1305. | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | **199,196.17** | **0.00** |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S):                                                SELLER(S):

*Bruce H. Poole*
Bruce H. Pooler

*Cynthia Pooler*
Cynthia Pooler

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

*Jane Caralli*
Swafford and Hays Settlement Services, Inc.                        Date:

NOTE: Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Hall-Frazier
Record - 001964

Date Printed: Monday, March 27, 2006 12:42:48 PM

## Disbursement Sheet

| Order #: 05-179 | | Settlement Date: 01/13/2005 | | Disbursement Date: 01/14/2005 | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Buyer | Bruce H. Pooler and Cynthia Pooler, as joint tenants | | Money Out | $204,385.44 | |
| Seller | | | Money In | $204,385.44 | |
| Property | 10 South Crane Lane Rome, ME 04963 | | Difference | $0.00 | |
| Lender | Home Funds Direct | | | | |
| Loan #: | 0412301722 | | | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00012541 | 1/14/2005 9:59:28 AM | Swafford and Hays Settlement Services, Inc. | 1101 | Settlement or closing fee | | $275.00 |
| | | | 1103 | Title examination | | $250.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title Insurance | | $311.64 |
| | | | | | Total: | $886.64 |
| 00012542 | 1/14/2005 9:59:28 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | Total: | $200.00 |
| 00012543 | 1/14/2005 9:59:28 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $133.56 |
| | | | | | Total: | $133.56 |
| 00013341 | 1/21/2005 9:46:09 AM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees and Service fees: | | $95.00 |
| | | | | | Total: | $95.00 |
| 00012544 | 1/14/2005 9:59:28 AM | Bruce H. Pooler and Cynthia Pooler | 303 | Cash [ ]From [X]To Borrower | | $12,803.83 |
| | | | | | Total: | $12,803.83 |
| 00012545 | 1/14/2005 9:59:28 AM | Chase Manhattan Mortgage Acct#17765236 | 1303 | Payoff good through 02/06/05 | | $190,211.41 |
| | | | | | Total: | $190,211.41 |
| 00013342 | 1/21/2005 9:46:09 AM | KENNEBEC COUNTY REGISTER OF DEEDS | 1201 | Recording fees and Service fees: | | $55.00 |
| | | | | | Total: | $55.00 |

### Money In

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 05-179/Lender /1 | 01/14/2005 | Home Funds Direct | 202 | Principal amount of new loan(s) | | $212,000.00 |
| | | | 801 | Loan Origination Fee | | ($4,770.00) |
| | | | 808 | Processing Fee | | ($650.00) |
| | | | 809 | Underwriting fee | | ($650.00) |
| | | | 810 | Document Preparation Fee | | ($650.00) |
| | | | 901 | Interest from Odd Days Interest | | ($885.06) |
| | | | 811 | Zone Determination Fee | | ($9.50) |
| | | | | | Total: | $204,385.44 |

# LEDGER CARD

Date Printed: Monday, March 27, 2006 12:42:04 PM

Order #: 05-179
Buyer/Borrower : Bruce H. Pooler and Cynthia Pooler
Seller :
Lender Name : Home Funds Direct
Loan Number : 0412301722
Property Address : 10 South Crane Lane, Rome, ME  04963

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/14/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 204,385.44 |
| **\*TOTAL DEPOSITS** | | | | | **204,385.44** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/14/2005 | 00012540v | m.lay | 01/31/2005 | Clerk of the Court | (150.00) |
| 01/14/2005 | 00012541 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (886.64) |
| 01/14/2005 | 00012542 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/14/2005 | 00012543 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (133.56) |
| 01/14/2005 | 00012544 | bj | 01/31/2005 | Bruce H. Pooler and Cynthia Pooler | (12,803.83) |
| 01/14/2005 | 00012545 | bj | 01/31/2005 | Chase Manhattan Mortgage Acct#17765736 | (190,211.41) |
| 01/21/2005 | 00013341 | m.lay | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (95.00) |
| 01/21/2005 | 00013342 | m.lay | 01/31/2005 | KENNEBEC COUNTY REGISTER OF DEEDS | (55.00) |
| **\*TOTAL CHECKS** | | | | | **(204,535.44)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/14/2005 | 00012540 | m.lay | 01/31/2005 | Clerk of the Court | 150.00 |
| **\*TOTAL VOIDS** | | | | | **150.00** |

| **\*\*TOTALS FOR: tn2** | **0.00** |
|---|---|

## \*\*\*POSTED TOTAL                                    0.00

## PENDING ESCROWS

## \*\*\*\*TOTAL(POSTED + PENDING)                 0.00

201-jan05

A.

**SETTLEMENT STATEMENT**

| B. Type of Loan | | | |
|---|---|---|---|
| 1. [ ] FHA   2. [ ] FmHA   3. [ ] Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Ins. Case # |
| 1. [ ] VA   5. [ ] Conv. Ins. | 05-180 | 0112236851 | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
David A. Babbitt 61 Maple Street Newport, NH 03773
Michelle L. Babbitt

**E. NAME AND ADDRESS OF SELLER:**
David A. Babbitt

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 446 Main Street, Suite 602 Worcester, MA 01608

**G. PROPERTY LOCATION (Brief Legal):**
61 Maple Street Newport, NH 03773

| H. SETTLEMENT AGENT: | PLACE OF SETTLEMENT: |
|---|---|
| Swafford and Hays Settlement Services, Inc. 865-539-1450 Contact: Danny Moore | 9041 Executive Park Drive, Suite 400 Knoxville, TN 37923 |

| I. SETTLEMENT DATE: | DISBURSEMENT DATE: |
|---|---|
| 01/25/2005 | 01/31/2005 |

| J. SUMMARY OF BORROWER(S) TRANSACTION | | K. SUMMARY OF SELLER(S) TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 125,029.20 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 125,029.20 | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 125,250.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 125,250.00 | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 125,029.20 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 125,250.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ] From  [X] To [ ] Borrower** | 220.80 | **603. Cash [X] To [ ] From  Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E, G, H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

_signature_
David A. Babbitt

**L.**   **SETTLEMENT CHARGES**

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| **700. Total Sales/Broker's Commission based on price** | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee  To: Home Funds Direct | 2,191.88 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee:POC $300.00 To: MacDonough & Associates | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Underwriting fee  To: Home Funds Direct | 550.00 | |
| 809. Document Preparation Fee  To: Home Funds Direct | 500.00 | |
| 810. Appraisal Review Fee  To: Home Funds Direct | 150.00 | |
| 811. Funding Fee  To: Home Funds Direct | 350.00 | |
| 812. Flood Certification Fee  To: Home Funds Direct | 9.50 | |
| 813. Tax Service Fee  To: Home Funds Direct | 66.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from  To: Home Funds Direct | 30.88 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for  To: Hingham Mutual Fire Insurance | 144.00 | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance 6 months @ 40.5 per month To: Home Funds Direct | 243.00 | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes 4 months @ 212.04 per month To: Home Funds Direct | 848.16 | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment  To: Home Funds Direct | -81.00 | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | 275.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance  To: American Pioneer and Swafford & Hays | 302.40 | |
| (includes above item numbers: ) | | |
| 1109. Lender's coverage  125,250.00/@ 302.40 | | |
| 1110. Owner's coverage @ 0.00 | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees and Service fees.  To: Clerk of the Court | 150.00 | |
| 1202. City/county tax/stamps. | | |
| 1203. State tax/stamps. | | |
| 1204. | | |
| 1205. NH Quitclaim Deed Transfer Tax  To: Clerk of the Court | 70.00 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff good through 02/10/05  To: EMC Mortgage | 70,184.30 | |
| 1304. Payoff good through 02/10/05  To: Beneficial | 39,153.08 | |
| 1305. Payment  To: Sovereign Bank | 9,392.00 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | 125,029.20 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWERS:                                          SELLERS:

David A. Babbitt                                      David A. Babbitt

Michelle L. Babbitt

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Swafford and Hays Settlement Services, Inc.                Date   02/24/05

NOTE.  Taxes have been prorated based on taxes for the year.  Any re-proration will be handled between the buyer and seller.  All utility bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills.
WARNING:  It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine or imprisonment.  For details see:  Title 18 U.S. Code Section 1001 and Section 1010.

Hall-Frazier
Record - 001969

## Disbursement Sheet

Date Printed: Tuesday, March 28, 2006  12:31:38 PM

| Order #: 05-180 | | Settlement Date: 01/25/2005 | | | Disbursement Date: 01/31/2005 | |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Buyer | | David A. Babbitt and Michelle L. Babbitt, husband and wife | Money Out | $120,391.58 | |
| Seller | | David A. Babbitt, single and Michelle L. Babbitt | Money In | $120,391.58 | |
| Property | | 61 Maple Street Newport, NH  03773 | Difference | $0.00 | |
| Lender | | Home Funds Direct | | | |
| Loan # | | 0412236854 | | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00014883 | 1/31/2005 1:14:22 PM | Swafford and Hays Settlement Services, Inc. | 1101 | | | |
| | | | 1101 | Settlement or closing fee | | $275.00 |
| | | | 1103 | Title examination | | $250.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title Insurance | | $211.68 |
| | | | | | Total: | $786.68 |
| 00014884 | 1/31/2005 1:14:22 PM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | Total: | $200.00 |
| 00014885 | 1/31/2005 1:14:22 PM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $90.72 |
| | | | | | Total: | $90.72 |
| 00015340 | 2/1/2005 3:53:31 PM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees and Service fees: | | $62.00 |
| | | | 1205 | NH Quitclaim Deed Transfer Tax | | $10.00 |
| | | | | | Total: | $72.00 |
| 00014886 | 1/31/2005 1:14:22 PM | David A. Babbitt and Michelle L. Babbitt | 303 | Cash [ ]From [X]To  Borrower | | $220.80 |
| | | | | | Total: | $220.80 |
| 00014887 | 1/31/2005 1:14:22 PM | Hingham Mutual Fire Insurance | 903 | Hazard Insurance Premium for | | $144.00 |
| | | | | | Total: | $144.00 |
| 00014888 | 1/31/2005 1:14:22 PM | EMC Mortgage | 1303 | Payoff good through 02/10/05 | | $70,184.30 |
| | | | | | Total: | $70,184.30 |
| 00014889 | 1/31/2005 1:14:22 PM | Beneficial | 1304 | Payoff good through 02/10/05 | | $39,153.08 |
| | | | | | Total: | $39,153.08 |
| 00014890 | 1/31/2005 1:14:22 PM | Sovereign Bank | 1305 | Payment | | $9,392.00 |
| | | | | | Total: | $9,392.00 |
| 00015341 | 2/1/2005 3:53:31 PM | COUNTY OF SULLIVAN | 1205 | NH Quitclaim Deed Transfer Tax | | $40.00 |
| | | | | | Total: | $40.00 |
| 00015342 | 2/1/2005 3:53:31 PM | COUNTY OF SULLIVAN | 1205 | NH Quitclaim Deed Transfer Tax | | $20.00 |
| | | | | | Total: | $20.00 |
| 00015343 | 2/1/2005 3:53:31 PM | COUNTY OF SULLIVAN | 1201 | Recording fees and Service fees: | | $88.00 |
| | | | | | Total: | $88.00 |

### Money In

| Ref# | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 05-180/Lender /1 | 01/31/2005 | Home Funds Direct | | | |
| | | | 202 | Principal amount of new loan(s) | $125,250.00 |
| | | | 801 | Loan Origination Fee | ($2,191.88) |
| | | | 808 | Underwriting fee | ($550.00) |
| | | | 809 | Document Preparation Fee | ($500.00) |
| | | | 810 | Appraisal Review Fee | ($150.00) |
| | | | 1008 | Aggregate Accounting Adjustment | $81.00 |
| | | | 1001 | Hazard insurance  6 months @ 40.5 per month | ($243.00) |
| | | | 813 | Tax Service Fee | ($566.00) |
| | | | 812 | Flood Certification Fee | ($9.50) |
| | | | 1003 | City property taxes  4 months @ 212.04 per month | ($848.16) |
| | | | 901 | Interest from | ($30.88) |
| | | | 811 | Funding Fee | ($350.00) |
| | | | | Total: | $120,391.58 |

Hall-Frazier
Record - 001970

## LEDGER CARD

Date Printed: Tuesday, March 28, 2006, 12:09:04 PM

Order #: 05-180
Buyer/Borrower : David A. Babbitt and Michelle L. Babbitt
Seller : David A. Babbitt and Michelle L. Babbitt
Lender Name : Home Funds Direct
Loan Number : 0412236854
Property Address : 61 Maple Street, Newport, NH 03773

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/31/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 120,391.58 |
| **\*TOTAL DEPOSITS** | | | | | **120,391.58** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 02/01/2005 | 00015340 | m.lay | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (72.00) |
| 02/01/2005 | 00015341 | m.lay | 02/28/2005 | COUNTY OF SULLIVAN | (40.00) |
| 02/01/2005 | 00015342 | m.lay | 02/28/2005 | COUNTY OF SULLIVAN | (20.00) |
| 02/01/2005 | 00015343 | m.lay | 02/28/2005 | COUNTY OF SULLIVAN | (88.00) |
| 01/31/2005 | 00014882v | m.lay | 02/28/2005 | Clerk of the Court | (220.00) |
| 01/31/2005 | 00014883 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (786.68) |
| 01/31/2005 | 00014884 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/31/2005 | 00014885 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (90.72) |
| 01/31/2005 | 00014886 | bj | 02/28/2005 | David A. Babbitt and Michelle L. Babbitt | (220.80) |
| 01/31/2005 | 00014887 | bj | 02/28/2005 | Hingham Mutual Fire Insurance | (144.00) |
| 01/31/2005 | 00014888 | bj | 02/28/2005 | EMC Mortgage | (70,184.30) |
| 01/31/2005 | 00014889 | bj | 02/28/2005 | Beneficial | (39,153.08) |
| 01/31/2005 | 00014890 | bj | 02/28/2005 | Sovereign Bank | (9,392.00) |
| **\*TOTAL CHECKS** | | | | | **(120,611.58)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/31/2005 | 00014882 | m.lay | 02/28/2005 | Clerk of the Court | 220.00 |
| **\*TOTAL VOIDS** | | | | | **220.00** |

| **\*\*TOTALS FOR: tn2** | **0.00** |
|---|---|

## \*\*\*POSTED TOTAL                                          0.00

## PENDING ESCROWS

## \*\*\*\*TOTAL(POSTED + PENDING)                      0.00

Hall-Frazier
Record - 001971

204-jan05

(Printed on Jan 13, 2005 @ 13:33)   US Department of Housing and Urban Development   OMB No. 2502-0265

**SETTLEMENT STATEMENT**

**A.**

| **B. Type of Loan** | | |
|---|---|---|
| 1. [ ] FHA   2. [ ] FmHA   3. [ ] Conv. Unins. | 6. File Number: 05-190 | 7. Loan Number: 0412512660 |
| 4. [ ] VA   5. [ ] Conv. Ins. | | 8. Mortgage Ins. Case # |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Vesta Anne Paquin Woodstock, GA
Kevin Paquin 225 Waters Way Woodstock, GA 30188

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 1130 Northchase Parkway Suite 200 Marietta, GA 30067

**G. PROPERTY LOCATION (Brief Legal):**
225 Waters Way, Woodstock, GA 30188

| **H. SETTLEMENT AGENT:** Swafford and Hays Settlement Services, Inc. 865-539-1450 Contact: Danny Moore | **PLACE OF SETTLEMENT:** 9041 Executive Park Drive, Suite 400 Knoxville, TN 37923 |
|---|---|
| **I. SETTLEMENT DATE:** 01/13/2005 | **DISBURSEMENT DATE:** 01/19/2005 |

| **J. SUMMARY OF BORROWER(S) TRANSACTION** | | **K. SUMMARY OF SELLER(S) TRANSACTION** | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 200,965.91 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | **200,965.91** | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 204,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **204,000.00** | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 200,965.91 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 204,000.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ]From [X]To Borrower** | **3,034.09** | **603. Cash [X]To [ ]From Seller** | **0.00** |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E,G,H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

Printed on Jan 13, 2005 SE (1.31)  U.S. Department of Housing and Urban Development  OMB No. 25/20-265

## L.  SETTLEMENT CHARGES

| | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Sales/Broker's Commission based on price** | | | |
| 701. Listing Realtor Commission | | | |
| 702. Selling Realtor Commission | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee  To: Home Funds Direct | | 5,916.00 | |
| 802. Loan Discount | | | |
| 803. Appraisal Fee  To: TCS Appraisers, LLC | | 300.00 | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. Processing Fee  To: Home Funds Direct | | 500.00 | |
| 809. Underwriting fee  To: Home Funds Direct | | 200.00 | |
| 810. Document Preparation Fee  To: Home Funds Direct | | 300.00 | |
| 811. Zone Determination Fee  To: Home Funds Direct | | 9.50 | |
| 812. Tax Service Fee  To: Home Funds Direct | | 66.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest from  To: Home Funds Direct | | 606.71 | |
| 902. Mortgage Insurance Premium for | | | |
| 903. Hazard Insurance Premium for  To: Central Mutual Insurance | | 893.70 | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard insurance  To: Home Funds Direct | | 223.38 | |
| 1002. Mortgage insurance | | | |
| 1003. City property taxes | | | |
| 1004. County property taxes  To: Home Funds Direct | | 913.27 | |
| 1005. Annual assessments | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. Aggregate Accounting Adjustment  To: Home Funds Direct | | -521.88 | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | | 175.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | | 250.00 | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's Fees | | | |
| (Includes above item numbers: ) | | | |
| 1108. Title Insurance  To: American Pioneer Title Insurance Company | | 488.40 | |
| (Includes above item numbers: ) | | | |
| 1109. Lender's coverage$204,000.00 @ $488.40 | | | |
| 1110. Owner's coverage @ 0.00 | | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc. | | 50.00 | |
| 1112. | | | |
| 1113. Overnight Courier & Handling Fees | | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | | |
| 1201. Recording fees and Service fees:  To: Clerk of the Court | | 120.00 | |
| 1202. City/county tax/stamps:    Mortgage $612.00 To: Clerk of the Court | | 612.00 | |
| 1203. State tax/stamps: | | | |
| 1204. Georgia Residential Tax  To: Clerk of the Court | | 6.50 | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey | | | |
| 1302. Pest inspection | | | |
| 1303. Payoff good through 01/28/05  To: Ameriquest Mortgage Company | | 189,357.33 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | **200,965.91** | **0.00** |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S):                                    SELLER(S):

_Vesta Anne Paquin_
Vesta Anne Paquin

_Kevin Paquin_
Kevin Paquin

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____                    Date  01/17/05
Swafford and Hays Settlement Services, Inc.

NOTE: Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

## Disbursement Sheet

Date Printed: Monday, March 27, 2006, 12:33:29 PM

| Order #:  05-190 | | Settlement Date:  01/13/2005 | | Disbursement Date:  01/19/2005 | |
|---|---|---|---|---|---|
| Buyer: | | Vesta Anne Paquin and Kevin Paquin | | Money Out | $195,780.52 |
| Seller: | | | | Money In | $195,780.52 |
| Property | | 225 Waters Way Woodstock, GA 30188 | | Difference | $0.00 |
| Lender: | | Home Funds Direct | | | |
| Loan # | | 0412312660 | | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00012922 | 1/19/2005 9:57:02 AM | Swafford and Hays Settlement Services, Inc. | 1101 | Settlement or closing fee | | $475.00 |
| | | | 1103 | Title examination | | $250.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title Insurance | | $341.88 |
| | | | | | Total: | $1,116.88 |
| 00012923 | 1/19/2005 9:57:02 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | Total: | $200.00 |
| 00012924 | 1/19/2005 9:57:02 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $146.52 |
| | | | | | Total: | $146.52 |
| 00013463 | 1/24/2005 8:16:13 AM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees and Service fees | | $72.00 |
| | | | | | Total: | $72.00 |
| 00012925 | 1/19/2005 9:57:02 AM | Vesta Anne Paquin and Kevin Paquin | 303 | Cash [ ]From  [X]To  Borrower | | $3,034.09 |
| | | | | | Total: | $3,034.09 |
| 00012926 | 1/19/2005 9:57:02 AM | TCS Appraisers, LLC | 803 | Appraisal Fee | | $300.00 |
| | | | | | Total: | $300.00 |
| 00012927 | 1/19/2005 9:57:02 AM | Central Mutual Insurance | 903 | Hazard Insurance Premium for | | $893.70 |
| | | | | | Total: | $893.70 |
| wire  #  4739864 | 1/19/2005 5:10:17 PM | Ameriquest Mortgage Company | 1303 | Payoff good through 01/28/05 | | $189,357.33 |
| | | | | | Total: | $189,357.33 |
| 00013464 | 1/24/2005 8:16:13 AM | CHEROKEE COUNTY CLERK OF THE SUPERIOR COURT | 1202 | City/county tax stamps:     Mortgage $612.00 | | $612.00 |
| | | | | | Total: | $612.00 |
| 00013465 | 1/24/2005 8:16:13 AM | CHEROKEE COUNTY CLERK OF THE SUPERIOR COURT | 1201 | Recording fees and Service fees | | $48.00 |
| | | | | | Total: | $48.00 |

### Money In

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 05-190/Lender /1 | 01/19/2005 | Home Funds Direct | | | | |
| | | | 202 | Principal amount of new loan(s) | | $204,000.00 |
| | | | 801 | Loan Origination Fee | | ($5,916.00) |
| | | | 808 | Processing Fee | | ($500.00) |
| | | | 809 | Underwriting fee | | ($200.00) |
| | | | 810 | Document Preparation Fee | | ($300.00) |
| | | | 1008 | Aggregate Accounting Adjustment | | $521.88 |
| | | | 1001 | Hazard insurance | | ($223.38) |
| | | | 1004 | County property taxes | | ($913.27) |
| | | | 901 | Interest from | | ($606.71) |
| | | | 812 | Tax Service Fee | | ($66.00) |
| | | | 811 | Zone Determination Fee | | ($9.50) |
| | | | 1204 | Georgia Residential Tax | | ($6.50) |
| | | | | | Total: | $195,780.52 |

Date Printed: Monday, March 27, 2006 12:55:23 PM

## LEDGER CARD

Order #: 05-190
Buyer/Borrower : Vesta Anne Paquin and Kevin Paquin
Seller :
Lender Name : Home Funds Direct
Loan Number : 0412312660
Property Address : 225 Waters Way, Woodstock, GA 30188

## POSTED ESCROWS

| ID# | Bank Name | Account # | Address | City | State | Balance |
|-----|-----------|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | 003786809771 | | | | 0.00 |

**DEPOSITS**

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/19/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 195,780.52 |
| **\*TOTAL DEPOSITS** | | | | | **195,780.52** |

**CHECKS**

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/19/2005 | 00012921v | m lay | 01/31/2005 | Clerk of the Court | (732.00) |
| 01/19/2005 | 00012922 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (1,116.88) |
| 01/19/2005 | 00012923 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 01/19/2005 | 00012924 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (146.52) |
| 01/19/2005 | 00012925 | bj | 01/31/2005 | Vesta Anne Paquin and Kevin Paquin | (3,034.09) |
| 01/19/2005 | 00012926 | bj | 01/31/2005 | TCS Appraisers, LLC | (300.00) |
| 01/19/2005 | 00012927 | bj | 01/31/2005 | Central Mutual Insurance | (893.70) |
| 01/19/2005 | 00012928v | alisonw | 01/31/2005 | Ameriquest Mortgage Company | (189,357.33) |
| 01/19/2005 | wire # 4739864 | alisonw | 01/31/2005 | Ameriquest Mortgage Company | (189,357.33) |
| 01/24/2005 | 00013463 | m lay | 01/31/2005 | Swafford and Hays Settlement Services, Inc. | (72.00) |
| 01/24/2005 | 00013465 | m lay | 02/28/2005 | CHEROKEE COUNTY CLERK OF THE SUPERIOR COURT | (48.00) |
| 01/24/2005 | 00013464 | m lay | 02/28/2005 | CHEROKEE COUNTY CLERK OF THE SUPERIOR COURT | (612.00) |
| **\*TOTAL CHECKS** | | | | | **(385,869.85)** |

**VOIDS**

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/19/2005 | 00012921 | m lay | 01/31/2005 | Clerk of the Court | 732.00 |
| 01/19/2005 | 00012928 | alisonw | 01/31/2005 | Ameriquest Mortgage Company | 189,357.33 |
| **\*TOTAL VOIDS** | | | | | **190,089.33** |

| **\*\*TOTALS FOR: tn2** | **0.00** |
|---|---|

**\*\*\*POSTED TOTAL**                                                          **0.00**

## PENDING ESCROWS

**\*\*\*\*TOTAL(POSTED + PENDING)**                                      **0.00**

225-jan05

**Hall-Frazier**
**Record - 001977**

(Revised on Jan 17, 2005 8p 16.20)

U.S. Department of Housing and Urban Development

OMB No. 2502-0265

**A.**                 **SETTLEMENT STATEMENT**

**B.  Type of Loan**

| 1. [ ] FHA   2. [ ] FmHA   3. [ ] Conv. Unins. | 6.  File Number | 7.  Loan Number | |
|---|---|---|---|
| 4. [ ] VA   5. [ ] Conv. Ins. | 05-272 | 0412312730 | 8.  Mortgage Ins. Case # |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Deborah S. Roberts 2342 Stockton Walk Court Snellville, GA 30078

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct  1130 Northchase Parkway Suite 200 Marietta, GA 30067

**G. PROPERTY LOCATION (Brief Legal):**
2342 Stockton Walk Court Snellville, GA  30078

**H. SETTLEMENT AGENT:**
Swafford and Hays Settlement Services, Inc.  865-539-1450 Contact:
Shaun Galford

**PLACE OF SETTLEMENT:**
9041 Executive Park Drive, Suite 400 Knoxville, TN  37923

**I. SETTLEMENT DATE:**
01/18/2005

**DISBURSEMENT DATE:**
01/24/2005

| J.  SUMMARY OF BORROWER(S) TRANSACTION | | K.  SUMMARY OF SELLER(S) TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER  :** | |
| 101. Contract sales price | | 401.  Contract sales price | |
| 102. Personal Property | | 402.  Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 106,015.84 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 106,015.84 | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER  :** | |
| 201. Deposit or earnest money | | 501.  Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 106,300.00 | 502.  Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503.  Existing loan(s) taken subject to | |
| 204. | | 504.  Payoff of first mortgage loan | |
| 205. | | 505.  Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 106,300.00 | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 106,015.84 | 601.  Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 106,300.00 | 602.  Less reductions in amt. due seller (line 520) | |
| **303.  Cash [ ] From [X] To  Borrower** | 284.16 | **603.  Cash [X] To  [ ] From  Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E,G,H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

**Hall-Frazier**
**Record - 001978**

Provided on Jan 17, 2004 (5:56:21)          U.S Department of Housing and Urban Development          OMB No. 25-2-0265
L.                                          **SETTLEMENT CHARGES**

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| **700. Total Sales/Broker's Commission based on price** | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee  To: Home Funds Direct | 2,126.00 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee  To: TCS Appraisers, LLC | 300.00 | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Processing Fee  To: Home Funds Direct | 450.00 | |
| 809. Underwriting fee  To: Home Funds Direct | 450.00 | |
| 810. Document Preparation Fee  To: Home Funds Direct | 287.00 | |
| 811. Zone Determination Fee  To: Home Funds Direct | 9.50 | |
| 812. Tax Service Fee  To: Home Funds Direct | 66.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from  To: Home Funds Direct | 134.00 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for  To: Jim Anderson and Company | 318.00 | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance  To: Home Funds Direct | 424.00 | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes  To: Home Funds Direct | 78.96 | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment  To: Home Funds Direct | -142.16 | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc. | 475.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (Includes above item numbers: ) | | |
| 1108. Title Insurance  To: American Pioneer Title Insurance Company | 284.70 | |
| (Includes above item numbers: ) | | |
| 1109. Lender's coverage $106,300.00 @ $284.70 | | |
| 1110. Owner's coverage @ 0.00 | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees and Service fees  To: Clerk of the Court | 120.00 | |
| 1202. City/county tax/stamps:    Mortgage $319.50 To: Clerk of the Court | 319.50 | |
| 1203. State tax/stamps: | | |
| 1204. | | |
| 1205. Georgia Residential Tax  To: Clerk of the Court | 6.50 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff   To: Wells Fargo Bank Acct#38058357 | 99,808.84 | |
| 1304. | | |
| 1305. | | |

| | | |
|---|---|---|
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | 106,015.84 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S):                                          SELLER(S):

Deborah S. Roberts

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Swafford and Hays Settlement Services, Inc.                Date

NOTE: Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010

Hall-Frazier
Record - 001979

# Disbursement Sheet

| Order # : 05-272 | Settlement Date: 01 18 2005 | Disbursement Date: 01 24 2005 |
|---|---|---|
| Buyer: | Deborah S. Roberts | Money Out | $15,410.20 |
| Seller: | | Money In | $15,410.20 |
| Property: | 2342 Jackson Walk Court Snellville, GA 30078 | Difference | $0.00 |
| Lender: | Home Funds Direct | | |
| Loan # : | 0412512230 | | |

## Money Out

| Refs | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 0001450 | 1-24-2005 10:35:41 AM | Swafford and Hays Settlement Services, Inc. | 1101 | Settlement or closing fee | $475.00 |
| | | | 1103 | Title examination | $250.00 |
| | | | 1111 | Endorsements | $50.00 |
| | | | 1108 | Title Insurance | $169.29 |
| | | | | Total: | $944.29 |
| 0001451 | 1-24-2005 10:35:41 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | $200.00 |
| | | | | Total: | $200.00 |
| 0001452 | 1-24-2005 10:35:41 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | $585.41 |
| | | | | Total: | $585.41 |
| 0001477 | 1-26-2005 4:52:48 PM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees and Service fees | $80.00 |
| | | | | Total: | $80.00 |
| 0001453 | 1-24-2005 10:35:41 AM | Deborah S. Roberts | 303 | Cash [ ] From [X] to Borrower | $5602.16 |
| | | | | Total: | $5602.16 |
| 0001454 | 1-24-2005 10:35:41 AM | Wells Fargo Bank, Acct=3805858357 | 1303 | Payoff | $99,808.84 |
| | | | | Total: | $99,808.84 |
| 0001455 | 1-24-2005 10:35:41 AM | TCS Appraisers, LLC | 803 | Appraisal fee | $300.00 |
| | | | | Total: | $300.00 |
| 0001478 | 1-26-2005 4:52:48 PM | GWINNETT COUNTY CLERK OF THE SUPERIOR COURT | 1202 | Mortgage tax/stamps - City/county tax stamps $319.90 | $319.90 |
| | | | | Total: | $319.90 |
| 0001479 | 1-26-2005 4:52:48 PM | GWINNETT COUNTY CLERK OF THE SUPERIOR COURT | 1201 | Recording fees and Service fees | $40.00 |
| | | | | Total: | $40.00 |

## Money In

| Refs | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 50-272 Lender: | 01 24 2005 | Home Funds Direct | | | |
| L | | | 702 | Principal amount of new loan(s) | $106,500.00 |
| | | | 801 | Loan Origination Fee | ($2,126.00) |
| | | | 808 | Processing Fee | ($450.00) |
| | | | 809 | Underwriting Fee | ($450.00) |
| | | | 810 | Document Preparation Fee | ($250.00) |
| | | | 1205 | Georgia Residential Tax | ($6.50) |
| | | | 1008 | Aggregate Accounting Adjustment | $112.16 |
| | | | 1004 | County property taxes | ($528.96) |
| | | | 1001 | Hazard insurance | ($524.00) |
| | | | 906 | Interest from | ($514.00) |
| | | | 812 | Tax Service Fee | ($66.00) |
| | | | 811 | Zone Determination fee | ($6.50) |
| | | | | Total: | $15,410.20 |

Hall-Frazier
Record - 001980

**LEDGER CARD**

Date Printed: Tuesday, March 28, 2006 9:42:11 AM

Order #: 05-272
Buyer/Borrower : Deborah S. Roberts
Seller :
Lender Name : Home Funds Direct
Loan Number : 0412312730
Property Address : 2342 Stockton Walk Court, Snellville, GA 30078

## POSTED ESCROWS

| ID# | Bank Name | | Account # | Address | City | State | Balance |
|------|-----------|--|-----------|---------|------|-------|---------|
| tn2 | Bank of America- TN (New) | | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/24/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 102,410.20 |
| **\*TOTAL DEPOSITS** | | | | | **102,410.20** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/24/2005 | 00013649v | m lav | 01/31/2005 | Clerk of the Court | (439.50) |
| 01/24/2005 | 00013650 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc | (974.29) |
| 01/24/2005 | 00013651 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc | (200.00) |
| 01/24/2005 | 00013652 | bj | 01/31/2005 | Swafford and Hays Settlement Services, Inc | (85.41) |
| 01/24/2005 | 00013653 | bj | 01/31/2005 | Deborah S. Roberts | (602.16) |
| 01/24/2005 | 00013654 | bj | 01/31/2005 | Wells Fargo Bank Acct#38058357 | (99,808.84) |
| 01/24/2005 | 00013655 | bj | 02/28/2005 | TCS Appraisers, LLC | (300.00) |
| 01/26/2005 | 00014177 | m lav | 01/31/2005 | Swafford and Hays Settlement Services, Inc | (80.00) |
| 01/26/2005 | 00014178 | m lav | 02/28/2005 | GWINNETT COUNTY CLERK OF THE SUPERIOR COURT | (319.50) |
| 01/26/2005 | 00014179 | m lav | 02/28/2005 | GWINNETT COUNTY CLERK OF THE SUPERIOR COURT | (40.00) |
| **\*TOTAL CHECKS** | | | | | **(102,849.70)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|------|-------------|------------|---------|-------|--------|
| 01/24/2005 | 00013649 | m lav | 01/31/2005 | Clerk of the Court | 439.50 |
| **\*TOTAL VOIDS** | | | | | **439.50** |

| **\*\*TOTALS FOR: tn2** | **0.00** |
|---|---|

| **\*\*\*POSTED TOTAL** | **0.00** |
|---|---|

## PENDING ESCROWS

| **\*\*\*\*TOTAL(POSTED + PENDING)** | **0.00** |
|---|---|

227-jan05

A.

**SETTLEMENT STATEMENT**

(Printed on Jan 24, 2005 02:14:39)    U.S. Department of Housing and Urban Development    OMB No. 25-21-265

**B. Type of Loan**

| 1. [ ] FHA  2. [ ] FmHA  3. [ ] Conv. Unins. | 6. File Number | 7. Loan Number |
| 4. [ ] VA   5. [ ] Conv. Ins. | 05-280 | 0901067833 |    8. Mortgage Ins. Case #

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Keith Jones 1930 Planters Drive Charleston, SC 29414
Natasha Jones 1930 Planters Drive Charleston, SC 29414

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct. 3040 Blackburn Lane #200 Burtonsville, MD 20866

**G. PROPERTY LOCATION (Brief Legal):**
1930 Planters Drive Charleston, SC 29414

| **H. SETTLEMENT AGENT:** | **PLACE OF SETTLEMENT:** |
| Swafford and Hays Settlement Services, Inc.  865-539-1450 Contact | 9041 Executive Park Drive, Suite 400 Knoxville, TN 37923 |
| Danny Moore | |
| **I. SETTLEMENT DATE:** | **DISBURSEMENT DATE:** |
| 01-24-2005 | 01-28-2005 |

| **J. SUMMARY OF BORROWER(S) TRANSACTION** | | **K. SUMMARY OF SELLER(S) TRANSACTION** | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 125,776.81 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | **125,776.81** | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 135,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **135,000.00** | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 125,776.81 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 135,000.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ]From [X]To Borrower** | **9,223.19** | **603. Cash [X]To [ ]From Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT: The information contained in Blocks E, G, H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number

Seller(s):

## SETTLEMENT CHARGES

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee  To: Home Funds Direct | 3,712.50 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee POC $350.00 | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Processing Fee  To: Home Funds Direct | 795.00 | |
| 809. Underwriting fee  To: Home Funds Direct | 975.00 | |
| 810. Document Preparation Fee  To: Home Funds Direct | 525.00 | |
| 811. Flood Certification Fee  To: Home Funds Direct | 9.50 | |
| 812. Tax Service Fee  To: Home Funds Direct | 66.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from 01/28/2005 to 02/02/2005 @ 28.66/day  To: Home Funds Direct | 143.30 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for  To: State Farm Insurance | 1,096.00 | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance 2 months @ 91.33 per month  To: Home Funds Direct | 182.70 | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes 4 months @ 83.88 per month  To: Home Funds Direct | 335.54 | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment  To: Home Funds Direct | -167.78 | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee  To: Swafford and Hays Settlement Services, Inc | 275.00 | |
| 1102. Abstract or title search  To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination  To: Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (Includes above item numbers  ) | | |
| 1108. Title Insurance  To: American Pioneer and Swafford & Hays | 403.50 | |
| (Includes above item numbers  ) | | |
| 1109. Lender's coverage  135,000.00 @ 403.50 | | |
| 1110. Owner's coverage  @ 0.00 | | |
| 1111. Endorsements  To: Swafford and Hays Settlement Services, Inc | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees and Service fees:  To: Clerk of the Court | 120.00 | |
| 1202. City/county tax/stamps: | | |
| 1203. State tax/stamps: | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff good through 02/07/05  To: Option One mortgage | 111,256.53 | |
| 1304. | | |
| 1305. Payoff good through 02/15/05  To: Korn Law Firm, P.A. | 1,000.00 | |
| 1306. Payment  To: Capital One Bank | 2,417.00 | |
| 1307. Payment  To: Wal Mart | 839.00 | |
| 1308. Payment  To: MBGA/JC Penney | 217.00 | |
| 1309. Payment  To: WF Fin Bank | 144.00 | |
| 1310. 04 Taxes  To: Charleston County Tax Collector | 932.02 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | **125,776.81** | **0.00** |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWERS:

_____
Natasha Jones

_____
Keith Jones

SELLER(S):

NATASHA JONES

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Hall-Frazier
Record - 001984

_____          _____
**Swafford and Hays Settlement Services, Inc.**                    Date

NOTE: Taxes have been prorated based on taxes for the year. Any re-proration will be handled between the buyer and seller. All utility bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

[illegible] AM

# Disbursement Sheet

| | | | | |
|---|---|---|---|---|
| Order #: 05-280 | Settlement Date: 01/24/2005 | | Disbursement Date: 01/28/2005 | |
| Buyer: | Keith Jones and Natasha Jones | Money Out: | $128,451.90 | |
| Seller: | | Money In: | $128,451.90 | |
| Property: | 1930 Planters Drive Charleston, SC 29414 | Difference: | $0.00 | |
| Lender: | Home Funds Direct | | | |
| Loan #: | 0501067833 | | | |

## Money Out

| Ref# | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 00014436 | 1/28/2005 9:45:09 AM | Swafford and Hays Settlement Services, Inc. | 1101 | Settlement or closing fee | $275.00 |
| | | | 1103 | Title examination | $250.00 |
| | | | 1111 | Endorsements | $50.00 |
| | | | 1108 | Title Insurance | $282.45 |
| | | | | **Total:** | **$857.45** |
| 00014437 | 1/28/2005 9:45:09 AM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | $200.00 |
| | | | | **Total:** | **$200.00** |
| 00014438 | 1/28/2005 9:45:09 AM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | $121.05 |
| | | | | **Total:** | **$121.05** |
| 00015251 | 2/1/2005 1:31:15 PM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees: and Service fees: | $95.00 |
| | | | | **Total:** | **$95.00** |
| 00014439 | 1/28/2005 9:45:09 AM | Keith Jones and Natasha Jones | 303 | Cash [ ]From [X]To Borrower | $9,223.19 |
| | | | | **Total:** | **$9,223.19** |
| 00014548 | 1/28/2005 11:26:53 AM | Keith Jones and Natasha Jones | 303 | Cash [ ]From [X]To Borrower | $28.66 |
| | | | | **Total:** | **$28.66** |
| 00022202 | 3/15/2005 11:47:45 AM | Keith Jones and Natasha Jones | 1307 | Payment | $839.00 |
| | | | | **Total:** | **$839.00** |
| 00014440 | 1/28/2005 9:45:09 AM | Option One mortgage | 1303 | Payoff good through 02/07/05 | $111,256.53 |
| | | | | **Total:** | **$111,256.53** |
| 00014441 | 1/28/2005 9:45:09 AM | Capital One Bank | 1306 | Payment | $2,417.00 |
| | | | | **Total:** | **$2,417.00** |
| 00014443 | 1/28/2005 9:45:09 AM | MBGA JC Penney | 1308 | Payment | $217.00 |
| | | | | **Total:** | **$217.00** |
| 00014444 | 1/28/2005 9:45:09 AM | WF Fin Bank | 1309 | Payment | $144.00 |
| | | | | **Total:** | **$144.00** |
| 00014445 | 1/28/2005 9:45:09 AM | Charleston County Tax Collector | 1310 | 04 Taxes | $932.02 |
| | | | | **Total:** | **$932.02** |
| 00014446 | 1/28/2005 9:45:09 AM | State Farm Insurance | 903 | Hazard Insurance Premium for | $1,096.00 |
| | | | | **Total:** | **$1,096.00** |
| 00014447 | 1/28/2005 9:45:09 AM | Korn Law Firm, P.A. | 1305 | Payoff good through 02/15/05 | $1,000.00 |
| | | | | **Total:** | **$1,000.00** |
| 00015252 | 2/1/2005 1:31:15 PM | CHARLESTON COUNTY REGISTER OF MESNE CONVEYANCES | 1201 | Recording fees: and Service fees: | $25.00 |
| | | | | **Total:** | **$25.00** |

## Money In

| Ref# | Date | Name | Hud | Detail | Amount |
|---|---|---|---|---|---|
| 05-280/Lender/1 | 01/28/2005 | Home Funds Direct | | | |
| | | | 202 | Principal amount of new loan(s) | $135,000.00 |
| | | | 801 | Loan Origination Fee | ($3,712.50) |
| | | | 808 | Processing Fee | ($795.00) |
| | | | 809 | Underwriting fee | ($975.00) |
| | | | 810 | Document Preparation Fee | ($525.00) |
| | | | 1004 | County property taxes 4 months @ 83.88 per month | ($335.54) |
| | | | 1008 | Aggregate Accounting Adjustment | $167.78 |
| | | | 1001 | Hazard insurance 2 months @ 91.33 per month | ($182.70) |
| | | | 901 | Interest from 01/28/2005 to 02/01/2005 @ 28.66 day | ($114.64) |

**Hall-Frazier**
**Record - 001986**

| | | | |
|---|---|---|---|
| 812 | Tax Service Fee | | ($66.00) |
| 811 | Flood Certification Fee | | ($9.50) |
| | | **Total:** | **$128,451.90** |

Hall-Frazier
Record - 001987

Date Printed: Tuesday, March 28, 2006, 11:37:28 AM

## LEDGER CARD

Order #: 05-280
Buyer/Borrower : Keith Jones and Natasha Jones
Seller :
Lender Name : Home Funds Direct
Loan Number : 0501067833
Property Address : 1930 Planters Drive, Charleston, SC  29414

## POSTED ESCROWS

| ID# | Bank Name | | Account # | Address | City | State | Balance |
|---|---|---|---|---|---|---|---|
| tn2 | Bank of America- TN (New) | | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 01/28/2005 | funding wire | alisonw | 01/31/2005 | Home Funds Direct | 128,451.90 |
| *TOTAL DEPOSITS | | | | | **128,451.90** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 03/15/2005 | 00022202 | daynat | 03/31/2005 | Keith Jones and Natasha Jones | (839.00) |
| 01/28/2005 | 00014435x | m lav | 02/28/2005 | Clerk of the Court | (120.00) |
| 01/28/2005 | 00014436 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc | (857.45) |
| 01/28/2005 | 00014437 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc | (200.00) |
| 01/28/2005 | 00014438 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc | (121.05) |
| 01/28/2005 | 00014439 | bj | 02/28/2005 | Keith Jones and Natasha Jones | (9,223.19) |
| 01/28/2005 | 00014440 | bj | 02/28/2005 | Option One mortgage | (111,256.53) |
| 01/28/2005 | 00014441 | bj | 02/28/2005 | Capital One Bank | (2,417.00) |
| 01/28/2005 | 00014442v | daynat | 03/31/2005 | Wal Mart | (839.00) |
| 01/28/2005 | 00014443 | bj | 02/28/2005 | MBGA/JC Penney | (217.00) |
| 01/28/2005 | 00014444 | bj | 02/28/2005 | WF Fin Bank | (144.00) |
| 01/28/2005 | 00014445 | bj | 02/28/2005 | Charleston County Tax Collector | (932.02) |
| 01/28/2005 | 00014446 | bj | 02/28/2005 | State Farm Insurance | (1,096.00) |
| 01/28/2005 | 00014447 | bj | 02/28/2005 | Korn Law Firm, P.A | (1,000.00) |
| 01/28/2005 | 00014548 | bj | 02/28/2005 | Keith Jones and Natasha Jones | (28.66) |
| 02/01/2005 | 00015251 | m lav | 02/28/2005 | Swafford and Hays Settlement Services, Inc | (95.00) |
| 02/01/2005 | 00015252 | m lav | 02/28/2005 | CHARLESTON COUNTY REGISTER OF MESNE CONVEYANCES | (25.00) |
| *TOTAL CHECKS | | | | | **(129,410.90)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 01/28/2005 | 00014435 | m lav | 02/28/2005 | Clerk of the Court | 120.00 |
| 01/28/2005 | 00014442 | daynat | 03/31/2005 | Wal Mart | 839.00 |
| *TOTAL VOIDS | | | | | **959.00** |

| **TOTALS FOR: tn2 | | | | | **0.00** |

***POSTED TOTAL                                        **0.00**

PENDING ESCROWS

****TOTAL(POSTED + PENDING)                            **0.00**

Hall-Frazier
Record - 001988

232-jan05

**A.**                    SETTLEMENT STATEMENT

**B.  Type of Loan**

| 1. [ ] FHA    2. [ ] FmHA    3. [ ] Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Ins. Case #: |
|---|---|---|---|
| 4. [ ] VA    5. [X] Conv. Ins. | ...65305 | 4112288791 | |

*C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Esther Charles 16 Essex Road Elmont, NY 11003

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct 1399 Veterans Memorial Highway Suite 304 Hauppauge, NY 11788

**G. PROPERTY LOCATION (Brief Legal):**
16 Essex Road Elmont, NY 11003

| **H. SETTLEMENT AGENT:** | **PLACE OF SETTLEMENT:** |
|---|---|
| Swafford and Hays Settlement Services, Inc.  865-539-1450 Contact: Shaun Gifford | 9041 Executive Park Drive, Suite 400 Knoxville, TN  37923 |
| **I. SETTLEMENT DATE:** 01-31-2008 | **DISBURSEMENT DATE:** 02-04-2008 |

| **J. SUMMARY OF BORROWER(S) TRANSACTION** | | **K. SUMMARY OF SELLER(S) TRANSACTION** | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 359,843.31 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | **359,843.31** | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 395,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **395,000.00** | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 359,843.31 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 395,000.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash  [ ] From  [X] To  Borrower** | **35,156.69** | **603. Cash  [X] To  [ ] From  Seller** | **0.00** |

SUBSTITUTION FORM 1099 SELLER STATEMENT  The information contained in Blocks E, G, H and I on line 401 (or if 403 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER  you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number

Seller(s):

## L.                    SETTLEMENT CHARGES

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee  To  Home Funds Direct | 15,800.00 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee POC $ Received  Al Boumans & Associates | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Underwriting fee  To  Home Funds Direct | 550.00 | |
| 809. Document Preparation Fee  To  Home Funds Direct | 800.00 | |
| 810. Appraisal Review Fee  To  Home Funds Direct | 150.00 | |
| 811. Funding Fee  To  Home Funds Direct | 350.00 | |
| 812. Flood Certification Fee  To  Home Funds Direct | 9.50 | |
| 813. Tax Service Fee  To  Home Funds Direct | 66.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from 02/01/2008 to 02/01/2008 @ $71.41 /day  To  Home Funds Direct | 214.23 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee  To  Swafford and Hays Settlement Services, Inc. | 275.00 | |
| 1102. Abstract or title search  To  Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination  To  Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance  To  American Pioneer and Swafford & Hays | 1,728.05 | |
| (includes above item numbers: ) | | |
| 1109. Lender's coverage  395,000.00 @  1,728.05 | | |
| 1110. Owner's coverage  @ 0.00 | | |
| 1111. Endorsements  To  Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOVT. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees and Service fees  To  Clerk of the Court | 150.00 | |
| 1202. City county tax stamps POC] $987.50  To  Clerk of the Court | 2,937.50 | |
| 1203. State tax stamps | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff  To  Countrywide  Acct#3565-430373 | 324,679.26 | |
| 1304. Payment  To  Citi | 3,274.00 | |
| 1305. Payment  To  Chase NA | 2,636.00 | |
| 1306. Payment  To  Citibank OD | 1,193.00 | |
| 1307. Payment  To  RSHK CBUSA | 815.00 | |
| 1308. Payment  To  Chase MH1 BK | 737.00 | |
| 1309. Payment  To  Verizon Wireless | 663.00 | |
| 1310. Payment  To  Fleet CC | 584.00 | |
| 1311. Payment  To  Chase Manhattan Bank | 539.00 | |
| 1312. Payment  To  Lord SA BK | 502.00 | |
| 1313. Payment  To  Macys East DSB | 371.00 | |
| 1314. Payment  To  CitiBP OD | 292.00 | |
| 1315. Payment  To  Mandees | 59.00 | |
| 1316. Payment  To  Continental | 1.00 | |
| 1317. 2008 1st Half town/county Taxes  To  Nassau County Tax Collector | 1,296.23 | |
| 1318. | | |

1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)

359,843.31          0.00

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

**BORROWERS:**                                        **SELLERS:**

Esther Charles

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____                    Date ___02/03/05_____
Seafield and Hass Settlement Services, Inc.

NOTE: Taxes have been prorated based on taxes for the year. Any reproration will be handled between the buyer and seller. Annual bills (water, sewer, electric, cable and maintenance fees) have been paid or will be paid upon receipt of final bills.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

## Disbursement Sheet

Doc Printed: Tuesday, March 29, 2005 at 12:26 PM

| Order # : 05-305 | | Settlement Date : 01/31/2005 | | Disbursement Date : 02/04/2005 | |
|---|---|---|---|---|---|
| Buyer | | Esther Charles | | Money Out | $378,776.23 |
| Seller | | | | Money In | $378,776.23 |
| Property | | 161 Essex Road Elmont, NY 11003 | | Difference | $0.00 |
| Lender | | Home Funds Direct | | | |
| Loan # | | 0412288791 | | | |

### Money Out

| Ref# | Date | Name | Hud | Detail | | Amount |
|---|---|---|---|---|---|---|
| 00016235 | 2/4/2005 1:19:15 PM | Swafford and Hays Settlement Services, Inc. | 1101 | Settlement or closing fee | | $275.00 |
| | | | 1103 | Title examination | | $250.00 |
| | | | 1111 | Endorsements | | $50.00 |
| | | | 1108 | Title Insurance | | $1,209.63 |
| | | | | | Total: | $1,784.63 |
| 00016236 | 2/4/2005 1:19:15 PM | Swafford and Hays Settlement Services, Inc. | 1102 | Abstract or title search | | $200.00 |
| | | | | | Total: | $200.00 |
| 00016237 | 2/4/2005 1:19:15 PM | Swafford and Hays Settlement Services, Inc. | 1108 | Title Insurance | | $518.42 |
| | | | | | Total: | $518.42 |
| 00016651 | 2/7/2005 4:20:36 PM | Swafford and Hays Settlement Services, Inc. | 1201 | Recording fees and Service fees | | $58.00 |
| | | | | | Total: | $58.00 |
| 00016238 | 2/4/2005 1:19:15 PM | Esther Charles | 303 | Cash [ ]From: [X]To: Borrower | | $35,820.69 |
| | | | | | Total: | $35,820.69 |
| 00016239 | 2/4/2005 1:19:15 PM | Countrywide Acct#3565-4303-3 | 1303 | Payoff | | $324,679.26 |
| | | | | | Total: | $324,679.26 |
| 00016240 | 2/4/2005 1:19:15 PM | Citi | 1304 | Payment | | $3,274.00 |
| | | | | | Total: | $3,274.00 |
| 00016241 | 2/4/2005 1:19:15 PM | Chase NA | 1305 | Payment | | $2,036.00 |
| | | | | | Total: | $2,036.00 |
| 00016242 | 2/4/2005 1:19:15 PM | Citibnk OD | 1306 | Payment | | $1,193.00 |
| | | | | | Total: | $1,193.00 |
| 00016243 | 2/4/2005 1:19:15 PM | RSHK CBUSA | 1307 | Payment | | $815.00 |
| | | | | | Total: | $815.00 |
| 00016244 | 2/4/2005 1:19:15 PM | Chase MHT BK | 1308 | Payment | | $737.00 |
| | | | | | Total: | $737.00 |
| 00016245 | 2/4/2005 1:19:15 PM | Fleet CC | 1310 | Payment | | $584.00 |
| | | | | | Total: | $584.00 |
| 00016246 | 2/4/2005 1:19:15 PM | Chase Manhattan Bank | 1311 | Payment | | $539.00 |
| | | | | | Total: | $539.00 |
| 00016247 | 2/4/2005 1:19:15 PM | First USA BK | 1312 | Payment | | $502.00 |
| | | | | | Total: | $502.00 |
| 00016248 | 2/4/2005 1:19:15 PM | Macys East FDSB | 1313 | Payment | | $371.00 |
| | | | | | Total: | $371.00 |
| 00016249 | 2/4/2005 1:19:15 PM | Citi-BP Oil | 1314 | Payment | | $292.00 |
| | | | | | Total: | $292.00 |
| 00016250 | 2/4/2005 1:19:15 PM | Mandees | 1315 | Payment | | $59.00 |
| | | | | | Total: | $59.00 |
| 00016251 | 2/4/2005 1:19:15 PM | Nassau County Tax Collector | 1317 | 2005 1st Half Town County Taxes | | $1,296.23 |
| | | | | | Total: | $1,296.23 |
| 00016652 | 2/7/2005 4:20:36 PM | BANK OF AMERICA | 1202 | City county tax stamps POCL $987.50 | | $2,937.50 |
| | | | 89 | New Check - | | $987.50 |
| | | | | | Total: | $3,925.00 |

| 00016653 | 2 7 2005 | BANK OF AMERICA | 1201 | | |
| | 4 20 36 PM | | | Recording fees and Service fees | $92.00 |
| | | | | **Total:** | **$92.00** |

## Money In

| Ref# | Date | Name | Hud | Detail | Amount |
|------|------|------|-----|--------|--------|
| 05-305 Lender 1 | 02 04 2005 | Home Funds Direct | | | |
| | | | 202 | Principal amount of new loan(s) | $395,000.00 |
| | | | 801 | Loan Origination Fee | ($15,800.00) |
| | | | 808 | Underwriting fee | ($550.00) |
| | | | 809 | Document Preparation Fee | ($500.00) |
| | | | 810 | Appraisal Review Fee | ($150.00) |
| | | | 811 | Funding Fee | ($350.00) |
| | | | 812 | Flood Certification Fee | ($9.50) |
| | | | 813 | Tax Service Fee | ($66.00) |
| | | | | Interest from 02 04 2005 to 02 04 2005 @ | |
| | | | 901 | 71 41 day | $214.23 |
| | | | 88 | New Receipt - | $987.50 |
| | | | | **Total:** | **$378,776.23** |

**Hall-Frazier**
**Record - 001995**

Date Printed: Tuesday, March 28, 2006 5:15:23 PM

## LEDGER CARD

Order #: 05-305
Buyer/Borrower : Esther Charles
Seller :
Lender Name : Home Funds Direct
Loan Number : 0412288791
Property Address : 16 Essex Road, Elmont, NY 11003

## POSTED ESCROWS

| ID# | Bank Name | | Account # | Address | City | State | Balance |
|---|---|---|---|---|---|---|---|
| tn2 | Bank of America- TN (New) | | 003786809771 | | | | 0.00 |

### DEPOSITS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 02/04/2005 | funding wire | alisonw | 02/28/2005 | Home Funds Direct | 378,776.23 |
| **\*TOTAL DEPOSITS** | | | | | **378,776.23** |

### CHECKS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 02/04/2005 | 00016234v | m.lay | 02/28/2005 | Clerk of the Court | (4,075.00) |
| 02/04/2005 | 00016235 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (1,784.63) |
| 02/04/2005 | 00016236 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc. | (200.00) |
| 02/04/2005 | 00016237 | bj | 02/28/2005 | Swafford and Hays Settlement Services, Inc | (518.42) |
| 02/04/2005 | 00016238 | bj | 02/28/2005 | Esther Charles | (35,820.69) |
| 02/04/2005 | 00016239 | bj | 02/28/2005 | Countrywide Acct#3565-4303-3 | (324,679.26) |
| 02/04/2005 | 00016240 | bj | 02/28/2005 | Citi | (3,274.00) |
| 02/04/2005 | 00016241 | bj | 02/28/2005 | Chase NA | (2,036.00) |
| 02/04/2005 | 00016242 | bj | 02/28/2005 | Citibnk OD | (1,193.00) |
| 02/04/2005 | 00016243 | bj | 02/28/2005 | RSHK/CBUSA | (815.00) |
| 02/04/2005 | 00016244 | bj | 02/28/2005 | Chase MHT BK | (737.00) |
| 02/04/2005 | 00016245 | bj | 02/28/2005 | Fleet CC | (584.00) |
| 02/04/2005 | 00016246 | bj | 02/28/2005 | Chase Manhattan Bank | (539.00) |
| 02/04/2005 | 00016247 | bj | 02/28/2005 | First USA BK | (502.00) |
| 02/04/2005 | 00016248 | bj | 02/28/2005 | Macys East/FDSB | (371.00) |
| 02/04/2005 | 00016249 | bj | 02/28/2005 | Citi-BP Oil | (292.00) |
| 02/04/2005 | 00016250 | bj | 02/28/2005 | Mandees | (59.00) |
| 02/04/2005 | 00016251 | bj | 02/28/2005 | Nassau County Tax Collector | (1,296.23) |
| 02/07/2005 | 00016651 | m.lay | 02/28/2005 | Swafford and Hays Settlement Services, Inc | (58.00) |
| 02/07/2005 | 00016652 | m.lay | 02/28/2005 | BANK OF AMERICA | (3,925.00) |
| 02/07/2005 | 00016653 | m.lay | 02/28/2005 | BANK OF AMERICA | (92.00) |
| **\*TOTAL CHECKS** | | | | | **(382,851.23)** |

### VOIDS

| Date | Reference # | Updated By | Cleared | Payee | Amount |
|---|---|---|---|---|---|
| 02/04/2005 | 00016234 | m.lay | 02/28/2005 | Clerk of the Court | 4,075.00 |
| **\*TOTAL VOIDS** | | | | | **4,075.00** |

| | |
|---|---|
| **\*\*TOTALS FOR: tn2** | **0.00** |

| | |
|---|---|
| **\*\*\*POSTED TOTAL** | **0.00** |

## PENDING ESCROWS

| | |
|---|---|
| **\*\*\*\*TOTAL(POSTED + PENDING)** | **0.00** |

**Hall-Frazier**
**Record - 001996**

# New York Title Insurance Rate Calculator
### Title Insurance Rate Service Association Rate Manual (11/05/2001) - Old Rates

|  | Sale Price | Mortgage Amount | Previous Mortgage Amount |  |
|---|---|---|---|---|
|  |  | 355000 |  |  |
|  | Owner's | Mortgage | Simultaneous Issue | Refinance |
| Zone 1 | 356.00 | 1447.00 | 1594.00 | 1358.00 |
| Nassau | 402.00 | 1582.00 | 1744.00 | 1479.00 |
|  | Calculate |  | Reset |  |

This page has been accessed  times since January 1, 2000

Copyright 1998 - 2007 by John Granger, All Rights Reserved
Page written November 23, 1998, Last update January 4, 2007
Add the New York Title Insurance Rate Calculator to your Web Site

**Search Public Records with WebInvestigator.org**

Return to the New York Title Insurance Web Site

239-jan05

**Hall-Frazier**
**Record - 001998**

A.

**SETTLEMENT STATEMENT**

**B. Type of Loan**

| 1. [ ] FHA  2. [ ] FmHA  3. [ ] Conv. Unins. | 6. File Number: | 7. Loan Number | 8. Mortgage Ins. Case |
|---|---|---|---|
| 4. [ ] VA  5. [ ] Conv. Ins. | 65-311 | 0501043340 | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER/BUYER:**
Archie Tabor 4107 Suzanne Lane Duluth, GA 30096
Stephanie Leatherwood Tabor

**E. NAME AND ADDRESS OF SELLER:**

**F. NAME AND ADDRESS OF LENDER:**
Home Funds Direct, 1150 Northchase Parkway Suite 200 Marietta, GA 30067-6420

**G. PROPERTY LOCATION (Brief Legal):**
4107 Suzanne Lane Duluth, GA 30096

**H. SETTLEMENT AGENT:**
Swafford and Hays Settlement Services, Inc. 865-539-1450 Contact:
Shaun Gafford

**PLACE OF SETTLEMENT:**
9041 Executive Park Drive, Suite 400 Knoxville, TN 37923

**I. SETTLEMENT DATE:**
01/18/2005

**DISBURSEMENT DATE:**
01/24/2005

| J. SUMMARY OF BORROWER(S) TRANSACTION | | K. SUMMARY OF SELLER(S) TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER :** | | **400. GROSS AMOUNT DUE TO SELLER :** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 146,423.40 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 146,423.40 | **420. Gross Amount Due Seller** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER :** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER :** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 157,600.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller in advance | | Adjustments for items unpaid by Seller in advance | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 157,600.00 | **520. Total Reduction Amount Due Seller** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER :** | | **600. CASH AT SETTLEMENT TO/FROM SELLER :** | |
| 301. Gross Amount due from borrower (line 120) | 146,423.40 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 157,600.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash [ ]From [X]To  Borrower** | 11,176.60 | **603. Cash [X]To [ ]From  Seller** | 0.00 |

SUBSTITUTION FORM 1099 SELLER STATEMENT  The information contained in Blocks E,G,H and I on line 401(or if 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER, you are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller(s):

L.                          **SETTLEMENT CHARGES**

| | Paid from Borrowers Funds at Settlement | Paid from Sellers Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | |
| 701. Listing Realtor Commission | | |
| 702. Selling Realtor Commission | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee To: Home Funds Direct | 3,152.00 | |
| 802. Loan Discount | | |
| 803. Appraisal Fee To: Dina L. Vann | 350.00 | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Processing Fee To: Home Funds Direct | 500.00 | |
| 809. Underwriting fee To: Home Funds Direct | 500.00 | |
| 810. Document Preparation Fee To: Home Funds Direct | 500.00 | |
| 811. Zone Determination Fee To: Home Funds Direct | 9.50 | |
| 812. Tax Service Fee To: Home Funds Direct | 66.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from To: Home Funds Direct | 289.76 | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard Insurance Premium for | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee To: Swafford and Hays Settlement Services, Inc. | 175.00 | |
| 1102. Abstract or title search To: Swafford and Hays Settlement Services, Inc. | 200.00 | |
| 1103. Title examination To: Swafford and Hays Settlement Services, Inc. | 250.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (Includes above item numbers ) | | |
| 1108. Title Insurance To: American Pioneer Title Insurance Company | 391.80 | |
| (Includes above item numbers ) | | |
| 1109. Lender's coverage 157,600.00 @ 391.80 | | |
| 1110. Owner's coverage @ 0.00 | | |
| 1111. Endorsements To: Swafford and Hays Settlement Services, Inc. | 50.00 | |
| 1112. | | |
| 1113. Overnight Courier & Handling Fees | | |
| **1200. GOV'T. RECORDING, TRANSFER, AND SERVICE FEES** | | |
| 1201. Recording fees and Service fees: To: Clerk of the Court | 120.00 | |
| 1202. City/county tax/stamps:    Mortgage $474.00 To: Clerk of the Court | 474.00 | |
| 1203. State tax/stamps: | | |
| 1204. | | |
| 1205. GA Res Tax  To: Clerk of the Court | 6.50 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest inspection | | |
| 1303. Payoff  To: Principal Residential Mortgage | 157,311.67 | |
| 1304. Payment  To: FNBGWINNET | 3,215.00 | |
| 1305. Payment  To: The Helpcard Processin | 2,404.00 | |
| 1306. Payment  To: Providian Financial | 2,152.00 | |
| 1307. Payment  To: Providian Financial | 2,103.00 | |
| 1308. Payment  To: CBUSASEARS | 1,595.00 | |
| 1309. Payment  To: HHLD Bank | 1,522.00 | |
| 1310. Payment  To: CBUSASEARS | 1,180.00 | |
| 1311. Payment  To: Capital 1 BK | 784.00 | |
| 1312. Payment  To: ACS/GCO Education Loan | 7,008.00 | |
| 1313. Credit From File 05-326  To: | -40,153.83 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | **146,423.40** | **0.00** |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

BORROWER(S):                                      SELLER(S):

Archie Talior