## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): | Lender: |
|---|---|
| DARLEEN L ANDREWS, AMY E JORDAN | Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |

**Date:** 01/28/2005     **Loan #:** 0412145495

**Loan Type:** Conventional

**Borrower Address:**
309 EAST ELM STREET
TORRINGTON, CT 06790

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.502 % | $291,184.30 | $140,796.46 | $431,980.76 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,070.28 | 03/01/2005 | | | |
| 335 | $1,209.24 | 03/01/2007 | | | |
| 1 | $1,198.64 | 02/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 2.910

**SECURITY:** You are giving a security interest in the property located at:
309 EAST ELM STREET
TORRINGTON, CT 06790

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $200.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **10** days late, you will be charged a late charge of **6.000**% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Darleen L Andrews_ 1/28/05 | _Amy E Jordan_ 1/28/05 |
|---|---|
| Borrower     Date<br>DARLEEN L ANDREWS | Borrower     Date<br>AMY E JORDAN |

| _Leroy Jordan_ 1-28-05 | |
|---|---|
| Borrower     Date<br>LEROY JORDAN, JR. | Borrower     Date |

| Borrower     Date | Borrower     Date |
|---|---|

| Borrower     Date | Borrower     Date |
|---|---|

MIN # 100176104121454959          ANDREWS          Loan #   0412145495
TRTBNLND.UFF                     Page 1 of 1                        Rev 1204

Hall-Frazier
Record - 002701

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**RICHARD I. NAROSKY JR** | Lender:<br>**Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128** |
|---|---|
| | **Date:** 02/02/2005    Loan #: 0412133883 |
| | **Loan Type: Conventional** |

**Borrower Address:**
**311 SUNSET TERRACE**
**ELMIRA, NY 14903**

| **ANNUAL PERCENTAGE RATE**<br>The cost of your credit as a yearly rate. | **FINANCE CHARGE**<br>The dollar amount the credit will cost you. | **Amount Financed**<br>The amount of credit provided to you or on your behalf. | **Total of Payments**<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.280 % | $123,038.19 | $ 83,466.99 | $ 206,505.18 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $573.64 | 04/01/2005 | | | |
| 1 | $568.42 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**311 SUNSET TERRACE**
**ELMIRA, NY 14903**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $150.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **2.000%** of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may  [ ] will not  have to pay a penalty.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Richard I Narosky Jr_    2-2-05 | _Edith A Narosky_    2-2-05 |
|---|---|
| Borrower        Date<br>RICHARD I. NAROSKY, JR | Borrower        Date<br>EDITH A NAROSKY |
| Borrower        Date | Borrower        Date |
| Borrower        Date | Borrower        Date |
| Borrower        Date | Borrower        Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

**(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)**

NOTE: All numerical disclosures except the late payment disclosure are estimates.

| Borrower Name(s): | Lender: |
|---|---|
| LEIGHANNE S. CABE | **Home Funds Direct**<br>15090 Avenue of Science<br>San Diego, CA 92128 |

| | Date: 01/06/2005 | Loan #: 0412301477 |
|---|---|---|
| | Loan Type: **Conventional** | |

**Borrower Address:**
**3936 LORIEN WAY NW**
**KENNESAW, GA 30152**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have to paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.366 % | $275,259.54 | $ 184,126.21 | $ 459,385.75 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359<br>1 | $1,276.10<br>$1,265.85 | 03/01/2005<br>02/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. ☐ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** ☐ This Loan has a Variable Rate Feature. Variable Rate Dislcosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**3936 LORIEN WAY NW**
**KENNESAW, GA 30152**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms ☐ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $120.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgage clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ☐ is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may ☐ will not have to pay a penalty.
☐ may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| Borrower _____ 1/6/05 | Borrower _____ 1/6/05 |
|---|---|
| LEIGHANNE S. CABE          Date | ROBERT N. CABE          Date |
| Borrower _____ | Borrower _____ |
|                        Date |                        Date |
| Borrower _____ | Borrower _____ |
|                        Date |                        Date |
| Borrower _____ | Borrower _____ |
|                        Date |                        Date |

MIN # 10017610412301477            CABE            Loan # 0412301477
TRTHNLND.UFF                   Page 1 of 1                    Rev 7/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

**(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)**

NOTE: All numerical disclosures except the late payment disclosure are estimates.

| Borrower Name(s): JOHN GARDNER, KATHLEEN P. GARDNER | Lender: Home Funds Direct 15090 Avenue of Science San Diego, CA 92128 |
|---|---|

| | Date: 01/10/2005 | Loan #: 0411027448 |
|---|---|---|

**Loan Type:** Conventional

**Borrower Address:**
204 KIMBLE RD 1
VESTAL, NY 13850

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have to paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.463 % | $138,254.15 | $ 66,803.74 | $ 205,057.89 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $513.15 | 03/01/2005 | | | |
| 335 | $573.64 | 03/01/2007 | | | |
| 1 | $572.89 | 02/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Dislcosures have been provided to you earlier. The Current index rate is 2.790

**SECURITY:** You are giving a security interest in the property located at:
204 KIMBLE RD
VESTAL, NY 13850

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $285.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 2.000% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/we hereby acknowledge reading and receiving a complete copy of this disclosure.

| _signature_ 1-10-05 | _signature_ 1-10-05 |
|---|---|
| Borrower JOHN GARDNER     Date | Borrower KATHLEEN P. GARDNER     Date |
| Borrower     Date | Borrower     Date |
| Borrower     Date | Borrower     Date |
| Borrower     Date | Borrower     Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

**(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)**

NOTE: All numerical disclosures except the late payment disclosure are estimates.

| Borrower Name(s): | Lender: |
|---|---|
| ANTHONY EDWARD ROSE JR, JANET L ROSE | Home Funds Direct<br>16090 Avenue of Science<br>San Diego, CA 92128 |

| | Date: 01/10/2005 | Loan #: 0410281171 |
|---|---|---|
| | Loan Type: Conventional | |

**Borrower Address:**
15 KONOMOC ST
NEW LONDON, CT 06320

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have to paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.398 % | $129,654.19 | $140,069.54 | $269,723.73 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 239 | $1,123.85 | 03/01/2005 | | | |
| 1 | $1,123.58 | 02/01/2025 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disleosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
15 KONOMOC ST
NEW LONDON, CT 06320

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $150.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **10** days late, you will be charged a late charge of **6.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not  have to pay a penalty.
[ ] may [X] will not  be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Anthony Edward Rose J_  1/10/05 | _Janet L. Rose_  1/10/05 |
|---|---|
| Borrower  Date<br>ANTHONY EDWARD ROSE, JR | Borrower  Date<br>JANET L ROSE |
| Borrower  Date | Borrower  Date |
| Borrower  Date | Borrower  Date |
| Borrower  Date | Borrower  Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

**(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)**

NOTE: All numerical disclosures except the late payment disclosure are estimates.

| Borrower Name(s): | Lender: |
|---|---|
| **RONALD W MILLSPAUGH, CAROLYN S MILLSPAUGH** | **Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |

**Date:** 01/07/2005    **Loan #:** 0409078055

**Loan Type: Conventional**

**Borrower Address:**
**131 RYAN STREET**
**PORT JERVIS, NY 12771**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have to paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.491 % | $105,825.70 | $ 82,583.50 | $ 188,409.20 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $523.36 | 03/01/2005 | | | |
| 1 | $522.96 | 02/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**131 RYAN STREET**
**PORT JERVIS, NY 12771**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $150.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **2.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not  have to pay a penalty.
[ ] may [X] will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Ronald W. Millspaugh_   1/7/05 | _Carolyn S Millspaugh_   1/7/05 |
|---|---|
| Borrower                       Date | Borrower                       Date |
| RONALD W MILLSPAUGH | CAROLYN S MILLSPAUGH |
| | |
| Borrower                       Date | Borrower                       Date |
| | |
| Borrower                       Date | Borrower                       Date |
| | |
| Borrower                       Date | Borrower                       Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

NOTE: All numerical disclosures except the late payment disclosure are estimates.

| Borrower Name(s):<br>MOHAMMED RASHED | Lender:<br>**Accredited Home Lenders, Inc.**<br>A California Corporation<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | Date: **01/06/2005**　　Loan #: **0412065105** |
| | Loan Type: **Conventional** |

Borrower Address:
**6102 ESSEX HOUSE SQUARE B**
**FALLS CHURCH, VA 22044**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have to paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.913 % | $324,281.20 | $165,669.25 | $489,950.45 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 60 | $1,246.22 | 03/01/2005 | | | |
| 299 | $1,383.95 | 03/01/2010 | | | |
| 1 | $1,376.20 | 02/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 2.788

**SECURITY:** You are giving a security interest in the property located at:
**3101 PATRICK HENRY DRIVE #126**
**FALLS CHURCH, VA 22044**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $175.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgage clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **7** days late, you will be charged a late charge of **5.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not  have to pay a penalty.
[ ] may [X] will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Md Rashed_ 1/6/05 | | |
|---|---|---|
| Borrower　　　　　　　Date<br>MOHAMMED RASHED | | Borrower　　　　　　　Date |
| Borrower　　　　　　　Date | | Borrower　　　　　　　Date |
| Borrower　　　　　　　Date | | Borrower　　　　　　　Date |
| Borrower　　　　　　　Date | | Borrower　　　　　　　Date |

MIN # 100176104120651050　　　　RASHED　　　　　Loan #　0412065105
TRTHNLND.UFF　　　　　　　　　　Page 1 of 1　　　　　　　　Rev 7/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

NOTE: All numerical disclosures except the late payment disclosure are estimates.

| Borrower Name(s):<br>VINCENT HOLLIS | Lender:<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | Date: **01/05/2005**   Loan #: **0412157277** |
| | Loan Type: **Conventional** |

Borrower Address:
**3683 BISHOPS BRIDGE RD**
**MEMPHIS, TN 38118**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have to paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.772 % | $113,253.69 | $ 70,926.72 | $ 184,180.41 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $511.64 | 03/01/2005 | | | |
| 1 | $501.65 | 02/01/2035 | | | |

**DEMAND FEATURE:**   **X**   This loan does not have a Demand Feature.       This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**      This Loan has a Variable Rate Feature.  Variable Rate Disclosures have been provided to you earlier.

**SECURITY:**  You are giving a security interest in the property located at:
**3683 BISHOPS BRIDGE RD**
**MEMPHIS, TN 38118**

**ASSUMPTION:**  Someone buying this property  **X**  cannot assume the remaining balance due under original mortgage terms      may  assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $150.00

**PROPERTY INSURANCE: X**    Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance          is   **X**   is not available through the lender at an estimated cost of N/A  for  N/A  year term.

**LATE CHARGES:**  If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment.

**PREPAYMENT:**  If you pay off your loan early, you
   **X**   may        will not  have to pay a penalty.
      may    **X**   will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Vincent Hollis_ _____ 1/5/05

| Borrower | Date | Borrower | Date |
|---|---|---|---|
| VINCENT HOLLIS | | | |

| Borrower | Date | Borrower | Date |
|---|---|---|---|
| | | | |

| Borrower | Date | Borrower | Date |
|---|---|---|---|
| | | | |

| Borrower | Date | Borrower | Date |
|---|---|---|---|
| | | | |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

NOTE: All numerical disclosures except the late payment disclosure are estimates.

| Borrower Name(s):<br>**BETTY J. KITCHENS, LARRY KITCHENS** | Lender:<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | **Date: 01/14/2005**     **Loan #:0412134432** |
| | **Loan Type: Conventional** |

| Borrower Address:<br>**40 FOX MEADOW DRIVE**<br>**COVINGTON, GA 30016** |
|---|

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have to paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.896 % | $314,807.75 | $127,839.52 | $442,647.27 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,107.83 | 03/01/2005 | | | |
| 335 | $1,238.28 | 03/01/2007 | | | |
| 1 | $1,235.55 | 02/01/2035 | | | |

**DEMAND FEATURE:**  [X]  This loan does not have a Demand Feature.  [ ]  This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [X]  This Loan has a Variable Rate Feature.  Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 2.850

**SECURITY:**  You are giving a security interest in the property located at:
**40 FOX MEADOW DRIVE**
**COVINGTON, GA 30016**

**ASSUMPTION:**  Someone buying this property  [X]  cannot assume the remaining balance due under original mortgage terms  [ ]  may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $120.00

**PROPERTY INSURANCE:**  [X]  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance  [X]  is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:**  If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment.

**PREPAYMENT:**  If you pay off your loan early, you
[X]  may  [ ]  will not  have to pay a penalty.
[ ]  may  [X]  will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Betty J. Kitchens_    1/14/05 | _Larry Kitchens_    1-14-05 |
|---|---|
| Borrower          Date<br>BETTY J. KITCHENS | Borrower          Date<br>LARRY KITCHENS |
| Borrower          Date | Borrower          Date |
| Borrower          Date | Borrower          Date |
| Borrower          Date | Borrower          Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>LOYD CARGILL, CATHY CARGILL | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date:** 01/26/2005    **Loan #:** 0412202391 |
| | **Loan Type:** Conventional |

**Borrower Address:**
260 FRONT STREET
MANCHESTER, NH 03102

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.461 % | $359,937.19 | $174,852.57 | $534,789.76 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,325.07 | 03/01/2005 | | | |
| 335 | $1,497.02 | 03/01/2007 | | | |
| 1 | $1,486.38 | 02/01/2035 | | | |

**DEMAND FEATURE:**   X | This loan does not have a Demand Feature. |   This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**   X | This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 2.910

**SECURITY:** You are giving a security interest in the property located at:
260 FRONT STREET
MANCHESTER, NH 03102

**ASSUMPTION:** Someone buying this property   X | cannot assume the remaining balance due under original mortgage terms |   may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $200.00

**PROPERTY INSURANCE:** X   Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance |   is | X | is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 10 days late, you will be charged a late charge of 6.000% of the overdue payment.

**PREPAYMENT;** If you pay off your loan early, you
X | may |   will not have to pay a penalty.
  | may | X | will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Loyd Corys_ | 1-26-05 | _Cathy Cargill_ | 1-26-05 |
|---|---|---|---|
| Borrower<br>LOYD CARGILL | Date | Borrower<br>CATHY CARGILL | Date |

| | | | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

| | | | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

| | | | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

MIN # 100176104122023910         CARGILL         Loan # 0412202391
TRTHLND.UFF                      Page 1 of 1                        Rev 12/04

**Hall-Frazier**
**Record - 002710**

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

**Borrower Name(s):**
DAVID GRAY, JEAN GRAY

**Lender:**
Home Funds Direct
15090 Avenue of Science
San Diego, CA 92128

**Date:** 01/22/2005    **Loan #:** 0412157305

**Loan Type:** Conventional

**Borrower Address:**
89 3RD AVE
MASSAPEQUA PARK, NY 11762

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.427 % | $186,323.82 | $147,864.80 | $ 334,188.62 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $928.31 | 03/01/2005 | | | |
| 1 | $925.33 | 02/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
89 3RD AVE
MASSAPEQUA PARK, NY 11762

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $150.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgage clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 2.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____  1/22/05    _____  1/22/05
Borrower                 Date       Borrower                 Date
DAVID GRAY                           JEAN GRAY

_____  _____    _____  _____
Borrower                 Date       Borrower                 Date

_____  _____    _____  _____
Borrower                 Date       Borrower                 Date

_____  _____    _____  _____
Borrower                 Date       Borrower                 Date

MIN # 100176104121573055           GRAY                Loan #  0412157305
TRTHNLND.UFF                       Page 1 of 1                 Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): | Lender: |
|---|---|
| RICHARD G MARSH, TAMMY L MARSH | Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |

| Date: 01/21/2005 | Loan #: 0412214942 |
|---|---|
| Loan Type: Conventional | |

**Borrower Address:**
286 ELM STREET
CLAREMONT, NH 03743

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.167 % | $182,102.70 | $126,588.20 | $308,690.90 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $857.49 | 03/01/2005 | | | |
| 1 | $851.99 | 02/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
286 ELM STREET
CLAREMONT, NH 03743

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $150.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 10 days late, you will be charged a late charge of 6.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Richard G Marsh_ | 1-21-05 | _Tammy L Marsh_ | 1-21-05 |
|---|---|---|---|
| Borrower RICHARD G MARSH | Date | Borrower TAMMY L MARSH | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

MIN # 100176104122149426

MARSH
Page 1 of 1

Loan #  0412214942

TRTHNLND.UFF

Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): CAROLYN VAUGHN-REED | Lender: Accredited Home Lenders, Inc. A California Corporation 15090 Avenue of Science San Diego, CA 92128 |
|---|---|

| Date: 03/25/2005 | Loan #: 0501284041 |
|---|---|

Loan Type: Conventional

Borrower Address:
216 STERN COVE
STAFFORD, VA 22554

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.598 % | $764,393.55 | $ 362,708.16 | $ 1,127,101.71 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $2,718.50 | 05/01/2005 | | | |
| 6 | $3,106.07 | 05/01/2007 | | | |
| 329 | $3,161.29 | 11/01/2007 | | | |
| 1 | $3,156.88 | 04/01/2035 | | | |

**DEMAND FEATURE:**    **X**   This loan does not have a Demand Feature.    This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  **X**  This Loan has a Variable Rate Feature.  Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 3.110

**SECURITY:**  You are giving a security interest in the property located at:
216 STERN COVE
STAFFORD, VA 22554

**ASSUMPTION:**  Someone buying this property  **X**  cannot assume the remaining balance due under original mortgage terms    may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $225.00

**PROPERTY INSURANCE:**  **X**  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance    is  **X**  is not available through the lender at an estimated cost of N/A  for N/A  year term.

**LATE CHARGES:**  If your payment is more than **7** days late, you will be charged a late charge of **5.000**% of the overdue payment.

**PREPAYMENT:**  If you pay off your loan early, you
**X** may    will not have to pay a penalty.
may    **X**  will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Carolyn Vaughn-Reed_  3-25-05 | _Reginald_  3/25/5 |
|---|---|
| Borrower     Date CAROLYN VAUGHN-REED | Borrower     Date REGINALD S. REED |

| Borrower     Date | Borrower     Date |
|---|---|

| Borrower     Date | Borrower     Date |
|---|---|

| Borrower     Date | Borrower     Date |
|---|---|

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): WILLIAM E WELBORN | Lender: Home Funds Direct 15090 Avenue of Science San Diego, CA 92128 |
|---|---|
| | Date: 03/22/2005    Loan #:0503035312 |
| | Loan Type: Conventional |
| Borrower Address: 8502 CURLY LN FREEMAN, MO 64746 | |

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7148 % | $ 6,003.88 | $ 6,763.90 | $ 13,767.78 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $316.04 | 05/01/2005 | | | |
| 1 | $309.42 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
8502 CURLY LANE
FREEMAN, MO 64746

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $ 80.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 5 days late, you will be charged a late charge of 5000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _(signature)_  3-22-05 | _Katherine L Welborn_ 3-22-05 |
|---|---|
| Borrower WILLIAM E WELBORN    Date | Borrower KATHERINE L. WELBORN    Date |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |

MIN # 100176105030353125

TBTLILOAN.HFD

WELBORN
Page 1 of 1

Loan # 0503035312
Rev 12/04

**Hall-Frazier**
**Record - 002714**

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>TONYA ROSE FAULKNER | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date:** 02/16/2005    **Loan #:** 0501248176 |
| | **Loan Type:** Conventional |

**Borrower Address:**
585 MAIN STREET
WYTOPITLOCK, ME 04497

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8090 % | $ 8,957.48 | $ 9,204.06 | $ 9,161.54 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 179 | $512.02 | 04/01/2005 | | | |
| 1 | $509.96 | 03/01/2020 | | | |

**DEMAND FEATURE:**  [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [ ] This Loan has a Variable Rate Feature.  Variable Rate Disclosures have been provided to you earlier.

**SECURITY:**  You are giving a security interest in the property located at:
585 MAIN STREET
WYTOPITLOCK, ME 04497

**ASSUMPTION:**  Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $ 50.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ___ is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:**  If your payment is more than  0 days late, you will be charged a late charge of  5000% of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
[X] may [ ] will not  have to pay a penalty.
[ ] may [X] will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/we hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Tonya Rose Faulkner_  2-16-05 | _Robin D Faulkner_  2-16-05 |
|---|---|
| Borrower            Date<br>TONYA ROSE FAULKNER | Borrower            Date<br>ROBIN D FAULKNER |
| Borrower            Date | Borrower            Date |
| Borrower            Date | Borrower            Date |
| Borrower            Date | Borrower            Date |

MIN # 100176105012481761

TRTHNLND.UFF

FAULKNER

Page 1 of 1

Loan #  0501248176

Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>JOHN DAVIS, GEORGE RANDOLPH | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | Date: 03/26/2005 — Loan #: 0502234782 |
| | Loan Type: Conventional |

**Borrower Address:**
115 Polk St

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.444 % | $277,502.03 | $118,788.21 | $396,290.24 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $967.21 | 05/01/2005 | | | |
| 6 | $1,099.33 | 05/01/2007 | | | |
| 329 | $1,110.59 | 11/01/2007 | | | |
| 1 | $1,097.11 | 04/01/2035 | | | |

**DEMAND FEATURE:**   X  This loan does not have a Demand Feature.  ☐ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  X  This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 3.110

**SECURITY:** You are giving a security interest in the property located at:
**115 Polk St**
**BRIDGEPORT, CT 06606**

**ASSUMPTION:** Someone buying this property  X  cannot assume the remaining balance due under original mortgage terms  ☐ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $150.00

**PROPERTY INSURANCE:**  X  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ☐ is  X  is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **10** days late, you will be charged a late charge of **6.000**% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
 X  may  ☐ will not  have to pay a penalty.
 ☐ may  X  will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _John Davis_   3/26/05 | _George Randolph_   3/26/05 |
|---|---|
| Borrower   Date<br>JOHN DAVIS | Borrower   Date<br>GEORGE RANDOLPH |
| _Robin Randolph Davis_  3/26/05 | |
| Borrower   Date<br>ROBIN RANDOLPH DAVIS | Borrower   Date |
| Borrower   Date | Borrower   Date |
| Borrower   Date | Borrower   Date |

MIN # 100176105022347820

**DAVIS**
Page 1 of 1

Loan #   0502234782

TRTHINDND.UFF

Rev 12/04

**(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)**

| Borrower Name(s): | Lender: |
|---|---|
| NAELINE F. LYONS | Home Funds Direct |
| | 15090 Avenue of Science |
| | San Diego, CA 92128 |

| Date: 02/08/2005 | Loan #: 0591043761 |
|---|---|
| Loan Type: Conventional | |

**Borrower Address:**
**1101 NORTH JUNE AVENUE**
**DOUGLAS, GA 31533**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 10.609 % | $105,334.93 | $61,714.64 | $ 277,049.57 |

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $584.33 | 04/01/2005 | | | |
| 6 | $776.09 | 04/01/2007 | | | |
| 329 | $776.70 | 10/01/2007 | | | |
| 1 | $769.91 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
**1101 NORTH JUNE AVENUE**
**DOUGLAS, GA 31533**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgage clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 16 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

*Naeline F. Lyons* 2/8/05     *Lawrence Lyons* 2/8/05
Borrower   Date       Borrower   Date
NAELINE F. LYONS      LAWRENCE LYONS *by Naeline F. Lyons his attorney in fact.*

| Borrower | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

MIN # 100176165043761/017      LYONS      Loan # 0591043761
TRTILIND.UFF      Page 1 of 1      Rev 12/04

**Hall-Frazier**
**Record - 002717**

**(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)**

| Borrower Name(s): NAELINE F. LYONS | Lender: Home Funds Direct 15090 Avenue of Science San Diego, CA 92128 |
|---|---|

| Date: 02/08/2005 | Loan #: 0501315249 |
|---|---|
| Loan Type: Conventional | |

Borrower Address:
**1101 NORTH JUNE AVENUE**
**DOUGLAS, GA 31533**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.507 % | $10,290.62 | $ 10,881.35 | $ 27,177.97 |

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 179 | $99.53 | 04/01/2005 | | | |
| 1 | $9,362.00 | 03/01/2020 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**1101 NORTH JUNE AVENUE**
**DOUGLAS, GA 31533**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard Insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 6.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Naeline F Lyons_ | 2/8/05 | _Lawrence Lyons by Naeline Lyons his attorney in fact_ | 2/8/05 |
|---|---|---|---|
| Borrower NAELINE F. LYONS | Date | Borrower LAWRENCE LYONS | Date |

| | | | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

| | | | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

| | | | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

MIN # 100176100013182404    LYONS    Loan # 0501315249
TATISILND.OFF    Page 1 of 1    Rev 13/04

Hall-Frazier
Record - 002718

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): | Lender: |
|---|---|
| FRANCIS KEESE BENSON | Home Funds Direct |
| | 15090 Avenue of Science |
| | San Diego, CA 92128 |

| Date: 03/23/2005 | Loan #: 0502234001 |
|---|---|
| Loan Type: **Conventional** | |

**Borrower Address:**
1817 COBBLEWOOD TRAIL NW
KENNESAW, GA 30152

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.587 % | $453,174.62 | $ 190,656.42 | $ 643,831.04 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,578.79 | 05/01/2005 | | | |
| 6 | $1,789.33 | 05/01/2007 | | | |
| 329 | $1,803.70 | 11/01/2007 | | | |
| 1 | $1,786.80 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 3.110

**SECURITY:** You are giving a security interest in the property located at:
1817 COBBLEWOOD TRAIL
KENNESAW, GA 30152

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000%** of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Aurlee Keese Benson by Francis Keese Benson Attorney in fact_ | | _Johnnie Faye Benson_ | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| FRANCIS KEESE BENSON | 3/23/05 | JOHNNIE FAYE BENSON | 3/23/05 |
| By JOHNNIE FAYE BENSON | | | |

| Borrower | Date | Borrower | Date |
|---|---|---|---|
| | | | |

| Borrower | Date | Borrower | Date |
|---|---|---|---|
| | | | |

| Borrower | Date | Borrower | Date |
|---|---|---|---|
| | | | |

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>ALYSON J ADE, ROBERT A ADE | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | Date: 02/16/2005   &#124; Loan #: 0501259676 |
| | Loan Type: Conventional |

| Borrower Address:<br>23 PROSPECT STREET<br>MILO, ME 04463 | |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8380 % | $ 08,283.84 | $ 16,997.18 | $ 25,281.02 |

## PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $790.09 | 04/01/2005 | | | |
| 1 | $870.50 | 04/01/2007 | | | |
| 334 | $911.82 | 05/01/2007 | | | |
| 1 | $900.48 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is   2990

**SECURITY:** You are giving a security interest in the property located at:
23 PROSPECT STREET
, MILO, ME 04463

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $ 20.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgage clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ___ is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 0 days late, you will be charged a late charge of 5000% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
   may [X] will not have to pay a penalty.
   may [X] will not be entitled to a refund of part of the finance charge.
   **See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _(signature)_ 2/16/05 | _(signature)_ 2/16/05 |
|---|---|
| Borrower         Date<br>ALYSON J ADE | Borrower         Date<br>ROBERT A ADE |
| Borrower         Date | Borrower         Date |
| Borrower         Date | Borrower         Date |
| Borrower         Date | Borrower         Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>JAMES A GRISHAM | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date:** 03/08/2005    **Loan #:** 0501136967 |
| | **Loan Type: Conventional** |

**Borrower Address:**
**700 PIN OAK LANE**
**HORSESHOE BEND, AR 72512**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 11.879 % | $55,333.44 | $ 33,784.38 | $ 89,117.82 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 239 | $371.35 | 05/01/2005 | | | |
| 1 | $365.17 | 04/01/2025 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**700 PIN OAK LANE**
**HORSESHOE BEND, AR 72512**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **6.000**% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may  [ ] will not  have to pay a penalty.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _James A. Grisham_  03/22/05 | _Yvette C. Grisham_  3/22/05 |
|---|---|
| Borrower  Date<br>JAMES A GRISHAM | Borrower  Date<br>YVETTE C. GRISHAM |
| Borrower  Date | Borrower  Date |
| Borrower  Date | Borrower  Date |
| Borrower  Date | Borrower  Date |

MIN # 10017610501136967 8                GRISHAM                Loan #    0501136967
TRTHNLMD.UFF                Page 1 of 1                Rev 12/04

Hall-Frazier
Record - 002721

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): **DENA A GRANT** | Lender: **Home Funds Direct** 15090 Avenue of Science San Diego, CA 92128 |
|---|---|
| | Date: **02/16/2005**   Loan #: **0501284186** |
| | Loan Type: **Conventional** |

Borrower Address:
**8 DELORES DRIVE**
**FORT OGLETHORPE, GA 30742**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.615 % | $278,740.62 | $ 132,187.09 | $ 410,927.71 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,008.84 | 04/01/2005 | | | |
| 6 | $1,150.86 | 04/01/2007 | | | |
| 329 | $1,150.95 | 10/01/2007 | | | |
| 1 | $1,147.84 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.    [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
**8 DELORES DRIVE**
**FORT OGLETHORPE, GA 30742**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000%** of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may  [ ] will not  have to pay a penalty.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

*Dena A. Grant*    2-16-05

| Borrower DENA A GRANT | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

Hall-Frazier
Record - 002722

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

**Borrower Name(s):**
CINDY LOU CARR

**Lender:**
Accredited Home Lenders, Inc.
A California Corporation
15090 Avenue of Science
San Diego, CA 92128

**Date: 03/01/2005** | **Loan #: 0502017445**

**Loan Type: Conventional**

**Borrower Address:**
48 COOLEY ROAD
NORTH GRANBY, CT 05060

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.869 % | $467,480.90 | $ 282,314.00 | $ 749,794.90 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,825.97 | 05/01/2005 | | | |
| 335 | $2,101.13 | 05/01/2007 | | | |
| 1 | $2,093.07 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
48 COOLEY ROAD
SOUTHWICK, MA 01077

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $230.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 3.000% of the overdue payment of principal and interest.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Cindy Lou Carr_    3-1-05

| Borrower CINDY LOU CARR | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

MIN # 100176105020174457
TRTHNLND.UFF

CARR
Page 1 of 1

Loan #   0502017445
Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): | Lender: |
|---|---|
| FRANCISCO A CANTO | Accredited Home Lenders, Inc.<br>A California Corporation<br>15090 Avenue of Science<br>San Diego, CA 92128 |

**Date: 01/21/2005**    **Loan #: 0412290208**

**Loan Type: Conventional**

**Borrower Address:**
**274 SUTTON AVENUE**
**EAST PROVIDENCE, RI 02914**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.592 % | $298,628.12 | $ 193,511.79 | $ 492,139.91 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,367.06 | 03/01/2005 | | | |
| 1 | $1,365.37 | 02/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**274 SUTTON AVENUE**
**EAST PROVIDENCE, RI 02914**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $200.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgage clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **10** days late, you will be charged a late charge of **6.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Francisco Canto_ | 1-21-05 | _Lucia F Canto_ | |
|---|---|---|---|
| Borrower<br>FRANCISCO A CANTO | Date | Borrower<br>LUCIA F CANTO | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

MIN # 10017610412290208 9      CANTO      Loan #   0412290208

TRTHNLND.UFF      Page 1 of 1      Rev 12/04

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): <br> **ANTHONY W. BUTLER, JOYCE SUE BUTLER** | Lender: <br> **Home Funds Direct** <br> **15090 Avenue of Science** <br> **San Diego, CA 92128** |
|---|---|
| | **Date: 02/15/2005**     **Loan #: 0501158742** |
| | **Loan Type: Conventional** |

**Borrower Address:**
**309 LAMAR COUNTY LINE ROAD**
**GRIFFIN, GA 30224**

| ANNUAL PERCENTAGE RATE <br> The cost of your credit as a yearly rate. | FINANCE CHARGE <br> The dollar amount the credit will cost you. | Amount Financed <br> The amount of credit provided to you or on your behalf. | Total of Payments <br> The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.166 % | $326,578.92 | $ 167,907.98 | $ 494,486.90 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,373.58 | 04/01/2005 | | | |
| 1 | $1,371.68 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.    [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Dislcosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**309 LAMAR COUNTY LINE ROAD**
**GRIFFIN, GA 30224**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____ 2/15/05      _____ 2-15-05

| Borrower <br> ANTHONY W. BUTLER | Date | Borrower <br> JOYCE SUE BUTLER | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**CAROLYN ANN SHORTS** | Lender:<br>**Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128** |
|---|---|

| | Date:  **03/14/2005** | Loan #: **0502017436** |
|---|---|---|
| | Loan Type: **Conventional** | |

**Borrower Address:**
**6680 IMPERIAL DRIVE**
**MORROW, GA 30260**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.615 % | $72,113.03 | $ 91,203.30 | $ 163,316.33 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 179 | $907.33 | 05/01/2005 | | | |
| 1 | $904.26 | 04/01/2020 | | | |

**DEMAND FEATURE:**  [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [ ] This Loan has a Variable Rate Feature. Variable Rate Dislcosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**6680 IMPERIAL DRIVE**
**MORROW, GA 30260**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $190.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _____ | 3-14-05 | _____ | |
|---|---|---|---|
| Borrower<br>CAROLYN ANN SHORTS | Date | Borrower | Date |

| _____ | | _____ | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

| _____ | | _____ | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

| _____ | | _____ | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

**Hall-Frazier**
**Record - 002726**

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>LONNIE JOHN JOHNSON, FRANCINE L. JOHNSON | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|

| | Date: 03/12/2005 | Loan #: 0502073708 |
|---|---|---|
| | Loan Type: Conventional | |

**Borrower Address:**
RT3, BOX 685
GLENNVILLE, GA 30427

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.973 % | $140,378.61 | $73,870.20 | $214,248.81 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $595.14 | 05/01/2005 | | | |
| 1 | $593.55 | 04/01/2035 | | | |

**DEMAND FEATURE:**   X  This loan does not have a Demand Feature.    This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**   This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
707  GREENFIELD LANE
SAINT MARYS, GA 31558

**ASSUMPTION:** Someone buying this property  X  cannot assume the remaining balance due under original mortgage terms    may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $190.00

**PROPERTY INSURANCE:**  X  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard Insurance   is  X  is not available through the lender at an estimated cost of N/A for N/A term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
X  may    will not have to pay a penalty.
 may   X  will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Lonnie John Johnson_  3/12/05 | _Francine L. Johnson_  3/12/05 |
|---|---|
| Borrower          Date<br>LONNIE JOHN JOHNSON | Borrower          Date<br>FRANCINE L. JOHNSON |
| Borrower          Date | Borrower          Date |
| Borrower          Date | Borrower          Date |
| Borrower          Date | Borrower          Date |

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**RICHARD J HOLLOWAY** | Lender:<br>**Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128** |
|---|---|
| | Date: **03/25/2005**   Loan #:**0503185854** |
| | Loan Type: **Conventional** |

**Borrower Address:**
**1102 PARRISH STREET**
**JASPER, AL 35504**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.609 % | $176,017.65 | $ 83,360.39 | $ 259,378.04 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $624.20 | 05/01/2005 | | | |
| 6 | $713.95 | 05/01/2007 | | | |
| 329 | $727.66 | 11/01/2007 | | | |
| 1 | $713.40 | 04/01/2035 | | | |

**DEMAND FEATURE:**  [X]  This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [X]  This Loan has a Variable Rate Feature.  Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 3.274

**SECURITY:** You are giving a security interest in the property located at:
**1102 PARRISH STREET**
**JASPER, AL 35504**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgage clause to the lender is a required condition of this loan.  Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance   is  [X] is not available through the lender at an estimated cost of N/A  for N/A  year term.

**LATE CHARGES:** If your payment is more than **10** days late, you will be charged a late charge of **5.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[ ] may  [X] will not  have to pay a penalty.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _~signature~_   3/25/2005 | |
|---|---|
| Borrower   Date<br>RICHARD J HOLLOWAY | Borrower   Date |
| Borrower   Date | Borrower   Date |
| Borrower   Date | Borrower   Date |
| Borrower   Date | Borrower   Date |

MIN # 100176105031858544

TRTHNLND.UFF

**HOLLOWAY**
Page 1 of 1

Loan #   0503185854
Rev 12/04

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>DIXIE DAHL | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date:** 03/03/2005   **Loan #:** 0502018395 |
| | **Loan Type:** Conventional |

**Borrower Address:**
34 DENNISON AVENUE
BINGHAMTON, NY 13901

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.688 % | $96,307.93 | $52,561.70 | $148,869.63 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $413.55 | 05/01/2005 | | | |
| 1 | $405.18 | 04/01/2035 | | | |

**DEMAND FEATURE:** | X | This loan does not have a Demand Feature. | | This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** | | This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
34 DENNISON AVENUE
BINGHAMTON, NY 13901

**ASSUMPTION:** Someone buying this property | X | cannot assume the remaining balance due under original mortgage terms | | may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $150.00

**PROPERTY INSURANCE:** | X | Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard Insurance | | is | X | is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 2.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
X | may | | will not have to pay a penalty.
| may | X | will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

We hereby acknowledge reading and receiving a complete copy of this disclosure.

3-3-05

| Borrower<br>DIXIE DAHL | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>EDWARD F. BEROTH | Lender:<br>Accredited Home Lenders, Inc.<br>A California Corporation<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | Date: 02/16/2005    Loan #: 0501078981 |
| | Loan Type: Conventional |

| Borrower Address:<br>16 STERLING ROAD<br>AGAWAM, MA 01001 |
|---|

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.962 % | $195,263.61 | $ 119,344.74 | $ 314,608.35 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $873.94 | 04/01/2005 | | | |
| 1 | $863.89 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Dislcosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
16 STERLING ROAD
AGAWAM, MA 01001

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $230.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 3.000% of the overdue payment of principal and interest.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Edward F Beroth_ 2/16/05 | _Melissa Beroth_ 2/16/05 |
|---|---|
| Borrower     Date<br>EDWARD F. BEROTH | Borrower     Date<br>MELISSA BEROTH |
| Borrower     Date | Borrower     Date |
| Borrower     Date | Borrower     Date |
| Borrower     Date | Borrower     Date |

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>EDWARD F. BEROTH | Lender:<br>Accredited Home Lenders, Inc.<br>A California Corporation<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date:** 02/16/2005    **Loan #:** 0501078981 |
| | **Loan Type:** Conventional |

**Borrower Address:**
16 STERLING ROAD
AGAWAM, MA 01001

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.962 % | $195,263.61 | $ 119,344.74 | $ 314,608.35 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $873.94 | 04/01/2005 | | | |
| 1 | $863.89 | 03/01/2035 | | | |

**DEMAND FEATURE:**  [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [ ] This Loan has a Variable Rate Feature.  Variable Rate Dislcosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
16 STERLING ROAD
AGAWAM, MA 01001

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $230.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgage clause to the lender is a required condition of this loan.  Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 3.000% of the overdue payment of principal and interest.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may  [X] will not  have to pay a penalty.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Edward F Beroth_  2/16/05 | _Melissa Beroth_  2/16/05 |
|---|---|
| Borrower                     Date<br>EDWARD F. BEROTH | Borrower                     Date<br>MELISSA BEROTH |
| Borrower                     Date | Borrower                     Date |
| Borrower                     Date | Borrower                     Date |
| Borrower                     Date | Borrower                     Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**ANTHONY ERVIN, FRANCES ERVIN** | Lender:<br>**Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128** |
|---|---|
| | **Date:  02/16/2005**     **Loan #:0501315795**<br>**Loan Type: Conventional** |

**Borrower Address:**
**3362 KITTERY DRIVE**
**SNELLVILLE, GA 30039**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.401 % | $335,395.23 | $ 187,999.52 | $ 523,394.75 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,276.39 | 04/01/2005 | | | |
| 335 | $1,466.59 | 04/01/2007 | | | |
| 1 | $1,453.74 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
**3362 KITTERY DRIVE**
**SNELLVILLE, GA 30039**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $190.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Anthony E._ | _2/16/05_ | _Frances Ervin_ | _2/16/05_ |
|---|---|---|---|
| Borrower<br>ANTHONY ERVIN | Date | Borrower<br>FRANCES ERVIN | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): | Lender: |
|---|---|
| LONNIE JOHN JOHNSON, FRANCINE L JOHNSON | Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |

**Date:** 03/12/2005   **Loan #:** 0502073786
**Loan Type:** Conventional

**Borrower Address:**
RT 3 BOX 685
GLENNVILLE, GA 30427

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.967 % | $150,122.99 | $79,062.30 | $229,185.29 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $636.67 | 05/01/2005 | | | |
| 1 | $620.76 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
533 MOECKEL LANE
SAINT MARYS, GA 31558

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $190.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ___ is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may  [ ] will not  have to pay a penalty.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| *Lonnie John Johnson* 3/12/05 | *Francine L Johnson* 3/12/05 |
|---|---|
| Borrower                                Date | Borrower                                Date |
| LONNIE JOHN JOHNSON | FRANCINE L JOHNSON |

| Borrower                                Date | Borrower                                Date |
|---|---|

| Borrower                                Date | Borrower                                Date |
|---|---|

| Borrower                                Date | Borrower                                Date |
|---|---|

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>Don Morrell | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date: 02/19/2005**  \| **Loan #:0412213606**<br>**Loan Type: Conventional** |

**Borrower Address:**
**116 MARSH EDGE LANE**
**SAVANNAH, GA 31419**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.883 % | $257,000.01 | $ 117,972.58 | $ 374,972.59 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $923.85 | 04/01/2005 | | | |
| 335 | $1,050.05 | 04/01/2007 | | | |
| 1 | $1,033.44 | 03/01/2035 | | | |

**DEMAND FEATURE:**  X  This loan does not have a Demand Feature. ___ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  X  This Loan has a Variable Rate Feature. Variable Rate Dislcosures have been provided to you earlier.
The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
**116 MARSH EDGE LANE**
**SAVANNAH, GA 31419**

**ASSUMPTION:** Someone buying this property  X  cannot assume the remaining balance due under original mortgage terms : ___ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** X  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ___ is  X  is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
  X  may  ___ will not  have to pay a penalty.
  ___ may  X  will not  be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Don Morrell_          _2/19/05_ | |
|---|---|
| Borrower                         Date<br>Don Morrell | Borrower                          Date |
| Borrower                         Date | Borrower                          Date |
| Borrower                         Date | Borrower                          Date |
| Borrower                         Date | Borrower                          Date |

Hall-Frazier
Record - 002734

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): | Lender: |
| --- | --- |
| **SHARON LYNN SPEAR** | **Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |

| Date:  03/01/2005 | Loan #:0501248081 |
| --- | --- |
| Loan Type: **Conventional** | |

**Borrower Address:**
**1102 WILMA AVENUE**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
| --- | --- | --- | --- |
| 9.587 % | $175,870.41 | $ 84,138.92 | $ 260,009.33 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
| --- | --- | --- | --- | --- | --- |
| 24 | $638.38 | 04/01/2005 | | | |
| 335 | $728.24 | 04/01/2007 | | | |
| 1 | $727.81 | 03/01/2035 | | | |

**DEMAND FEATURE:**  X  This loan does not have a Demand Feature.      This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  X  This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 2.990

**SECURITY:**  You are giving a security interest in the property located at:
**1102 WILMA AVENUE**
**SAVANNAH, GA 31410**

**ASSUMPTION:**  Someone buying this property  X  cannot assume the remaining balance due under original mortgage terms.   may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $170.00

**PROPERTY INSURANCE:** X  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ___ is  X  is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:**  If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
  X  may  ___ will not  have to pay a penalty.
  ___ may  X  will not  be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
| --- | --- |
| Borrower *(signature)*  3/1/05 | Borrower *(signature)*  3/1/05 |
| SHARON LYNN SPEAR    Date | JAMES LARRY SPEAR    Date |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): | Lender: |
|---|---|
| MICHAEL K. SKIKAS | Home Funds Direct |
| | 15090 Avenue of Science |
| | San Diego, CA 92128 |

| Date: 02/17/2005 | Loan #: 0502030553 |
|---|---|
| Loan Type: Conventional | |

**Borrower Address:**
3624 CHERVIL DRIVE
SAINT CHARLES, MO 63303

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 9.277 % | $244,189.20 | $ 121,068.94 | $ 365,258.14 |

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $893.60 | 04/01/2005 | | | |
| 335 | $1,023.25 | 04/01/2007 | | | |
| 1 | $1,022.99 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
3624 CHERVIL DRIVE
SAINT CHARLES, MO 63303

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $150.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard Insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Michael Skikas_ 2-17-05 | _Anne T. Skikas_ 2-17-05 |
|---|---|
| Borrower    Date | Borrower    Date |
| MICHAEL K. SKIKAS | ANNE T. SKIKAS |

| Borrower    Date | Borrower    Date |
|---|---|

| Borrower    Date | Borrower    Date |
|---|---|

| Borrower    Date | Borrower    Date |
|---|---|

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>PHILLIP MACKMIN, CONNIE MACKMIN | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date:** 02/23/2005     **Loan #:** 0501262048 |
| | **Loan Type: Conventional** |

**Borrower Address:**
**8280 3RD AVE**
**NIAGARA FALLS, NY 14304**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.159 % | $180,105.05 | $ 107,075.10 | $ 287,180.15 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $797.75 | 04/01/2005 | | | |
| 1 | $787.90 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**8280 3RD AVE**
**NIAGARA FALLS, NY 14304**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $150.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **2.000** % of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Phlp Mcln_    2-23-05 | _Connie Mackn_    2/23/05 |
|---|---|
| Borrower       Date<br>PHILLIP MACKMIN<br>*Philip* | Borrower       Date<br>CONNIE MACKMIN |
| Borrower       Date | Borrower       Date |
| Borrower       Date | Borrower       Date |
| Borrower       Date | Borrower       Date |

Hall-Frazier
Record - 002737

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**TERRY L. MCCONNELL** | Lender:<br>**Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128** |
|---|---|
| | **Date:  02/14/2005**       \| Loan #:0502074474 |
| | **Loan Type: Conventional** |

**Borrower Address:**
**1390 DOWINGTON VIEW NE**
**ACWORTH, GA 30101**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.669 % | $668,043.53 | $ 314,386.31 | $ 982,429.84 |

## PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $2,424.51 | 04/01/2005 | | | |
| 335 | $2,750.72 | 04/01/2007 | | | |
| 1 | $2,750.40 | 03/01/2035 | | | |

**DEMAND FEATURE:**  [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [X] This Loan has a Variable Rate Feature.  Variable Rate Dislcosures have been provided to you earlier.
The Current index rate is 2.990

**SECURITY:**  You are giving a security interest in the property located at:
**1390 DOWINGTON VIEW**
**ACWORTH, GA 30101**

**ASSUMPTION:**  Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $170.00

**PROPERTY INSURANCE:** [X]  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan.  Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A  for  N/A  year term.

**LATE CHARGES:**  If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not  have to pay a penalty.
[ ] may [X] will not  be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Terry J Mcnell 2/14/05_ | | _Wendelyn A Mcconnel 2/14/05_ | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| TERRY L. MCCONNELL | | WENDELYN A. MCCONNELL | |
| | | | |
| Borrower | Date | Borrower | Date |
| | | | |
| Borrower | Date | Borrower | Date |
| | | | |
| Borrower | Date | Borrower | Date |

Hall-Frazier
Record - 002738

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>LONNIE JOHN JOHNSON, FRANCINE L JOHNSON | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|

**Date:** 03/12/2005   **Loan #:** 0501204280

**Loan Type:** Conventional

**Borrower Address:**
RT 3, BOX 685
GLENNVILLE, GA 30427

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.908 % | $116,344.82 | $ 61,776.29 | $ 178,121.11 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $494.80 | 05/01/2005 | | | |
| 1 | $487.91 | 04/01/2035 | | | |

**DEMAND FEATURE:** ☒ This loan does not have a Demand Feature. ☐ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** ☐ This Loan has a Variable Rate Feature. Variable Rate Dislcosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
RT 3 BOX 685
GLENNVILLE, GA 30427

**ASSUMPTION:** Someone buying this property ☒ cannot assume the remaining balance due under original mortgage terms ☐ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $190.00

**PROPERTY INSURANCE:** ☒ Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ☐ is ☒ is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
☒ may ☐ will not have to pay a penalty.
☐ may ☒ will not be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Lonnie John Johnson_ 03/12/05 | _Francine L Johnson_ 3/12/05 |
|---|---|
| Borrower    Date | Borrower    Date |
| LONNIE JOHN JOHNSON | FRANCINE L JOHNSON |

| Borrower    Date | Borrower    Date |
|---|---|

| Borrower    Date | Borrower    Date |
|---|---|

| Borrower    Date | Borrower    Date |
|---|---|

MIN # 100176105012042803    JOHNSON    Loan #  0501204280

TRTHNLND.UFF    Page 1 of 1    Rev 12/04

**Hall-Frazier**
**Record - 002739**

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): | Lender: |
|---|---|
| JAMES R SMITH, CARLA J SMITH | Home Funds Direct |
| | 15090 Avenue of Science |
| | San Diego, CA 92128 |

**Date:** 02/23/2005    **Loan #:** 0502029282

**Loan Type:** Conventional

**Borrower Address:**
502 MCCOY STREET
REIDSVILLE, NC 27320

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.686 % | $195,235.73 | $81,411.06 | $276,646.79 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $683.32 | 04/01/2005 | | | |
| 6 | $773.95 | 04/01/2007 | | | |
| 329 | $774.56 | 10/01/2007 | | | |
| 1 | $773.17 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
502 MCCOY STREET
REIDSVILLE, NC 27320

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 4.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _____ | 2-23-05 | _Carla J Smith_ | 2-23-05 |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| JAMES R SMITH | | CARLA J SMITH | |

| _____ | | _____ | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

| _____ | | _____ | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

| _____ | | _____ | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| **Borrower Name(s):** JAMES R SMITH, CARLA J SMITH | **Lender:** Home Funds Direct 15090 Avenue of Science San Diego, CA 92128 |
|---|---|

| | **Date:** 02/23/2005 | **Loan #:** 0502029282 |
|---|---|---|
| | **Loan Type:** Conventional | |

**Borrower Address:**
502 MCCOY STREET
REIDSVILLE, NC 27320

| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **Amount Financed** The amount of credit provided to you or on your behalf. | **Total of Payments** The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.686 % | $195,235.73 | $81,411.06 | $276,646.79 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $683.32 | 04/01/2005 | | | |
| 6 | $773.95 | 04/01/2007 | | | |
| 329 | $774.56 | 10/01/2007 | | | |
| 1 | $773.17 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
502 MCCOY STREET
REIDSVILLE, NC 27320

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 4.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _J.R. Smith_  2-23-05 | _Carla J Smith_  2-23-05 |
|---|---|
| Borrower  Date  JAMES R SMITH | Borrower  Date  CARLA J SMITH |
| Borrower  Date | Borrower  Date |
| Borrower  Date | Borrower  Date |
| Borrower  Date | Borrower  Date |

Hall-Frazier
Record - 002741

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>MARION JONES | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | Date: 02/23/2005    Loan #: 0502074948 |
| | Loan Type: Conventional |

**Borrower Address:**
**4209 WEST GREEN STREET**
**TAMPA, FL 33607**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.369 % | $108,896.39 | $ 47,137.86 | $ 156,034.25 |

## PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $384.46 | 04/01/2005 | | | |
| 335 | $436.98 | 04/01/2007 | | | |
| 1 | $418.91 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
**4209 WEST GREEN STREET**
**TAMPA, FL 33607**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $270.00

**PROPERTY INSURANCE:** X Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **10** days late, you will be charged a late charge of **6.000%** of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may   [ ] will not have to pay a penalty.
[ ] may   [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Marion Jones_    2/23/05 | |
|---|---|
| Borrower            Date<br>MARION JONES | Borrower           Date |
| Borrower            Date | Borrower           Date |
| Borrower            Date | Borrower           Date |
| Borrower            Date | Borrower           Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>DAVID R. QUILLEN | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | Date: 02/23/2005 — Loan #: 0501273125 |
| | Loan Type: Conventional |

**Borrower Address:**
**8853 BURNITE MILL ROAD**
**FELTON, DE 19943**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.548 % | $156,890.59 | $ 121,887.53 | $ 278,778.12 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $774.39 | 04/01/2005 | | | |
| 1 | $772.11 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**8853 BURNITE MILL ROAD**
**FELTON, DE 19943**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms. [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $285.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **10** days late, you will be charged a late charge of **5.000**% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| Borrower<br>DAVID R. QUILLEN | Date 2/25/05 | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>BEN F. SEARS III | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | Date: **02/19/2005**    Loan #: **0502030723** |
| | Loan Type: **Conventional** |

**Borrower Address:**
**809 WOODLAND TRAIL**
**LOUISBURG, NC 27549**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.136 % | $236,758.31 | $ 105,301.42 | $ 342,059.73 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $842.73 | 04/01/2005 | | | |
| 335 | $957.84 | 04/01/2007 | | | |
| 1 | $957.81 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Dislcosures have been provided to you earlier
The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
**809 WOODLAND TRAIL**
**LOUISBURG, NC 27549**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms

**FILING / RECORDING FEES:** $188.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender
Hazard insurance ___ is [X] is not available through the lender at an estimated cost of N/A for N/A year term

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **4.000**% of the overdue payment

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Ben F. Sears III_    2/19/05 | |
|---|---|
| Borrower    Date<br>BEN F. SEARS, III | Borrower    Date |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |

**(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)**

| Borrower Name(s):<br>**STANLEY M SASINE, IRENE SASINE** | Lender:<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | **Date: 02/23/2005**  **Loan #: 0502167790** |
| Borrower Address:<br>**2650 RIDGE VALLEY ROAD NW**<br>**ATLANTA, GA 30327** | **Loan Type: Conventional** |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate.<br>**9.972 %** | FINANCE CHARGE<br>The dollar amount the credit will cost you.<br>**$858,330.24** | Amount Financed<br>The amount of credit provided to you or on your behalf.<br>**$ 390,056.35** | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled.<br>**$ 1,248,386.59** |
|---|---|---|---|

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $3,075.66 | 04/01/2005 | | | |
| 335 | $3,495.77 | 04/01/2007 | | | |
| 1 | $3,487.80 | 03/01/2035 | | | |

**DEMAND FEATURE:** ☒ This loan does not have a Demand Feature. ☐ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** ☒ This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
**2650 RIDGE VALLEY ROAD NW**
**ATLANTA, GA 30327**

**ASSUMPTION:** Someone buying this property ☒ cannot assume the remaining balance due under original mortgage terms ☐ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** ☒ Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance ☐ is ☒ is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
☒ may ☐ will not have to pay a penalty.
☐ may ☒ will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Stanley M Sasine_  2/23/05 | _Irene Sasine_  2/23/05 |
|---|---|
| Borrower  Date<br>STANLEY M SASINE | Borrower  Date<br>IRENE SASINE |
| Borrower  Date | Borrower  Date |
| Borrower  Date | Borrower  Date |
| Borrower  Date | Borrower  Date |

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>CARL D. MCGHGHY, LAURA A. MCGHGHY | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date:** 02/18/2005    **Loan #:** 0502100217 |
| | **Loan Type:** Conventional |

**Borrower Address:**
167 SOUTHWEST BLAINE COURT
LAKE CITY, FL 32025

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.537 % | $354,330.78 | $ 150,133.60 | $ 504,464.38 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,246.05 | 04/01/2005 | | | |
| 6 | $1,411.32 | 04/01/2007 | | | |
| 329 | $1,412.44 | 10/01/2007 | | | |
| 1 | $1,398.50 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
167 SOUTHWEST BLAINE COURT
LAKE CITY, FL 32025

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $270.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 10 days late, you will be charged a late charge of 6.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Carl McGhghy_ 2/18/05 | _Laura McGhghy_ 2/18/05 |
|---|---|
| Borrower    Date | Borrower    Date |
| CARL D. MCGHGHY | LAURA A. MCGHGHY |

| | |
|---|---|
| Borrower    Date | Borrower    Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>RONNY HARMON, ANNIE L. HARMON | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date:** 03/11/2005    **Loan #:** 0502073869 |
| | **Loan Type:** Conventional |

**Borrower Address:**
708 NORTH MAIN STREET
WADLEY, GA 30477

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.168 % | $185,401.11 | $94,969.82 | $280,370.93 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $778.84 | 05/01/2005 | | | |
| 1 | $767.37 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
708 NORTH MAIN STREET
WADLEY, GA 30477

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** X Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgage clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
X may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Ronny Harmon_ 3/11/05
Borrower      Date
RONNY HARMON

_Annie L. Harmon_ 3/11/05
Borrower      Date
ANNIE L. HARMON

Borrower      Date

Borrower      Date

Borrower      Date

Borrower      Date

Borrower      Date

Borrower      Date

MIN # 10017610502073869

HARMON
Page 1 of 1

Loan # 0502073869

TRTHNLND.UFF

Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>RICHARD K BRIGHT, BONNIE J BRIGHT | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date:** 02/23/2005  **Loan #:** 0502074613 |
| | **Loan Type:** Conventional |

Borrower Address:
2785 CLIFTON CHURCH ROAD
MORGANTON, GA 30560

| **ANNUAL PERCENTAGE RATE**<br>The cost of your credit as a yearly rate. | **FINANCE CHARGE**<br>The dollar amount the credit will cost you. | **Amount Financed**<br>The amount of credit provided to you or on your behalf. | **Total of Payments**<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.623 % | $234,158.18 | $111,020.70 | $345,178.88 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $847.42 | 04/01/2005 | | | |
| 6 | $966.72 | 04/01/2007 | | | |
| 329 | $966.80 | 10/01/2007 | | | |
| 1 | $963.28 | 03/01/2035 | | | |

**DEMAND FEATURE:** [ X ] This loan does not have a Demand Feature.    This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ X ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
606 TURKEY TROT ROAD
MORGANTON, GA 30560

**ASSUMPTION:** Someone buying this property [ X ] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [ X ] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance __ [ ] is [ X ] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[ X ] may    [ ] will not have to pay a penalty.
[ ] may    [ X ] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _(signature)_ 2-23-05 | _(signature)_ 2-23-05 |
|---|---|
| Borrower Date<br>RICHARD K BRIGHT | Borrower Date<br>BONNIE J BRIGHT |
| Borrower Date | Borrower Date |
| Borrower Date | Borrower Date |
| Borrower Date | Borrower Date |

**Hall-Frazier**
**Record - 002748**

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>DEBBIE L. TOWLE | Lender:<br>New Hampshire Accredited Home Lenders<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | Date: 03/04/2005     Loan #: 0503010872 |
| | Loan Type: Conventional |

**Borrower Address:**
**16 ONEAL DRIVE**
**ANDOVER, NH 03216**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 11.615 % | $479,469.75 | $176,533.69 | $656,003.44 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,551.35 | 05/01/2005 | | | |
| 6 | $1,751.53 | 05/01/2007 | | | |
| 329 | $1,843.24 | 11/01/2007 | | | |
| 1 | $1,835.80 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 3.160

**SECURITY:** You are giving a security interest in the property located at:
**16 ONEAL DRIVE**
**ANDOVER, NH 03216**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $120.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 10 days late, you will be charged a late charge of 6.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information about non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Debbie L Towle_          3-4-05 | _James M Towle_          3-4-05 |
|---|---|
| Borrower     Date<br>DEBBIE L. TOWLE | Borrower     Date<br>JAMES M TOWLE |
| Borrower     Date | Borrower     Date |
| Borrower     Date | Borrower     Date |
| Borrower     Date | Borrower     Date |

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>SYKES HAMILTON | Lender:<br>Accredited Home Lenders, Inc.<br>A California Corporation<br>15090 Avenue of Science<br>San Diego, CA 92128 | |
|---|---|---|
| | Date:  03/23/2005 | Loan #: 0502181363 |
| | Loan Type: Conventional | |

**Borrower Address:**
2567 HWY 4
WINNSBORO, LA 71282

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.681 % | $391,308.08 | $ 215,337.44 | $ 606,645.52 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,685.15 | 05/01/2005 | | | |
| 1 | $1,676.67 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
2567 HWY 4
WINNSBORO, LA 71295

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $0.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 10 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _____ 3-25-05 | | |
|---|---|---|
| Borrower         Date | Borrower         Date | |
| SYKES HAMILTON | | |

| Borrower         Date | Borrower         Date |
|---|---|
| Borrower         Date | Borrower         Date |
| Borrower         Date | Borrower         Date |