**(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)**

| Borrower Name(s): WILLIAM HYNEMAN | Lender: Accredited Home Lenders, Inc. A California Corporation 15090 Avenue of Science San Diego, CA 92128 |
|---|---|
| | **Date:** 02/23/2005    **Loan #:** 0502018253 |
| | **Loan Type:** Conventional |

**Borrower Address:**
11733 SUMMER CHASE CIRCLE UNIT C
RESTON, VA 20194

| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **Amount Financed** The amount of credit provided to you or on your behalf. | **Total of Payments** The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.475 % | $390,615.69 | $221,638.71 | $612,254.40 |

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,700.72 | 04/01/2005 | | | |
| 1 | $1,695.92 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
11733 UNIT C SUMMERCHASE CIRCLE
RESTON, VA 20194

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $225.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 7 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _William Hyneman_    2/23/05 | _Victoria Hyneman_    2/23/05 |
|---|---|
| Borrower     Date WILLIAM HYNEMAN | Borrower     Date VICTORIA HYNEMAN |
| Borrower     Date | Borrower     Date |
| Borrower     Date | Borrower     Date |
| Borrower     Date | Borrower     Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): | Lender: |
|---|---|
| KATHY DENELL ROBERSON | Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |

| Date: 02/25/2005 | Loan #: 0502142797 |
|---|---|
| Loan Type: Conventional | |

**Borrower Address:**
10011 HIGHWAY 88
SANDERSVILLE, GA 31082

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.045 % | $187,166.71 | $ 84,355.76 | $ 271,522.47 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $668.96 | 04/01/2005 | | | |
| 335 | $760.33 | 04/01/2007 | | | |
| 1 | $756.88 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. ☐ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
10011 HIGHWAY 88
SANDERSVILLE, GA 31082

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms ☐ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $0.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
☐ Hazard insurance ☐ is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may ☐ will not have to pay a penalty.
☐ may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Kathy D. Roberson_ 2/25/05 | |
|---|---|
| Borrower     Date | Borrower     Date |
| KATHY DENELL ROBERSON | |

| Borrower     Date | Borrower     Date |
|---|---|

| Borrower     Date | Borrower     Date |
|---|---|

| Borrower     Date | Borrower     Date |
|---|---|

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): | Lender: |
|---|---|
| FITZROY A. TYRELL | Home Funds Direct |
| | 15090 Avenue of Science |
| | San Diego, CA 92128 |

**Date:** 02/23/2005  **Loan #:** 0502029289

**Loan Type:** Conventional

**Borrower Address:**
815 CONISBURGH COURT
STONE MOUNTAIN, GA 30087

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 10.589 % | $338,247.56 | $142,737.92 | $480,985.48 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,190.47 | 04/01/2005 | | | |
| 335 | $1,346.52 | 04/01/2007 | | | |
| 1 | $1,330.00 | 03/01/2035 | | | |

**DEMAND FEATURE:**  [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
815 CONISBURGH COURT
STONE MOUNTAIN, GA 30087

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Fitzroy A. Tyrell_   2.23.05 | _Minnie Tyrell_   2/23/05 |
|---|---|
| Borrower   Date | Borrower   Date |
| FITZROY A. TYRELL | MINNIE TYRELL |

| Borrower   Date | Borrower   Date |
|---|---|

| Borrower   Date | Borrower   Date |
|---|---|

| Borrower   Date | Borrower   Date |
|---|---|

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**TINA M WYBLE** | **Lender:**<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | **Date: 03/17/2005** \| **Loan #: 0502042353** |
| | **Loan Type: Conventional** |

**Borrower Address:**
**109 CAYA AVE**
**WEST HARTFORD, CT 06110**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.005 % | $93,576.02 | $ 45,430.50 | $ 139,006.52 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 299 | $399.77 | 05/01/2005 | | | |
| 1 | $19,475.29 | 04/01/2030 | | | |

**DEMAND FEATURE:**   X   This loan does not have a Demand Feature. ___ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** ___ This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**109 CAYA AVENUE**
**WEST HARTFORD, CT 06110**

**ASSUMPTION:** Someone buying this property  X  cannot assume the remaining balance due under original mortgage terms ___ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $200.00

**PROPERTY INSURANCE:** X  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ___ is  X  is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **10** days late, you will be charged a late charge of **6.000** % of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
  X  may ___ will not have to pay a penalty.
  ___ may  X  will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Tina M. Wyble_  3/17/05
| Borrower    _TINA M WYBLE_                    Date | Borrower                    Date |
|---|---|
| Borrower                    Date | Borrower                    Date |
| Borrower                    Date | Borrower                    Date |
| Borrower                    Date | Borrower                    Date |

Hall-Frazier
Record - 002754

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): ROGER L. YELVERTON | Lender: Home Funds Direct 15090 Avenue of Science San Diego, CA 92128 |
|---|---|
| | Date: 03/15/2005 — Loan #: 0502111613 |
| | Loan Type: Conventional |

**Borrower Address:**
828 MELROSE TERRACE
NEWPORT NEWS, VA 23608

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.088 % | $115,425.13 | $ 59,768.34 | $ 175,193.47 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $486.65 | 05/01/2005 | | | |
| 1 | $486.12 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
3490 HIGHWAY 13 SOUTH
SNOW HILL, NC 28580

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 4.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _(signature)_ March 15, 2005 | | |
|---|---|---|
| Borrower ROGER L. YELVERTON | Date | Borrower _____ Date |
| Borrower _____ | Date | Borrower _____ Date |
| Borrower _____ | Date | Borrower _____ Date |
| Borrower _____ | Date | Borrower _____ Date |

MIN # 100176105021118135
TRTHNLND.UFF

YELVERTON
Page 1 of 1

Loan # 0502111613
Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

NOTE: All numerical disclosures except the late payment disclosure are estimates.

| Borrower Name(s):<br>CYNTHIA POOLER | Lender:<br>**Home Funds Direct**<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|

| | Date: 01/13/2005 | Loan #: 0412301722 |
|---|---|---|
| | Loan Type: **Conventional** | |

**Borrower Address:**
**10 SOUTH CRANE LANE**
**ROME, ME 04963**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have to paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.957 % | $450,903.66 | $ 204,110.44 | $ 655,014.10 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,625.00 | 03/01/2005 | | | |
| 1 | $1,772.21 | 03/01/2007 | | | |
| 334 | $1,833.56 | 04/01/2007 | | | |
| 1 | $1,832.85 | 02/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature.  Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 2.850

**SECURITY:** You are giving a security interest in the property located at:
**10 SOUTH CRANE LANE**
**ROME, ME 04963**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $200.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgage clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **10** days late, you will be charged a late charge of **5.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Cynthia Pooler_  1/13/05 | _Bruce H Pooler_  1/13/05 |
|---|---|
| Borrower  Date<br>CYNTHIA POOLER | Borrower  Date<br>BRUCE H. POOLER |
| Borrower  Date | Borrower  Date |
| Borrower  Date | Borrower  Date |
| Borrower  Date | Borrower  Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): | Lender: |
|---|---|
| DAVID A BABBITT | Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |

**Date:** 01/25/2005     **Loan #:** 0412236854

**Loan Type:** Conventional

**Borrower Address:**
61 MAPLE STREET
NEWPORT, NH 03773

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.474 % | $282,740.54 | $ 121,126.74 | $ 403,867.28 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,007.70 | 03/01/2005 | | | |
| 335 | $1,130.05 | 03/01/2007 | | | |
| 1 | $1,115.73 | 02/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 2.900

**SECURITY:** You are giving a security interest in the property located at:
61 MAPLE STREET
NEWPORT, NH 03773

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $200.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 10 days late, you will be charged a late charge of 6.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Borrower_ _(signature)_ 1-25-05 | _Borrower_ _(signature)_ 1-25-05 |
|---|---|
| Borrower          Date<br>DAVID A BABBITT | Borrower          Date<br>MICHELLE L BABBITT |
| Borrower          Date | Borrower          Date |
| Borrower          Date | Borrower          Date |
| Borrower          Date | Borrower          Date |

(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

**Borrower Name(s):**
JEHAD EIDEH

**Lender:**
Accredited Home Lenders, Inc.
A California Corporation
15090 Avenue of Science
San Diego, CA 92128

**Date:** 02/24/2005    **Loan #:** 0502111752

**Loan Type:** Conventional

**Borrower Address:**
6 KLONDIKE AVENUE
HAVERHILL, MA 01832

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9362 % | $ 8,345.86 | $ 7,772.54 | $ 11,118.40 |

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 179 | $397.83 | 05/01/2005 | | | |
| 1 | $39,906.83 | 04/01/2020 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
6 KLONDIKE AVENUE
HAVERHILL, MA 01832

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $ 20.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 5 days late, you will be charged a late charge of 3000% of the overdue payment of principal and interest.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Borrower  2/2?/05    Borrower  2-24-05
JEHAD EIDEH    Date    KHOLOUD ALMAWALI    Date

Borrower    Date    Borrower    Date

Borrower    Date    Borrower    Date

Borrower    Date    Borrower    Date

MIN # 100176105021117521    EIDEH    Loan # 0502111752
TRTHNLND.UFF    Page 1 of 1    Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): | Lender: |
|---|---|
| JOSEPH S. GELLES | Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
| | Date: 03/25/2005    Loan #:0502155477 |
| | Loan Type: Conventional |

**Borrower Address:**
17 QUAIL HOLLOW LANE
WEST NYACK, NY 10994

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.389 % | $287,356.67 | $123,588.42 | $410,945.09 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $996.84 | 05/01/2005 | | | |
| 6 | $1,129.06 | 05/01/2007 | | | |
| 329 | $1,152.32 | 11/01/2007 | | | |
| 1 | $1,133.29 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 3.274

**SECURITY:** You are giving a security interest in the property located at:
459 WEISSMAN ROAD
YOUNGSVILLE, NY 12791

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $305.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 2.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Joseph S. Gelles_   3/25-05 | _Marjorie Gelles_   3/25/05 |
|---|---|
| Borrower  Date | Borrower  Date |
| JOSEPH S. GELLES | MARJORIE GELLES |
| Borrower  Date | Borrower  Date |
| Borrower  Date | Borrower  Date |
| Borrower  Date | Borrower  Date |

MIN # 100176105021554772

GELLES
Page 1 of 1

Loan # 0502155477

TRTHSLND.UFF

Rev 12/04

Hall-Frazier
Record - 002759

# ████████████████ STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): KATIE K HOLLINS | Lender: Accredited Home Lenders, Inc. A California Corporation 15090 Avenue of Science San Diego, CA 92128 |
|---|---|

**Date:** 03/03/2005     **Loan #:** 0502222443

**Loan Type: Conventional**

Borrower Address:
**1024 BURCHWOOD AVENUE**
**NASHVILLE, TN 37204**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 11.236 % | $356,681.48 | $ 139,061.43 | $ 495,742.91 |

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,184.86 | 04/01/2005 | | | |
| 6 | $1,339.36 | 04/01/2007 | | | |
| 329 | $1,391.79 | 10/01/2007 | | | |
| 1 | $1,376.00 | 03/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.     [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 2.990

**SECURITY:** You are giving a security interest in the property located at:
**1024 BURCHWOOD AVENUE**
**NASHVILLE, TN 37216**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms     may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $0.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15 days** late, you will be charged a late charge of **5.000%** of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty,
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

*Katie K. Hollins*     3/3/5     *Jerry L. Hollins*     3-3-05

| Borrower KATIE K HOLLINS | Date | Borrower JERRY L HOLLINS | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

MIN # 100176105022224433
TRTHRLND.UFF

**HOLLINS**
Page 1 of 1

Loan # 0502222443
Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)
NOTE: All numerical disclosures except the late payment disclosure are estimates.

| Borrower Name(s):<br>**KEVIN PAQUIN, VESTA ANNE PAQUIN** | Lender:<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | Date: **01/13/2005**    Loan #: **0412312660** |
| | Loan Type: **Conventional** |

Borrower Address:
**225 Waters Way**
**WOODSTOCK, GA 30188**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have to paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.881 % | $427,740.30 | $ 195,926.79 | $ 623,667.09 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,546.95 | 03/01/2005 | | | |
| 335 | $1,745.67 | 03/01/2007 | | | |
| 1 | $1,740.84 | 02/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.    [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 2.850

**SECURITY:** You are giving a security interest in the property located at:
**225 WATERS WAY**
**WOODSTOCK, GA 30188**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may   [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| *signature* 1/13/05 | *signature* 1/13/05 |
|---|---|
| Borrower    Date | Borrower    Date |
| KEVIN PAQUIN | VESTA ANNE PAQUIN |

| Borrower    Date | Borrower    Date |
|---|---|

| Borrower    Date | Borrower    Date |
|---|---|

| Borrower    Date | Borrower    Date |
|---|---|

Hall-Frazier
Record - 002761

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**JOHN CONNER, MARGARET REAGEN CONNER** | Lender:<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | Date:  **03/08/2005**          Loan #: **0502154878** |
| | Loan Type: **Conventional** |

Borrower Address:
**2723 DENNIS DRIVE**
**ORANGE PARK, FL 32065**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.916 % | $93,496.64 | $ 67,492.23 | $ 160,988.87 |

## PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359<br>1 | $447.22<br>$436.89 | 05/01/2005<br>04/01/2035 | | | |

**DEMAND FEATURE:**   [ X ]  This loan does not have a Demand Feature.   [  ]  This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**   [  ]  This Loan has a Variable Rate Feature.  Variable Rate Dislcosures have been provided to you earlier.

**SECURITY:**  You are giving a security interest in the property located at:
**590 ARTHUR MIDDLETON CIRCLE**
**ORANGE PARK, FL 32073**

**ASSUMPTION:**  Someone buying this property [ X ] cannot assume the remaining balance due under original mortgage terms [  ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $310.00

**PROPERTY INSURANCE:** [ X ]  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan.  Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [  ]  is  [ X ]  is not available through the lender at an estimated cost of N/A  for  N/A  year term.

**LATE CHARGES:**  If your payment is more than **10** days late, you will be charged a late charge of **6.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[ X ] may  [  ]  will not  have to pay a penalty.
[  ] may  [ X ]  will not  be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _____ *signature* 3/8/05 | _____ *signature* 3/8/05 |
|---|---|
| Borrower<br>JOHN CONNER                                      Date | Borrower<br>MARGARET REAGEN CONNER                      Date |
| Borrower                                                   Date | Borrower                                                   Date |
| Borrower                                                   Date | Borrower                                                   Date |
| Borrower                                                   Date | Borrower                                                   Date |

Hall-Frazier
Record - 002762

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>LINDA R. HUDSON | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date:** 03/07/2005    **Loan #:** 0502245682 |
| | **Loan Type:** Conventional |

**Borrower Address:**
203 BATTLE STREET
BRYSON CITY, NC 28713

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 11.234 % | $492,930.47 | $ 191,189.45 | $ 684,119.92 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,681.71 | 05/01/2005 | | | |
| 6 | $1,898.07 | 05/01/2007 | | | |
| 329 | $1,916.32 | 11/01/2007 | | | |
| 1 | $1,901.18 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 3.110

**SECURITY:** You are giving a security interest in the property located at:
203 BATTLE STREET
BRYSON CITY, NC 28713

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 4.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _(signature)_    3/7/05 | |
|---|---|
| Borrower        Date<br>LINDA R. HUDSON | Borrower        Date |
| Borrower        Date | Borrower        Date |
| Borrower        Date | Borrower        Date |
| Borrower        Date | Borrower        Date |

Hall-Frazier
Record - 002763

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

**Borrower Name(s):**
TANYA CHEECHOV

**Lender:**
Home Funds Direct
15090 Avenue of Science
San Diego, CA 92128

**Date: 03/04/2005**  |  **Loan #: 0501272835**

**Loan Type: Conventional**

**Borrower Address:**
663 LARCHMONT DRIVE
DALY CITY, CA 94015

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 12.044 % | $116,813.64 | $ 42,476.50 | $ 159,290.14 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $442.48 | 05/01/2005 | | | |
| 1 | $439.82 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
137 PERRY LEVINER ROAD
ROCKINGHAM, NC 28379

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $200.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **4.000%** of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Tanya Cheechov_  03-04-05
Borrower                          Date
TANYA CHEECHOV

_Steven McCheechov_  03-04-05
Borrower                          Date
STEVEN M CHEECHOV

Borrower                          Date         Borrower                          Date

Borrower                          Date         Borrower                          Date

Borrower                          Date         Borrower                          Date

MIN # 10017610501272835 1            CHEECHOV            Loan # 0501272835
TRTHNLND.UFF                         Page 1 of 1           Rev 12/04

Hall-Frazier
Record - 002764

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

**Borrower Name(s):**
MICHAEL S. INGRAM

**Lender:**
Home Funds Direct
15090 Avenue of Science
San Diego, CA 92128

**Date:** 03/23/2005          **Loan #:** 0502235006

**Loan Type:** Conventional

**Borrower Address:**
314 ARDMORE AVENUE
TRENTON, NJ 08629

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 9.210 % | $254,036.24 | $126,921.14 | $380,957.38 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $922.06 | 05/01/2005 | | | |
| 6 | $1,055.93 | 05/01/2007 | | | |
| 329 | $1,068.19 | 11/01/2007 | | | |
| 1 | $1,057.85 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 3.110

**SECURITY:** You are giving a security interest in the property located at:
314 ARDMORE AVENUE
TRENTON, NJ 08629

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $275.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Michael S. Ingram_                3/23/05
Borrower                           Date
MICHAEL S. INGRAM

_Cynthia A. Ingram_                3/23/05
Borrower                           Date
CYNTHIA A. INGRAM

Borrower                           Date          Borrower                           Date

Borrower                           Date          Borrower                           Date

Borrower                           Date          Borrower                           Date

MIN # 100176105022350063          INGRAM          Loan # 0502235006
TRTHINLND.UFF                      Page 1 of 1                    Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**GREGORY M SMITH** | Lender:<br>**Accredited Home Lenders, Inc.**<br>**A California Corporation**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | **Date:  03/15/2005**    **Loan #:0502166478** |
| | **Loan Type: Conventional** |

**Borrower Address:**
**863 MAIN STREET**
**HOLYOKE, MA 01040**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.391 % | $108,676.36 | $ 46,613.00 | $ 155,289.36 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $378.62 | 05/01/2005 | | | |
| 6 | $430.03 | 05/01/2007 | | | |
| 329 | $435.24 | 11/01/2007 | | | |
| 1 | $428.34 | 04/01/2035 | | | |

**DEMAND FEATURE:**  [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [X] This Loan has a Variable Rate Feature.  Variable Rate Dislcosures have been provided to you earlier.
The Current index rate is 3.110

**SECURITY:**  You are giving a security interest in the property located at:
**863 MAIN STREET**
**HOLYOKE, MA 01040**

**ASSUMPTION:**  Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $300.00

**PROPERTY INSURANCE:** [X]  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan.  Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A  for N/A  year term.

**LATE CHARGES:**  If your payment is more than 15 days late, you will be charged a late charge of **3.000**% of the overdue payment of principal and interest.

**PREPAYMENT:**  If you pay off your loan early, you
[ ] may  [X] will not  have to pay a penalty.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Gregory M Smith_   3-15-05

| Borrower<br>GREGORY M SMITH | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

Hall-Frazier
Record - 002766

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>DANTE DAPHAEL JONES, MARIA RENEE JONES | Lender:<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | **Date: 02/28/2005** \| **Loan #:0502246227** |
| | **Loan Type: Conventional** |

**Borrower Address:**
**6025 BOLLING DRIVE**
**ORLANDO, FL 32808**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.379 % | $17,032.34 | $ 11,481.22 | $ 28,513.56 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 179 | $104.44 | 05/01/2005 | | | |
| 1 | $9,818.80 | 04/01/2020 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows.

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**6025 BOLLING DRIVE**
**ORLANDO, FL 32808**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $270.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **10** days late, you will be charged a late charge of **5.000**% of the overdue payment

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _(signature)_ | 2/28/05 | _(signature)_ | 2/28/05 |
|---|---|---|---|
| Borrower<br>DANTE DAPHAEL JONES | Date | Borrower<br>MARIA RENEE JONES | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

MIN # 100176105022462272    JONES    Loan # 0502246227
_(illegible)_    Page 1 of 1    Rev 12/04

## FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

**Borrower Name(s):**
ROBERT SIMERLY MEADOWS

**Lender:**
Home Funds Direct
15090 Avenue of Science
San Diego, CA 92128

**Date:  03/17/2005** | **Loan #: 0502180899**

**Loan Type: Conventional**

**Borrower Address:**
1478 KLOPFER ROAD
JULIETTE, GA 31046

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.343 % | $491,475.19 | $ 212,303.80 | $ 703,778.99 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,722.85 | 05/01/2005 | | | |
| 6 | $1,956.07 | 05/01/2007 | | | |
| 329 | $1,971.83 | 11/01/2007 | | | |
| 1 | $1,962.10 | 04/01/2035 | | | |

**DEMAND FEATURE:**  [X]  This loan does not have a Demand Feature.  [ ]  This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [X]  This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is  3.110

**SECURITY:**  You are giving a security interest in the property located at:
1478 KLOPFER ROAD
JULIETTE, GA 31046

**ASSUMPTION:**  Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms  [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $170.00

**PROPERTY INSURANCE:** [X]  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ]  is [X] is not available through the lender at an estimated cost of  N/A  for  N/A  year term.

**LATE CHARGES:**  If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment .

**PREPAYMENT;**  If you pay off your loan early, you
[X] may  [ ] will not  have to pay a penalty.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_(signature)_ 3/17/5 | _(signature)_ Gwenda Horne Meadows 3/17/5
Borrower | Date | Borrower | Date
ROBERT SIMERLY MEADOWS | | GWENDA HORNE MEADOWS

Borrower | Date | Borrower | Date

Borrower | Date | Borrower | Date

Borrower | Date | Borrower | Date

MIN # 100176105021808996 | MEADOWS | Loan #  0502180899
TRTHHLND.UFF | Page 1 of 1 | Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**DOUGLAS GORDY** | Lender:<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | **Date:  03/07/2005**   \| Loan #: 0502245786 |
| | Loan Type: **Conventional** |

**Borrower Address:**
**307 SOUTH MAIN STREET**
**SYLVANIA, GA 30467**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.952 % | $223,150.98 | $ 100,628.53 | $ 323,779.51 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $788.83 | 05/01/2005 | | | |
| 6 | $898.22 | 05/01/2007 | | | |
| 329 | $907.47 | 11/01/2007 | | | |
| 1 | $900.64 | 04/01/2035 | | | |

**DEMAND FEATURE:**   **X**   This loan does not have a Demand Feature.   ☐ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**   **X**   This Loan has a Variable Rate Feature.  Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 3.110

**SECURITY:**  You are giving a security interest in the property located at:
**307 SOUTH MAIN STREET**
**SYLVANIA, GA 30467**

**ASSUMPTION:**  Someone buying this property  **X**  cannot assume the remaining balance due under original mortgage terms  ☐  may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $170.00

**PROPERTY INSURANCE:**  **X**  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan.  Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ☐  is  **X**  is not available through the lender at an estimated cost of N/A  for N/A  year term.

**LATE CHARGES:**  If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
**X**  may  ☐  will not  have to pay a penalty.
☐  may  **X**  will not  be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _____ | 3/7/05 | _____ | |
|---|---|---|---|
| Borrower   DOUGLAS GORDY | Date | Borrower | Date |

| _____ | | _____ | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

| _____ | | _____ | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

| _____ | | _____ | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

## FINAL TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>DENISE CAPRIO | Lender:<br>Accredited Home Lenders, Inc.<br>A California Corporation<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|

Date:  03/15/2005    | Loan #:0502289089

Loan Type: Conventional

Borrower Address:
29 HUDSON STREET
WOBURN, MA 01801

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.539 % | $149,513.49 | $ 115,982.09 | $ 265,495.58 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $737.51 | 05/01/2005 | | | |
| 1 | $729.49 | 04/01/2035 | | | |

DEMAND FEATURE: [X]  This loan does not have a Demand Feature.   [ ]  This loan has a Demand Feature as follows:

VARIABLE RATE FEATURE: [ ]  This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY:  You are giving a security interest in the property located at:
29 HUDSON STREET
WOBURN, MA 01801

ASSUMPTION:  Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

FILING / RECORDING FEES:  $300.00

PROPERTY INSURANCE:[X]  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgage clause to the lender is a required condition of this loan. Borrowers may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

LATE CHARGES:  If your payment is more than 15 days late, you will be charged a late charge of 3.000% of the overdue payment of principal and interest

PREPAYMENT:  If you pay off your loan early, you
[ ] may  [X] will not  have to pay a penalty.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Denise Caprio_  3/15/2005 | | |
|---|---|---|
| Borrower          Date<br>DENISE CAPRIO | | Borrower          Date |
| Borrower          Date | | Borrower          Date |
| Borrower          Date | | Borrower          Date |

MIN # 100176100322280884          CAPRIO                          Loan #  0802289089
TRUTHIND.TIFF                      Page 1 of 1                     Rev 12/01

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**MARCIA P. SHEW, F. KENNETH SHEW** | Lender:<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | **Date: 03/11/2005** \| **Loan #: 0502030823** |
| | **Loan Type: Conventional** |

**Borrower Address:**
**335 SMALLWOOD DRIVE**
**CHAPIN, SC 29036**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| **10.551** % | **$343,541.70** | **$ 144,658.30** | **$ 488,200.00** |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,205.86 | 05/01/2005 | | | |
| 6 | $1,365.80 | 05/01/2007 | | | |
| 329 | $1,366.87 | 11/01/2007 | | | |
| 1 | $1,364.33 | 04/01/2035 | | | |

**DEMAND FEATURE:** **X** This loan does not have a Demand Feature. ☐ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** **X** This Loan has a Variable Rate Feature. Variable Rate Dislcosures have been provided to you earlier. The Current index rate is 3.026

**SECURITY:** You are giving a security interest in the property located at:
**335 SMALLWOOD DRIVE**
**CHAPIN, SC 29036**

**ASSUMPTION:** Someone buying this property **X** cannot assume the remaining balance due under original mortgage terms ☐ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** **X** Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ☐ is **X** is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **10** days late, you will be charged a late charge of **5.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
☐ may **X** will not have to pay a penalty.
☐ may **X** will not be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Marcia P. Shew_ 3/11/05 | _F. Kenneth Shew_ 3/11/05 |
|---|---|
| Borrower Date<br>MARCIA P. SHEW | Borrower Date<br>F. KENNETH SHEW |
| Borrower Date | Borrower Date |
| Borrower Date | Borrower Date |
| Borrower Date | Borrower Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>CAROLYN BEASLEY | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date:** 03/22/2005 **Loan #:**0502234121 |
| | **Loan Type:** Conventional |

Borrower Address:
33 WEST 46TH AVENUE
GARY, IN 46408

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.486 % | $294,936.84 | $166,893.76 | $461,830.60 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,282.87 | 05/01/2005 | | | |
| 1 | $1,280.27 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
33 WEST 46TH AVENUE
GARY, IN 46408

**ASSUMPTION:** Someone buying this property X cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $150.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is X is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Carolyn J Beasley_   3/22/05 | |
|---|---|
| Borrower   Date<br>CAROLYN BEASLEY | Borrower   Date |
| Borrower   Date | Borrower   Date |
| Borrower   Date | Borrower   Date |
| Borrower   Date | Borrower   Date |

MIN # 1001/6105022341211                    BEASLEY                    Loan # 0502234121
TRTHNLNO.UFF                                Page 1 of 1                 Rev 12/04

**Hall-Frazier**
**Record - 002772**

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**DIANA S PELTON** | Lender:<br>**Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128** |
|---|---|
| | **Date: 03/16/2005** \| **Loan #: 0502086187** |
| | **Loan Type: Conventional** |

**Borrower Address:**
**8087 WILSON BLVD**
**JACKSONVILLE, FL 32210**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.391 % | $166,710.79 | $ 83,058.51 | $ 249,769.30 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $693.82 | 05/01/2005 | | | |
| 1 | $687.92 | 04/01/2035 | | | |

**DEMAND FEATURE:**  [X]  This loan does not have a Demand Feature.  [ ]  This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [ ]  This Loan has a Variable Rate Feature.  Variable Rate Dislcosures have been provided to you earlier.

**SECURITY:**  You are giving a security interest in the property located at:
**8087 WILSON BLVD**
**JACKSONVILLE, FL 32210**

**ASSUMPTION:**  Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $270.00

**PROPERTY INSURANCE:** [X]  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan.  Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A  for N/A  year term.

**LATE CHARGES:**  If your payment is more than **10** days late, you will be charged a late charge of **6.000**% of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
[X] may  [ ] will not  have to pay a penalty.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Diana S Pelton_ 5/16/05 | _Cora M Stone_ 3/16/05 |
|---|---|
| Borrower                                    Date | Borrower                                    Date |
| DIANA S PELTON | CORA M. STONE |

| | |
|---|---|
| Borrower                                    Date | Borrower                                    Date |

| | |
|---|---|
| Borrower                                    Date | Borrower                                    Date |

| | |
|---|---|
| Borrower                                    Date | Borrower                                    Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>SANDRA SINGLETON, GREGORY SINGLETON | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|

**Date:** 03/23/2005    **Loan #:** 0502180892

**Loan Type:** Conventional

Borrower Address:
812 MCCURDY BOULEVARD
MANCHESTER, GA 31816

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.723 % | $301,089.72 | $ 164,714.18 | $ 465,803.90 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359<br>1 | $1,293.93<br>$1,283.03 | 05/01/2005<br>04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Dislcosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
812 MCCURDY BOULEVARD
MANCHESTER, GA 31816

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Sandra Singleton_ 3-23-05 | _Gregory Singleton_ 3/23/05 |
|---|---|
| Borrower Date<br>SANDRA SINGLETON | Borrower Date<br>GREGORY SINGLETON |
| Borrower Date | Borrower Date |
| Borrower Date | Borrower Date |
| Borrower Date | Borrower Date |

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**JOSEPH BERT LAGASSE JR, NICOLE M. LAGASSE** | Lender:<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | **Date: 03/14/2005**   \| Loan #:**0503011729** |
| | Loan Type: **Conventional** |

Borrower Address:
**66 PARDEE STREET**
**BRISTOL, CT 06010**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.881 % | $152,667.08 | $ 79,462.82 | $ 232,129.90 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $559.62 | 05/01/2005 | | | |
| 6 | $643.37 | 05/01/2007 | | | |
| 329 | $651.05 | 11/01/2007 | | | |
| 1 | $643.35 | 04/01/2035 | | | |

**DEMAND FEATURE:**   X   This loan does not have a Demand Feature. ____ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**   X   This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 3.160

**SECURITY:** You are giving a security interest in the property located at:
**66 PARDEE STREET**
**BRISTOL, CT 06010**

**ASSUMPTION:** Someone buying this property   X   cannot assume the remaining balance due under original mortgage terms ____ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $225.00

**PROPERTY INSURANCE:** X   Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ____ is  X  is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **10** days late, you will be charged a late charge of **6.000**% of the overdue payment

**PREPAYMENT:** If you pay off your loan early, you
  X   may ____ will not  have to pay a penalty.
  ____ may  X  will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Joseph Bert Lagasse Jr_   3-14-05 | _Nicole M. Lagasse_   3/14/05 |
|---|---|
| Borrower                              Date | Borrower                              Date |
| JOSEPH BERT LAGASSE, JR | NICOLE M. LAGASSE |
| | |
| Borrower                              Date | Borrower                              Date |
| | |
| Borrower                              Date | Borrower                              Date |
| | |
| Borrower                              Date | Borrower                              Date |

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**WILLIAM MOORE** | Lender:<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | **Date:  03/15/2005** \| **Loan #: 0502268787**<br>**Loan Type: Conventional** |

**Borrower Address:**
**209  1/2 SUMMERLIN STREET**
**VALDOSTA, GA 31601**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.308 % | $197,641.49 | $ 85,629.13 | $ 283,270.62 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $690.66 | 05/01/2005 | | | |
| 6 | $784.43 | 05/01/2007 | | | |
| 329 | $793.94 | 11/01/2007 | | | |
| 1 | $781.94 | 04/01/2035 | | | |

**DEMAND FEATURE:**  [ X ] This loan does not have a Demand Feature.  [  ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [ X ] This loan has a Variable Rate Feature.  Variable Rate Disclosures have been provided to you earlier.
The Current index rate is  3.110

**SECURITY:**  You are giving a security interest in the property located at:
**209 -1/2 SUMMERLIN STREET**
**VALDOSTA, GA 31601**

**ASSUMPTION:**  Someone buying this property [ X ] cannot assume the remaining balance due under original mortgage terms [  ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $170.00

**PROPERTY INSURANCE:** [ X ]  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan.  Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [  ] is [ X ] is not available through the lender at an estimated cost of  N/A  for  N/A  year term.

**LATE CHARGES:**  If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
[ X ] may  [  ] will not  have to pay a penalty.
[  ] may  [ X ] will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

X _William Moore_ 3/15/05

| Borrower<br>WILLIAM MOORE | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

**Hall-Frazier**
**Record - 002776**

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

**Borrower Name(s):**
ERNEST BOYD DOCKINS, SUSIE HEMBREE DOCKINS

**Lender:**
Home Funds Direct
15090 Avenue of Science
San Diego, CA 92128

Date: 03/22/2005    Loan #: 0502289862

Loan Type: Conventional

**Borrower Address:**
40 DOCKINS LANE
CLAYTON, GA 30525

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.524 % | $212,501.90 | $119,608.61 | $332,110.51 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $922.56 | 05/01/2005 | | | |
| 1 | $911.47 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
40 DOCKINS LANE
CLAYTON, GA 30525

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Ernest Boyd Dockins_ 3,22,05
Borrower                        Date
ERNEST BOYD DOCKINS

_Susie Hembree Dockins_ 3-22-05
Borrower                        Date
SUSIE HEMBREE DOCKINS

Borrower                        Date
Borrower                        Date

Borrower                        Date
Borrower                        Date

Borrower                        Date
Borrower                        Date

MIN # 100176105022898624             DOCKINS             Loan # 0502289862
TRTHLND.UFF                         Page 1 of 1             Rev 12/04

Hall-Frazier
Record - 002777

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**SHREVE ETHIER, SHIRLEY ETHIER** | Lender:<br>**Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128** |
|---|---|
| | Date:  **03/18/2005**          Loan #: **0503023330** |
| | Loan Type: **Conventional** |

**Borrower Address:**
**52 SOUTH BRIDGEBORO STREET**
**DELANCO, NJ 08075**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.895 % | $429,409.02 | $ 195,952.94 | $ 625,361.96 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,523.57 | 05/01/2005 | | | |
| 6 | $1,734.84 | 05/01/2007 | | | |
| 329 | $1,752.71 | 11/01/2007 | | | |
| 1 | $1,745.65 | 04/01/2035 | | | |

**DEMAND FEATURE:**   [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**   [X] This Loan has a Variable Rate Feature.  Variable Rate DisIcosures have been provided to you earlier.
The Current index rate is 3.160

**SECURITY:**  You are giving a security interest in the property located at:
**52 SOUTH BRIDGEBORO STREET**
**DELRAN, NJ 08075**

**ASSUMPTION:**   Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms  [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $325.00

**PROPERTY INSURANCE:** [X]  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan.  Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ]  is  [X] is not available through the lender at an estimated cost of N/A  for N/A  year term.

**LATE CHARGES:**   If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment .

**PREPAYMENT:**  If you pay off your loan early, you
[ ] may   [X] will not  have to pay a penalty.
[ ] may   [X] will not  be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _____ | 3/18/05 | _____ | 3/18/05 |
|---|---|---|---|
| Borrower<br>SHREVE ETHIER | Date | Borrower<br>SHIRLEY ETHIER | Date |
| _____ | | _____ | |
| Borrower | Date | Borrower | Date |
| _____ | | _____ | |
| Borrower | Date | Borrower | Date |
| _____ | | _____ | |
| Borrower | Date | Borrower | Date |

**Hall-Frazier**
**Record - 002778**

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

**Borrower Name(s):**
LONNIE JOHN JOHNSON, FRANCINE L JOHNSON

**Lender:**
Home Funds Direct
15090 Avenue of Science
San Diego, CA 92128

**Date:** 03/12/2005    **Loan #:** 0503035159

**Loan Type:** Conventional

**Borrower Address:**
RT 3, BOX 685
GLENNVILLE, GA 30427

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 11.128 % | $27,209.41 | $17,014.15 | $44,223.56 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 179 | $163.51 | 05/01/2005 | | | |
| 1 | $14,955.27 | 04/01/2020 | | | |

**DEMAND FEATURE:**  _X_ This loan does not have a Demand Feature. ___ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** ___ This Loan has a Variable Rate Feature. Variable Rate Dislcosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
RT 3 BOX 685
GLENNVILLE, GA 30427

**ASSUMPTION:** Someone buying this property _X_ cannot assume the remaining balance due under original mortgage terms ___ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** _X_ Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ___ is _X_ is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
 _X_ may ___ will not have to pay a penalty.
 ___ may _X_ will not be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Lonnie John Johnson_ _3/13/05_
Borrower                                    Date
LONNIE JOHN JOHNSON

_Francine L Johnson_ _3/12/05_
Borrower                                    Date
FRANCINE L JOHNSON

Borrower                                    Date

Borrower                                    Date

Borrower                                    Date

Borrower                                    Date

Borrower                                    Date

Borrower                                    Date

Hall-Frazier
Record - 002779

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>MICHELLE D. MAURO | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | Date:  03/18/2005 — Loan #: 0502247150 |
| | Loan Type: Conventional |

**Borrower Address:**
2605 GRANGE CT
MAYS LANDING, NJ 08330

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.055 % | $44,589.80 | $ 43,730.59 | $ 88,320.39 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 239 | $368.02 | 05/01/2005 | | | |
| 1 | $363.61 | 04/01/2025 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
2605 GRANGE COURT (TOWNSHIP OF HAMILTON)
MAYS LANDING, NJ 08330

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $275.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000** % of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Michelle D Mauro_    3/18/05 | |
|---|---|
| Borrower       Date<br>MICHELLE D. MAURO | Borrower       Date |
| Borrower       Date | Borrower       Date |
| Borrower       Date | Borrower       Date |
| Borrower       Date | Borrower       Date |

MIN # 100176105022471505
TRTBNLNO.UFF

MAURO
Page 1 of 1

Loan #   0502247150
Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>K.C. PERRY | Lender:<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | Date:  03/18/2005     Loan #: 0502289979 |
| | Loan Type: **Conventional** |

| Borrower Address:<br>**837 LAFAYETTE LANE**<br>**LAKELAND, FL 33805** | | | |
|---|---|---|---|

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.570 % | $213,412.70 | $ 119,101.28 | $ 332,513.98 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $923.67 | 05/01/2005 | | | |
| 1 | $916.45 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**837 LAFAYETTE LANE**
**LAKELAND, FL 33805**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $270.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgage clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **10** days late, you will be charged a late charge of **6.000**% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may  [ ] will not  have to pay a penalty.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _K.C. Perry_  3/18/05 | |
|---|---|
| Borrower    Date<br>K.C. PERRY | Borrower    Date |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |

MIN # 100176105022899796      PERRY      Loan #   0502289979
TRTHNLND.UFF      Page 1 of 1      Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): | Lender: |
|---|---|
| HARRIETT A ROBINSON | Home Funds Direct |
| | 15090 Avenue of Science |
| | San Diego, CA 92128 |

**Date:** 03/18/2005    **Loan #:** 0501100959

**Loan Type:** Conventional

**Borrower Address:**
5708 LEXINGTON DRIVE
COLUMBUS, GA 31907

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.907 % | $101,373.28 | $ 101,620.37 | $ 202,993.65 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 239 | $845.81 | 05/01/2005 | | | |
| 1 | $845.06 | 04/01/2025 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
5708 LEXINGTON DRIVE
COLUMBUS, GA 31907

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Harriett Robinson_ 3/18/05 | |
|---|---|
| Borrower    Date | Borrower    Date |
| HARRIETT A ROBINSON | |

| Borrower    Date | Borrower    Date |
|---|---|

| Borrower    Date | Borrower    Date |
|---|---|

| Borrower    Date | Borrower    Date |
|---|---|

MIN # 100176105011009597

ROBINSON
Page 1 of 1

Loan # 0501100959

TRTHNLND.UFF

Rev 12/04

## FEDERAL TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

**Borrower Name(s):**
WALTER J. WILSON, KELLY M. WILSON

**Lender:**
Accredited Home Lenders, Inc.
A California Corporation
15090 Avenue of Science
San Diego, CA 92128

**Date:** 03/25/2005    **Loan #:** 0503079241

**Loan Type:** Conventional

**Borrower Address:**
831 SPRING ST
NORTH DIGHTON, MA 02764

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.249 % | $469,018.11 | $ 205,060.76 | $ 674,078.87 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,630.10 | 05/01/2005 | | | |
| 6 | $1,852.76 | 05/01/2007 | | | |
| 329 | $1,890.47 | 11/01/2007 | | | |
| 1 | $1,875.28 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 3.200.

**SECURITY:** You are giving a security interest in the property located at:
831 SPRING ST
NORTH DIGHTON, MA 02764

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $300.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 3.000% of the overdue payment of principal and interest.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [X] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Walter J. Wilson_ 3/25/05
Borrower    Date
WALTER J. WILSON

_Kelly M Wilson_ 3/25/05
Borrower    Date
KELLY M. WILSON

Borrower ___ Date    Borrower ___ Date

Borrower ___ Date    Borrower ___ Date

Borrower ___ Date    Borrower ___ Date

MIN # 10017610503079241 3    WILSON    Loan # 0503079241
TRTHNLND.UFF    Page 1 of 1    Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| **Borrower Name(s):** ROSIE L STARKS | **Lender:** Home Funds Direct 15090 Avenue of Science San Diego, CA 92128 |
|---|---|
| | **Date:** 03/22/2005  **Loan #:** 0503080568 |
| | **Loan Type:** Conventional |

**Borrower Address:**
3310 SMITH ST
FORT WAYNE, IN 46806

| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **Amount Financed** The amount of credit provided to you or on your behalf. | **Total of Payments** The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.510 % | $110,564.99 | $ 54,388.34 | $ 164,953.33 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $458.23 | 05/01/2005 | | | |
| 1 | $448.76 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
3310 SMITH STREET
FORT WAYNE, IN 46806

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $200.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgage clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
[ ] Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Rosie L Starks_  3-22-05 | |
|---|---|
| Borrower  Date ROSIE L STARKS | Borrower  Date |
| Borrower  Date | Borrower  Date |
| Borrower  Date | Borrower  Date |
| Borrower  Date | Borrower  Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**SUSAN A LAVALLEY** | Lender:<br>**Accredited Home Lenders, Inc.**<br>**A California Corporation**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | Date:  03/24/2005 \| Loan #: 0503023875 |
| | Loan Type: **Conventional** |

Borrower Address:
**285 BELCHERTOWN ROAD**
**WARE, MA 01082**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.191 % | $110,780.66 | $ 76,779.86 | $ 187,560.52 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359<br>1 | $521.01<br>$517.93 | 05/01/2005<br>04/01/2035 | | | |

**DEMAND FEATURE:** [ X ] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**285 BELCHERTOWN ROAD**
**WARE, MA 01082**

**ASSUMPTION:** Someone buying this property [ X ] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $300.00

**PROPERTY INSURANCE:** [ X ] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance is [ X ] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **3.000**% of the overdue payment of principal and interest.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may [ X ] will not have to pay a penalty.
[ ] may [ X ] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| *Susan A LaValley* 3-24-05 | *Philip E. LaValley* 3/24/05 |
|---|---|
| Borrower _____ Date | Borrower _____ Date |
| SUSAN A LAVALLEY | PHILIP E LAVALLEY |
| | |
| Borrower _____ Date | Borrower _____ Date |
| | |
| Borrower _____ Date | Borrower _____ Date |
| | |
| Borrower _____ Date | Borrower _____ Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**ROBERT W COLLINS JR, JENNIFER L COLLINS** | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date:** 03/22/2005    **Loan #:** 0503091878 |
| | **Loan Type: Conventional** |

Borrower Address:
**2 MELISSA DRIVE
PEMBROKE, NH 03275**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.323 % | $ 498,605.19 | $ 245,113.50 | $ 743,718.69 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,791.74 | 05/01/2005 | | | |
| 6 | $2,050.92 | 05/01/2007 | | | |
| 329 | $2,086.11 | 11/01/2007 | | | |
| 1 | $2,081.22 | 04/01/2035 | | | |

**DEMAND FEATURE:**    X    This loan does not have a Demand Feature.        This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**    X    This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 3.200

**SECURITY:**  You are giving a security interest in the property located at:
**2 MELISSA DRIVE
PEMBROKE, NH 03275**

**ASSUMPTION:**  Someone buying this property  X  cannot assume the remaining balance due under original mortgage terms        may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $200.00

**PROPERTY INSURANCE:**  X    Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance   is  X  is not available through the lender at an estimated cost of N/A  for N/A  year term.

**LATE CHARGES:**  If your payment is more than **10** days late, you will be charged a late charge of **6.000**% of the overdue payment.

**PREPAYMENT:**  If you pay off your loan early, you
  X  may        will not  have to pay a penalty.
    may  X  will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Robert W. Coll Jr_ 5/22/05 | _Jennifer L Collins_ 3/22/05 |
|---|---|
| Borrower        Date<br>ROBERT W COLLINS  JR | Borrower        Date<br>JENNIFER L COLLINS |
| _signature_ | |
| Borrower        Date | Borrower        Date |
| Borrower        Date | Borrower        Date |
| Borrower        Date | Borrower        Date |

MIN # 100176105030918786                    COLLINS                    Loan #  0503091878
TRIHNLND.UFF                                 Page 1 of 1                              Rev 12/04

**(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)**

| Borrower Name(s): | Lender: |
|---|---|
| EVELYN D. BOONE | Accredited Home Lenders, Inc.<br>A California Corporation<br>15090 Avenue of Science<br>San Diego, CA 92128 |

**Date:** 03/18/2005    **Loan #:** 0503079177

**Loan Type:** Conventional

**Borrower Address:**
9800 TARA COURT
BURKE, VA 22015

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.358% | $283,770.61 | $159,480.78 | $443,251.39 |

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,062.91 | 05/01/2005 | | | |
| 6 | $1,225.87 | 05/01/2007 | | | |
| 329 | $1,243.62 | 11/01/2007 | | | |
| 1 | $1,235.35 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 3.200

**SECURITY:** You are giving a security interest in the property located at:
9800 TARA COURT
BURKE, VA 22015

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $225.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 7 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

*Evelyn D. Boone* 3/18/05

| Borrower | Date | Borrower | Date |
|---|---|---|---|
| EVELYN D. BOONE | | | |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

## FINAL TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**LANCE LANGSTON** | Lender:<br>**Accredited Home Lenders, Inc.**<br>**A California Corporation**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | **Date:  03/24/2005**  \|  **Loan #: 0503116153** |
| | **Loan Type: Conventional** |

**Borrower Address:**
**260 EAST AVONDALE AVENUE**
**MOUNT JACKSON, VA 22842**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.129 % | $254,473.56 | $ 112,829.49 | $ 367,303.05 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $888.50 | 05/01/2005 | | | |
| 6 | $1,009.42 | 05/01/2007 | | | |
| 329 | $1,030.26 | 11/01/2007 | | | |
| 1 | $1,014.99 | 04/01/2035 | | | |

**DEMAND FEATURE:**  [X]  This loan does not have a Demand Feature.  [ ]  This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [X]  This Loan has a Variable Rate Feature.  Variable Rate Disclosures have been provided to you earlier. The Current index rate is 3.310

**SECURITY:**  You are giving a security interest in the property located at:
**260 EAST AVONDALE AVENUE**
**MOUNT JACKSON, VA 22842**

**ASSUMPTION:**  Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $225.00

**PROPERTY INSURANCE:** X  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan.  Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A  for N/A  year term.

**LATE CHARGES:**  If your payment is more than **7** days late, you will be charged a late charge of **5.000%** of the overdue payment.

**PREPAYMENT:**  If you pay off your loan early, you
[X] may [ ] will not  have to pay a penalty.
[ ] may [X] will not  be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

*Lance Langston*                    3-24-05

| Borrower<br>LANCE LANGSTON | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

Hall-Frazier
Record - 002788

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): | Lender: |
|---|---|
| JOSEPH S. GELLES | Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |

**Date:** 03/25/2005    **Loan #:** 0503161028

**Loan Type:** Conventional

**Borrower Address:**
17 QUAIL HOLLOW LANE
WEST NYACK, NY 10994

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 12.103 % | $53,198.70 | $30,766.62 | $83,965.32 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 179 | $318.87 | 05/01/2005 | | | |
| 1 | $26,887.59 | 04/01/2020 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
459 WEISSMAN ROAD
YOUNGSVILLE, NY 12791

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $305.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 2.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Joseph S Gelles_    3-25-05
Borrower    Date
JOSEPH S. GELLES

_Marjorie Gelles_    3/25/05
Borrower    Date
MARJORIE GELLES

| Borrower | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>**FREDERICK O'NEAL** | Lender:<br>**Home Funds Direct**<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date: 03/25/2005** ‖ **Loan #:0503035160** |
| | **Loan Type: Conventional** |

**Borrower Address:**
**9810 CAPELLA DR**
**LITTLE ROCK, AR 72209**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.935 % | $110,162.50 | $ 58,566.36 | $ 168,728.86 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $468.73 | 05/01/2005 | | | |
| 1 | $454.79 | 04/01/2035 | | | |

**DEMAND FEATURE:**    **X**   This loan does not have a Demand Feature.    This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**     This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**9810 CAPELLA DRIVE**
**LITTLE ROCK, AR 72209**

**ASSUMPTION:** Someone buying this property **X** cannot assume the remaining balance due under original mortgage terms ‖ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $85.00

**PROPERTY INSURANCE: X** Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
   Hazard insurance    is **X** is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **6.000%** of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
   **X** may    will not have to pay a penalty.
   may    **X** will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Fredrick O'neel_ | 3-25-05 | _O'Neal 3 2505_ | |
|---|---|---|---|
| Borrower<br>FREDERICK O'NEAL | Date | Borrower<br>TASHAN ONEAL | Date |

| | | | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

| | | | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

| | | | |
|---|---|---|---|
| Borrower | Date | Borrower | Date |

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): ALONZO C. TAYLOR | Lender: Accredited Home Lenders, Inc. A California Corporation 15090 Avenue of Science San Diego, CA 92128 |
|---|---|
| | Date: 03/25/2005    Loan #: 0503161037 |
| | Loan Type: Conventional |

Borrower Address:
2600 VIXEN LANE
RICHMOND, VA 23235

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.185 % | $108,135.00 | $93,489.16 | $201,624.16 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 299 | $672.09 | 05/01/2005 | | | |
| 1 | $669.25 | 04/01/2030 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
2600 VIXEN LANE
RICHMOND, VA 23235

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $225.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 7 days late, you will be charged a late charge of 5.000% of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| Borrower ALONZO C. TAYLOR | Date | Borrower GLADYS L. TAYLOR | Date |
|---|---|---|---|
| *Alonzo C Taylor* | 3-25-05 | *Gladys L. Taylor* | 3-25-05 |
| Borrower | Date | Borrower | Date |
| | | | |
| Borrower | Date | Borrower | Date |
| | | | |
| Borrower | Date | Borrower | Date |

MIN # 100176105031610374          TAYLOR          Loan # 0503161037
TRTHNLND.UFF                    Page 1 of 1                    Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

**(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)**

NOTE: All numerical disclosures except the late payment disclosure are estimates.

| Borrower Name(s):<br>**DEBORAH S. ROBERTS** | Lender:<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | Date: 01/18/2005     Loan #: 0412312730 |
| | Loan Type: **Conventional** |

**Borrower Address:**
**2342 Stockton Walk Court**
**Snellville, GA 30078**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have to paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.335 % | $56,637.74 | $ 102,252.50 | $ 158,890.24 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 179 | $882.73 | 03/01/2005 | | | |
| 1 | $881.57 | 02/01/2020 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Dislcosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**2342 STOCKTON WALK COURT**
**SNELLVILLE, GA 30078**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms. [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $120.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000** % of the overdue payment .

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Deborah S. Roberts_ 1-18-05 | | |
|---|---|---|
| Borrower   DEBORAH S. ROBERTS | Date | Borrower      Date |
| Borrower | Date | Borrower      Date |
| Borrower | Date | Borrower      Date |
| Borrower | Date | Borrower      Date |

**Hall-Frazier**
**Record - 002792**

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>RONALD R. KAAS, JENNIFER M. KAAS | Lender:<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | **Date:** 03/25/2005     **Loan #: 0502073697** |
| | **Loan Type: Conventional** |

**Borrower Address:**
**326 SOUTH XANTHUS AVENUE**
**ABSECON, NJ 08205**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.262 % | $296,100.53 | $ 129,854.94 | $ 425,955.47 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,053.29 | 05/01/2005 | | | |
| 335 | $1,192.49 | 05/01/2007 | | | |
| 1 | $1,192.36 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 3.026

**SECURITY:** You are giving a security interest in the property located at:
**326 SOUTH XANTHUS AVENUE**
**GALLOWAY, NJ 08205**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $275.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000%** of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
, may [X] will not have to pay a penalty.
, may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _(signature)_ 3-25-05 | _(signature)_ 3-25-05 |
|---|---|
| Borrower     Date<br>RONALD R. KAAS | Borrower     Date<br>JENNIFER M. KAAS |
| <br>Borrower     Date | <br>Borrower     Date |
| <br>Borrower     Date | <br>Borrower     Date |
| <br>Borrower     Date | <br>Borrower     Date |

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): KENNETH W HIBBERT, ROSALIE M HIBBERT | Lender: Home Funds Direct 15090 Avenue of Science San Diego, CA 92128 |
|---|---|
| | **Date: 03/26/2005**   **Loan #: 0503159462** |
| | **Loan Type: Conventional** |

**Borrower Address:**
**33 BINGHAM COURT**
**NEW BRITAIN, CT 06051**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.789 % | $308,853.70 | $ 142,767.45 | $ 451,621.15 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $1,079.71 | 05/01/2005 | | | |
| 6 | $1,233.55 | 05/01/2007 | | | |
| 329 | $1,267.64 | 11/01/2007 | | | |
| 1 | $1,253.25 | 04/01/2035 | | | |

**DEMAND FEATURE:**  [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
The Current index rate is 3.310

**SECURITY:** You are giving us a security interest in the property located at:
**33 BINGHAM COURT**
**NEW BRITAIN, CT 06051**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $200.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **10** days late, you will be charged a late charge of **6.000**% of the overdue payment.

**PREPAYMENT;** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Kenneth W. Hibbert_  3/26/05      _Rosalie M. Hibbert_  3-26-05
Borrower  KENNETH W HIBBERT   Date      Borrower  ROSALIE M HIBBERT   Date

_Rosalie M. Hibbert_  3/26/05
Borrower   Date      Borrower   Date

Borrower   Date      Borrower   Date

Borrower   Date      Borrower   Date

**Hall-Frazier**
**Record - 002794**

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>ROY J SMITH | Lender:<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | Date: 03/25/2005     Loan #: 0503172997 |
| | Loan Type: **Conventional** |

**Borrower Address:**
**4354 QUINCY COURT**
**DOUGLASVILLE, GA 30135**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.916 % | $275,502.81 | $ 146,837.97 | $ 422,340.78 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,173.17 | 05/01/2005 | | | |
| 1 | $1,172.75 | 04/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.    This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**4354 QUINCY COURT**
**DOUGLASVILLE, GA 30135**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000**% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _Roy J Smith_    3-25-05 | _Linda F Smith_    3-25-05 |
|---|---|
| Borrower       Date | Borrower       Date |
| ROY J SMITH | LINDA F. SMITH |
| | |
| Borrower       Date | Borrower       Date |
| | |
| Borrower       Date | Borrower       Date |
| | |
| Borrower       Date | Borrower       Date |

MIN # 100176105031729976      SMITH      Loan #   0503172997

TRTHNLND.UFF      Page 1 of 1      Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

**Borrower Name(s):**
NATASHA JONES

**Lender:**
Home Funds Direct
15090 Avenue of Science
San Diego, CA 92128

**Date:** 01/24/2005     **Loan #:** 0501067833

**Loan Type:** Conventional

**Borrower Address:**
1930 PLANTERS DRIVE
CHARLESTON, SC 29414

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 9.380 % | $262,163.35 | $ 128,498.70 | $ 390,662.05 |

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $967.16 | 03/01/2005 | | | |
| 335 | $1,093.61 | 03/01/2007 | | | |
| 1 | $1,090.86 | 02/01/2035 | | | |

**DEMAND FEATURE:**  [X]  This loan does not have a Demand Feature.   [ ]  This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [X]  This Loan has a Variable Rate Feature.  Variable Rate Dislcosures have been provided to you earlier.
The Current index rate is 2.900

**SECURITY:**  You are giving a security interest in the property located at:
1930 PLANTERS DRIVE
CHARLESTON, SC 29414

**ASSUMPTION:**  Someone buying this property  [X]  cannot assume the remaining balance due under original mortgage terms  [ ]  may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $170.00

**PROPERTY INSURANCE:**  [X]  Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan.  Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance  [ ]  is  [X]  is not available through the lender at an estimated cost of N/A for N/A year terms.

**LATE CHARGES:**  If your payment is more than 10 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:**  If you pay off your loan early, you
[ ] may  [X]  will not  have to pay a penalty.
[ ] may  [X]  will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Natasha Jones_  1/24/05          _Keith Jones_  24 Jan 05
Borrower                     Date          Borrower                     Date
NATASHA JONES                                KEITH JONES

Borrower                     Date          Borrower                     Date

Borrower                     Date          Borrower                     Date

Borrower                     Date          Borrower                     Date

MIN # 100176105010678335          JONES          Loan #  0501067833
TRTHNLND.UFF                      Page 1 of 1                      Rev 12/04

**Hall-Frazier**
**Record - 002796**

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s): ROY J SMITH | Lender: Home Funds Direct 15090 Avenue of Science San Diego, CA 92128 |
|---|---|
| | Date: 03/25/2005      Loan #: 0503172997 |
| | Loan Type: Conventional |

**Borrower Address:**
**4354 QUINCY COURT**
**DOUGLASVILLE, GA 30135**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.916 % | $275,502.81 | $ 146,837.97 | $ 422,340.78 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,173.17 | 05/01/2005 | | | |
| 1 | $1,172.75 | 04/01/2035 | | | |

**DEMAND FEATURE:**  [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**  [ ]  This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**4354 QUINCY COURT**
**DOUGLASVILLE, GA 30135**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender. Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may  [ ] will not have to pay a penalty.
[ ] may  [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _signature_ 3-25-05 | _signature_ 3-25-05 |
|---|---|
| Borrower   Date | Borrower   Date |
| ROY J SMITH | LINDA F. SMITH |
| Borrower   Date | Borrower   Date |
| Borrower   Date | Borrower   Date |
| Borrower   Date | Borrower   Date |

# FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

**Borrower Name(s):**
JAMES K. PETTYJOHN JR., CAROLYN ANN
PETTYJOHN

**Lender:**
Home Funds Direct
15090 Avenue of Science
San Diego, CA 92128

**Date:** 03/31/2005    **Loan #:** 0502280108

**Loan Type:** Conventional

**Borrower Address:**
400 STEELE ROAD
ROSSVILLE, GA 30741

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.942 % | $188,108.01 | $84,720.56 | $272,828.57 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $663.32 | 06/01/2005 | | | |
| 6 | $755.44 | 06/01/2007 | | | |
| 329 | $764.79 | 12/01/2007 | | | |
| 1 | $760.34 | 05/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [X] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier. The Current index rate is 3.160.

**SECURITY:** You are giving a security interest in the property located at:
400 STEELE ROAD
ROSSVILLE, GA 30741

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $190.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Jms K Pettyjohn_    3-31-05        _Carolyn Ann Pettyjohn_  3-31-05
Borrower                Date        Borrower                Date
JAMES K. PETTYJOHN, JR.                CAROLYN ANN PETTYJOHN

Borrower                Date        Borrower                Date

Borrower                Date        Borrower                Date

Borrower                Date        Borrower                Date

## FEDERAL TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Borrower Name(s):<br>JAMES E WEST, BRENDA G WEST | Lender:<br>**Home Funds Direct**<br>**15090 Avenue of Science**<br>**San Diego, CA 92128** |
|---|---|
| | Date: **03/25/2005**    Loan #:**0503150583** |
| | **Loan Type: Conventional** |

**Borrower Address:**
**308 WILLIS DRIVE**
**BALL GROUND, GA 30107**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.466 % | $254,418.91 | $142,911.26 | $ 397,330.17 |

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,103.72 | 06/01/2005 | | | |
| 1 | $1,094.69 | 05/01/2035 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
**308 WILLIS DRIVE**
**BALL GROUND, GA 30107**

**ASSUMPTION:** Someone buying this property [X] cannot assume the remaining balance due under original mortgage terms [ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $170.00

**PROPERTY INSURANCE:** [X] Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance [ ] is [X] is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than **15** days late, you will be charged a late charge of **5.000%** of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may [ ] will not have to pay a penalty.
[ ] may [X] will not be entitled to a refund of part of the finance charge.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| *James E West*    3-25-05 | *Brenda G West*    3-25-05 |
|---|---|
| Borrower    Date<br>JAMES E WEST | Borrower    Date<br>BRENDA G WEST |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |

MIN # 100178105031505830

WEST
Page 1 of 1

Loan # 0503150583

TRTBHLND.UFF

Rev 12/04

## FINAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| **Borrower Name(s):**<br>LOUIS PASSANTINO, DESIREE A PASSANTINO | **Lender:**<br>Home Funds Direct<br>15090 Avenue of Science<br>San Diego, CA 92128 |
| | **Date:** 02/04/2005    **Loan #:** 0411222108 |
| | **Loan Type: Conventional** |

**Borrower Address:**
41 15TH STREET
WADING RIVER, NY 11792

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.389 % | $191,909.31 | $ 207,467.30 | $ 399,376.61 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 239 | $1,664.09 | 04/01/2005 | | | |
| 1 | $1,659.10 | 03/01/2025 | | | |

**DEMAND FEATURE:** ☒ This loan does not have a Demand Feature. ☐ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:** ☐ This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:
41 15TH STREET
WADING RIVER, NY 11792

**ASSUMPTION:** Someone buying this property ☒ cannot assume the remaining balance due under original mortgage terms ☐ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $150.00

**PROPERTY INSURANCE:** ☒ Property hazard insurance in the amount of the lesser of the loan amount or replacement cost with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any company acceptable to the lender.
Hazard insurance ☐ is ☒ is not available through the lender at an estimated cost of N/A for N/A year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 2.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
☒ may ☐ will not have to pay a penalty.
☐ may ☒ will not be entitled to a refund of part of the finance charge.
**See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | | | |
|---|---|---|---|
| *Louis Passantino* 2/4/05 | | *Desiree G. Passantino* 2/4/05 | |
| Borrower    Date<br>LOUIS PASSANTINO | | Borrower    Date<br>DESIREE A PASSANTINO | |
| Borrower    Date | | Borrower    Date | |
| Borrower    Date | | Borrower    Date | |
| Borrower    Date | | Borrower    Date | |

MIN # 100176104112221086          PASSANTINO          Loan # 0411222108
TRTHNLND.UFF                       Page 1 of 1                    Rev 12/04