IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHERYL HALL FRAZIER, | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL NUMBER: 1:08-cv-11-MHT |
| ACCREDITED HOME LENDERS, INC., d/b/a HOME FUNDS DIRECT, | * | |
| | * | |
| Defendant | | |

### PLAINTIFF'S MOTION TO DEEM PARTIES JOINT RECORD AS TIMELY FILED

COMES NOW the Plaintiff in the above styled cause, by and through her undersigned attorney and hereby requests that the Court accept as timely filed the Parties Joint Record. As grounds for request Plaintiff would show the Court that:

1. On July 7, 2008 the Court ordered parties to submit the joint record by July 18, 2008.

2. Numerous attempts were made to file the Record through the CM/ECF system but due to unknown causes the system would not accept the Record as filed.

3. On July 21, 2008 Plaintiff's counsel contacted personnel for the CM/ECF system in an effort to determine the problem.

4. Parties Joint Record has now been filed with the Court and counsel for all parties received the Record electronically.

Plaintiff requests that the Court enter an Order accepting this as timely filed.

STEVEN L. NICHOLAS (NICHS2021)
CUNNINGHAM BOUNDS, LLC
Post Office Box 66705
Mobile, Alabama 36660
251-471-6191

EARL P. UNDERWOOD, JR. (UNDEE9591)
Post Office Box 969
Fairhope, Alabama 36533
251-990-5558

KENNETH J. RIEMER (RIEMK8712)
Post Office Box 1206
Mobile, Alabama 36633
251-432-9212

GEORGE R. IRVINE, III (IRVIG4725)
STONE, GRANADE & CROSBY, P.C.
7133 Stone Drive
Daphne, Alabama 36526
251-626-6696
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that on the 21 day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record.

Robert E. Poundstone, IV
Bradley Arant Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

James D. Minor, Jr.
Bradley Arant Rose & White, LLP
One Jackson Place, Suite 450
188 East Capitol Street
Post Office Box 1789
Jackson, Mississippi 39215-1789

STEVEN L. NICHOLAS