IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHERYL HALL FRAZIER, )<br>individually and on behalf )<br>of a class of similarly )<br>situated persons, )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )<br>  )<br>ACCREDITED HOME LENDERS, )<br>INC., d/b/a Home Funds )<br>Direct, )<br>  )<br>   Defendant. ) | CIVIL ACTION NO.<br>1:08cv11-MHT |

ORDER

It is ORDERED that the motion to deem joint record as timely filed (Doc. No. 65) is granted.

DONE, this the 23rd day of July, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**