IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL HALL FRAZIER,<br>individually and on behalf of a class<br>of similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>ACCREDITED HOME LENDERS,<br>INC., d/b/a HOME FUNDS DIRECT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:08-cv-11-MHT<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT ACCREDITED HOME LENDERS, INC.'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN OPPOSITION TO CLASS CERTIFICATION

COMES NOW Defendant Accredited Home Lenders, Inc. ("Accredited"), by and through counsel, and with Plaintiff's consent moves this Court for a one-week extension to file its Brief in Opposition to Class Certification. In support of its Motion, Accredited shows the Court the following:

1. On July 11, 2008 this Court granted Plaintiff's Motion to Extend Deadline for Filing Class Certification Brief. By extending the deadline, the Court gave Plaintiff until July 18, 2008 to file its Brief in Support of Class Certification and gave Accredited until August 1, 2008 to file its Brief in Opposition. *See* Order, attached as Exhibit A.

2. On July 18, 2008 Plaintiff filed its 35-page Memorandum in Support of Class Certification.

3. On July 30, 2008, counsel for Accredited notified counsel for Plaintiff that Accredited would be seeking a one-week extension of the deadline for filing Accredited's Brief in Opposition and requested that Plaintiff's counsel consent to such an extension. In response,

counsel for Plaintiff consented to Accredited's Motion for Extension. *See* E-mail correspondence between counsel for Accredited and counsel for Plaintiff, attached as Exhibit B.

4. Accordingly, Accredited now moves this Court to extend the deadline for filing its Brief in Opposition to Class Certification to August 8, 2008 and to extend the deadline for Plaintiff's brief in reply to August 15, 2008.

WHEREFORE, Accredited respectfully requests that this Court grant Accredited's Motion for Extension of Time to File its Brief in Opposition to Class Certification.

Respectfully submitted, this the 30th day of July, 2008.

s:/ Robert E. Poundstone IV
Robert E. Poundstone IV (POU006)

**One of the attorneys for Defendant Accredited Home Lenders, Inc.**

OF COUNSEL

Robert E. Poundstone IV
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

James D. Minor, Jr.
Kathleen R. Shields
BRADLEY ARANT ROSE & WHITE LLP
One Jackson Place, Suite 450
188 East Capitol Street
Post Office Box 1789
Jackson, Mississippi 39215-1789

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Earl P. Underwood, Jr.
>James Donnie Patterson
>Law Offices of Earl P. Underwood, Jr.
>P.O. Box 969
>21 South Section Street
>Fairhope, AL 36533-0969
>
>George Richardson Irvine, III
>Stone Granade & Crosby PC
>PO Drawer 1509
>Bay Minette, AL 36507-1509
>
>Kenneth Joseph Riemer
>166 Government Street, Suite 100
>PO Box 1206
>Mobile, AL 36633-1206
>
>Steven Leon Nicholas
>Cunningham, Bounds, Crowder, Brown & Breedlove, LLC
>PO Box 66705
>Mobile, AL 36660-6705

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:
None.

>Respectfully submitted,
>s/ Robert E. Poundstone, IV

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CHERYL Hall FRAZIER, individually and on behalf of a class of similarly situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:08cv11-MHT |
| ACCREDITED HOME LENDERS, INC., d/b/a Home Funds Direct, | ) ) ) ) | |
| Defendant. | ) ) | |

ORDER

It is ORDERED that the motion to extend deadline (Doc. No. 36) is granted.

DONE, this the 11th day of July, 2008.

　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　UNITED STATES DISTRICT JUDGE



EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHERYL HALL FRAZIER, | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL NUMBER: 1:08-cv-11-MHT |
| ACCREDITED HOME LENDERS, INC., d/b/a HOME FUNDS DIRECT, | * | |
| | * | |
| Defendant. | * | |
| | * | |

UNOPPOSED MOTION TO EXTEND DEADLINE
FOR FILING CLASS CERTIFICATION BRIEF

Comes now Plaintiff, by and through her undersigned attorney, and moves this Court for an extension of filing Plaintiff's brief in support of class certification, and the Defendant's reply thereto, up to and including July 18, 2008, and as grounds therefor shows as follows:

1. That this Court granted an extension for the filing of the record of evidence in support of the motion for class certification until July 18, 2008.

2. Until the record of evidence is completed, it is impossible to file a meaningful brief in support of class certification.

3. The Defendant does not oppose the extension requested herein.

WHEREFORE, Plaintiff requests an Order of this Court setting the deadline for filing her brief in support of class certification for July 18, 2008 and setting the Defendant's reply to August 1, 2008, and Plaintiff's reply to August 8, 2008. All the other dates set forth in the Court's Scheduling Order should be unaffected by this extension.

_____
STEVEN L. NICHOLAS (NICHS2021)
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (Fax)

## CERTIFICATE OF SERVICE

I do hereby certify that on the ___ day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record.

Robert E. Poundstone, IV
Bradley Arant Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

James D. Minor, Jr.
Bradley Arant Rose & White, LLP
One Jackson Place, Suite 450
188 East Capitol Street
Post Office Box 1789
Jackson, Mississippi 39215-1789

_____
STEVEN L. NICHOLAS

-2-

**Poundstone, Bobby**

___

| | |
|---|---|
| From: | Earl P. Underwood, Jr. [epunderwood@alalaw.com] |
| Sent: | Wednesday, July 30, 2008 3:38 PM |
| To: | Poundstone, Bobby; 'Ken Riemer'; gri@sgclaw.com; SLN@cbycb.com |
| Cc: | Minor, Jr., J. Doug; Shields, Kathleen |
| Subject: | RE: Hall, Cheryl |

Bobby, what you suggest is fine with us.

-----Original Message-----
From: Poundstone, Bobby [mailto:bpoundstone@bradleyarant.com]
Sent: Wednesday, July 30, 2008 2:59 PM
To: Ken Riemer; epunderwood@alalaw.com; gri@sgclaw.com; SLN@cbycb.com
Cc: Minor, Jr., J. Doug; Shields, Kathleen
Subject: RE: Hall, Cheryl

All,

I e-mailed Earl about this earlier today, but did not hear back.  Can one of you let me know if you would either consent to, or not object to, us seeking a one week extension on the due date for our class cert.
brief?  I would like to include that in the motion for extension

Thanks,

Bobby Poundstone

Robert E. Poundstone IV
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Phone:  (334) 956-7700
Fax:  (334) 956-7701


*******************************************************

Confidentiality Notice and Disclaimer:  This e-mail is from a law firm, and it may be protected by the attorney-client privilege or as attorney work-product.  If you received the message by error, please notify the sender that you received it by replying to this e-mail, and then delete it from your computer.  Unless specifically stated otherwise in the body of the message, the content of the message is not to be construed as establishing an attorney-client relationship if one does not otherwise exist, or as a consent to conduct business by any electronic medium


Confidentiality Notice:  This e-mail is from a law firm and may be protected by the attorney-client or work product privileges.  If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

