IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


CHERYL HALL FRAZIER,          )
individually and on behalf    )
of a class of similarly       )
situated persons,             )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )          1:08cv11-MHT
                              )
ACCREDITED HOME LENDERS,      )
INC., d/b/a Home Funds        )
Direct,                       )
                              )
     Defendant.               )

                          ORDER

     It is ORDERED as follows:

     (1) Defendant's motion for extension of time (Doc.

         No. 67) is granted.

     (2) Defendant's brief is now due August 8, 2008.

     (3) Plaintiff may file a reply brief by no later

         than August 15, 2008.

     DONE, this the 1st day of August, 2008.

                    ___/s/ Myron H. Thompson___
                    UNITED STATES DISTRICT JUDGE