IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHERYL HALL FRAZIER, individually** ) <br> **and on and on behalf of others similarly** ) <br> **situated,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **ACCREDITED HOME LENDERS,** ) <br> **INC., d/b/a HOME FUNDS DIRECT,** ) <br> ) <br> **Defendants.** ) | **CASE NUMBER: 1:08-cv-11-MHT** |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

NOW COMES Plaintiff and asserts that a face to face settlement conference was held with Defendant's counsel August 2, 2008 in Magnolia Springs, Alabama pursuant to this Court's Scheduling Order dated January 23, 2008 [Doc. 9]. No settlement of the action was reached. The parties do not believe mediation would be effective in this matter until after the Court has ruled upon the currently pending Motion for Class Certification [Doc. 44] and Defendant's Motion for Summary Judgment [Doc. 37]. The parties believe that mediation would assist them in resolving the case short of trial after ruling upon the pending motions.

Respectfully submitted,

s/George R. Irvine, III
GEORGE R. IRVINE, III (IRV4725)
Attorney for Plaintiff
gri@sgclaw.com

OF COUNSEL:

STONE, GRANADE & CROSBY, P.C.
Attorneys at Law
7133 Stone Drive
Daphne, Alabama 36526
(251) 626-6696

### CERTIFICATE OF SERVICE

    I George R. Irvine, III, Attorney for Plaintiff, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing, this the 4th day of August, 2008, as follows:

Kenneth J. Riemer, Esq.
Post Office Box 1206
Mobile, Alabama 36633

Earl P. Underwood, Jr., Esq.
Post Office Box 969
Fairhope, Alabama 36533

Robert E. Poundstone, IV, Esq.
Bradley, Arant, Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

James D. Minor, Jr., Esq.
Bradley, Arant, Rose & White, LLP
P. O. Box 1789
Jackson, Mississippi 39215-1789


    /s/ George R. Irvine, III
    GEORGE R. IRVINE. III

00068078.WPD