IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL HALL FRAZIER, individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiff,<br><br>V.<br><br>ACCREDITED HOME LENDERS, INC., d/b/a HOME FUNDS DIRECT<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.:<br>)  1:08-cv-11-MHT<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) CLASS ACTION<br>) |

**UNOPPOSED MOTION FOR ADDITIONAL SEVEN DAYS TO FILE
RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiff in the above-styled cause. and by and through her undersigned attorney, files this unopposed motion for an additional week to file her response to defendant's motion for summary judgment (Doc 37):

1.    Plaintiff's attorney has conferred with Defendant's counsel and they are unopposed to the one week extension, making opposition to Defendant's Motion for Summary Judgment due on August 15th 2008.

WHEREFORE Plaintiff respectfully submits this motion requesting an additional seven days to file her response to Defendant's Motion for Summary Judgment.

/s/ Earl P. Underwood, Jr._____
Earl P. Underwood, Jr.
Attorney for Plaintiff
Post Office Box 969
Fairhope, AL  36533-0969
(251) 990-5558 voice
(251) 990-0626 fax
epunderwood@alalaw.com

CERTIFICATE OF SERVICE

  I hereby certify that on August 4th 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Poundstone, IV
Bradley, Arant Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

James D. Minor, Jr.
Bradley, Arant Rose & White LLP
Suite 450 One Jackson Pl
188 East Capitol St
PO Box 1789
Jackson MS 39215-1789

                /s/ Earl P. Underwood, Jr.
                Earl P. Underwood, Jr.