IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


CHERYL HALL FRAZIER,            )
individually and on behalf      )
of a class of similarly         )
situated persons,               )
                                )
        Plaintiff,              )
                                )       CIVIL ACTION NO.
        v.                      )         1:08cv11-MHT
                                )
ACCREDITED HOME LENDERS,        )
INC., d/b/a Home Funds          )
Direct,                         )
                                )
        Defendant.              )

                            ORDER

        It is ORDERED that plaintiff's motion for additional

time (Doc. No. 70) is granted.

        DONE, this the 6th day of August, 2008.


                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE