IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHERYL HALL FRAZIER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CASE NO. 1:08-cv-11-MHT** |
| **ACCREDITED HOME LENDERS, INC.,** ) | |
| **d/b/a HOME FUNDS DIRECT** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO STRIKE

COMES NOW Defendant Accredited Home Lenders, Inc. d/b/a Home Funds Direct ("Accredited") and respectfully requests that the Court strike portions of the Joint Record filed by Plaintiff in connection with the motion for class certification in this matter. As grounds for this motion, Accredited states:

1. On May 14, 2008, this Court entered an order directing the parties to jointly develop and submit a record of evidence. *Exhibit A*. The deadline for filing said record was later extended to July 18, 2008.

2. On or about July 3, 2008, counsel for Accredited provided counsel for Plaintiff with a letter listing the documents Accredited wanted in the record. Counsel for Accredited also wrote: "Obviously, we request that you make us aware of all materials that you intend to include prior to your filing the appendix so we can discuss any objections that we might have." *Exhibit B*.

3. At 10:10 a.m. on the morning of July 18th, the day the appendix was due, counsel for Accredited again requested that counsel for Plaintiff provide

        Accredited with a list of materials Plaintiff intended to include in the joint appendix. *Exhibit C*.

4. At 3:17 p.m. on the afternoon of July 18th, counsel for Accredited again inquired of counsel for Plaintiff as to the state of the appendix and requested a list of what Plaintiff was including. *Exhibit D*.

5. Then at 3:51 p.m. on the afternoon of July 18th, after still not receiving Plaintiff's list, counsel for Accredited again emailed counsel for Plaintiff and inquired whether Plaintiff intended to include anything in the appendix which was not either produced in this litigation or was a deposition taken in this litigation. *Exhibit E*.

6. Finally, at 4:31 p.m. on the afternoon of July 18th, counsel for Plaintiff emailed counsel for Accredited a list of documents it intended to include in the appendix. *Exhibit F*. However, at 4:32 p.m., counsel for Plaintiff also sent counsel for Accredited an email stating that the list of documents may not be final. *Exhibit G*. Counsel for Accredited never received a supplemental list of documents and never received any documents not previously in its possession prior to the Plaintiff filing the appendix on July 21st.

7. At 5:25 p.m., on the evening of July 18th, counsel for Accredited responded to counsel for Plaintiff as follows:

> This late in the game, we cannot review (nor do we even have copies of) the documents and other materials which were generated outside of this case. Accordingly, please do not state in the appendix that it has been agreed upon

>by the parties. Doug and I will review the materials once they are filed and reserve the right to move to strike anything we might find objectionable. I think this course of action will preserve our rights, but keep you from having to pull materials out of the appendix at 5:30 p.m. on Friday afternoon.

*Exhibit H*.

8. Because of the above-referenced occurrences, Accredited respectfully asks that this Court strike documents which were not previously provided to Accredited by Plaintiff's counsel and/or which would not be admissible under the Rules of Evidence. Specifically, Accredited requests as follows:

9. Accredited moves to Strike the depositions of William Long (R.000581-000613) and Greg Swafford (R.000876-001228) in the lawsuit entitled *Saucida v. Swafford and Hays Settlement Services, Inc.* Said depositions are excluded as hearsay and do not meet the former testimony exception of F.R.Evid. 804(b) (1) because Accredited was not a party to the *Saucida* lawsuit and, accordingly, did not have the opportunity to participate in, and develop testimony in, said depositions. Further, Accredited was not provided a copy of these depositions prior to Plaintiff filing the record.

10. Accredited further moves to strike the deposition of William Long (R.000581-000613) in the *Saucida* lawsuit and the depositions of William Patrucelli (R.000614-000875) in the *Edwards v. Accredited Home Lenders* lawsuit because said depositions are irrelevant to the matters before this Court.

William Long is employed by and testified concerning Homeowner's Loan Corporation – another mortgage lender which had absolutely no involvement in the loans of the Plaintiff or any purported class members in this action. Similarly, William Petrucelli is an employee of Lender's First Choice, which is a closing agent, but not the closing agent which closed the Plaintiff's loan. Because any claim certified in this matter should be limited to loans for which Swafford and Hays served as closing agent, the depositions of Mr. Petrucelli are irrelevant.

11. Further, Accredited moves the Court to strike loan files for various borrowers whose loans were closed by Swafford and Hays. (R.001841-002823). Accredited was never provided copies of these loan files prior to Plaintiff including said documents in the record filed with the Court. In fact, these documents, which were apparently obtained from Swafford and Hays, should have been produced in response to Accredited's sixth production request to Plaintiff, which requested: "Please identify and produce each and every document requested and/or obtained by you from a third party which relates to the loan at issue, **Accredited Home or your allegations in this case**." (R. 003104) (emphasis added).

WHEREFORE, for the reasons set forth herein and to avoid undue prejudice to Accredited in this matter, Accredited respectfully requests that this Court strike the following sections of the record: R.000581-000613, 000614-000875, 000876 – 001228, and 001841-002823.

Respectfully submitted, this the 8th day of August, 2008.

                                                  s/ Robert E. Poundstone IV
                                                  Robert E. Poundstone IV (POU006)
                                                  **One of the attorneys for Defendant**
                                                  **Accredited Home Lenders, Inc.**

<u>OF COUNSEL</u>

Robert E. Poundstone IV
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

James D. Minor, Jr.
BRADLEY ARANT ROSE & WHITE LLP
One Jackson Place, Suite 450
188 East Capitol Street
Post Office Box 1789
Jackson, Mississippi 39215-1789

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Earl P. Underwood, Jr.
    James Donnie Patterson
    Law Offices of Earl P. Underwood, Jr.
    P.O. Box 969
    21 South Section Street
    Fairhope, AL 36533-0969

    George Richardson Irvine, III
    Stone Granade & Crosby PC
    PO Drawer 1509
    Bay Minette, AL 36507-1509

    Kenneth Joseph Riemer
    166 Government Street, Suite 100
    PO Box 1206
    Mobile, AL 36633-1206

    Steven Leon Nicholas
    Cunningham, Bounds, Crowder, Brown & Breedlove, LLC
    PO Box 66705
    Mobile, AL 36660-6705

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:
None.

            Respectfully submitted,
            s/ Robert E. Poundstone, IV
            Robert E. Poundstone, IV
            Bradley Arant Rose & White LLP
            The Alabama Center for Commerce
            401 Adams Avenue, Suite 780
            Montgomery, AL 36104
            Telephone: (334) 956-7700
            Facsimile: (334) 956-7701
            E-mail: bpoundstone@bradleyarant.com

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHERYL Hall FRAZIER, )<br>and on behalf of a class )<br>of similarly situated )<br>persons, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>ACCREDITED HOME LENDERS, )<br>INC., d/b/a Home Funds )<br>Direct, )<br>  )<br>Defendant. ) | CIVIL ACTION NO.<br>1:08cv11-MHT |

ORDER

It is ORDERED as follows:

(1) The motion for class certification (Doc. No. 22) is set for final submission, without oral argument, on July 18, 2008.

(2) The parties are allowed until June 13, 2008, to complete discovery and the depositions of all persons whose testimony will be made part of the evidentiary record.


EXHIBIT A

(3) By June 20, 2008, the parties are jointly to develop and submit to the court a record of the evidence (depositions, stipulations, affidavits, etc.) that they intend the court to rely upon.

(4) The plaintiff is to file a brief by June 27, 2008.

(5) The defendant is to file a brief by July 11, 2008.

(6) The plaintiff may file a reply brief by July 18, 2008.

(7) When the parties refer to evidence in their briefs, they must cite the specific document and page number where the evidence can be found in the evidentiary record. A brief which fails to comply with this requirement will be struck. The record should be sequentially numbered, that is, Bates-stamped, such that the parties and the court can quickly refer to the entire record by page number.

DONE, this the 14th day of May, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE



**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

SUITE 450, ONE JACKSON PLACE
188 EAST CAPITOL STREET
PO BOX 1789
JACKSON, MS 39215-1789
601.948.8000  FAX 601.948.3000
WWW.BRADLEYARANT.COM

J. Douglas Minor, Jr.

Direct Dial: 601-592-9973
Direct Fax: 601-592-1473
dminor@bradleyarant.com

July 3, 2008

**VIA FACSIMILE: (251) 990-0626**
Earl Price Underwood, Jr.
Law Offices of Earl P. Underwood, Jr.
Post Office Box 969
Fairhope, Alabama 36533-0959

      Re:    Cheryl H. Frazier v. Accredited Home Lenders, Inc., et al; In the United States District Court; Middle District of Alabama; Southern Division; Civil Action No.: 1:08-CV-11-MHT

Dear Earl:

    In confirmation of our conversation yesterday, we do not oppose you filing a motion to further extend the deadlines for class certification filings. In the event that you deem it necessary to file the evidentiary appendix prior to the Court's ruling on the motion for an extension of deadlines, AHL requests that the following materials be included:

1) The Plaintiff's deposition and exhibits thereto;

2) Swafford's deposition and exhibits thereto;

3) AHL's deposition and exhibits thereto;

4) All documents produced by your client in discovery; and

5) Your client's written discovery responses to our interrogatories and requests for production.

    If you do not have any of the materials listed please let us know and we will send them to you. Obviously, we request that you make us aware of all materials that you intend to include prior to your filing of the appendix so we can discuss any objections that we might have. Finally, should you have any questions concerning this letter, or if I have misstated any part of our conversation yesterday, please do not hesitate to call me.



EXHIBIT
B



FAXED

4/126155.1
BIRMINGHAM     CHARLOTTE     HUNTSVILLE     JACKSON     MONTGOMERY     WASHINGTON, DC

Earl Underwood
July 3, 2008
Page 2

Sincerely,

*[signature]*

J. Douglas Minor, Jr.

JDM, Jr./eb

cc:  Robert E. Poundstone, IV
     J. William Manuel
     Kathleen R. Shields

**Poundstone, Bobby**

**From:** Poundstone, Bobby
**Sent:** Friday, July 18, 2008 10:10 AM
**To:** Minor, Jr., J. Doug; 'epunderwood@alalaw.com'
**Subject:** Re: 0471_001.pdf

Earl,

Will you shoot us a list of what you intend to include?

Thanks,

Bobby

---

**From:** Minor, Jr., J. Doug
**To:** 'Earl P. Underwood, Jr.'
**Cc:** Poundstone, Bobby
**Sent:** Fri Jul 18 09:51:34 2008
**Subject:** 0471_001.pdf

Earl,

Attached is the letter including our list.

Thanks,
Doug

<<0471_001.pdf>>



EXHIBIT
C

7/23/2008

**Poundstone, Bobby**

**From:** Poundstone, Bobby
**Sent:** Friday, July 18, 2008 3:17 PM
**To:** 'epunderwood@alalaw.com'
**Subject:** Re: 0471_001.pdf

Earl, how are you coming with the appendix? Doug and I are both about to be out of the office so shoot us an e-mail as soon as you can with a list of what you are including beyond what we included.

---

**From:** Earl P. Underwood, Jr.
**To:** Poundstone, Bobby
**Sent:** Fri Jul 18 10:28:22 2008
**Subject:** RE: 0471_001.pdf

Will do, We are working on it now.

---

**From:** Poundstone, Bobby [mailto:bpoundstone@bradleyarant.com]
**Sent:** Friday, July 18, 2008 10:10 AM
**To:** Minor, Jr., J. Doug; epunderwood@alalaw.com
**Subject:** Re: 0471_001.pdf

Earl,

Will you shoot us a list of what you intend to include?

Thanks,

Bobby

---

**From:** Minor, Jr., J. Doug
**To:** 'Earl P. Underwood, Jr.'
**Cc:** Poundstone, Bobby
**Sent:** Fri Jul 18 09:51:34 2008
**Subject:** 0471_001.pdf

Earl,

Attached is the letter including our list.

Thanks,
Doug

<<0471_001.pdf>>

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.



7/23/2008

## Poundstone, Bobby

**From:** Poundstone, Bobby
**Sent:** Friday, July 18, 2008 3:51 PM
**To:** 'epunderwood@alalaw.com'
**Cc:** Minor, Jr., J. Doug
**Subject:** Re: 0471_001.pdf

Earl,

Are you including anything that wasn't produced in or is a deposition taken in this litigation?

Thanks,

Bobby

---

**From:** Earl P. Underwood, Jr.
**To:** Poundstone, Bobby
**Sent:** Fri Jul 18 15:25:57 2008
**Subject:** RE: 0471_001.pdf

I think it is about done.

---

**From:** Poundstone, Bobby [mailto:bpoundstone@bradleyarant.com]
**Sent:** Friday, July 18, 2008 3:17 PM
**To:** epunderwood@alalaw.com
**Subject:** Re: 0471_001.pdf

Earl, how are you coming with the appendix? Doug and I are both about to be out of the office so shoot us an e-mail as soon as you can with a list of what you are including beyond what we included.

---

**From:** Earl P. Underwood, Jr.
**To:** Poundstone, Bobby
**Sent:** Fri Jul 18 10:28:22 2008
**Subject:** RE: 0471_001.pdf

Will do, We are working on it now.

---

**From:** Poundstone, Bobby [mailto:bpoundstone@bradleyarant.com]
**Sent:** Friday, July 18, 2008 10:10 AM
**To:** Minor, Jr., J. Doug; epunderwood@alalaw.com
**Subject:** Re: 0471_001.pdf

Earl,

Will you shoot us a list of what you intend to include?

Thanks,

Bobby



7/23/2008

## Poundstone, Bobby

| | |
|---|---|
| **From:** | Earl P. Underwood, Jr. [epunderwood@alalaw.com] |
| **Sent:** | Friday, July 18, 2008 4:31 PM |
| **To:** | Poundstone, Bobby |
| **Cc:** | Minor, Jr., J. Doug |
| **Subject:** | RE: 0471_001.pdf |
| **Attachments:** | _Index to class cert Record.pdf |

Here it is.

---

**From:** Poundstone, Bobby [mailto:bpoundstone@bradleyarant.com]
**Sent:** Friday, July 18, 2008 3:51 PM
**To:** epunderwood@alalaw.com
**Cc:** Minor, Jr., J. Doug
**Subject:** Re: 0471_001.pdf

Earl,

Are you including anything that wasn't produced in or is a deposition taken in this litigation?

Thanks,

Bobby

---

**From:** Earl P. Underwood, Jr.
**To:** Poundstone, Bobby
**Sent:** Fri Jul 18 15:25:57 2008
**Subject:** RE: 0471_001.pdf

I think it is about done.

---

**From:** Poundstone, Bobby [mailto:bpoundstone@bradleyarant.com]
**Sent:** Friday, July 18, 2008 3:17 PM
**To:** epunderwood@alalaw.com
**Subject:** Re: 0471_001.pdf

Earl, how are you coming with the appendix? Doug and I are both about to be out of the office so shoot us an e-mail as soon as you can with a list of what you are including beyond what we included.

---

**From:** Earl P. Underwood, Jr.
**To:** Poundstone, Bobby
**Sent:** Fri Jul 18 10:28:22 2008
**Subject:** RE: 0471_001.pdf

Will do, We are working on it now.

---

**From:** Poundstone, Bobby [mailto:bpoundstone@bradleyarant.com]
**Sent:** Friday, July 18, 2008 10:10 AM
**To:** Minor, Jr., J. Doug; epunderwood@alalaw.com

**EXHIBIT F**

7/23/2008

**Subject:** Re: 0471_001.pdf

Earl,

Will you shoot us a list of what you intend to include?

Thanks,

Bobby

---

**From:** Minor, Jr., J. Doug
**To:** 'Earl P. Underwood, Jr.'
**Cc:** Poundstone, Bobby
**Sent:** Fri Jul 18 09:51:34 2008
**Subject:** 0471_001.pdf

Earl,

Attached is the letter including our list.

Thanks,
Doug

<<0471_001.pdf>>

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

7/23/2008

**RECORD - Hall-Frazier v. Accredited**

1. Hall Loan File

2. Recorded Mortgage

3. Title Commitment

4. Swafford Documents Produced in Response to Subpoena

5. Subpoena response of Sand Dollar Title

6. Subpoena response to Southern Land & Title, LLC

7. HUD Statement for Jonathan and Sharron Edwards

8. Recorded Mortgage: Jonathan and Sharron Edwards

9. Deposition of Cheryl Hall-Frazier with Exhibits   (Hall-Frazier case)

10. Deposition of Alma Diaz with Exhibits (Edwards case)

11. Deposition of Deposition of William Long   (Saucida case)

12. Deposition of William Petruccelli (February 28, 2008) with Exhibits

13. Deposition of William Petruccelli (May 12, 2008) with Exhibits

14. Deposition of Greg Swafford (Saucida case) with Exhibits

15. Deposition of Greg Swafford (Hall-Frazier case) with Exhibits

16. Deposition of Robert Dooley ( Hall-Frazier case) with Exhibits

17. Spreadsheet of Loans of Accredited closed by Swafford

18. Supportive documents relating to spreadsheet of loans of Accredited

18. TILA's relating to spreadsheet of loans of Accredited

19. Swafford Audit dated 3/18/05

20. Affidavits of Class Counsel regarding qualifications for serving as class counsel

21. All documents produced by Hall-Frazier in discovery

22. Hall-Frazier's written discovery responses to defendant's interrogatories and requests for production.

**Poundstone, Bobby**

**From:** Earl P. Underwood, Jr. [epunderwood@alalaw.com]
**Sent:** Friday, July 18, 2008 4:32 PM
**To:** Poundstone, Bobby
**Cc:** Minor, Jr., J. Doug
**Subject:** RE: 0471_001.pdf

Sorry, that list may not be final.

**From:** Poundstone, Bobby [mailto:bpoundstone@bradleyarant.com]
**Sent:** Friday, July 18, 2008 3:51 PM
**To:** epunderwood@alalaw.com
**Cc:** Minor, Jr., J. Doug
**Subject:** Re: 0471_001.pdf

Earl,

Are you including anything that wasn't produced in or is a deposition taken in this litigation?

Thanks,

Bobby

**From:** Earl P. Underwood, Jr.
**To:** Poundstone, Bobby
**Sent:** Fri Jul 18 15:25:57 2008
**Subject:** RE: 0471_001.pdf

I think it is about done.

**From:** Poundstone, Bobby [mailto:bpoundstone@bradleyarant.com]
**Sent:** Friday, July 18, 2008 3:17 PM
**To:** epunderwood@alalaw.com
**Subject:** Re: 0471_001.pdf

Earl, how are you coming with the appendix? Doug and I are both about to be out of the office so shoot us an e-mail as soon as you can with a list of what you are including beyond what we included.

**From:** Earl P. Underwood, Jr.
**To:** Poundstone, Bobby
**Sent:** Fri Jul 18 10:28:22 2008
**Subject:** RE: 0471_001.pdf

Will do, We are working on it now.

**From:** Poundstone, Bobby [mailto:bpoundstone@bradleyarant.com]
**Sent:** Friday, July 18, 2008 10:10 AM
**To:** Minor, Jr., J. Doug; epunderwood@alalaw.com
**Subject:** Re: 0471_001.pdf


EXHIBIT
G

7/23/2008

Earl,

Will you shoot us a list of what you intend to include?

Thanks,

Bobby

---

**From:** Minor, Jr., J. Doug
**To:** 'Earl P. Underwood, Jr.'
**Cc:** Poundstone, Bobby
**Sent:** Fri Jul 18 09:51:34 2008
**Subject:** 0471_001.pdf

Earl,

Attached is the letter including our list.

Thanks,
Doug

<<0471_001.pdf>>

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

7/23/2008

**Poundstone, Bobby**

| | |
|---|---|
| From: | Poundstone, Bobby |
| Sent: | Friday, July 18, 2008 5:25 PM |
| To: | Earl P. Underwood, Jr. |
| Cc: | Minor, Jr., J. Doug |
| Subject: | RE: 0471_001.pdf |

Earl,

This late in the game, we cannot review (nor do we even have copies of) the documents and other materials which were generated outside of this case. Accordingly, please do not state in the appendix that it has been agreed upon by the parties. Doug and I will review the materials once they are filed and reserve the right to move to strike anything we might find objectionable. I think this course of action will preserve our rights, but keep you from having to pull materials out of the appendix at 5:30 on Friday afternoon.

Thanks,

Bobby


-----Original Message-----
From: Earl P. Underwood, Jr. [mailto:epunderwood@alalaw.com]
Sent: Fri 7/18/2008 4:30 PM
To: Poundstone, Bobby
Cc: Minor, Jr., J. Doug
Subject: RE: 0471_001.pdf

Here it is.

---

From: Poundstone, Bobby [mailto:bpoundstone@bradleyarant.com]
Sent: Friday, July 18, 2008 3:51 PM
To: epunderwood@alalaw.com
Cc: Minor, Jr., J. Doug
Subject: Re: 0471_001.pdf


Earl,

Are you including anything that wasn't produced in or is a deposition taken in this litigation?

Thanks,

Bobby

---

From: Earl P. Underwood, Jr.
To: Poundstone, Bobby
Sent: Fri Jul 18 15:25:57 2008
Subject: RE: 0471_001.pdf


I think it is about done.

---

From: Poundstone, Bobby [mailto:bpoundstone@bradleyarant.com]
Sent: Friday, July 18, 2008 3:17 PM

1



```
To: epunderwood@alalaw.com
Subject: Re: 0471_001.pdf
```

Earl, how are you coming with the appendix? Doug and I are both about to be out of the office so shoot us an e-mail as soon as you can with a list of what you are including beyond what we included.

---

```
From: Earl P. Underwood, Jr.
To: Poundstone, Bobby
Sent: Fri Jul 18 10:28:22 2008
Subject: RE: 0471_001.pdf
```

Will do, We are working on it now.

---

```
From: Poundstone, Bobby [mailto:bpoundstone@bradleyarant.com]
Sent: Friday, July 18, 2008 10:10 AM
To: Minor, Jr., J. Doug; epunderwood@alalaw.com
Subject: Re: 0471_001.pdf
```

Earl,

Will you shoot us a list of what you intend to include?

Thanks,

Bobby

---

```
From: Minor, Jr., J. Doug
To: 'Earl P. Underwood, Jr.'
Cc: Poundstone, Bobby
Sent: Fri Jul 18 09:51:34 2008
Subject: 0471_001.pdf
```

Earl,

Attached is the letter including our list.

Thanks,
Doug

<<0471_001.pdf>>

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

2