IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CHERYL HALL FRAZIER,          )
individually and on behalf    )
of a class of similarly       )
situated persons,             )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )       1:08cv11-MHT
                              )
ACCREDITED HOME LENDERS,      )
INC., d/b/a Home Funds        )
Direct,                       )
                              )
    Defendant.                )
```

ORDER

It is ORDERED that the motion to strike (Doc. No. 73) is set for submission, without oral argument, on August 15, 2008, with all briefs due by said date.

DONE, this the 11th day of August, 2008.

        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE