IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHERYL HALL FRAZIER, individually** ) <br> **and on and on behalf of others similarly** ) <br> **situated,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **ACCREDITED HOME LENDERS,** ) <br> **INC., d/b/a HOME FUNDS DIRECT,** ) <br> ) <br>     **Defendants.** ) | CASE NUMBER:  1:08-cv-11-MHT |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT ACCREDITED'S BRIEF IN OPPOSITION TO CLASS CERTIFICATION

COMES NOW Plaintiff Cheryl Hall Frazier, by and through her undersigned counsel of record, and moves this Court for a one-week extension of time in which to file her Reply to Defendant Accredited's Brief in Opposition to Class Certification. In support of her Motion, Plaintiff shows the Court the following:

1. On August 8, 2008, counsel for Plaintiff received Accredited's Opposition to Plaintiff's Motion for Class Certification. [Doc. 72]. Also, on August 8, 2008, Plaintiff received a Motion to Strike with respect to certain portions of the joint record submitted by the parties. [Doc. 73].

2. By its order of August 1, 2008, this Court provided for a deadline of August 15, 2008 for Plaintiff's reply to Defendant's Opposition to Motion for Class Certification. [Doc. 68].

3. By its order of August 11, 2008, this Court provided for a deadline of August 15, 2008 for any brief in opposition to the Motion to Strike. [Doc. 74].

4. Plaintiff intends to file an opposition to the Motion to Strike and a reply to the Opposition to Class Certification but requests a one week extension of the deadline to file the reply to the opposition to class certification. Counsel for Plaintiff and Defendant have conferred on Tuesday, August 12, 2008, and Defendant has no objection to the extension.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Extension of Time to File her Response to Accredited's Brief in Opposition to Class Certification.

Respectfully submitted,

s/George R. Irvine, III
GEORGE R. IRVINE, III (IRV4725)
Attorney for Plaintiff
gri@sgclaw.com

OF COUNSEL:

STONE, GRANADE & CROSBY, P.C.
Attorneys at Law
7133 Stone Drive
Daphne, Alabama 36526
(251) 626-6696

## CERTIFICATE OF SERVICE

I George R. Irvine, III, Attorney for Plaintiff, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing, this the 13th day of August, 2008, as follows:

Kenneth J. Riemer, Esq.
Post Office Box 1206
Mobile, Alabama 36633

Earl P. Underwood, Jr., Esq.
Post Office Box 969
Fairhope, Alabama 36533

Robert E. Poundstone, IV, Esq.
Bradley, Arant, Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

James D. Minor, Jr., Esq.
Bradley, Arant, Rose & White, LLP
P. O. Box 1789
Jackson, Mississippi 39215-1789

Steven Leon Nicholas, Esq.
Cunningham, Bounds, Crowder, Brown & Breedlove, LLC
PO Box 66705
Mobile, AL 36660-6705


/s/ George R. Irvine, III
GEORGE R. IRVINE, III

00068584.WPD