IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHERYL HALL FRAZIER, )<br>individually and on behalf )<br>of a class of similarly )<br>situated persons, )<br>　　　　　　　　　　　　　　)<br>　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　)<br>ACCREDITED HOME LENDERS, )<br>INC., d/b/a Home Funds )<br>Direct, )<br>　　　　　　　　　　　　　　)<br>　　Defendant. ) | CIVIL ACTION NO.<br>1:08cv11-MHT |

ORDER

It is ORDERED that plaintiff's motion for a one-week extension of time (Doc. No. 75) is granted.

DONE, this the 13th day of August, 2008.

　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　UNITED STATES DISTRICT JUDGE