IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHERYL HALL FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO.: |
| | ) | 1:08-cv-11-MHT |
| ACCREDITED HOME LENDERS, | ) | |
| INC., d/b/a HOME FUNDS DIRECT | ) | |
| | ) | |
| Defendant. | ) | |

### UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED BRIEF

COMES NOW the Plaintiff and moves the Court for leave to file a corrected brief in opposition to the Defendant's Motion for Summary Judgment. The original brief (Doc. 78) contains several typographical errors which have been corrected.

Respectfully submitted,


/s/ Earl P. Underwood, Jr.
EARL P. UNDERWOOD, JR. (UNDEE6591)
Post Office Box 969
Fairhope, Alabama 36533
251-990-5558
251-990-0626 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of August, 2008, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

\s\Earl P. Underwood, Jr.
EARL P. UNDERWOOD, JR.