IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL HALL FRAZIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 1:08-cv-11-MHT |
| ACCREDITED HOME LENDERS, INC., ) | |
| d/b/a HOME FUNDS DIRECT ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S BRIEF IN OPPOSITION TO SUMMARY JUDGMENT

COMES NOW Defendant Accredited Home Lenders, Inc. d/b/a Home Funds Direct ("Accredited") and respectfully moves for leave to file a reply to Plaintiff's brief in opposition to summary judgment on or before September 5, 2008. As grounds for this motion, Defendant states:

1. This matter involves technical legal arguments and complicated calculations which are central to Defendant's motion for summary judgment.

2. Defendant believes it would be in the interest of judicial economy for it to be permitted to respond to Plaintiff's brief in opposition to summary judgment since it would provide the Court with a detailed analysis of the technical issues in this proceeding.

3. Further, additional briefing will likely narrow the issues and make it less burdensome for the Court to engage in its examination and evaluation of issues pertinent to the matter.

4. If Defendant is permitted to respond to Plaintiff's opposition, Defendant respectfully requests until September 5, 2008, to file its brief.

WHEREFORE, Defendant respectfully requests that the Court grant it leave to file a response to Plaintiff's brief in opposition to summary judgment and that it be permitted until September 5, 2008, to file its response.

Respectfully submitted, this the 19 day of August, 2008.

s/ Robert E. Poundstone IV
Robert E. Poundstone IV (POU006)
**One of the attorneys for Defendant Accredited Home Lenders, Inc.**

OF COUNSEL

Robert E. Poundstone IV
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

James D. Minor, Jr.
BRADLEY ARANT ROSE & WHITE LLP
One Jackson Place, Suite 450
188 East Capitol Street
Post Office Box 1789
Jackson, Mississippi 39215-1789

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Earl P. Underwood, Jr.
>James Donnie Patterson
>Law Offices of Earl P. Underwood, Jr.
>P.O. Box 969
>21 South Section Street
>Fairhope, AL 36533-0969
>
>George Richardson Irvine, III
>Stone Granade & Crosby PC
>PO Drawer 1509
>Bay Minette, AL 36507-1509
>
>Kenneth Joseph Riemer
>166 Government Street, Suite 100
>PO Box 1206
>Mobile, AL 36633-1206
>
>Steven Leon Nicholas
>Cunningham, Bounds, Crowder, Brown & Breedlove, LLC
>PO Box 66705
>Mobile, AL 36660-6705

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

>Respectfully submitted,
>s/ Robert E. Poundstone, IV
>Robert E. Poundstone, IV
>Bradley Arant Rose & White LLP
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104
>Telephone: (334) 956-7700
>Facsimile: (334) 956-7701
>E-mail: bpoundstone@bradleyarant.com