IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CHERYL HALL FRAZIER,        )
individually and on behalf  )
of a class of similarly     )
situated persons,           )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      1:08cv11-MHT
                            )
ACCREDITED HOME LENDERS,    )
INC., d/b/a Home Funds      )
Direct,                     )
                            )
     Defendant.             )
```

ORDER

It is ORDERED that the motion for leave to file corrected brief (Doc. No. 79) is granted.

DONE, this the 20th day of August, 2008.


　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　UNITED STATES DISTRICT JUDGE