IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL HALL FRAZIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO.: |
| ) | 1:08-cv-11-MHT |
| ACCREDITED HOME LENDERS, ) | |
| INC., d/b/a HOME FUNDS DIRECT ) | |
| ) | |
| Defendant. ) | |

NOTICE OF FILING ERRATA

COMES NOW THE Plaintiff and files these errata to correct *Plaintiff's Corrected Memorandum In Response To Accredited Home Lenders, Inc.'s Motion For Summary Judgment* (DOC. 30):

1.      The first complete sentence on page 28 should read, "Subtract from $56,000.00 the amount that AHL states is the prepaid finance charge, $3582.90, yields an amount financed of $52,417.10, exactly what AHL listed in the disclosure it prepared in this matter."

Respectfully submitted this 21st day of August, 2008.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, AL 36533-0969
251-990-5558
E-Mail:epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 21st 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.