IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHERYL HALL FRAZIER**, individually and on and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ACCREDITED HOME LENDERS, INC., d/b/a HOME FUNDS DIRECT,**<br><br>Defendants. | CASE NUMBER: 1:08-cv-11-MHT |

### JOINT MOTION FOR CONTINUANCE OF TRIAL DATE, PRETRIAL CONFERENCE AND CORRESPONDING CUT-OFF DATES

COME NOW Plaintiff Cheryl Hall Frazier ("Frazier") and Defendant Accredited Home Lender's Inc. ("AHL") and jointly move the Court to generally continue the trial of this matter, the pretrial conference and all cut-off dates in the Court's scheduling order pending this Court's ruling on the outstanding motions for class certification and summary judgment. As grounds for this motion, the parties jointly state:

1. This matter is currently set for trial during the November 3, 2008, trial term with a pretrial conference set for October 10, 2008.

2. Motions for class certification and summary judgment are presently pending before this Court. In fact, the parties have not completed briefing the summary judgment motion.

3. Even should the Court be able to rule on the voluminous motions for class certification and summary judgment prior to the scheduled pretrial conference, the timing of any

such rulings would leave the parties with little time to adequately prepare for the pretrial conference in light of the Court's ruling. Further, the parties will be hindered in their ability to adequately prepare the case for trial without knowing whether the case is to be tried as a class action or as an individual claim. Until there is a ruling on class certification and summary judgment, the parties cannot determine what issues will be tried or the scope and extent of proof required. Further, should the Court determine to grant certification, there is insufficient time for notice to putative class members prior to trial.

4.   Additionally, the parties cannot adequately assess the settlement value of the case or the viability of engaging in mediation until the class certification and summary judgment motions are disposed.

5.   For these reasons, the parties respectfully assert that it would be in the best interest of all the parties and in the interest of judicial economy to generally continue the trial of this matter, the pretrial conference and all cut-off dates in this Court's scheduling order pending final resolution of the motions for class certification and summary judgment. Accordingly, the parties respectfully request a general continuance and that this Court enter a new trial date and scheduling order after this Court has ruled on class certification and summary judgment.

WHEREFORE, the parties jointly request a general continuance of the trial date, pretrial conference and all cut-off dates.

/s/Robert E. Poundstone, IV
Robert E. Poundstone, IV ){POU006)
**One of the attorneys for Defendant Accredited Home Lenders, Inc.**

Bradley, Arant, Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
(334) 956-7700

(334) 956-7701

James D. Minor, Jr., Esq.
Bradley, Arant, Rose & White, LLP
P. O. Box 1789
Jackson, Mississippi 39215-1789

/s/George R. Irvine, III
George R. Irvine, III (IRVIG4725)
**One of the attorneys for Plaintiff Cheryl Hall Frazier**

George R. Irvine, III
Stone, Granade & Crosby, P.C.
7133 Stone Drive
Daphne, Alabama 36526

Kenneth J. Riemer
Post Office Box 1206
Mobile, Alabama 36633

Earl P. Underwood, Jr.
Law Office of Earl P. Underwood, Jr.
Post Office Box 969
Fairhope, Alabama 36533

Steven L. Nicholas
Cunningham, Bounds, Crowder, Brown & Breedlove, LLC
P. O. Box 66705
Mobile, Alabama  36605

00069622.WPD