IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHERYL HALL FRAZIER, )<br>individually and on behalf )<br>of a class of similarly )<br>situated persons, )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>ACCREDITED HOME LENDERS, )<br>INC., d/b/a Home Funds )<br>Direct, )<br>   )<br>   Defendant. ) | CIVIL ACTION NO.<br>1:08cv11-MHT<br>(WO) |

ORDER

It is the ORDER that defendant Accredited Home Lenders, Inc.'s motion for summary judgment (Doc. No. 37) is granted.  An opinion and judgment will follow in two to three days.

DONE, this the 31st day of March, 2009.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE