IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CHERYL HALL FRAZIER,          )
individually and on behalf    )
of a class of similarly       )
situated persons,             )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      1:08cv11-MHT
                              )         (WO)
ACCREDITED HOME LENDERS,      )
INC., d/b/a Home Funds        )
Direct,                       )
                              )
    Defendant.                )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Accredited Home Lenders, Inc.'s motion for summary judgment (Doc. No. 37) is granted.

(2) Judgment is entered in favor of defendant Accredited Home Lenders, Inc. and against

plaintiff Cheryl Hall Frazier, with plaintiff Frazier taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Frazier, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 6th day of April, 2009.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE